**EXHIBIT A**

Filed
D.C. Superior Court
09/04/2020 14:00PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION<br>A 501(c)(3)<br>280 E. 1st Ave., #873<br>Broomfield, Colorado 80038<br><br>and<br><br>GMO FREE USA d.b.a. TOXIN FREE USA<br>P.O. Box 458<br>Unionville CT, 06085<br><br>Plaintiffs,<br><br>v.<br><br>PHARMAVITE, LLC<br><br>Serve on:<br>Corporation Service Company<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833-3505<br><br>Defendant. | Case No._____<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **COMPLAINT**

On behalf of themselves and the general public, Plaintiffs, Clean Label Project Foundation ("Clean Label Project" or "CLP") and GMO Free USA d.b.a. Toxin Free USA ("Toxin Free USA"), hereinafter "Plaintiffs," by and through their counsel, bring this action against Pharmavite, LLC ("Pharmavite") hereinafter Defendant,  regarding the deceptive labeling, marketing, and sale of Nature Made Prenatal Multi (90 ct), Nature Made Prenatal Multi (250 ct), Nature Made Prenatal Multi + DHA (110 ct), and Nature Made Prenatal Multi +DHA  (115ct), ("Products")[1] that are under-

---

[1] Discovery may demonstrate that additional Pharmavite Products are within the scope of this Complaint. Plaintiffs reserve the right to amend this complaint to include additional prenatal items identified through the course of discovery.

formulated with respect to folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals and detectable amounts of pesticides. Contrary to Defendant's promises and assurances, CLP facilitated independent testing and discovered that the amount of folic acid stated on the labels in the Products is unconscionably under-formulated, well below industry and medical standards. Further, the adulterated Products are exposing mothers and their babies to contaminants, to include lead, cadmium, and pesticides – compounds and contaminants known to cause reproductive harm in fetuses and infants.  Plaintiffs allege the following based upon information, belief, and the investigation of its counsel:

## Introduction

1. Pregnancy can be a high-risk time, with as few as sixty-two percent (62%) of pregnancies ending in a live birth.[2]

2. Gestation, the period of development comprising embryonic and fetal development, is a "critical period" in human life.

3. This critical period is often referred to as "prenatal" development.

4. "Critical periods" are so named because disruption of development during those phases is often irreversible, placing incredible importance on ensuring developing brains and bodies are left unobstructed during these periods.

5. In the case of fetal neurodevelopment, a number of highly important processes occur during even the first month of pregnancy.

6. During the critical periods, essential neurodevelopment occurs, including aspects of

---

[2] Center for Disease Control and Prevention, *US Pregnancy Rate Lowest in Two Decades* (Dec. 15, 1999), https://www.cdc.gov/nchs/pressroom/99facts/pregrate.htm.

neurogenesis – the formation of neurons ("brain cells") and the formation of the complex interconnection of neurons that give rise to the human experience (synaptogenesis).[3]

7. Although the brain continues to develop and change after birth and into adulthood, the prenatal period can have a lasting effect on the adequacy of neurodevelopment and quality of life.

8. How thoroughly a brain develops depends on many factors in addition to genes, such as:[4]

    a.  Proper nutrition starting in pregnancy.

    b.  Exposure to toxins or infections during these critical periods.

    c.  The child's experiences with other people and world after birth.

9. For these reasons, it is critically important to ensure that prenatal development proceeds as smoothly as possible.

10. Thus, it is the duty of brands assisting in this critical prenatal development period to:

    a.  Provide consumers with nutrients needed to ensure proper development.

    b.  Ensure that the brand's products do not provide deleterious chemicals that may detract from healthy development.

11. Many of these critical processes require specific essential nutrients, such as vitamins, to occur correctly, and the failure of these processes is often irreversible.

12. One such critical process is the folding of the neural crest into the neural tube: when a flat layer of specialized cells in the embryo "folds" and seals shut, eventually creating a cylinder of cells

---

[3] Huttenlocher, P. R., & Dabholkar, A. S, *Regional differences in synaptogenesis in human cerebral cortex*, 287(2) Journal of comparative Neurology 167-178 (1997).
[4] Gibbs, B. G., & Forste, R, *Socioeconomic status, infant feeding practices and early childhood obesity,* 9(2) Pediatric obesity 135-146 (2014).

that will grow to become the central nervous system (the brain and spine).[5]

13. If this sealing process or one of its immediate consequences, which occurs during the third week of pregnancy, is unsuccessful, the child will develop one of a host of complications cumulatively referred to as Neural Tube Defects ("NTDs").

14. These NTDs take many forms, but all involve some form of disruption of central nervous system functioning – ranging from lower limb paralysis (*spina bifida)* to the child being born without a brain (*anencephaly)*. Many NTDs are fatal, often resulting in nonviable pregnancy or still birth.[6]

15. While many factors play a role in the development of NTDs, proper nutrition is critical in reducing risk.

16. Specifically, ensuring adequate maternal intake of vitamin B9 (folate/folic acid) is essential in reducing the risk of NTDs.

17. Unfortunately, in many cases it is difficult or impossible for women to attain sufficient folate/folic acid in their diets to minimize their fetuses' risk of an NTD.[7]

18. As a consequence, medical experts recommend women who are or may become pregnant supplement their diet with a prenatal vitamin which, among other nutrients, contains folate/folic acid.[8]

19. Given the above, it follows that supplements designed to ensure prenatal health have become increasingly important to consumers, to include D.C. consumers.

---

[5] Blom, H. J., Shaw, G. M., den Heijer, M., & Finnell, R. H, *Neural tube defects and folate: case far from closed*, 7(9) Nature Reviews Neuroscience 724-731 (2006).
[6] *Id.*
[7] Healthy Children.org, *Where We Stand: Folic Acid* (Nov. 2019), https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[8] *Id.*

20. Consumers seek out and choose prenatal vitamins based on the concerns regarding supplements such as folic acid.

21. This consumer interest has given rise to a highly competitive $445M market.[9] In a recent survey, one-hundred percent (100%) of women living in the District of Columbia or its surrounding states indicated that they took a prenatal vitamin during pregnancy.[10]

22. In order to gain a share in this market, prenatal vitamin brands market their product as working to ensure proper prenatal development.

23. Pharmavite's Nature Made is one such brand, marketing a line of prenatal vitamins suggesting that Nature Made "supports the development of brain, eyes and the nervous system."

24. Packaging for Nature Made prenatal vitamins makes numerous claims referencing brain health:

    a. Nature Made packages its Products as "[s]upport[ing] the development of baby's brain, eyes, & nervous system."

    b. Nature Made also boasts, "Complete Prenatal Multivitamins with Folic Acid Plus DHA" on the front middle of the Product box, directly below the previous statement.

    c. Nature Made assures that its Product "Provides 100% Daily Value of Folic Acid."

    d. Nature Made also addresses folic acid on the front of the Product by stating, "Contains folic acid and 17 other nutrients for baby's development & mom."

    e. Both phrases are encircled in purple and orange respectively, drawing extra attention to

---

[9] Grand View Research, *Prenatal Vitamin Supplement Market Size, Share & Trends Analysis Report By Product Form (Capsules, Powder, Gummy), By Distribution Channel, By Region, And Segment Forecasts, 2019 – 2025* (Aug. 2019), https://www.grandviewresearch.com/industry-analysis/prenatal-vitamin-supplement-market.
[10] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

the information.



**Figure 1**

25. Nature Made draws extra emphasis to the promise of complete folic acid by displaying the

Supplement Facts on the back of the Product:

**Supplement Facts**
Serving Size: 1 Tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 2667 IU | 33% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as dl-Alpha Tocopheryl Acetate) | 30 IU | 110% |
| Vitamin K (as Phytonadione) | 90 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 70% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 76% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 65% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 5 mg | 50% |
| Calcium (as Calcium Carbonate) | 200 mg | 15% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

**Figure 2**

26. One component feature of Nature Made's "brain development" platform is their use of

Docosahexaenoic acid (DHA), a fatty acid which plays a role in neurogenesis.[11]

---

[11] Bradbury, J. (2011). *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*. Nutrients, *3*(5), 529-554

**Nature Made® Prenatal Multi + DHA Softgels**

Formulated to support the development of baby's brain, nervous system, bones and eyes. And they have clinically proven absorption of iron and folic acid. Think of it as nutritional support for you and your bump!

**Figure 3**

27. Pharmavite is aware of the importance of supplements during the delicate prenatal process, as it is the sole reason for the creation of the market for the Products.

28. Pharmavite is aware that proper folic acid fortification "may reduce a woman's risk of having a child with a neural tube defect."

**Benefits**

* Scientifically formulated with essential vitamins and minerals that are essential during pregnancy and 200 mg DHA
* DHA: may help support fetal brain and eye development†
* Folic Acid: Adequate folic acid in healthful diets may reduce a woman's risk of having a child with a neural tube defect
* Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body†
* Calcium and Vitamin D3: help build and support strong bones†
* Vitamin A: helps support healthy eye function†
* Vitamins A, C, and D and Zinc: help support the immune system†
* Vitamins C and E: provide antioxidant support†
* B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12): support cellular energy production†
* Magnesium: helps support nerve, muscle and heart function†

**Figure 4**

7

## Nature Made® Prenatal Multi Tablets

Provides daily nutritional support before and during pregnancy.* Specially formulated to support the development of your baby's brain, nervous system, bones and eyes, it's big support for your little one.*

**Figure 5**

29. Pharmavite is aware of the formulation standards for vitamins.

30. Pharmavite is aware of how it packages their Products.

31. Given the risks of disrupted prenatal development, it is critically important to ensure that Pharmavite's "brain development" claims are true.

32. The Products in question are:

    a. Nature Made Prenatal Multi (90ct)

    b. Nature Made Prenatal Multi (250ct)

    c. Nature Made Prenatal Multi + DHA (110ct)

    d. Nature Made Prenatal Multi + DHA (115ct)

33. Plaintiffs caused the Products to be purchased for the purpose of evaluation by an ISO 17025 accredited third-party analytical chemistry laboratory. The results were reviewed and assessed by a third-party toxicologist.

34. At least one Nature Made Product was significantly under-formulated for folate/folic acid. Nature Made Products contained concerning levels of the neurotoxins lead and cadmium, as well as pesticides, all of which are linked to developmental toxicity.

35. This testing suggests that the above-mentioned contaminants are present in the Products, or at a minimum, that Pharmavite makes no efforts to confirm that they are not present.  As a result, D.C. consumers who are led to believe that the Products support a fetus's healthy growth and promote brain, eye, and nervous system development for their unborn child in fact bear the risk of purchasing products that contain quantities of pesticides and toxic heavy metals – compounds known to deleteriously impact brain development.

36. The Environmental Protection Agency ("EPA"), Food and Drug Administration, the World Health Organization, the Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated there is no safe level of lead for children.

   a. The EPA has stated, "The Maximum Contaminant Level Goal for lead is zero.  EPA has set this level based on the best available science, which shows there is no safe level of exposure to lead."[12]

   b. The Food and Drug Administration has stated that "[t]here is no known identified safe blood lead level."[13]

   c. The World Health Organization has likewise stated, "The neurological and behavioral effects of lead are believed to be irreversible.  There is no known 'safe' blood lead concentration…"[14]

---

[12] EPA, *Basic Information about Lead in Drinking Water* (Aug. 13, 2020), https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#:~:text=EPA%20has%20set%20the%20maximum,in%20the%20body%20over%20time..
[13] Welch, Teresa, *Lead Found in 20% of Baby Food, Report Says* (June 19, 2017), https://www.charlotteobserver.com/news/nation-world/national/article157063044.html..
[14] The World Health Organization, *Lead Poisoning and Health* (Aug. 23, 2019), https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health#:~:text=The%20neurological%20and%20behavioural%20effects,behavioral%20difficulties%20and%20learning%20problems..

    d.   The Centers for Disease Control have found "[n]o safe blood level of lead has been identified."[15]

    e.   The American Medical Association has stated, "We know that there is no safe level of lead."[16]

    f.   The American Academy of Pediatrics has stated, "There is no safe level of lead exposure in children, with lasting decreases in cognition documented in children with blood levels as low as five micrograms per deciliter of lead in blood."[17]

37.  Cadmium is a toxic heavy metal, known to have severe short- and long-term neurotoxic effects.[18]

38. The European Union has declared cadmium a "Substance of Very High Concern"[19] and is one of only six hazardous substances banned from use in Europe in electrical and electronic equipment due to the hazard posed to human health.[20]

39. Some states, such as Maryland, have banned cadmium in children's products.[21]

---

[15] CDC, *National Biomonitoring Program, Factsheet* (July 12, 2013), https://www.cdc.gov/biomonitoring/Lead_factsheet.html#:~:text=No%20safe%20blood%20lead%20level,half%20a%20cup%20of%20liquid.).

[16] AMA, *AMA Adopts New Policies to Prevent Future Lead Poisoning* (June 14, 2016), https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policies-prevent-future-lead-poisoning.

[17] American Academy of Pediatrics, *Lead Exposure in Children*, https://www.aap.org/Pages/ErrorPage.aspx?requestUrl=https://www.aap.org/en-us/advocacy-and-%20policy/aap-health-initiatives/lead-exposure/Pages/Lead-Exposure-in-Children.aspx.

[18] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural regeneration research 1879 (2018).

[19] European Chemicals Agency, *Candidate List of Substances for Very High Concern for Authorisation* (Aug. 26, 2020), https://echa.europa.eu/candidate-list-table/-/dislist/details/0b0236e1807dd024.

[20] Laser Focus World [online], *European Commission to Prohibit from TV's and Displays by October 2019* (Aug. 22, 2017), https://www.laserfocusworld.com/lasers-sources/article/16569155/european-commission-to-prohibit-cadmium-from-tvs-and-displays-by-october-2019#:~:text=European%20Commission%20to%20prohibit%20cadmium%20from%20TVs%20and%20displays%20by%20October%202019,-Nanoco%2C%20which%20makes&text=Cadmium%20is%20one%20of%20six,protect%20human%20and%20environmental%20health..

[21] Safer States, *Maryland* (Aug. 26, 2020), https://www.saferstates.com/states-in-the-lead/maryland/.

40. One of the pesticides detected in Pharmavite Products is a World Health Organization ("WHO") Class II pesticide, which are "moderately hazardous to human health."

41. In a census-balanced survey commissioned by CLP of 630 mothers who took prenatal vitamins during pregnancy, eighty-three percent (83%) felt that they would not have purchased the products if they had discovered it was under-formulated and eighty-four percent (84%) of moms would want their money back.[22]

42. As noted above, these neurotoxins have no known safe level for prenatal exposure; thus, they represent a serious and present risk to the neurological health of these developing children.

43. Likewise, under-formulating prenatal vitamins for folate/folic acid represents a risk to developing fetuses and infants, as it may cause a failure to receive the adequate amount of folic acid necessary for developmental needs.

44. The presence of these contaminants is neither "normal" nor "unavoidable," as a comprehensive category test of over 200 prenatal vitamins commissioned by CLP has revealed that the levels of these contaminants are unusually high relative to competitive prenatal vitamin brands. Likewise, the majority of prenatal vitamins were not under-formulated for folate/folic acid.

45. This means that consumers selecting a prenatal vitamin to ensure proper prenatal health during this critical period of neurodevelopment would expose the fetuses and/or infants to *less* of the neurotoxins cadmium and lead (and would provide them with more folate/folic acid) than by picking nearly any brand other than Nature Made.

46. Given the ubiquity of the public health and public policy positions above, Pharmavite knew or should have known of the risk of these toxins in the Products and should have taken steps to avoid these contaminants as their competitors clearly have done.

---

[22] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

47. Thus, the Products are adulterated under DC Code §48-103 *et seq.* as the presence of these contaminants poses a risk to the neurological health of the developing fetuses and/or infants and the avoidable presence of these contaminants directly contradict the "brain development" functions touted by Pharmavite.

48. As a result of Pharmavite's claims and marketing, D.C. consumers, who are led to believe that the Products are safe and effective and free of concerning levels of contaminants, in fact bear the risk of purchasing products that are under-formulated and not free of concerning quantities of heavy metals and pesticides.

49. A reasonable D.C. consumer would not expect Products claiming to support "brain health" to contain high levels of lead or cadmium.[23]

50. A reasonable D.C consumer would not expect products claiming to provide the recommended daily value of folic acid to be under-formulated for folic acid.[24]

51. In sum, Pharmavite is deceiving D.C consumers into believing that the Products support "brain development" when they contain avoidable levels of multiple deleterious neurotoxins with no known safe level in Products intended for use during a critical period of neurodevelopment. Simultaneously, Pharmavite Products are under-formulated for the principle active ingredient of folate/folic acid.

52. Pharmavite's false and misleading representations and omissions, including any tendency to mislead or omit, violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

53. Pharmavite's labeling and advertising of the Products tend to mislead and are materially deceptive about the true nature, quality, and ingredients of the Products. Plaintiffs bring this

---

[23] As noted above, a large percentage of Nature Made's competitors do not have these significant issues.
[24] *Id.*

deceptive advertising and adulteration cause on behalf of themselves and the general public, and seek relief, including but not limited to: an injunction to halt Pharmavite's false and misleading marketing and sale of Nature Made Products.

## Jurisdiction and Venue

54. This Court has personal jurisdiction over the parties in this case. Plaintiffs, by filing this Complaint, consent to this Court having personal jurisdiction over them and this matter.

55. This Court has personal jurisdiction over Defendant pursuant to D.C. Code §13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them given that, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avail themselves of the laws of the District of Columbia through their marketing and sales of the Products in the District of Columbia.

56. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §28-3905(k)(1)(B), (k)(1)(C) and (k)(2).[6]

## Parties

57. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

58. CLP performs its work throughout the United States, including in the District of Columbia.

59. CLP uses state-of-the-art accredited laboratory testing to identify the best and worst labeled products and publishes top and bottom performers on its website free of charge.

60. CLP was formed in 2016 with the goal of reducing contamination across all consumer-

packaged goods products.

61. CLP has an interest in food label truth and transparency, and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, allowing consumers to make data-based decisions.

62. In 2018, CLP caused the purchasing of the Nature Made Products, as well as over 200 other prenatal vitamin products in order to evaluate their levels of folic acid.

63. Toxin Free USA is a 501(c)(3) non-profit, public-interest organization whose mission is to harness independent science and agroecology concepts to advocate for clean and healthy food and ecological systems. Toxin Free USA educates consumers about the potential hazards of toxic heavy metals, synthetic ingredients, pesticides and biocides, and genetically engineered organisms.

64. Toxin Free USA performs its work throughout the United States, including in the District of Columbia. Toxin Free USA volunteer staff reside in or near the District of Columbia.

65. Toxin Free USA was formed in 2012 with the intent of organizing national boycotts of food companies that use genetically modified ingredients and related synthetic herbicides and pesticides in their products, and pressuring companies to remove those ingredients.

66. Consequently, Toxin Free USA firmly believes in food transparency. The organization diligently works to promote food and ecological systems that are clean, accessible, and free of contamination. To that end, Toxin Free USA educates consumers, increasing their awareness and knowledge of toxins used in agricultural production and their effect on health and the environment.

67. Additionally, Toxin Free USA's website, publications, public education, research, network

14

building, and mobilization activities provide an important service to consumers and community activists every month.

68. At all times herein Pharmavite was a California limited liability company with its principal place of business in West Hills, California.

69. Defendant markets and distributes the Products online and in retail stores in the District of Columbia and throughout the United States.

70. Upon information and belief, Defendant has caused harm to the general public of the District of Columbia.

71. Plaintiffs are acting on behalf of the general public as private attorneys pursuant to D.C Code §28- 3905(k)(1)(C)-(D).

72. Plaintiffs are non-profit organizations pursuant to D.C. Code §28-3901(a)(14) and the public-interest organizations pursuant to D.C. 28-3901(a)(15). Plaintiffs are longstanding advocates of the rights of consumers, including but not limited to D.C. consumers, for truthful labeling and marketing.

**The Importance of Folic Acid**

73. Vitamin B9 (Folate) is an essential vitamin that plays a critical role in the development of DNA.

74. The synthetic form of folate most commonly used in supplements is folic acid.[25]

75. Fortification with folic acid has been linked to reductions in the incidence of several NTDs.[26]

76. The consequences of improper folic acid fortification can be severe and can include loss of life

---

[25] Center for Disease Control, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[26] Centers for Disease Control and Prevention (CDC), *Spina bifida and anencephaly before and after folic acid mandate--United States, 1995-1996 and 1999-2000*, MMWR, 53(17) Morbidity and Mortality Weekly Report 362 (2004).

for the child so impacted.

77. Newborns with anencephaly, an NTD in which some or all of the brain fails to form, usually do not live long, and those with spina bifida may be permanently disabled.

78. NTDs can be avoided with proper folate/folic acid intake during pregnancy.

79. NTDs linked to folate/folic acid-insufficiency have been referred to as an "unnecessary epidemic."[27]

80. For this reason, supplementing with folate/folic acid is an important step in prenatal neurodevelopment.

81. The CDC recommends women start taking folic acid every day for at least a month before becoming pregnant, and every day while pregnant.[28]

82. The recommended dose for all women of childbearing age is 400 mcg of folate/folic acid each day.[29]

83. However, the CDC recommends women who have already had an NTD-affected pregnancy consume 400 mcg of folic acid each day, even when not planning to become pregnant. When planning to become pregnant, the CDC recommends that these women consume 4,000 mcg of folic acid each day, one month before becoming pregnant, and through the first three months of pregnancy.[30]

84. Studies have confirmed that getting an adequate amount of folic acid will protect the fetus/infant

---

[27] Brent, R. L., Oakley, G. P., & Mattison, D. R., *The unnecessary epidemic of folic acid-preventable spina bifida and anencephaly*, 106(4) Pediatrics 825-827 (2000).
[28] WebMD, *Folic Acid and Pregnancy*, https://www.webmd.com/baby/folic-acid-and-pregnancy#1.
[29] CDC, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[30] Center for Disease Control and Prevention, *Effectiveness in Disease and Injury Prevention Use of Folic Acid for Prevention of Spina Bifida and Other Neural Tube Defects -- 1983-1991* (Aug. 2, 1991), https://www.cdc.gov/mmwr/preview/mmwrhtml/00014915.htm.

from NTDs by at least fifty percent (50%).[31]

85. According to the CDC, for women who have already had a baby with an NTD, getting enough folic acid may reduce the risk of having another child with an NTD by as much as seventy percent (70%).[32]

86. The American Academy of Pediatrics ("AAP") has stated that "all women capable of becoming pregnant consume 400 micrograms per day of folic acid." Furthermore, "[a]lthough some foods are fortified with folic acid, it is not possible for women to meet the 400 mcg goal through a typical diet."

87. The AAP policy statement recommends a daily multivitamin tablet that contains folic acid in the recommended dose. Studies show that if all women of childbearing age met these dietary requirements, fifty percent (50%) or more of NTDs could be prevented.[33]

88. Thus, ensuring adequate folate/folic acid intake is one of the principle purposes of a prenatal vitamin. Therefore, under-formulation for folic acid renders a prenatal vitamin adulterated under D.C. Code §48-103 *et seq.*

**The Dangers of Heavy Metals: Lead & Cadmium**

**Dangers of Lead**

---

[31] CDC, *Preventing Neural Tube Defects: A prevention Model Resource Guide* (July 17, 2020), https://www.cdc.gov/ncbddd/orders/PDFs/09_202063A_Nash_Neural%20Tube%20BD%20Guide%20FINAL508.pdf%20(wed).

[32] Healthy Children.org, *Where We Stand: Folic Acid,* https://www.healthychildren.org/English/ages-singes/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.

[33] *Id.*

89. Lead is a heavy metal and a known carcinogen and neurotoxin. Lead resembles other metals that the human body needs to properly function, and as such, it is readily absorbed into body tissue.[34]

90. Lead readily crosses the placenta, impacting embryonic and fetal development.[35]

91. Lead can damage and/or destroy cells once in the body: it also remains in the body for an extended period of time, causing even greater extent to the damage.[36]

92. Specifically, lead damages the myelin sheaths of neurons (protective insulation essential for proper neuronal functioning)[37] and interferes with neurotransmission (the communication between neurons)[38] both of which are potentially disastrous for human cognition & development.

93. Lead also interferes with the levels of Brain Derived Neurotrophic Factor ("BDNF") an important neuroprotective molecule that plays a principle role in neurodevelopment, specifically neurogenesis.[39]

94. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[40]

---

[34] Wani, A.L., Ara, A., & Usmani, J.A., *Lead toxicity: a review*, 8(2) Interdisciplinary Toxicology 55-64 (2015), https://www.ncbi.nlm.nih.gov/PLC/articles/PMC4961898.
[35] Foltinova, J., Foltin, V., & Neu, E., *Occurrence of lead in placenta–important information for prenatal and postnatal development of child*, 28(4) Neuroendocrinology Letters 335-340 (2007).
[36] *Id*.
[37] Dabrowska-Bouta, B., Sulkowski, G., Bartosz, G., Walski, M., & Rafalowska, U., *Chronic lead intoxication affects the myelin membrane status in the central nervous system of adult rats*, 13(1-2) Journal of Molecular Neuroscience 127-139 (1999).
[38] Neal, A. P., & Guilarte, T. R., *Molecular neurobiology of lead (Pb 2+): effects on synaptic function*, 42(3) Molecular neurobiology 151-160 (2010).
[39] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[40] *Id*.

95. Thus, prenatal lead exposure has known adverse effects on maternal health and infant outcomes across a wide range of maternal blood lead levels.

96. A principle risk of prenatal exposure to lead is a reduction in intelligence, with experts demonstrating a direct relationship between childhood blood-lead levels and intelligence quotient (IQ).[41]

97. The consequences of even low-level (part-per-billion) exposure can be severe.



**Figure 6**

98. In Flint, Michigan, following city-wide exposure to part-per-billion levels of lead in drinking water, the portion of Flint's third graders who tested as proficient in reading at grade level fell from 41.8% to 10.7%.[42]

---

[41] COUNCIL ON ENVIRONMENTAL HEALTH, 138:e20161493 Pediatrics (2016).
[42] Grossman, Slusky, *The Effect of an Increase in Lead in the Water System on Fertility and Birth Outcomes: The Case of Flint, Michigan,* http://www2.ku.edu/~kuwpaper/2017Papers/201703.pdf.

99. As discussed above, the Environmental Protection Agency, Food and Drug Administration, the World Health Organization, Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated that there is no safe level of lead for children.

100. Thus, by its very nature, the presence of lead in prenatal vitamins is antithetical to a mission to support brain health, as the presence of lead in prenatal vitamins is a "deleterious substance which may render it injurious to health…" under DC Code §48-103 *et seq.*

### Dangers of Cadmium

101. Cadmium is also a heavy metal and a known neurotoxin and an International Agency for Research on Cancer ("IARC") class 1 carcinogen, known for having both short-term and long-term deleterious effects on human health.

102. Cadmium readily crosses the placenta, accumulating in fetal or embryonic tissue.[43]

103. Once absorbed, cadmium has a long half-life in the body, especially in the kidneys. Chronic cadmium exposure has been shown to adversely affect kidney and bone and to increase the risk of cancer.  Cadmium also functions as an endocrine disruptor and may thus affect reproduction and child neurodevelopment.[44]

104. Specifically, cadmium impairs brain health through multiple pathways, including the interruption of DNA repair, the generation of reactive oxygen species, and, most critically, the

---

[43] Gundacker C, Hengstschläger M., *The role of the placenta in fetal exposure to heavy metals*, 162(9-10):201-206. doi:10.1007/s10354-012-0074-3 Wien Med Wochenschr (2012).

[44] Kippler, M., Tofail, F., Gardner, R., Rahman, A., Hamadani, J. D., Bottai, M., & Vahter, M., *Maternal cadmium exposure during pregnancy and size at birth: a prospective cohort study*, 120(2) Environmental Health Perspectives 284–289 (2012), https://doi.org/10.1289/ehp.1103711.

disruption of neuronal proliferation and differentiation – two steps in the neurogenesis process occurring during the infancy critical period.[45]

105. Therefore, early life exposure to cadmium is associated with poor cognitive outcomes in children.[46]

106. Cadmium also interferes with the levels of Brain Derived Neurotrophic Factor (BDNF),[47] an important neuroprotective molecule that plays a principle role in neurodevelopment.[48]

107. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[49] Thus, the presence of cadmium detracts from a principle function of DHA – a basis Nature Made's "brain development" claims.

108. This cadmium-mediated disruption of neuro-development renders Pharmavite's Nature Made Products adulterated under D.C. Code §48-103 *et seq* as brain development is a marketed benefit of Nature Made Products.

109. In general, women are more susceptible to cadmium toxicity, mainly because of increased intestinal uptake of cadmium given low iron stores, which are more prevalent in women than in men.[50]

---

[45] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural Regeneration Research 1879 (2018).
[46] Sanders, A. P., Henn, B. C., & Wright, R. O., *Perinatal and childhood exposure to cadmium, manganese, and metal mixtures and effects on cognition and behavior: a review of recent literature*, 2(3) Current environmental health reports 284-94 (2015).
[47] Wang, Y., Chen, L., Gao, Y., Zhang, Y., Wang, C., Zhou, Y., ... & Tian, Y, *Effects of prenatal exposure to cadmium on neurodevelopment of infants in Shandong, China*. 211 Environmental pollution 67-73 (2016).
[48] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[49] *Id.*
[50] *Id.*

110. Worse, cadmium has been shown to accumulate in in placental tissues, where it interrupts micronutrients (such as zinc) diffusion through the placenta.[51]

111. Thus, scientific evidence demonstrates that cadmium directly interferes with Pharmavite Products as the presence of cadmium in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[52]

## The Dangers of Pesticides

112. Pesticides are a large class of compounds designed to kill or eliminate multiple types of organic matter:

   a.   Rodents (rodenticide)

   b.   Insects (insecticide)

   c.   Fungi (fungicide)

   d.   Undesired plants (herbicide)

113. Due to the fact their intended function is to kill or disrupt living organisms, most pesticides are toxic to humans in one form or another.

114. It follows that pesticides are designed to be neurotoxic.

115. Research has focused on the neurodevelopmental consequences of pesticide exposure during early life.[53]

---

[51] Kippler, M., Hoque, A. W., Raqib, R., Öhrvik, H., Ekström, E. C., & Vahter, M., *Accumulation of cadmium in human placenta interacts with the transport of micronutrients to the fetus*, 192(2) Toxicology letters 162-168 (2010).
[52] DC Code §48-103 *et seq.*
[53] Shelton, J. F., Geraghty, E. M., Tancredi, D. J., Delwiche, L. D., Schmidt, R. J., Ritz, B., ... & Hertz-Picciotto, I., *Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study*, 122(10) Environmental health perspectives 1103-1109 (2014).

116. Due to the risks of pesticide exposure in early life, it is exceptionally important to ensure pesticides with links to neurotoxic or developmental toxicity outcomes be restricted and avoided from products used to ensure proper prenatal health. To wit:

    a.   Indoxacarb, a WHO Class II pesticide, has been linked to disruption of nicotinic acetylcholine receptors in developing mammalian brains.[54]

117. Thus, by their very nature, the presence of pesticides in prenatal vitamins are antithetical to a mission to support brain health, as the presence of these pesticides in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[55]

### Factual Allegations

118. Pharmavite is aware that there are health risks with pregnancy.

119. Pharmavite is aware of the importance of folic acid during pregnancy to the development of the fetus.

120. Pharmavite is aware of the dangers of heavy metal toxins and other contaminants during pregnancy.

121. Pharmavite is aware there is a market for pregnancy supplements to support healthy pregnancy for mother and fetus.

122. To capture this market, Pharmavite manufactures, produces, and distributes vitamins for the purpose of supporting a healthy pregnancy, to include the supplementation of folic acid.

123. Given the above, it follows that, Pharmavite is aware that consumers are concerned with the

---

[54] Zhao, X., Nagata, K., Marszalec, W., Yeh, J. Z., & Narahashi, T., *Effects of the oxadiazine insecticide indoxacarb, DPX-MP062, on neuronal nicotinic acetylcholine receptors in mammalian neurons,* 20(4) Neurotoxicology 561-570 (1999).
[55] D.C. Code §48-301 *et. seq.*

23

contents of their supplements.

124. Pharmavite is also aware that consumers seek supplements for specific health reasons.

125. Further, Pharmavite is aware that the consumers who seek out prenatal vitamins are a vulnerable group of consumers to whom such products' contents are of a heightened importance.

126. Pharmavite's Products are under-formulated as to folic acid; thus, consumers who take the Products for specific advertised health purposes, are not getting the proper or promised dosage: the results of this under-formulation could be fatal or life threatening.

127. Pharmavite's Products are also adulterated and contain quantifiable amounts of heavy metals and pesticides, all of which are harmful if exposed to both mothers and babies during the prenatal process.

128. Pharmavite's marketing practices are false and misleading and violate D.C. Code §28-3904, as they extoll the brain-supporting features of the product while exposing fetuses to concerning levels of known neurotoxins for which there is no established safe-harbor.

129. Pharmavite's Products are adulterated under DC Code §48-103 et seq., as the presence of these contaminants renders them unsafe for their intended population, directly contradicts the intended brain-support benefit of the Products, and renders the Products "injurious to health."[56]

**Pharmavite 's Marketing of Nature Made is Unconscionably Misleading and Omits Material Facts**

130. As noted previously, to capture the market for prenatal vitamins and supplements, Pharmavite markets its Nature Made Products as containing folic acid and supporting fetal brain growth (see figures above). Nature Made causes specific attention to be drawn to the claims of folic

---

[56] D.C. Code §48-103 *et seq.*

acid, as they are highlighted in yellow and circled.

131. Nature Made claims that "every one" of their products have been "proven safe and
nutritionally beneficial."



**Figure 7**

132. Pharmavite has publicly admitted to levels of the toxic heavy metals lead and cadmium in
their Nature Made Product – contaminants that:

    a.  Have no safe level recognized by public health authorities for developing children.

    b.  Their competitors are able to avoid or achieve significantly lower levels.

133. As a result, and as discussed further below,  is in violation of D.C. Code §28-3904 et seq. as it
has represented the Products as "… a particular standard, quality, grade, style, or model," when
in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic
acid and even worse, contain detectable levels of toxins and contaminants that should not be
present in any level in a " high quality" product.

134. It is apparent that Pharmavite is aware of the intent of their marketing, as they take steps to
educate consumers on the purpose for which their prenatal vitamins should be used.

# What are prenatal and postnatal multivitamins?

Having a baby is absolutely incredible. It also requires an incredible amount from your body. Prenatal and postnatal vitamins are designed to provide the essential nutrients that you and your baby need.

**Figure 7**

# What are prenatal and postnatal multivitamins good for?

These vitamins deliver essential nutrients that you and your baby need, including folic acid, iron, zinc and vitamin D. Our softgel formulas also contain omega-3 fatty acid DHA, which may help support fetal brain and eye development.†

**Figure 8**

## Who should take prenatal and postnatal multivitamins?

If you're pregnant or trying to become pregnant, then prenatal vitamins are for you. If you're a nursing mom, postnatal vitamins can help your body get the nutrients it needs. At Nature Made, we know that even the nurturer needs to be nurtured.

**Figure 9**

135. Pharmavite holds itself out as providing high quality nutrition to consumers, claiming that "nutrition is in our DNA."

# Nutrition is in our DNA

It all started with the idea that nature is the backbone of nutrition. Every day, our scientists, nutritionists and health experts totally geek out on what the incredible human body needs to stay, well, incredible. And we do it so we can provide you with the knowledge and high-quality supplemental nutrition you need to keep on doing all the things you do best.

**Figure 10**

136. Interestingly, on the Amazon.com page selling one of the Products, Nature Made omits the disclaimer on their website that their claim to be "specially formulated to support the development of baby's brain, nervous system, bones and eyes" has not been evaluated by the FDA.



**Figure 11**

137. As a result of omitting this disclaimer, Defendant is implicitly vouching for the veracity of those claims to the consumer and are making an unevaluated drug claim without properly warning consumers.

138. In addition to the assurances on the package, the website also explains what a supplement is and why it is important, highlighting the key nutrients and quality of Nature Made Products.

## What this Supplement is

Creating new life creates new nutritional needs too. And Nature Made® Multi Prenatal tablets are specially formulated to provide the nutritional support you need while you're trying to become pregnant and throughout your pregnancy. Our prenatal vitamin formula provides key nutrients such as folic acid and iron. And it also contains other important nutrients including zinc and vitamins A, C, D3 and E. Nature Made Multi Prenatal tablet is USP verified, so you can feel confident that you are choosing a high quality prenatal vitamin supplement.

**Figure 12**

139. In Figure 12 above, Nature Made not only informs what a supplement is, it represents that its Products are "a high quality prenatal vitamin supplement."

140. Indeed, Nature Made extolls the virtues of their quality systems, claiming to screen their products for purity and potency. As a result, they claim to provide "quality you can trust."

## Quality you can trust

If you care this much about what goes in your body then we believe it should be the best quality. We go the extra step to ensure our vitamins and supplements are USP certified when possible. Meaning they've been tested for purity and potency by the U.S. Pharmacopeia so you know you're getting the good stuff.

 Largest amount of USP certified products

 #1 Pharmacist Recommended brand

**Figure 13**

141. It follows that Pharmavite has violated D.C. Code §28-3904 *et seq.*, as it has represented the Nature Made Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

142. Defendant's repeated claims to perform purity testing are strange given their behavior. During pre-suit discussions, Plaintiffs' counsel shared testing results with the Defendant in the spirit of resolving the matter without litigation. Defendant repeatedly refused to share their own testing results – instead opting to obfuscate and delay.

143. Even more direct, their website promises, "We're here for your health!"



**Figure 14**

144. Pharmavite fails to state the "material fact" that the Products contain contaminants which serve the exact opposite purpose of healthful supplements, and, in fact, are injurious to health.

145. Pharmavite is aware many women do not receive enough folic acid, marketing their product as a solution to this very issue:



**Figure 15**

146. Pharmavite has violated D.C. Code §3904 *et seq.,* as their product misrepresents the folic acid content of the Products, as the Products are severely under-formulated.

147. Pharmavite also publishes their commitment to good health at the core of every product. They promise products are "backed by decades of scientific research and high- quality ingredients."

## Our Commitment

Our commitment to your good health lies at the core of every product we make—backed by decades of scientific research and high-quality ingredients. At Nature Made, we create thoughtfully designed products to fit your lifestyle needs at every stage.

**Figure 16**

148. Again, in Figure 16 above, Nature Made has misrepresented the Product's quality, as the analytical testing below has shown, the Products contain detectable levels of heavy metal toxins

149. Moreover, Pharmavite misrepresents the Product's quality, as they are under-formulated, denying consumers the very crux of a prenatal vitamin.

150.  To set itself apart from competitors, in Figure 17 below, Nature Made touts the benefits of its supplements, to include folic acid. It again guarantees the high quality of its standards,

ingredients, and manufacturing process.



**Figure 17**

151. Pharmavite not only makes promises about what *is not* in its Nature Made Products, it also makes multiple promises about what *is* contained in the Products, namely folic acid.



**Figure 18**

152. Pharmavite's promises of folic acid on its packaging, website, and marketing give a false expectation that the Products possess a properly formulated serving of folic acid.

153. The Products are under-formulated as to folic acid, well below the promises made on the

packaging and website and well below the medically recommended dosage of 400mcg of folate daily

154. Pharmavite's promises of folic acid on its packaging violate D.C. Code §28-3904, as the website, packaging and marketing gives consumers a false expectation that the Products will contain 800mcg/serving of folic acid.

155. The Products in fact contain 368 mcg/serving of folic acid, well below the promise of 800mcg, and well below the quality promised by Pharmavite.

156. In addition to the under formulation of the Products, the Products also contain quantifiable amounts of heavy metals.

157. These heavy metal toxins are not listed, labeled, or advertised and have extreme negative health effects on both mother and fetus:

    a.   Lead

    b.   Cadmium

158. Further yet, the Products also contain detectable amounts of World Health Organization ("WHO") Classified pesticides, denoted as "moderately hazardous to human health."

159. Consumers who seek out and purchase the Products do not expect them to be under formulated or even worse, contain toxic heavy metals and pesticides in any quantifiable amount.

160. Moreover, consumers would not purchase products made solely for the supplementation of healthy prenatal process if they knew they contained ingredients that could in fact encourage the exact opposite.

161. Thus, Pharmavite has violated D.C. Code §28-3904, as the Products are well below the

quality and grade promised by Nature Made.

162. Further, Pharmavite has also violated D.C. Code §48-103, as the contaminants in the Products render them "injurious to health."

## The Under Formulation of the Products

163. CLP caused the purchase the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

164. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

165. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained exclusively by CLP to protect independence and confidentiality.

166. As a result of the Quantitative testing, the sample of Defendant's Products yielded a folic acid content of:

 a. Nature Made Prenatal Multi + DHA (110 ct):

  i. Claimed Amount 800 mcg/serving

  ii. Testing results 368 mcg/serving, 46% of label claim

 b. Nature Made Prenatal Multi + DHA (115 ct):

  i. Claimed Amount 800 mcg/serving

  ii. Testing results 546 mcg/serving, 67% of label claim

**The Presence of Quantifiable Amounts of Heavy Metals in the Products**

167. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

168. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

169. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

170. The results are in parts-per-billion (ppb):

    a.   Nature Made Prenatal Multi (90ct):

        i.   As a result of the Quantitative testing, the sample of Defendant's Product yielded a lead content of 201.13ppb, which is on a per-serving basis higher than 64% of other prenatal vitamins tested.

        ii.   As a result of the Quantitative testing, the sample of Defendant's Product yielded a cadmium content of 157.29ppb, which is on a per-serving basis higher than 63.5% of other prenatal vitamins tested.

    b.   Nature Made Prenatal Multi (250 ct):

        i.   As a result of Quantitative testing, the sample of Defendant's Product yielded

a lead content of 145.4ppb, which on a per-serving basis is higher than 51.7% of other prenatal vitamins tested.

    ii.  As a result of Quantitative testing, the sample of Defendant's Product yielded a cadmium content of 177.1ppb, which on a per-serving basis is higher than 70.9% of other prenatal vitamins tested.

  c.  Nature Made Prenatal Multi + DHA (110 ct):

    i.  As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 92.04ppb, which is higher than 53.2% of other prenatal vitamins tested.

  d.  Nature Made Prenatal Multi + DHA (115 ct):

    i.  As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 146.2ppb, which is higher than 79.8% of other prenatal vitamins tested.

**<u>The Presence of Pesticides in the Products</u>**

171. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

172. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

173. The testing was conducted via a blinded methodology to fully protect impartiality. All

prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

174. Analytical testing identified detectable amounts of pesticides in the following products:

    a.   Nature Made Prenatal Multi + DHA (110 ct):

        i.   Fenpyroximate, a class II hazardous pesticide (moderately hazardous to human health).

       ii.   Indoxacarb, a class II hazardous pesticide (moderately hazardous to human health).

      iii.   Proquinazid, a class II hazardous pesticide (moderately hazardous to human health).

      iv.   Tebuconazole, a class II hazardous pesticide (moderately hazardous to human health).

**<u>Pharmavite Knew or Should Have Known its Representations Were False</u>**

175. Pharmavite holds itself out to the public as a trusted source of prenatal supplements and vitamins.

176. Pharmavite knew, or should have known, what representations it made on the labels (as noted in the figures above) of the Products. Pharmavite also knew or should have known how its Products were sourced, processed, and marketed.

177. Pharmavite knew, or should have known, the facts demonstrating that the Products were mislabeled, falsely advertised, and adulterated.

178. D.C. consumers rely on label representations and marketing information in making purchase decisions.

179. Pharmavite made false, misleading, and deceptive representations and omissions, intending for D.C. consumers to rely upon those representations and omissions in purchasing the Products.

180. Pharmavite knows that D.C. consumers seek out prenatal supplements that consumers believe to be properly formulated and not adulterated.

181. Upon information and belief, Pharmavite has failed to remedy the problem with the Products, causing ongoing harm to D.C. consumers.

182. D.C. consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with misleading and/or deceptive representations or omissions.

183. Reasonable consumers do not expect Defendant's Products, represented and advertised as prenatal vitamins containing 800 mcg/serving of folic acid, to in fact contain far less than labeled.

184. Reasonable consumers do not expect Defendant's Products, represented and advertised as a prenatal vitamin, to be adulterated and to contain toxic heavy metal and pesticides that are dangerous and adverse to the prenatal process and undermine the very purpose of the Products.

**Cause of Action: Violation of the District of Columbia Consumer Protection Procedures Act**

185. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), the Plaintiffs bring this claim on behalf of themselves and the general public of the District of Columbia for Pharmavite's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

186. Plaintiffs incorporate by reference all allegations in the preceding paragraphs of this Complaint.

187. Pharmavite labeled and advertised the Nature Made Products as containing 800mcg/serving of folic acid when in fact it is under-formulated and contains only 368 mcg/serving of folic acid which is under-formulated by forty-six percent (46%).

188. Pharmavite adulterated the Products as the presence of heavy metals and pesticides impairs the neurological development of the fetus, which is the purpose of the prenatal vitamin.

189. Pharmavite's advertising of the Products misrepresents, tends to mislead regarding material facts, and omits facts regarding: the source, characteristics, standard, qualities, or grades that Pharmavite states and implies.

190. The Products lack the characteristics, ingredients, benefits, standard, qualities, or grades that Pharmavite states and implies.

191. Pharmavite's misstatements, innuendo, and omissions of fact are material and have the tendency to mislead.

192. Pharmavite knowingly did not sell the Products as advertised.

193. The facts as alleged above demonstrate that Pharmavite has violated the CPPA, D.C. Code §28-3901 *et seq.*

194. Pharmavite's conduct is unlawful trade practice "whether or not any consumer is in fact mislead, deceived or damaged thereby." D.C. Code §28-3904.

195. CLP and Toxin Free USA have a sufficient nexus to D.C. consumers of the Products to adequately represent their interests.

196. Given that Pharmavite misrepresents the characteristics, ingredients, and benefits of the Products; misrepresents the standard, quality, and grade of the Products; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead reasonable consumers with regard to material facts about the Products; and advertise the Products without the intent to sell the Products as advertised, and has adulterated the Products, Pharmavite marketing of the Products violates D.C. Code §28-3901 *et seq.*

197. Specifically, Pharmavite has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

    a.   represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;…

    d.   represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another.

    e.   misrepresent as to a material fact which has a tendency to mislead; …

    f.   fail to state a material fact if such failure tends to mislead

        f-1. [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead;

        … [or]

    h. advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

198. Additionally, Pharmavite has violated D.C. Code §28-3904 *et seq,* pursuant to the definition of "Adulterated," as defined in D.C. Code §48-103, as the presence of these contaminants

render the Products "injurious to health."

199. Pharmavite is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant under D.C. Code §29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-3901(a)(7).

200. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action seeking relief from the use of a trade practice in violation of a law of the District of Columbia, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or family purposes."

201.  CLP is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that purchased the Products in order to test or evaluate their qualities.

202. Toxin Free USA is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C), with volunteers physically located in the District of Columbia.

203. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

204. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

41

205. As set forth in this Complaint, Plaintiffs were founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiffs' shared mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiffs have previously represented District consumers in similar actions under the CPPA.

206. Plaintiffs are public-interest organizations pursuant to D.C. Code §28-3905(k)(1)(D) and bring this action on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(1)(A).

207. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

208. Plaintiffs are a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiffs pray for judgment against Defendant, including the remedies available under

D.C. Code §28-3905(k)(2)(A-F):

A. A Declaration that Defendant's conduct is in violation of the CPPA.

B. An Order enjoining Defendant's conduct found to be in violation of the CPPA.

C. An Order requiring Defendant to provide corrective advertising to the residents of the District of Columbia that restores consumers.

D.  An Order requiring Defendant to pay statutory civil penalties in an amount to be determined at trial, pursuant to D.C. Code §28-3909(b), for each and every violation of the CPPA.

E.  An Order granting Plaintiffs' costs and disbursements, including reasonable attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

F.  Punitive damages and any such further relief as this Court may deem just and proper.

## Jury Trial Demanded

Plaintiffs Toxin Free USA and Clean Label Project hereby demand a trial by jury.

Dated: 9/4/2020

Respectfully submitted,

Attorneys for Clean Label Project (CLP)

/s/ Travis Pittman

Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD  21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com

Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

CLEAN LABEL PROJECT FOUNDATION   Case Number: _____

and GMO FREE USA d.b.a. TOXIN FREE USA
vs                                  Date: 9/4/2020

PHARMAVITE, LLC                    ☐ One of the defendants is being sued
                                     in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br> J. Travis Pittman | Relationship to Lawsuit |
| Firm Name:<br> Holmes Pittman & Haraguchi, LLP | ☒ Attorney for Plaintiff |
| Telephone No.:          Six digit Unified Bar No.:<br> (202) 329-3558          1016894 | ☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury        ☐ 6 Person Jury        ☒ 12 Person Jury

Demand: $_____          Other: __Declaratory Judgment_____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:__N/A_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar#:_____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

☐ 01 Breach of Contract        ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty        ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument     ☐ 27 Insurance/Subrogation               ☐ 26 Insurance/Subrogation
☐ 07 Personal Property              Over $25,000 Pltf. Grants Consent        Over $25,000 Consent Denied
☐ 13 Employment Discrimination ☐ 07 Insurance/Subrogation               ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees         Under $25,000 Pltf. Grants Consent       Under $25,000 Consent Denied
                               ☐ 28 Motion to Confirm Arbitration
                                    Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile          ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion          ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process        ☐ 10 Invasion of Privacy        ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection ☐ 11 Libel and Slander                Not Malpractice)
☐ 03 Assault and Battery     ☐ 12 Malicious Interference     ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution  ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation) ☐ 14 Malpractice Legal       ☐ 20 Friendly Suit
☐ 06 False Accusation        ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 21 Asbestos
☐ 07 False Arrest            ☐ 16 Negligence- (Not Automobile, ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                        Not Malpractice)            ☐ 23 Tobacco
                                                             ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE        IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 09 Special Writ/Warrants
      (DC Code § 11-941)
☐ 10  Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☒ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
      (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
      Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
      Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
      Judgment [ D.C. Code §
      2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
      42-3301, et seq.)

☐ 21 Petition for Subpoena
      [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
      (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

 /s/ Travis Pittman                                    9/4/2020
_____                    _____
Attorney's Signature                                     Date

CV-496/ June 2015

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION        *

and                                                           *

GMO FREE USA d.b.a. TOXIN FREE USA

                                  *

            Plaintiffs,                       *

        v.                                          *        FILED WITH COMPLAINT

  PHARMAVITE, LLC                                      *

           Defendant.                     *

*        *        *        *        *        *        *        *        *        *        *        *        *

### **VERIFICATION**

I, Jaclyn Bowen, verify under penalty of perjury according to the laws of the District of Columbia that I serve as Executive Director at Clean Label Project Foundation; that I have read the foregoing Complaint and know its contents; and that the facts stated therein are true to the best of my knowledge, information, and belief.



     9/4/20
      Date

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION　　　*

and　　　　　　　　　　　　　　　　　　*

GMO FREE USA d.b.a. TOXIN FREE USA　　*

　　　　　　　Plaintiffs,　　　　　　　*

　　　　　v.　　　　　　　　　　　　　*　　　FILED WITH COMPLAINT

　PHARMAVITE, LLC　　　　　　　　　　*

　　　　　　　Defendant.　　　　　　　*
*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*
　　　　　　　　　　　　　　　　*　　*

## VERIFICATION

I, Diana Reeves, verify under penalty of perjury according to the laws of the District of Columbia that I serve as Executive Director at GMO Free USA d.b.a. Toxin Free USA; that I have read the foregoing Complaint and know its contents; and that the facts stated therein are true to the best of my knowledge, information, and belief.

_____
9/4/20
Date

Superior Court of the District of Columbia
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION and
GMO FREE USA d.b.a. TOXIN FREE USA    Plaintiff
vs.                                                          Case Number _____

PHARMAVITE, LLC
                                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J. Travis Pittman                                              *Clerk of the Court*
Name of Plaintiff's Attorney

P.O. Box 380, Chester, MD  21619          By _____
Address                                                              Deputy Clerk

(202) 329−3558                                 Date _____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화해주십시오    የአማርኛ  ትርጉም  ለማግኘት  (202) 879-4828  ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

CLEAN LABEL PROJECT FOUNDATION and
**GMO FREE USA d.b.a. TOXIN FREE USA** Demandante
contra

Número de Caso: _____

PHARMAVITE, LLC
_____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

J. Travis Pittman
_____ *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

P.O. Box 380, Chester, MD 21619
_____ Por: _____
Dirección Subsecretario

(202) 329-3558
_____ Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
(amharic/other scripts) (202)879-4828    ኣማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original