# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

CLEAN LABEL PROJECT FOUNDATION,

    Plaintiff,

 v.

PHARMAVITE LLC,

    Defendant.

Case No. 1:20-cv-3846 (PLF)

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby dismisses, with prejudice, all claims in this action against Defendant Pharmavite LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by Defendant Pharmavite and Plaintiff's claims against Defendant Pharmavite LLC thus will be dismissed without a court order upon the filing of this Notice.

Dated: April 9, 2021

              Respectfully Submitted,

              */s/ Julie Oliver-Zhang*
              Julie Oliver-Zhang, Esq. (DC Bar #997183)
              OLIVER-ZHANG LAW, PLLC
              810 New Hampshire Avenue NW
              Washington, DC 20037
              P: (202) 643-1110
              F: (202) 643-1596
              E: Julie@oliverzhanglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that the, on this 9th day of April, 2021, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel listed below, who have previously consented to receiving service electronically:

Mark H. M. Sosnowsky, Esq.
Faegre Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Tel: 202-354-1327
Fax: 202-230-5354
Mark.sosnowsky@faegredrinker.com

*Attorney for Defendant*

                                                 */s/ Julie Oliver-Zhang*
                                                 Julie Oliver-Zhang, Esq. (DC Bar #997183)
                                                 *Attorney for Plaintiff*