

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION – CIVIL ACTIONS BRANCH**
**500 INDIANA AVENUE NW, Room 5000**
**WASHINGTON, DC 20001**

3-10-2021

The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

> **In Re:    CLEAN LABEL PROJECT FOUNDATION et al   Vs.**
> **PHARMAVITE, LLC**

**Civil Action Number: 2020 CA 003912 B  U.S. District Number: 1:20-cv-03846**

Dear Ms. Angela Caesar:

Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed on December 29, 2020.  A certified copy of the docket entries is also enclosed.

Please acknowledge receipt of our file on the duplicate copy of this letter, and return it to this Court.

Sincerely,

Joy Jefferson, Branch Chief
 Civil Actions Branch

By: /s/ *Kate Cournoyer*

| Case Number | Status | | Judge |
|---|---|---|---|
| 2020 CA 003912 B | Closed | | EPSTEIN, ANTHONY C |

| In The Matter Of | Action |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION et al  Vs. PHARMAVITE, LLC | Complaint for Declaratory Judgment Filed |

| Party | | Attorneys |
|---|---|---|
| CLEAN LABEL PROJECT FOUNDATION<br>280 E. 1st Ave., #873<br>BROOMFIELD, CO 80038 | PLNTF | PITTMAN, JOHN TRAVIS<br>Paxton Law Group, LLC<br>1875 I Street NW<br>5th Floor, Suite 500<br>WASHINGTON, DC 20006 |
| GMO FREE USA<br>PO Box 458<br>UNIONVILLE, CT 06085 | PLNTF | PITTMAN, JOHN TRAVIS<br>Paxton Law Group, LLC<br>1875 I Street NW<br>5th Floor, Suite 500<br>WASHINGTON, DC 20006 |
| TOXIN FREE USA | DBA | |
| PHARMAVITE, LLC<br>2710 Gateway Oaks Drive, Suite 150N<br>SACRAMENTO, CA 95833 | DFNDT | |

| Opened | Disposed | Case Type |
|---|---|---|
| 09/04/2020 | Removal-Notice of<br>Removal To USDC | Civil II |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 📷 03/10/21 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Removal<br>Sent on:  03/10/2021  16:45:00.73 | 0.00 | 0.00 |
| 2 | 02/12/21 | Notice of Removal to USDC for the District of Columbia. 1:20-cv-03846. | 0.00 | 0.00 |
| 3 | 02/12/21 | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 02/12/2021 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Held. Courtroom 221 (Courtsmart/Webex). No parties present. Court notes that the docket reflects that the case has been removed from DC Superior Court to the Federal Court. Case Closed. ss/jae<br><br>Judge: EPSTEIN, ANTHONY C    Location: Courtroom 221 | 0.00 | 0.00 |
| 4 | 📷 12/29/20 | Additional eFiling Document to Notice of Removal to USDC Filed. Submitted 12/29/2020 21:25. mq<br>Attorney: SOSNOWSKY, MARK H.M. (979960) | 0.00 | 0.00 |

2020 CA 003912 B    CLEAN LABEL PROJECT FOUNDATION et al  Vs. PHARMAVITE, LLC

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|--------------------------------------------------|------------------|-------------|
| 5 | 12/29/20 | Notice of Removal to USDC Filed.<br>Submitted 12/29/2020 21:25. mq<br>Attorney: SOSNOWSKY, MARK H.M. (979960)<br>PHARMAVITE, LLC (Defendant); | 0.00 | 0.00 |
| 6 | 12/29/20 | Order Transferring Case to Judge<br>Epstein signed by Judge Eptstein<br>submitted 12/29/2020 14:39:54. kc. | 0.00 | 0.00 |
| 7 | 12/29/20 | Judge Caseload Transfer<br>The judge was changed from WILLIAMS,<br>YVONNE to EPSTEIN, ANTHONY C | 0.00 | 0.00 |
| 8 | 12/29/20 | Order Transferring Case Entered on<br>Docket, Signed by Judge Epstein,<br>efiled, e-served 12/29/2020. lm | 0.00 | 0.00 |
| 9 | 12/15/20 | Additional eFiling Document to<br>Affidavit of Service of Summons &<br>Complaint filed. submitted 12/15/2020<br>13:52. NB<br>Attorney: PITTMAN, JOHN TRAVIS<br>(1016894)<br>CLEAN LABEL PROJECT FOUNDATION<br>(Plaintiff); | 0.00 | 0.00 |
| 10 | 12/15/20 | Affidavit of Service of Summons &<br>Complaint filed. submitted 12/15/2020<br>13:52. NB<br>Attorney: PITTMAN, JOHN TRAVIS<br>(1016894)<br>CLEAN LABEL PROJECT FOUNDATION<br>(Plaintiff); | 0.00 | 0.00 |
| 11 | 12/01/20 | ORDER GRANTING PLAINTIFFS' COMBINED<br>MOTION TO DISMISS CO-PLAINTIFF TOXIN<br>FREE UNDER RULE 21 AND TO AMEND THE<br>COMPLAINT UNDER RULE 15(a) Filed.<br>Signed by Judge Williams and Submitted<br>12/01/2020 14:14. AV | 0.00 | 0.00 |
| 12 | 12/01/20 | Event Scheduled<br>Event: Initial Scheduling<br>Conference-60<br>Date: 02/12/2021   Time: 9:30 am<br>Judge: WILLIAMS, YVONNE    Location:<br>Courtroom 518 | 0.00 | 0.00 |
| 13 | 12/01/20 | Event Resulted:<br>The following event: Initial<br>Scheduling Conference-60 scheduled for<br>12/11/2020 at 9:30 am has been<br>resulted as follows:<br><br>Result: Event Cancelled<br>Judge: WILLIAMS, YVONNE    Location:<br>Courtroom 518 | 0.00 | 0.00 |

| No. | Date of Journal Book-Page-Nbr | Pleadings Filed, Orders and Decrees Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 14 | 12/01/20 | Order Granting Motion to Dismiss Co-Plaintiff and Amend Complaint Entered on the Docket.  Signed in Chambers by Judge Yvonne Williams on 12/1/20.  E-filed and e-served via Casefilexpress on 12/1/20.  RB | 0.00 | 0.00 |
| 15 | 11/04/20 | Additional eFiling Document to Plaintiff Combined Motion To Dismiss Filed. submitted 11/04/2020 09:35. NB Attorney: PITTMAN, JOHN TRAVIS (1016894) CLEAN LABEL PROJECT FOUNDATION (Plaintiff); GMO FREE USA (Plaintiff); | 0.00 | 0.00 |
| 16 | 11/04/20 | Plaintiff Combined Motion To Dismiss Filed. submitted 11/04/2020 09:35. NB Attorney: PITTMAN, JOHN TRAVIS (1016894) CLEAN LABEL PROJECT FOUNDATION (Plaintiff); GMO FREE USA (Plaintiff);  Receipt: 463171  Date: 11/04/2020 | 20.00 | 0.00 |
| 17 | 09/08/20 | Complaint Package eServed to Filer | 0.00 | 0.00 |
| 18 | 09/08/20 | Initial Order and Addendum Issued (60 Days)  Initial Order-60 Days Sent on:  09/08/2020  10:56:50.01 | 0.00 | 0.00 |
| 19 | 09/08/20 | Issue Date:  09/08/2020 Service:  Summons Issued Method:  Service Issued Cost Per:  $  PHARMAVITE, LLC 8531 Fallbrook Avenue WEST HILLS, CA  91304 Tracking No: 5000229787  PHARMAVITE, LLC 2710 Gateway Oaks Drive, Suite 150N SACRAMENTO, CA  95833 Tracking No: 5000229788 | 0.00 | 0.00 |
| 20 | 09/08/20 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 12/11/2020   Time: 9:30 am Judge: WILLIAMS, YVONNE    Location: Courtroom 518 | 0.00 | 0.00 |

2020 CA 003912 B    CLEAN LABEL PROJECT FOUNDATION et al   Vs. PHARMAVITE, LLC

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-----|-----|-----|
| 21  | 09/04/20 | eComplaint Filed. Submitted 09/04/2020<br>14:00. ajm<br>Attorney: PITTMAN, JOHN TRAVIS<br>(1016894)<br>CLEAN LABEL PROJECT FOUNDATION<br>(Plaintiff); GMO FREE USA (Plaintiff); | 0.00 | 0.00 |
| 22 | 09/04/20 | Complaint for Declaratory Judgment<br>Filed<br>Attorney: PITTMAN, JOHN TRAVIS<br>(1016894)<br>CLEAN LABEL PROJECT FOUNDATION<br>(Plaintiff); GMO FREE USA (Plaintiff);<br> Receipt: 460413  Date: 09/08/2020 | 120.00 | 0.00 |

---

                    Totals By:  Cost
                                                      140.00              0.00
                              Information
                                                        0.00              0.00
                    *** End of Report ***



Filed
D.C. Superior Court
12/29/2020 21:25PM
Clerk of the Court

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION, | Civil Action No.  2020 CA 003912 B |
| Plaintiff, | Judge Anthony Epstein |
| v. | Next Event:   Initial Scheduling Conference February 12, 2021 |
| PHARMAVITE, LLC, | |
| Defendant. | |

## NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE THAT the Defendant Pharmavite LLC ("Pharmavite") has removed this action to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1446. A file stamped copy of Pharmavite's Notice of Removal, as well as all exhibits thereto, is attached as Exhibit 1. Under 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Dated: December 29, 2020

Respectfully submitted,

/s/ Mark H. M. Sosnowsky
Mark H.M. Sosnowsky (No. 979960)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Tel: 202-354-1327
Fax: 202-230-5354
mark.sosnowsky@faegredrinker.com

*Attorney for Defendant Pharmavite LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of December 2020, I filed the foregoing Notice of Removal with Exhibits via CaseFileXpress, which automatically generates an electronic notice to all parties of record.

 /s/ Mark H.M. Sosnowsky
Mark H.M. Sosnowsky

# Exhibit 1

# CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION | PHARMAVITE LLC |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Boulder<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Los Angeles<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br><br>Travis Pittman (DC Bar No. 1016894)<br>Holmes Pittman & Haraguchi, LLP<br>P.O. Box 380<br>Chester, MD 21619 / (410) 482-9505 | ATTORNEYS (IF KNOWN)<br><br>Mark H.M. Sosnowsky (DC Bar No. 979960)<br>Faegre Drinker Biddle & Reath LLP<br>1500 K Street, N.W., Suite 1100<br>Washington, DC 20005 / (202) 354-1327 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ◯ 1 U.S. Government Plaintiff
- ◯ 3 Federal Question (U.S. Government Not a Party)
- ◯ 2 U.S. Government Defendant
- ⦿ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ⦿ 1 | ◯ 1 | Incorporated or Principal Place of Business in This State | ◯ 4 | ◯ 4 |
| Citizen of Another State | ◯ 2 | ◯ 2 | Incorporated and Principal Place of Business in Another State | ◯ 5 | ⦿ 5 |
| Citizen or Subject of a Foreign Country | ◯ 3 | ◯ 3 | Foreign Nation | ◯ 6 | ◯ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)**

◯ **A.** *Antitrust*

- ☐ 410 Antitrust

◯ **B.** *Personal Injury/ Malpractice*

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

◯ **C.** *Administrative Agency Review*

- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

◯ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

⦿ **E.** *General Civil (Other)* **OR** ◯ **F.** *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☒ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 462 Naturalization Application

- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/Privacy Act* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

---

**V. ORIGIN**

○ 1 Original Proceeding  ● 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge  ○ 8 Multi-district Litigation – Direct File

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1332(d) CAFA Removal for State Class Action (Consumer Protection Procedures Act, DC Code 28-3901 et seq.)

---

| **VII. REQUESTED IN COMPLAINT** | ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** **JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☒  NO ☐ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☒  NO ☐ | If yes, please complete related case form |
|---|---|---|---|

| DATE: December 29, 2020 | SIGNATURE OF ATTORNEY OF RECORD ___ s/ Mark H.M. Sosnowsky ___ |
|---|---|

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

**I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

**III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of the case.

**VI.** CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.** RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

CLEAN LABEL PROJECT FOUNDATION,

A 501(c)(3) corporation
280 E. 1St Ave., #873
Broomfield, Colorado 80038

                           Plaintiff,

        v.

PHARMAVITE LLC,

A California limited liability company
8531 Fallbrook Ave.
West Hills, CA 91304

                        Defendant.

Case No.   1:20-cv-3846

## NOTICE OF REMOVAL

Defendant Pharmavite LLC ("Pharmavite") hereby removes this case from the Superior Court of the District of Columbia, Civil Division, to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1446. Removal is proper under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d) because this case is a class action in which the putative class exceeds 100 members, at least one plaintiff is diverse from one defendant, and the amount in controversy exceeds $5 million. Venue is proper under 28 U.S.C. § 1391 because this action was filed in the Superior Court of the District of Columbia, which is coextensive with the District to which this case has been removed.

## FACTUAL BACKGROUND AND STATE COURT PROCEEDINGS

1.     Plaintiff Clean Label Product Foundation ("Plaintiff") filed this action in the Superior Court of the District of Columbia on September 4, 2020. *See* Exhibit A, Complaint. On December 1, 2020, the Court granted Plaintiff's motion to file a First Amended Complaint ("FAC"). *See* Exhibit B, Order. Plaintiff served the FAC on December 2, 2020. *See* Exhibit C,

FAC; Exhibit D, Proof of Service. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the remainder of the Superior Court case file (including all documents other than those in Exhibits A-D) is attached hereto as Exhibit E.

2.      Pharmavite is a California limited liability company with its principal place of business in West Hills, California. Pharmavite manufactures, largely in California, Nature Made® brand vitamins and supplements. Plaintiff alleges that three of Pharmavite's prenatal supplements in a total of seven different sizes (the "Products") "are under-formulated with respect to folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals and detectable amounts of pesticides." *See* Exhibit C, FAC, Introductory paragraph. Plaintiff further alleges that Pharmavite's labeling and advertising of the Products violates the District of Columbia's Consumer Protection Procedures Act ("CPPA"), D.C. Code § 28-3901 *et seq. See e.g.,* Exhibit C, FAC, ¶¶ 53, 54, 198, 200-211.

3.      Plaintiff purports to bring this action in a representative capacity under two separate provisions of the CPPA. First, Plaintiff purports to asserts its claims under Section 28-3905(k)(1)(C), which permits a "nonprofit organization . . . on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, [to] bring an action seeking relief from the use of a trade practice in violation of a law of the district." D.C. Code § 28-3905(k)(1)(C). *See* Exhibit C, FAC, ¶¶ 213, 214 (referencing this provision). Second, Plaintiff purports to assert its claims under section 28-3905(k)(1)(D), which provides that a "public interest organization may, on behalf of the interests of a consumer or class or consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District. D.C. Code §28-3905(k)(1)(D)(i). *See* Exhibit C, FAC, ¶¶ 216, 217, 219, 220 (referencing this provision).

4.      Plaintiff seeks remedies available under D.C. Code §§ 28-3905(k)(2), including,

but not limited to, declaratory and injunctive relief, including a corrective marketing campaign. Plaintiff also seeks costs, attorneys' fees, expert fees, and prejudgment interest. *See* Exhibit C, FAC, Prayer for Relief.

## REMOVAL IS APPROPRIATE UNDER CAFA

5.      CAFA provides that federal courts have original jurisdiction over (i) a "class action" in which (ii) any plaintiff is diverse from any defendant, (iii) there are at least 100 members in the putative class, and (iv) the amount in controversy excess the sum or value of $5,000,000, exclusive of interest and costs. 28 U.S.C. § 1332(d). Under 28 U.S.C. § 1441(a), any such action may be removed to the district court for the district and division embracing the place where the action is pending. "No antiremoval presumption attends cases involving CAFA, which Congress enacted to facilitate adjudication of certain class actions in federal court." *Dart Cherokee Basin Operating Co. v. Owens,* 574 U.S. 81, 89 (2014); *accord Bradford v. George Washington Univ.,* 249 F. Supp. 325, 331 (D.C. Cir. 2017).

### This case is a "class action" under CAFA

6.      Under CAFA, a class action is "any civil action filed under Rule 23 of the Federal Rules of Civil Procedure *or similar State statute* or rule of judicial procedure *authorizing* an action to be brought by 1 or more representative persons as a class action." 28 U.S.C. § 1332(d)(1)(B) (emphasis added).

7.      Whether an action under the District of Columbia's consumer protection law constitutes such a similar state statute is a question of District of Columbia law. *See In re U-Haul Int'l, Inc.,* No. 08-7122, 2009 WL 902414, at *1 (D.C. Cir. Apr. 6, 2009) (characterizing this inquiry as "a matter of District of Columbia law" that should be answered by "the local courts"); *Williams v. Martinez,* 586 F.3d 995, 1001 (D.C. Cir. 2009) ("[O]n questions of District of Columbia law this court defers to the D.C. Court of Appeals.")

8.     Pursuant to the CPPA, "public interest organizations may, on behalf of the interests of a consumer, or a *class of consumers,* bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or *class* could bring an action under subparagraph (A) of this paragraph for relief from such use by such person of such trade practice." D.C. Code §28-3905(k)(1)(D)(i) (emphasis added); Exhibit C, FAC, ¶ 219. Plaintiff expressly alleges that it brings this action under D.C. Code § 28-3905(k)(1)(D)(i), "on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(l)(A)." *See* Exhibit C, FAC, ¶ 219. *See also id.,* ¶ 198 ("Pursuant to D.C. Code §28-3905(k)(l) and 28-39905(k)(2) [sic], the Plaintiffs bring this claim on behalf of themselves and the general public of the District of Columbia.").

9.     D.C. courts have confirmed that D.C.'s consumer protection law is a statute that authorizes—and compels—a class action. *See Rotunda v. Marriot Int'l, Inc.,* 123 A.3d 980, 989 (D.C. 2015); *Organic Consumers Ass'n v. General Mills, Inc.,* No. 2016 CA 6309 B, 2017 WL 2901210, at *5 (D.C. Super. Ct. Apr. 27, 2017). Here, Plaintiff, as the "master of [its] complaint," has affirmatively invoked section 28-3905(k)(1)(D), which authorizes—and, indeed requires—Plaintiff to bring this lawsuit as a class action. *Barnes v. District of Columbia,* 42 F. Supp. 3d 111, 120 (D.D.C. 2014) (emphasizing that the plaintiff "should have recognized that the defendant could exercise its statutory right of removal" based on the claims he chose to plead). That is sufficient to bring this lawsuit within the ambit of CAFA.

**The parties are sufficiently numerous to satisfy CAFA**

10.     Although Plaintiff avoids defining the size of the putative class, it purports to bring this lawsuit on behalf of individuals in the District of Columbia who have purchased the Products within the limitations period (*i.e.,* since September 4, 2017). *See generally Samuel v. Wells Fargo Co.,* 311 F. Supp. 3d 10, 20 n.11 (D.D.C. .2018) ("Courts apply a three-year statute

of limitations to CPPA claims . . . ."). Pharmavite has access to IRI scan data, which confirms

that over 30,000 units of the Products have been sold in the D.C. metropolitan area each year

since 2017. That supports a reasonable inference that over 100 individuals purchased the

Products in the District of Columbia during the statute of limitations period and satisfied

CAFA's numerosity requirement.

### The parties are minimally diverse

11.     The caption of the FAC reflects that Plaintiff is headquartered in Broomfield,

Colorado (*see* Exhibit C, FAC, at p.1), and that it brings this action on behalf of the general

public, *i.e.*, consumers of the Products, in the District of Columbia. *See id.*, FAC, introductory

paragraph and ¶¶ 198, 219.

12.     Pharmavite is a limited liability company with its principal place of business in

California. Pharmavite has no member incorporated, or with its principal place of business, in

the District of Columbia.

13.     CAFA's minimal diversity requirement is satisfied because the class members

Plaintiff purports to represent are citizens the District of Columbia. Pharmavite is not a citizen of

the District of Columbia and is, at a minimum, diverse from the class plaintiffs.

### There is at least $5 million in controversy

14.     In assessing the amount in controversy, "[a]bsolute certainty" as to the amount in

controversy is not required, rather a "present probability" that damages "meet the requirement" is

sufficient. *Comm. for GI Rights v. Calloway,* 518 F.2d 466, 472 (D.C. Cir. 1975). Moreover, "for

purposes of the Class Action Fairness Act [calculating the amount in controversy] is less a

prediction of how much the plaintiffs are ultimately likely to recover than it is an estimate of

how much will be put at issue during the litigation." *Lavelle v. State Farm Mut. Auto Ins. Co.,*

235 F. Supp. 3d 217, 224 (D.D.C. 2017) (internal citations and quotation marks omitted). Federal

courts have consistently emphasized that CAFA only requires a defendant to show that it "is reasonably possible that the potential liability exceeds $5 million." *Greene v. Harley-Davidson,* 965 F.3d 767, 772 (9th Cir. 2020). *See also Raskas v. Johnson & Johnson,* 719 F.3d 884, 887 (8th Cir. 2013) ("[W]hen determining the amount in controversy, the question is not whether the damages *are* greater than the requisite amount, but whether a fact finder *might* legally conclude that they are.") (Citation and internal quotation marks omitted); *S. Fla. Wellness, Inc. v. Allstate Ins. Co.,* 745 F.3d 1312, 1315 (11th Cir. 2014) (noting that the amount in controversy is an "estimate of how much will be put at issue in the litigation" and that this "amount is not discounted by the chance that the plaintiffs will lose on the merits").

15.     Under 28 U.S.C. § 1332(d)(6), determining whether the matter in controversy exceeds the jurisdictional amount (*i.e.,* $5,000,000), the removing party bears the burden of offering a "plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co.,* 574 U.S. at 89. In other words, Pharmavite only needs to offer this Court a plausible allegation that the amount in controversy exceeds $5 million.

16.     At this stage of the litigation, Pharmavite is not required to submit evidence substantiating the amount in controversy. "Evidence establishing the amount [in controversy] is required . . . only when the plaintiff contests, or the court questions, the defendant's allegation." *Id.* To the extent there is any dispute as to the amount in controversy, Pharmavite expressly reserves the right to submit evidence substantiating its jurisdictional allegations. *See, e.g., Lavelle,* 235 F. Supp. 3d at 223 (denying motion to remand based on post-removal "evidence regarding attorneys' fees and punitive damages" and rejecting argument that the defendant "waived the right to use these factors in its calculation of the amount in controversy" because it did not submit this evidence alongside its notice of removal).

17.     Here, Plaintiff seeks an order enjoining Pharmavite from engaging in conduct

alleged in the Complaint, as well as injunctive relief requiring "corrective advertising to the residents of the District of Columbia that restores consumers." *See* Exhibit C, FAC, Prayer for Relief. "[T]he test for determining the amount in controversy is the pecuniary result to *either party* which the judgment would directly produce." *Tatum v. Laird,* 444 F.2d 947, 951 n.6 (D.C. Cir. 1971) (Citation omitted), *rev'd on other grounds,* 408 U.S. 1 (1972). "[C]ourts do not have to ascertain the value of injunctive relief precisely; so long as a plaintiff's pleadings amount to more than a 'formal allegation' that the relief is worth more than [the jurisdictional minimum], that is sufficient." *Info Strategies, Inc. v. Dumosch,* 13 F. Supp. 3d 135, 141-42 (D.D.C. 2014) (Citation omitted).

18.    Although Plaintiff does not describe with specificity the injunctive relief it seeks, in the event Plaintiff were to prevail on its claim, any injunctive relief ordered by this Court would very likely exceed $5 million. For example, if this Court prohibits sale of the Products in the District of Columbia, Pharmavite not only would have to stop all direct sales of these products in brick-and-mortar stores in the District of Columbia and effectuate the removal of the Products from store shelves, but it also would have to monitor to ensure that the Products are not resold by retailers within the District of Columbia. This would result in losses of several million dollars to Pharmavite. Based on Pharmavite's investigation moreover, some on-line retailers, including Amazon, would not be able to execute an order to not sell the Products only in the District of Columbia, and would discontinue the Products entirely, which Pharmavite estimates would result in losses of more than $4 million in sales in the first year alone.

19.    By way of further example, if the Court were to order Pharmavite to reformulate, repackage, and/or relabel the Products, such changes would need to occur on a nationwide basis, and would require Pharmavite to initiate substantial changes to its supply chain and manufacturing process. The cost to Pharmavite of complying with this kind of injunctive relief

would be significant.

20.     In addition, the scale of Plaintiff's requested "corrective advertising" campaign could include print, television, digital, radio, and other types of advertisement in the District of Columbia. Such a campaign would require Pharmavite to use both internal and external resources to develop and deploy the campaign. The cost of this campaign alone likely could come close to, or even exceed $5 million. *See, e.g., Fefferman v. Dr. Pepper Snapple Grp., Inc.,* No. 3:13-cv-00160-H (KSC), 2013 WL 12114486, at *3 (S.D. Cal. Mar. 12, 2013) (noting that, "[i]n total, the corrective advertisement campaign would cost Defendants approximately $4,985,000).

21.     Plaintiff's request for attorneys' fees and experts' fees should also be considered on removal. *See* Exhibit C, FAC, Prayer for Relief. "Attorney fees are part of the amount in controversy if they are provided for by statute or contract." *Sloan,* 2015 WL 9272838, at *9 (internal quotations and citations omitted). The CPPA provides for attorneys' fees in the same statutory provision invoked by Plaintiff in the Complaint. D.C. Code § 28-3905(k)(2)(B) (providing for attorneys' fees). While the amount of attorneys' fees that Plaintiff will seek is not yet known, attorneys' fee awards in other cases brought under the same statue have been substantial. *See, e.g., Beck v. Test Masters, Educ. Servs., Inc.,* 73 F. Supp. 3d 12, 18, 20 (D.D.C. 2014) (awarding $927,707.89 in attorneys' fees and expenses); *see also Williams v. First Gov't Mortg. & Invr's Corp.,* 225 F.3d 738, 743, 746-47 (D.C. Cir. 2000) (affirming award of $199,340 in attorneys' fees).

22.     Finally, a reasonable reading of Plaintiff's FAC indicates that Plaintiff does, in fact, seek monetary damages. Plaintiff's prayer for relief seeks a judgment for "the remedies available under D.C. Code § 28-3905(k)(2)(A-F)." Exhibit C, FAC, Prayer for Relief. These remedies explicitly include actual damages, as well as "[t]reble damages, or $1,500 per violation,

whichever is greater." D.C. Code § 28-3905(k)(2)(A)(i), (ii). Several courts have determined the amount in controversy involving these statutory damages by multiplying the total number of products sold by $1,500. *See, e.g., Sloan v. Soul Circus, Inc.*, No. CV 15-01389 (RC), 2015 WL 9272838, at *8 (D.D.C. Dec. 18, 2015) (holding that statutory damages flow from each "purchase or receipt" of consumer goods) (emphasis original); *Fahey v. Godiva Chocolatier, Inc.*, No. CV 19-2128 (JDB), 2020 WL 805776, at *5 (D.D.C. Feb. 18, 2020) (holding that the amount in controversy included "$7,500—one violation for each individually wrapped candy bar"). Here, the number of units of the Products sold in the District of Columbia during the limitations period are such that monetary damages under CPPA, including treble damages or penalties, would put the amount in controversy in this case in excess of CAFA's jurisdictional minimum.

23.      In the aggregate, the value of Plaintiff's request for injunctive relief, corrective advertising, possible repackaging, attorneys' fees, and possible statutory damages easily exceeds the $5 million in total required for CAFA jurisdiction.

## OTHER REQUIREMENTS FOR REMOVAL ARE MET

24.      28 U.S.C. § 1446(b) provides that notice of removal of a civil action must be filed within thirty days of service of the initial pleading. In this case, Pharmavite was served on December 2, 2020. *See* Exhibit D, Proof of Service. Pursuant to Fed. R. Civ. P. 6(a)(1)(C), the deadline for filing this notice of removal is January 1, 2021. This notice of removal is thus timely filed.

25.      Pharmavite has not filed any pleading in the Superior Court responding to the Complaint.

26. Pursuant to 28 U.S.C. § 1446(d), Pharmavite will promptly give written notice of the filing of this Notice of Removal to all parties, and a copy of this Notice will be filed with the Clerk of the Superior Court.

Dated: December 29, 2020

Respectfully submitted,

/s/ Mark H. M. Sosnowsky
Mark H.M. Sosnowsky (No. 979960)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Tel: 202-354-1327
Fax: 202-230-5354
mark.sosnowsky@faegredrinker.com

*Attorney for Defendant Pharmavite LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2020, I electronically filed the **Notice of Removal** and accompanying documents with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel listed below. In addition, service will be made by first class U.S. Mail, postage prepaid, on the following:

Travis Pittman, Esq.
jtpittman@hphattorneys.com
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD 21619
(410) 482-9505

Kristen M. Ross, Esq.
Kristen.ross@didmlaw.com
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
(202) 750-0355

/s/ *Mark H.M. Sosnowsky*
Mark H.M. Sosnowsky

**EXHIBIT A**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION * | |
| A 501(c)(3) | |
| 280 E. 1ˢᵗ Ave., #873 * | Case No._____ |
| Broomfield, Colorado 80038 | |
| * | |
| | COMPLAINT |
| and * | |
| | DEMAND FOR JURY TRIAL |
| GMO FREE USA d.b.a. TOXIN FREE USA * | |
| P.O. Box 458 | |
| Unionville CT, 06085 * | |

and

GMO FREE USA d.b.a. TOXIN FREE USA
P.O. Box 458
Unionville CT, 06085

                    Plaintiffs,

              v.

PHARMAVITE, LLC

Serve on:
Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505

                    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **COMPLAINT**

On behalf of themselves and the general public, Plaintiffs, Clean Label Project Foundation

("Clean Label Project" or "CLP") and GMO Free USA d.b.a. Toxin Free USA ("Toxin Free USA"),

hereinafter "Plaintiffs," by and through their counsel, bring this action against Pharmavite, LLC

("Pharmavite") hereinafter Defendant, regarding the deceptive labeling, marketing, and sale of Nature

Made Prenatal Multi (90 ct), Nature Made Prenatal Multi (250 ct), Nature Made Prenatal Multi +

DHA (110 ct), and Nature Made Prenatal Multi +DHA (115ct), ("Products")[1] that are under-

---

[1] Discovery may demonstrate that additional Pharmavite Products are within the scope of this Complaint. Plaintiffs reserve the right to amend this complaint to include additional prenatal items identified through the course of discovery.

formulated with respect to folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals and detectable amounts of pesticides. Contrary to Defendant's promises and assurances, CLP facilitated independent testing and discovered that the amount of folic acid stated on the labels in the Products is unconscionably under-formulated, well below industry and medical standards. Further, the adulterated Products are exposing mothers and their babies to contaminants, to include lead, cadmium, and pesticides – compounds and contaminants known to cause reproductive harm in fetuses and infants. Plaintiffs allege the following based upon information, belief, and the investigation of its counsel:

**Introduction**

1. Pregnancy can be a high-risk time, with as few as sixty-two percent (62%) of pregnancies ending in a live birth.[2]

2. Gestation, the period of development comprising embryonic and fetal development, is a "critical period" in human life.

3. This critical period is often referred to as "prenatal" development.

4. "Critical periods" are so named because disruption of development during those phases is often irreversible, placing incredible importance on ensuring developing brains and bodies are left unobstructed during these periods.

5. In the case of fetal neurodevelopment, a number of highly important processes occur during even the first month of pregnancy.

6. During the critical periods, essential neurodevelopment occurs, including aspects of

---

[2] Center for Disease Control and Prevention, *US Pregnancy Rate Lowest in Two Decades* (Dec. 15, 1999), https://www.cdc.gov/nchs/pressroom/99facts/pregrate.htm.

neurogenesis – the formation of neurons ("brain cells") and the formation of the complex interconnection of neurons that give rise to the human experience (synaptogenesis).[3]

7. Although the brain continues to develop and change after birth and into adulthood, the prenatal period can have a lasting effect on the adequacy of neurodevelopment and quality of life.

8. How thoroughly a brain develops depends on many factors in addition to genes, such as:[4]

    a. Proper nutrition starting in pregnancy.

    b. Exposure to toxins or infections during these critical periods.

    c. The child's experiences with other people and world after birth.

9. For these reasons, it is critically important to ensure that prenatal development proceeds as smoothly as possible.

10. Thus, it is the duty of brands assisting in this critical prenatal development period to:

    a. Provide consumers with nutrients needed to ensure proper development.

    b. Ensure that the brand's products do not provide deleterious chemicals that may detract from healthy development.

11. Many of these critical processes require specific essential nutrients, such as vitamins, to occur correctly, and the failure of these processes is often irreversible.

12. One such critical process is the folding of the neural crest into the neural tube: when a flat layer of specialized cells in the embryo "folds" and seals shut, eventually creating a cylinder of cells

---

[3] Huttenlocher, P. R., & Dabholkar, A. S, *Regional differences in synaptogenesis in human cerebral cortex*, 287(2) Journal of comparative Neurology 167-178 (1997).
[4] Gibbs, B. G., & Forste, R, *Socioeconomic status, infant feeding practices and early childhood obesity,* 9(2) Pediatric obesity 135-146 (2014).

3

that will grow to become the central nervous system (the brain and spine).[5]

13. If this sealing process or one of its immediate consequences, which occurs during the third week of pregnancy, is unsuccessful, the child will develop one of a host of complications cumulatively referred to as Neural Tube Defects ("NTDs").

14. These NTDs take many forms, but all involve some form of disruption of central nervous system functioning – ranging from lower limb paralysis (*spina bifida*) to the child being born without a brain (*anencephaly*). Many NTDs are fatal, often resulting in nonviable pregnancy or still birth.[6]

15. While many factors play a role in the development of NTDs, proper nutrition is critical in reducing risk.

16. Specifically, ensuring adequate maternal intake of vitamin B9 (folate/folic acid) is essential in reducing the risk of NTDs.

17. Unfortunately, in many cases it is difficult or impossible for women to attain sufficient folate/folic acid in their diets to minimize their fetuses' risk of an NTD.[7]

18. As a consequence, medical experts recommend women who are or may become pregnant supplement their diet with a prenatal vitamin which, among other nutrients, contains folate/folic acid.[8]

19. Given the above, it follows that supplements designed to ensure prenatal health have become increasingly important to consumers, to include D.C. consumers.

---

[5] Blom, H. J., Shaw, G. M., den Heijer, M., & Finnell, R. H, *Neural tube defects and folate: case far from closed*, 7(9) Nature Reviews Neuroscience 724-731 (2006).
[6] *Id*.
[7] Healthy Children.org, *Where We Stand: Folic Acid* (Nov. 2019), https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[8] *Id*.

20. Consumers seek out and choose prenatal vitamins based on the concerns regarding supplements such as folic acid.

21. This consumer interest has given rise to a highly competitive $445M market.[9] In a recent survey, one-hundred percent (100%) of women living in the District of Columbia or its surrounding states indicated that they took a prenatal vitamin during pregnancy.[10]

22. In order to gain a share in this market, prenatal vitamin brands market their product as working to ensure proper prenatal development.

23. Pharmavite's Nature Made is one such brand, marketing a line of prenatal vitamins suggesting that Nature Made "supports the development of brain, eyes and the nervous system."

24. Packaging for Nature Made prenatal vitamins makes numerous claims referencing brain health:

   a. Nature Made packages its Products as "[s]upport[ing] the development of baby's brain, eyes, & nervous system."

   b. Nature Made also boasts, "Complete Prenatal Multivitamins with Folic Acid Plus DHA" on the front middle of the Product box, directly below the previous statement.

   c. Nature Made assures that its Product "Provides 100% Daily Value of Folic Acid."

   d. Nature Made also addresses folic acid on the front of the Product by stating, "Contains folic acid and 17 other nutrients for baby's development & mom."

   e. Both phrases are encircled in purple and orange respectively, drawing extra attention to

---

[9] Grand View Research, *Prenatal Vitamin Supplement Market Size, Share & Trends Analysis Report By Product Form (Capsules, Powder, Gummy), By Distribution Channel, By Region, And Segment Forecasts, 2019 – 2025* (Aug. 2019), https://www.grandviewresearch.com/industry-analysis/prenatal-vitamin-supplement-market.
[10] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

the information.



**Figure 1**

25. Nature Made draws extra emphasis to the promise of complete folic acid by displaying the

Supplement Facts on the back of the Product:

**Supplement Facts**
Serving Size: 1 Tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 2667 IU | 33% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as d-Alpha Tocopheryl Acetate) | 33 IU | 110% |
| Vitamin K (as Phytonadione) | 80 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 93% |
| Riboflavin | 1.4 mg | 76% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 73% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 65% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 60% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

**Figure 2**

26. One component feature of Nature Made's "brain development" platform is their use of

Docosahexaenoic acid (DHA), a fatty acid which plays a role in neurogenesis.[11]

---

[11] Bradbury, J. (2011). *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain.* Nutrients, *3*(5), 529-554

6

**Nature Made® Prenatal Multi + DHA Softgels**

Formulated to support the development of baby's brain, nervous system, bones and eyes. And they have clinically proven absorption of iron and folic acid. Think of it as nutritional support for you and your bump!

**Figure 3**

27. Pharmavite is aware of the importance of supplements during the delicate prenatal process, as it is the sole reason for the creation of the market for the Products.

28. Pharmavite is aware that proper folic acid fortification "may reduce a woman's risk of having a child with a neural tube defect."

**Benefits**

* Scientifically formulated with essential vitamins and minerals that are essential during pregnancy and 200 mg DHA
* DHA: may help support fetal brain and eye development¹
* Folic Acid: Adequate folic acid in healthful diets may reduce a woman's risk of having a child with a neural tube defect
* Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body¹
* Calcium and Vitamin D3: help build and support strong bones¹
* Vitamin A: helps support healthy eye function¹
* Vitamins A, C, and D and Zinc: help support the immune system¹
* Vitamins C and E: provide antioxidant support¹
* B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12): support cellular energy production¹
* Magnesium: helps support nerve, muscle and heart function¹

**Figure 4**

7

**Nature Made® Prenatal Multi Tablets**

*Provides daily nutritional support before and during pregnancy.* *Specially formulated to support the development of your baby's brain, nervous system, bones and eyes. It's big support for your little one.*

**Figure 5**

29. Pharmavite is aware of the formulation standards for vitamins.

30. Pharmavite is aware of how it packages their Products.

31. Given the risks of disrupted prenatal development, it is critically important to ensure that Pharmavite's "brain development" claims are true.

32. The Products in question are:

    a.  Nature Made Prenatal Multi (90ct)

    b.  Nature Made Prenatal Multi (250ct)

    c.  Nature Made Prenatal Multi + DHA (110ct)

    d.  Nature Made Prenatal Multi + DHA (115ct)

33. Plaintiffs caused the Products to be purchased for the purpose of evaluation by an ISO 17025 accredited third-party analytical chemistry laboratory. The results were reviewed and assessed by a third-party toxicologist.

34. At least one Nature Made Product was significantly under-formulated for folate/folic acid. Nature Made Products contained concerning levels of the neurotoxins lead and cadmium, as well as pesticides, all of which are linked to developmental toxicity.

8

35. This testing suggests that the above-mentioned contaminants are present in the Products, or at a minimum, that Pharmavite makes no efforts to confirm that they are not present. As a result, D.C. consumers who are led to believe that the Products support a fetus's healthy growth and promote brain, eye, and nervous system development for their unborn child in fact bear the risk of purchasing products that contain quantities of pesticides and toxic heavy metals – compounds known to deleteriously impact brain development.

36. The Environmental Protection Agency ("EPA"), Food and Drug Administration, the World Health Organization, the Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated there is no safe level of lead for children.

   a. The EPA has stated, "The Maximum Contaminant Level Goal for lead is zero. EPA has set this level based on the best available science, which shows there is no safe level of exposure to lead."[12]

   b. The Food and Drug Administration has stated that "[t]here is no known identified safe blood lead level."[13]

   c. The World Health Organization has likewise stated, "The neurological and behavioral effects of lead are believed to be irreversible. There is no known 'safe' blood lead concentration…"[14]

---

[12] EPA, *Basic Information about Lead in Drinking Water* (Aug. 13, 2020), https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#:~:text=EPA%20has%20set%20the%20maximum,in%20the%20body%20over%20time..

[13] Welch, Teresa, *Lead Found in 20% of Baby Food, Report Says* (June 19, 2017), https://www.charlotteobserver.com/news/nation-world/national/article157063044.html..

[14] The World Health Organization, *Lead Poisoning and Health* (Aug. 23, 2019), https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health#:~:text=The%20neurological%20and%20behavioural%20effects,behavioral%20difficulties%20and%20learning%20problems..

    d.   The Centers for Disease Control have found "[n]o safe blood level of lead has been identified."[15]

    e.   The American Medical Association has stated, "We know that there is no safe level of lead."[16]

    f.   The American Academy of Pediatrics has stated, "There is no safe level of lead exposure in children, with lasting decreases in cognition documented in children with blood levels as low as five micrograms per deciliter of lead in blood."[17]

37.  Cadmium is a toxic heavy metal, known to have severe short- and long-term neurotoxic effects.[18]

38. The European Union has declared cadmium a "Substance of Very High Concern"[19] and is one of only six hazardous substances banned from use in Europe in electrical and electronic equipment due to the hazard posed to human health.[20]

39. Some states, such as Maryland, have banned cadmium in children's products.[21]

---

[15] CDC, *National Biomonitoring Program, Factsheet* (July 12, 2013), https://www.cdc.gov/biomonitoring/Lead_factsheet.html#:~:text=No%20safe%20blood%20lead%20level,half%20a%20cup%20of%20liquid.).

[16] AMA, *AMA Adopts New Policies to Prevent Future Lead Poisoning* (June 14, 2016), https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policies-prevent-future-lead-poisoning.

[17] American Academy of Pediatrics, *Lead Exposure in Children*, https://www.aap.org/Pages/ErrorPage.aspx?requestUrl=https://www.aap.org/en-us/advocacy-and-%20policy/aap-health-initiatives/lead-exposure/Pages/Lead-Exposure-in-Children.aspx.

[18] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural regeneration research 1879 (2018).

[19] European Chemicals Agency, *Candidate List of Substances for Very High Concern for Authorisation* (Aug. 26, 2020), https://echa.europa.eu/candidate-list-table/-/dislist/details/0b0236e1807dd024.

[20] Laser Focus World [online], *European Commission to Prohibit from TV's and Displays by October 2019* (Aug. 22, 2017), https://www.laserfocusworld.com/lasers-sources/article/16569155/european-commission-to-prohibit-cadmium-from-tvs-and-displays-by-october-2019#:~:text=European%20Commission%20to%20prohibit%20cadmium%20from%20TVs%20and%20displays%20by%20October%202019,-Nanoco%2C%20which%20makes&text=Cadmium%20is%20one%20of%20six,protect%20human%20and%20environmental%20health.

[21] Safer States, *Maryland* (Aug. 26, 2020), https://www.saferstates.com/states-in-the-lead/maryland/.

40. One of the pesticides detected in Pharmavite Products is a World Health Organization ("WHO") Class II pesticide, which are "moderately hazardous to human health."

41. In a census-balanced survey commissioned by CLP of 630 mothers who took prenatal vitamins during pregnancy, eighty-three percent (83%) felt that they would not have purchased the products if they had discovered it was under-formulated and eighty-four percent (84%) of moms would want their money back.[22]

42. As noted above, these neurotoxins have no known safe level for prenatal exposure; thus, they represent a serious and present risk to the neurological health of these developing children.

43. Likewise, under-formulating prenatal vitamins for folate/folic acid represents a risk to developing fetuses and infants, as it may cause a failure to receive the adequate amount of folic acid necessary for developmental needs.

44. The presence of these contaminants is neither "normal" nor "unavoidable," as a comprehensive category test of over 200 prenatal vitamins commissioned by CLP has revealed that the levels of these contaminants are unusually high relative to competitive prenatal vitamin brands. Likewise, the majority of prenatal vitamins were not under-formulated for folate/folic acid.

45. This means that consumers selecting a prenatal vitamin to ensure proper prenatal health during this critical period of neurodevelopment would expose the fetuses and/or infants to *less* of the neurotoxins cadmium and lead (and would provide them with more folate/folic acid) than by picking nearly any brand other than Nature Made.

46. Given the ubiquity of the public health and public policy positions above, Pharmavite knew or should have known of the risk of these toxins in the Products and should have taken steps to avoid these contaminants as their competitors clearly have done.

---

[22] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

47. Thus, the Products are adulterated under DC Code §48-103 *et seq.* as the presence of these contaminants poses a risk to the neurological health of the developing fetuses and/or infants and the avoidable presence of these contaminants directly contradict the "brain development" functions touted by Pharmavite.

48. As a result of Pharmavite's claims and marketing, D.C. consumers, who are led to believe that the Products are safe and effective and free of concerning levels of contaminants, in fact bear the risk of purchasing products that are under-formulated and not free of concerning quantities of heavy metals and pesticides.

49. A reasonable D.C. consumer would not expect Products claiming to support "brain health" to contain high levels of lead or cadmium.[23]

50. A reasonable D.C consumer would not expect products claiming to provide the recommended daily value of folic acid to be under-formulated for folic acid.[24]

51. In sum, Pharmavite is deceiving D.C consumers into believing that the Products support "brain development" when they contain avoidable levels of multiple deleterious neurotoxins with no known safe level in Products intended for use during a critical period of neurodevelopment. Simultaneously, Pharmavite Products are under-formulated for the principle active ingredient of folate/folic acid.

52. Pharmavite's false and misleading representations and omissions, including any tendency to mislead or omit, violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

53. Pharmavite's labeling and advertising of the Products tend to mislead and are materially deceptive about the true nature, quality, and ingredients of the Products. Plaintiffs bring this

---

[23] As noted above, a large percentage of Nature Made's competitors do not have these significant issues.
[24] *Id.*

deceptive advertising and adulteration cause on behalf of themselves and the general public, and seek relief, including but not limited to: an injunction to halt Pharmavite's false and misleading marketing and sale of Nature Made Products.

## Jurisdiction and Venue

54. This Court has personal jurisdiction over the parties in this case. Plaintiffs, by filing this Complaint, consent to this Court having personal jurisdiction over them and this matter.

55. This Court has personal jurisdiction over Defendant pursuant to D.C. Code §13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them given that, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avail themselves of the laws of the District of Columbia through their marketing and sales of the Products in the District of Columbia.

56. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §28-3905(k)(1)(B), (k)(1)(C) and (k)(2).[6]

## Parties

57. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

58. CLP performs its work throughout the United States, including in the District of Columbia.

59. CLP uses state-of-the-art accredited laboratory testing to identify the best and worst labeled products and publishes top and bottom performers on its website free of charge.

60. CLP was formed in 2016 with the goal of reducing contamination across all consumer-

13

packaged goods products.

61. CLP has an interest in food label truth and transparency, and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, allowing consumers to make data-based decisions.

62. In 2018, CLP caused the purchasing of the Nature Made Products, as well as over 200 other prenatal vitamin products in order to evaluate their levels of folic acid.

63. Toxin Free USA is a 501(c)(3) non-profit, public-interest organization whose mission is to harness independent science and agroecology concepts to advocate for clean and healthy food and ecological systems. Toxin Free USA educates consumers about the potential hazards of toxic heavy metals, synthetic ingredients, pesticides and biocides, and genetically engineered organisms.

64. Toxin Free USA performs its work throughout the United States, including in the District of Columbia. Toxin Free USA volunteer staff reside in or near the District of Columbia.

65. Toxin Free USA was formed in 2012 with the intent of organizing national boycotts of food companies that use genetically modified ingredients and related synthetic herbicides and pesticides in their products, and pressuring companies to remove those ingredients.

66. Consequently, Toxin Free USA firmly believes in food transparency. The organization diligently works to promote food and ecological systems that are clean, accessible, and free of contamination. To that end, Toxin Free USA educates consumers, increasing their awareness and knowledge of toxins used in agricultural production and their effect on health and the environment.

67. Additionally, Toxin Free USA's website, publications, public education, research, network

14

building, and mobilization activities provide an important service to consumers and community activists every month.

68. At all times herein Pharmavite was a California limited liability company with its principal place of business in West Hills, California.

69. Defendant markets and distributes the Products online and in retail stores in the District of Columbia and throughout the United States.

70. Upon information and belief, Defendant has caused harm to the general public of the District of Columbia.

71. Plaintiffs are acting on behalf of the general public as private attorneys pursuant to D.C Code §28- 3905(k)(1)(C)-(D).

72. Plaintiffs are non-profit organizations pursuant to D.C. Code §28-3901(a)(14) and the public-interest organizations pursuant to D.C. 28-3901(a)(15). Plaintiffs are longstanding advocates of the rights of consumers, including but not limited to D.C. consumers, for truthful labeling and marketing.

### The Importance of Folic Acid

73. Vitamin B9 (Folate) is an essential vitamin that plays a critical role in the development of DNA.

74. The synthetic form of folate most commonly used in supplements is folic acid.[25]

75. Fortification with folic acid has been linked to reductions in the incidence of several NTDs.[26]

76. The consequences of improper folic acid fortification can be severe and can include loss of life

---

[25] Center for Disease Control, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.

[26] Centers for Disease Control and Prevention (CDC), *Spina bifida and anencephaly before and after folic acid mandate--United States, 1995-1996 and 1999-2000*, MMWR, 53(17) Morbidity and Mortality Weekly Report 362 (2004).

for the child so impacted.

77. Newborns with anencephaly, an NTD in which some or all of the brain fails to form, usually do not live long, and those with spina bifida may be permanently disabled.

78. NTDs can be avoided with proper folate/folic acid intake during pregnancy.

79. NTDs linked to folate/folic acid-insufficiency have been referred to as an "unnecessary epidemic."[27]

80. For this reason, supplementing with folate/folic acid is an important step in prenatal neurodevelopment.

81. The CDC recommends women start taking folic acid every day for at least a month before becoming pregnant, and every day while pregnant.[28]

82. The recommended dose for all women of childbearing age is 400 mcg of folate/folic acid each day.[29]

83. However, the CDC recommends women who have already had an NTD-affected pregnancy consume 400 mcg of folic acid each day, even when not planning to become pregnant. When planning to become pregnant, the CDC recommends that these women consume 4,000 mcg of folic acid each day, one month before becoming pregnant, and through the first three months of pregnancy.[30]

84. Studies have confirmed that getting an adequate amount of folic acid will protect the fetus/infant

---

[27] Brent, R. L., Oakley, G. P., & Mattison, D. R., *The unnecessary epidemic of folic acid-preventable spina bifida and anencephaly*, 106(4) Pediatrics 825-827 (2000).
[28] WebMD, *Folic Acid and Pregnancy*, https://www.webmd.com/baby/folic-acid-and-pregnancy#1.
[29] CDC, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[30] Center for Disease Control and Prevention, *Effectiveness in Disease and Injury Prevention Use of Folic Acid for Prevention of Spina Bifida and Other Neural Tube Defects -- 1983-1991* (Aug. 2, 1991), https://www.cdc.gov/mmwr/preview/mmwrhtml/00014915.htm.

from NTDs by at least fifty percent (50%).[31]

85. According to the CDC, for women who have already had a baby with an NTD, getting enough folic acid may reduce the risk of having another child with an NTD by as much as seventy percent (70%).[32]

86. The American Academy of Pediatrics ("AAP") has stated that "all women capable of becoming pregnant consume 400 micrograms per day of folic acid." Furthermore, "[a]lthough some foods are fortified with folic acid, it is not possible for women to meet the 400 mcg goal through a typical diet."

87. The AAP policy statement recommends a daily multivitamin tablet that contains folic acid in the recommended dose. Studies show that if all women of childbearing age met these dietary requirements, fifty percent (50%) or more of NTDs could be prevented.[33]

88. Thus, ensuring adequate folate/folic acid intake is one of the principle purposes of a prenatal vitamin. Therefore, under-formulation for folic acid renders a prenatal vitamin adulterated under D.C. Code §48-103 *et seq*.

**The Dangers of Heavy Metals: Lead & Cadmium**

**Dangers of Lead**

---

[31] CDC, *Preventing Neural Tube Defects: A prevention Model Resource Guide* (July 17, 2020), https://www.cdc.gov/ncbddd/orders/PDFs/09_202063A_Nash_Neural%20Tube%20BD%20Guide%20FINAL508.pdf%20(wed).

[32] Healthy Children.org, *Where We Stand: Folic Acid,* https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.

[33] *Id.*

89.  Lead is a heavy metal and a known carcinogen and neurotoxin. Lead resembles other metals that the human body needs to properly function, and as such, it is readily absorbed into body tissue.[34]

90.  Lead readily crosses the placenta, impacting embryonic and fetal development.[35]

91.  Lead can damage and/or destroy cells once in the body: it also remains in the body for an extended period of time, causing even greater extent to the damage.[36]

92.  Specifically, lead damages the myelin sheaths of neurons (protective insulation essential for proper neuronal functioning)[37] and interferes with neurotransmission (the communication between neurons)[38] both of which are potentially disastrous for human cognition & development.

93.  Lead also interferes with the levels of Brain Derived Neurotrophic Factor ("BDNF") an important neuroprotective molecule that plays a principle role in neurodevelopment, specifically neurogenesis.[39]

94.  One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[40]

---

[34] Wani, A.L., Ara, A., & Usmani, J.A., *Lead toxicity: a review*, 8(2) Interdisciplinary Toxicology 55-64 (2015), https://www.ncbi.nlm.nih.gov/PLC/articles/PMC4961898.

[35] Foltinova, J., Foltin, V., & Neu, E., *Occurrence of lead in placenta–important information for prenatal and postnatal development of child*, 28(4) Neuroendocrinology Letters 335-340 (2007).

[36] *Id.*

[37] Dabrowska-Bouta, B., Sulkowski, G., Bartosz, G., Walski, M., & Rafalowska, U., *Chronic lead intoxication affects the myelin membrane status in the central nervous system of adult rats*, 13(1-2) Journal of Molecular Neuroscience 127-139 (1999).

[38] Neal, A. P., & Guilarte, T. R., *Molecular neurobiology of lead (Pb 2+): effects on synaptic function*, 42(3) Molecular neurobiology 151-160 (2010).

[39] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).

[40] *Id.*

95. Thus, prenatal lead exposure has known adverse effects on maternal health and infant outcomes across a wide range of maternal blood lead levels.

96. A principle risk of prenatal exposure to lead is a reduction in intelligence, with experts demonstrating a direct relationship between childhood blood-lead levels and intelligence quotient (IQ).[41]

97. The consequences of even low-level (part-per-billion) exposure can be severe.



**Figure 6**

98. In Flint, Michigan, following city-wide exposure to part-per-billion levels of lead in drinking water, the portion of Flint's third graders who tested as proficient in reading at grade level fell from 41.8% to 10.7%.[42]

---

[41] COUNCIL ON ENVIRONMENTAL HEALTH, 138:e20161493 Pediatrics (2016).
[42] Grossman, Slusky, *The Effect of an Increase in Lead in the Water System on Fertility and Birth Outcomes: The Case of Flint, Michigan,* http://www2.ku.edu/~kuwpaper/2017Papers/201703.pdf.

99. As discussed above, the Environmental Protection Agency, Food and Drug Administration, the World Health Organization, Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated that there is no safe level of lead for children.

100. Thus, by its very nature, the presence of lead in prenatal vitamins is antithetical to a mission to support brain health, as the presence of lead in prenatal vitamins is a "deleterious substance which may render it injurious to health…" under DC Code §48-103 *et seq.*

**Dangers of Cadmium**

101. Cadmium is also a heavy metal and a known neurotoxin and an International Agency for Research on Cancer ("IARC") class 1 carcinogen, known for having both short-term and long-term deleterious effects on human health.

102. Cadmium readily crosses the placenta, accumulating in fetal or embryonic tissue.[43]

103. Once absorbed, cadmium has a long half-life in the body, especially in the kidneys. Chronic cadmium exposure has been shown to adversely affect kidney and bone and to increase the risk of cancer. Cadmium also functions as an endocrine disruptor and may thus affect reproduction and child neurodevelopment.[44]

104. Specifically, cadmium impairs brain health through multiple pathways, including the interruption of DNA repair, the generation of reactive oxygen species, and, most critically, the

---

[43] Gundacker C, Hengstschläger M., *The role of the placenta in fetal exposure to heavy metals*, 162(9-10):201-206. doi:10.1007/s10354-012-0074-3 Wien Med Wochenschr (2012).
[44] Kippler, M., Tofail, F., Gardner, R., Rahman, A., Hamadani, J. D., Bottai, M., & Vahter, M., *Maternal cadmium exposure during pregnancy and size at birth: a prospective cohort study*, 120(2) Environmental Health Perspectives 284–289 (2012), https://doi.org/10.1289/ehp.1103711.

disruption of neuronal proliferation and differentiation – two steps in the neurogenesis process occurring during the infancy critical period.[45]

105. Therefore, early life exposure to cadmium is associated with poor cognitive outcomes in children.[46]

106. Cadmium also interferes with the levels of Brain Derived Neurotrophic Factor (BDNF),[47] an important neuroprotective molecule that plays a principle role in neurodevelopment.[48]

107. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[49] Thus, the presence of cadmium detracts from a principle function of DHA – a basis Nature Made's "brain development" claims.

108. This cadmium-mediated disruption of neuro-development renders Pharmavite's Nature Made Products adulterated under D.C. Code §48-103 *et seq* as brain development is a marketed benefit of Nature Made Products.

109. In general, women are more susceptible to cadmium toxicity, mainly because of increased intestinal uptake of cadmium given low iron stores, which are more prevalent in women than in men.[50]

---

[45] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural Regeneration Research 1879 (2018).

[46] Sanders, A. P., Henn, B. C., & Wright, R. O., *Perinatal and childhood exposure to cadmium, manganese, and metal mixtures and effects on cognition and behavior: a review of recent literature*, 2(3) Current environmental health reports 284-94 (2015).

[47] Wang, Y., Chen, L., Gao, Y., Zhang, Y., Wang, C., Zhou, Y., ... & Tian, Y, *Effects of prenatal exposure to cadmium on neurodevelopment of infants in Shandong, China*. 211 Environmental pollution 67-73 (2016).

[48] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).

[49] *Id.*

[50] *Id.*

110. Worse, cadmium has been shown to accumulate in in placental tissues, where it interrupts micronutrients (such as zinc) diffusion through the placenta.[51]

111. Thus, scientific evidence demonstrates that cadmium directly interferes with Pharmavite Products as the presence of cadmium in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[52]

**The Dangers of Pesticides**

112. Pesticides are a large class of compounds designed to kill or eliminate multiple types of organic matter:

    a.  Rodents (rodenticide)

    b.  Insects (insecticide)

    c.  Fungi (fungicide)

    d.  Undesired plants (herbicide)

113. Due to the fact their intended function is to kill or disrupt living organisms, most pesticides are toxic to humans in one form or another.

114. It follows that pesticides are designed to be neurotoxic.

115. Research has focused on the neurodevelopmental consequences of pesticide exposure during early life.[53]

---

[51] Kippler, M., Hoque, A. W., Raqib, R., Öhrvik, H., Ekström, E. C., & Vahter, M., *Accumulation of cadmium in human placenta interacts with the transport of micronutrients to the fetus*, 192(2) Toxicology letters 162-168 (2010).
[52] DC Code §48-103 *et seq.*
[53] Shelton, J. F., Geraghty, E. M., Tancredi, D. J., Delwiche, L. D., Schmidt, R. J., Ritz, B., … & Hertz-Picciotto, I., *Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study*, 122(10) Environmental health perspectives 1103-1109 (2014).

116. Due to the risks of pesticide exposure in early life, it is exceptionally important to ensure pesticides with links to neurotoxic or developmental toxicity outcomes be restricted and avoided from products used to ensure proper prenatal health. To wit:

    a. Indoxacarb, a WHO Class II pesticide, has been linked to disruption of nicotinic acetylcholine receptors in developing mammalian brains.[54]

117. Thus, by their very nature, the presence of pesticides in prenatal vitamins are antithetical to a mission to support brain health, as the presence of these pesticides in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[55]

### Factual Allegations

118. Pharmavite is aware that there are health risks with pregnancy.

119. Pharmavite is aware of the importance of folic acid during pregnancy to the development of the fetus.

120. Pharmavite is aware of the dangers of heavy metal toxins and other contaminants during pregnancy.

121. Pharmavite is aware there is a market for pregnancy supplements to support healthy pregnancy for mother and fetus.

122. To capture this market, Pharmavite manufactures, produces, and distributes vitamins for the purpose of supporting a healthy pregnancy, to include the supplementation of folic acid.

123. Given the above, it follows that, Pharmavite is aware that consumers are concerned with the

---

[54] Zhao, X., Nagata, K., Marszalec, W., Yeh, J. Z., & Narahashi, T., *Effects of the oxadiazine insecticide indoxacarb, DPX-MP062, on neuronal nicotinic acetylcholine receptors in mammalian neurons,* 20(4) Neurotoxicology 561-570 (1999).

[55] D.C. Code §48-301 *et. seq.*

contents of their supplements.

124. Pharmavite is also aware that consumers seek supplements for specific health reasons.

125. Further, Pharmavite is aware that the consumers who seek out prenatal vitamins are a vulnerable group of consumers to whom such products' contents are of a heightened importance.

126. Pharmavite's Products are under-formulated as to folic acid; thus, consumers who take the Products for specific advertised health purposes, are not getting the proper or promised dosage: the results of this under-formulation could be fatal or life threatening.

127. Pharmavite's Products are also adulterated and contain quantifiable amounts of heavy metals and pesticides, all of which are harmful if exposed to both mothers and babies during the prenatal process.

128. Pharmavite's marketing practices are false and misleading and violate D.C. Code §28-3904, as they extoll the brain-supporting features of the product while exposing fetuses to concerning levels of known neurotoxins for which there is no established safe-harbor.

129. Pharmavite's Products are adulterated under DC Code §48-103 et seq., as the presence of these contaminants renders them unsafe for their intended population, directly contradicts the intended brain-support benefit of the Products, and renders the Products "injurious to health."[56]

**Pharmavite's Marketing of Nature Made is Unconscionably Misleading and Omits Material Facts**

130. As noted previously, to capture the market for prenatal vitamins and supplements, Pharmavite markets its Nature Made Products as containing folic acid and supporting fetal brain growth (see figures above). Nature Made causes specific attention to be drawn to the claims of folic

---

[56] D.C. Code §48-103 *et seq.*

acid, as they are highlighted in yellow and circled.

131. Nature Made claims that "every one" of their products have been "proven safe and
nutritionally beneficial."



**Figure 7**

132. Pharmavite has publicly admitted to levels of the toxic heavy metals lead and cadmium in
their Nature Made Product – contaminants that:

    a.   Have no safe level recognized by public health authorities for developing children.

    b.   Their competitors are able to avoid or achieve significantly lower levels.

133. As a result, and as discussed further below,  is in violation of D.C. Code §28-3904 et seq. as it
has represented the Products as "… a particular standard, quality, grade, style, or model," when
in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic
acid and even worse, contain detectable levels of toxins and contaminants that should not be
present in any level in a " high quality" product.

134. It is apparent that Pharmavite is aware of the intent of their marketing, as they take steps to
educate consumers on the purpose for which their prenatal vitamins should be used.

25

# What are prenatal and postnatal multivitamins?

Having a baby is absolutely incredible. It also requires an incredible amount from your body. Prenatal and postnatal vitamins are designed to provide the essential nutrients that you and your baby need.

**Figure 7**

# What are prenatal and postnatal multivitamins good for?

These vitamins deliver essential nutrients that you and your baby need, including folic acid, iron, zinc and vitamin D. Our softgel formulas also contain omega-3 fatty acid DHA, which may help support fetal brain and eye development.†

**Figure 8**

**Who should take prenatal and postnatal multivitamins?**

If you're pregnant or trying to become pregnant, then prenatal vitamins are for you. If you're a nursing mom, postnatal vitamins can help your body get the nutrients it needs. At Nature Made, we know that even the nurturer needs to be nurtured.

**Figure 9**

135. Pharmavite holds itself out as providing high quality nutrition to consumers, claiming that "nutrition is in our DNA."

**Nutrition is in our DNA**

It all started with the idea that nature is the backbone of nutrition. Every day, our scientists, nutritionists and health experts totally geek out on what the incredible human body needs to stay, well, incredible. And we do it so we can provide you with the knowledge and high-quality supplemental nutrition you need to keep on doing all the things you do best.

**Figure 10**

136. Interestingly, on the Amazon.com page selling one of the Products, Nature Made omits the
disclaimer on their website that their claim to be "specially formulated to support the
development of baby's brain, nervous system, bones and eyes" has not been evaluated by the
FDA.



**Figure 11**

137. As a result of omitting this disclaimer, Defendant is implicitly vouching for the veracity of
those claims to the consumer and are making an unevaluated drug claim without properly
warning consumers.

138. In addition to the assurances on the package, the website also explains what a supplement is
and why it is important, highlighting the key nutrients and quality of Nature Made Products.

## What this Supplement is

Creating new life creates new nutritional needs too. And Nature Made® Multi Prenatal tablets are specially formulated to provide the nutritional support you need while you're trying to become pregnant and throughout your pregnancy. Our prenatal vitamin formula provides key nutrients such as folic acid and iron. And it also contains other important nutrients including zinc and vitamins A, C, D3 and E. Nature Made Multi Prenatal tablet is USP verified, so you can feel confident that you are choosing a high quality prenatal vitamin supplement.

**Figure 12**

139. In Figure 12 above, Nature Made not only informs what a supplement is, it represents that its Products are "a high quality prenatal vitamin supplement."

140. Indeed, Nature Made extolls the virtues of their quality systems, claiming to screen their products for purity and potency. As a result, they claim to provide "quality you can trust."

## Quality you can trust

If you care this much about what goes in your body then we believe it should be the best quality. We go the extra step to ensure our vitamins and supplements are USP certified when possible. Meaning they've been tested for purity and potency by the U.S. Pharmacopeia so you know you're getting the good stuff.

 Largest amount of USP certified products

 #1 Pharmacist Recommended brand

**Figure 13**

141. It follows that Pharmavite has violated D.C. Code §28-3904 *et seq.*, as it has represented the Nature Made Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

142. Defendant's repeated claims to perform purity testing are strange given their behavior. During pre-suit discussions, Plaintiffs' counsel shared testing results with the Defendant in the spirit of resolving the matter without litigation. Defendant repeatedly refused to share their own testing results – instead opting to obfuscate and delay.

143. Even more direct, their website promises, "We're here for your health!"



**Figure 14**

144. Pharmavite fails to state the "material fact" that the Products contain contaminants which serve the exact opposite purpose of healthful supplements, and, in fact, are injurious to health.

145. Pharmavite is aware many women do not receive enough folic acid, marketing their product as a solution to this very issue:

30



**Figure 15**

146. Pharmavite has violated D.C. Code §3904 *et seq.,* as their product misrepresents the folic acid content of the Products, as the Products are severely under-formulated.

147. Pharmavite also publishes their commitment to good health at the core of every product. They promise products are "backed by decades of scientific research and high- quality ingredients."

### Our Commitment

Our commitment to your good health lies at the core of every product we make—backed by decades of scientific research and high-quality ingredients. At Nature Made, we create thoughtfully designed products to fit your lifestyle needs at every stage.

**Figure 16**

148. Again, in Figure 16 above, Nature Made has misrepresented the Product's quality, as the analytical testing below has shown, the Products contain detectable levels of heavy metal toxins

149. Moreover, Pharmavite misrepresents the Product's quality, as they are under-formulated, denying consumers the very crux of a prenatal vitamin.

150. To set itself apart from competitors, in Figure 17 below, Nature Made touts the benefits of its supplements, to include folic acid. It again guarantees the high quality of its standards,

31

ingredients, and manufacturing process.

**Benefits**

- Scientifically formulated with vitamins and minerals that are essential during pregnancy
- Folic Acid: Adequate folic acid in healthy diet may reduce a woman's risk of having a child with a neural tube defect
- Iron: Vital for red blood cell formation and to deliver oxygen to cells throughout the body
- Calcium and Vitamin D help build and support strong bones
- Vitamin A helps support healthy eye function
- Vitamins A, C, and D and Zinc help support the immune system
- Vitamins C and E provide antioxidant support
- B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12) support cellular energy production
- Nature Made® Multi Prenatal Tablets are guaranteed to meet our high quality standards. They're made from carefully selected ingredients under strict manufacturing processes

**Figure 17**

151. Pharmavite not only makes promises about what *is not* in its Nature Made Products, it also makes multiple promises about what *is* contained in the Products, namely folic acid.

**Supplement Facts**
Serving Size: 1 Tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 1847 IU | 32% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as d-alpha Tocopheryl Acetate) | 53 IU | 110% |
| Vitamin K (as Phytonadione) | 80 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 76% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 76% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 65% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 60% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

*Daily value not established.

**Figure 18**

152. Pharmavite's promises of folic acid on its packaging, website, and marketing give a false expectation that the Products possess a properly formulated serving of folic acid.

153. The Products are under-formulated as to folic acid, well below the promises made on the

32

packaging and website and well below the medically recommended dosage of 400mcg of folate daily

154. Pharmavite's promises of folic acid on its packaging violate D.C. Code §28-3904, as the website, packaging and marketing gives consumers a false expectation that the Products will contain 800mcg/serving of folic acid.

155. The Products in fact contain 368 mcg/serving of folic acid, well below the promise of 800mcg, and well below the quality promised by Pharmavite.

156. In addition to the under formulation of the Products, the Products also contain quantifiable amounts of heavy metals.

157. These heavy metal toxins are not listed, labeled, or advertised and have extreme negative health effects on both mother and fetus:

    a. Lead

    b. Cadmium

158. Further yet, the Products also contain detectable amounts of World Health Organization ("WHO") Classified pesticides, denoted as "moderately hazardous to human health."

159. Consumers who seek out and purchase the Products do not expect them to be under formulated or even worse, contain toxic heavy metals and pesticides in any quantifiable amount.

160. Moreover, consumers would not purchase products made solely for the supplementation of healthy prenatal process if they knew they contained ingredients that could in fact encourage the exact opposite.

161. Thus, Pharmavite has violated D.C. Code §28-3904, as the Products are well below the

quality and grade promised by Nature Made.

162. Further, Pharmavite has also violated D.C. Code §48-103, as the contaminants in the Products render them "injurious to health."

## The Under Formulation of the Products

163. CLP caused the purchase the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

164. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

165. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained exclusively by CLP to protect independence and confidentiality.

166. As a result of the Quantitative testing, the sample of Defendant's Products yielded a folic acid content of:

    a.  Nature Made Prenatal Multi + DHA (110 ct):

        i.  Claimed Amount 800 mcg/serving

        ii.  Testing results 368 mcg/serving, 46% of label claim

    b.  Nature Made Prenatal Multi + DHA (115 ct):

        i.  Claimed Amount 800 mcg/serving

        ii.  Testing results 546 mcg/serving, 67% of label claim

## The Presence of Quantifiable Amounts of Heavy Metals in the Products

167. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

168. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

169. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

170. The results are in parts-per-billion (ppb):

    a. Nature Made Prenatal Multi (90ct):

        i. As a result of the Quantitative testing, the sample of Defendant's Product yielded a lead content of 201.13ppb, which is on a per-serving basis higher than 64% of other prenatal vitamins tested.

        ii. As a result of the Quantitative testing, the sample of Defendant's Product yielded a cadmium content of 157.29ppb, which is on a per-serving basis higher than 63.5% of other prenatal vitamins tested.

    b. Nature Made Prenatal Multi (250 ct):

        i. As a result of Quantitative testing, the sample of Defendant's Product yielded

35

a lead content of 145.4ppb, which on a per-serving basis is higher than 51.7% of other prenatal vitamins tested.

    ii.  As a result of Quantitative testing, the sample of Defendant's Product yielded a cadmium content of 177.1ppb, which on a per-serving basis is higher than 70.9% of other prenatal vitamins tested.

   c.  Nature Made Prenatal Multi + DHA (110 ct):

    i.  As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 92.04ppb, which is higher than 53.2% of other prenatal vitamins tested.

   d.  Nature Made Prenatal Multi + DHA (115 ct):

    i.  As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 146.2ppb, which is higher than 79.8% of other prenatal vitamins tested.

**The Presence of Pesticides in the Products**

171. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

172. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

173. The testing was conducted via a blinded methodology to fully protect impartiality. All

36

prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

174. Analytical testing identified detectable amounts of pesticides in the following products:

    a.   Nature Made Prenatal Multi + DHA (110 ct):

        i.   Fenpyroximate, a class II hazardous pesticide (moderately hazardous to human health).

        ii.   Indoxacarb, a class II hazardous pesticide (moderately hazardous to human health).

        iii.   Proquinazid, a class II hazardous pesticide (moderately hazardous to human health).

        iv.   Tebuconazole, a class II hazardous pesticide (moderately hazardous to human health).

**Pharmavite Knew or Should Have Known its Representations Were False**

175. Pharmavite holds itself out to the public as a trusted source of prenatal supplements and vitamins.

176. Pharmavite knew, or should have known, what representations it made on the labels (as noted in the figures above) of the Products. Pharmavite also knew or should have known how its Products were sourced, processed, and marketed.

177. Pharmavite knew, or should have known, the facts demonstrating that the Products were mislabeled, falsely advertised, and adulterated.

37

178. D.C. consumers rely on label representations and marketing information in making purchase decisions.

179. Pharmavite made false, misleading, and deceptive representations and omissions, intending for D.C. consumers to rely upon those representations and omissions in purchasing the Products.

180. Pharmavite knows that D.C. consumers seek out prenatal supplements that consumers believe to be properly formulated and not adulterated.

181. Upon information and belief, Pharmavite has failed to remedy the problem with the Products, causing ongoing harm to D.C. consumers.

182. D.C. consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with misleading and/or deceptive representations or omissions.

183. Reasonable consumers do not expect Defendant's Products, represented and advertised as prenatal vitamins containing 800 mcg/serving of folic acid, to in fact contain far less than labeled.

184. Reasonable consumers do not expect Defendant's Products, represented and advertised as a prenatal vitamin, to be adulterated and to contain toxic heavy metal and pesticides that are dangerous and adverse to the prenatal process and undermine the very purpose of the Products.

**Cause of Action: Violation of the District of Columbia Consumer Protection Procedures Act**

185. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), the Plaintiffs bring this claim on behalf of themselves and the general public of the District of Columbia for Pharmavite's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

186. Plaintiffs incorporate by reference all allegations in the preceding paragraphs of this Complaint.

187. Pharmavite labeled and advertised the Nature Made Products as containing 800mcg/serving of folic acid when in fact it is under-formulated and contains only 368 mcg/serving of folic acid which is under-formulated by forty-six percent (46%).

188. Pharmavite adulterated the Products as the presence of heavy metals and pesticides impairs the neurological development of the fetus, which is the purpose of the prenatal vitamin.

189. Pharmavite's advertising of the Products misrepresents, tends to mislead regarding material facts, and omits facts regarding: the source, characteristics, standard, qualities, or grades that Pharmavite states and implies.

190. The Products lack the characteristics, ingredients, benefits, standard, qualities, or grades that Pharmavite states and implies.

191. Pharmavite's misstatements, innuendo, and omissions of fact are material and have the tendency to mislead.

192. Pharmavite knowingly did not sell the Products as advertised.

193. The facts as alleged above demonstrate that Pharmavite has violated the CPPA, D.C. Code §28-3901 *et seq.*

194. Pharmavite's conduct is unlawful trade practice "whether or not any consumer is in fact mislead, deceived or damaged thereby." D.C. Code §28-3904.

195. CLP and Toxin Free USA have a sufficient nexus to D.C. consumers of the Products to adequately represent their interests.

196. Given that Pharmavite misrepresents the characteristics, ingredients, and benefits of the Products; misrepresents the standard, quality, and grade of the Products; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead reasonable consumers with regard to material facts about the Products; and advertise the Products without the intent to sell the Products as advertised, and has adulterated the Products, Pharmavite marketing of the Products violates D.C. Code §28-3901 *et seq.*

197. Specifically, Pharmavite has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

    a.   represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;…

    d.   represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another.

    e.   misrepresent as to a material fact which has a tendency to mislead; …

    f.   fail to state a material fact if such failure tends to mislead

        f-1. [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead;

        … [or]

    h. advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

198. Additionally, Pharmavite has violated D.C. Code §28-3904 *et seq,* pursuant to the definition of "Adulterated," as defined in D.C. Code §48-103, as the presence of these contaminants

render the Products "injurious to health."

199. Pharmavite is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant under D.C. Code §29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-3901(a)(7).

200. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action seeking relief from the use of a trade practice in violation of a law of the District of Columbia, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or family purposes."

201.  CLP is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that purchased the Products in order to test or evaluate their qualities.

202. Toxin Free USA is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C), with volunteers physically located in the District of Columbia.

203. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

204. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

205. As set forth in this Complaint, Plaintiffs were founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiffs' shared mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiffs have previously represented District consumers in similar actions under the CPPA.

206. Plaintiffs are public-interest organizations pursuant to D.C. Code §28-3905(k)(1)(D) and bring this action on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(1)(A).

207. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

208. Plaintiffs are a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiffs pray for judgment against Defendant, including the remedies available under

D.C. Code §28-3905(k)(2)(A-F):

A. A Declaration that Defendant's conduct is in violation of the CPPA.

B. An Order enjoining Defendant's conduct found to be in violation of the CPPA.

C. An Order requiring Defendant to provide corrective advertising to the residents of the District of Columbia that restores consumers.

D. An Order requiring Defendant to pay statutory civil penalties in an amount to be determined at trial, pursuant to D.C. Code §28-3909(b), for each and every violation of the CPPA.

E. An Order granting Plaintiffs' costs and disbursements, including reasonable attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

F. Punitive damages and any such further relief as this Court may deem just and proper.

## **<u>Jury Trial Demanded</u>**

Plaintiffs Toxin Free USA and Clean Label Project hereby demand a trial by jury.

Dated: <u>9/4/2020</u>

Respectfully submitted,

Attorneys for Clean Label Project (CLP)

/s/ Travis Pittman
Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD 21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com

Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

43

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

CLEAN LABEL PROJECT FOUNDATION   Case Number: _____

and GMO FREE USA d.b.a. TOXIN FREE USA
               vs                    Date: <u>9/4/2020</u>

<u>PHARMAVITE, LLC</u>          ☐ One of the defendants is being sued
                                      in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>J. Travis Pittman | Relationship to Lawsuit |
| Firm Name:<br>Holmes Pittman & Haraguchi, LLP | ☒ Attorney for Plaintiff |
| Telephone No.:    Six digit Unified Bar No.:<br>(202) 329-3558     1016894 | ☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury    ☐ 6 Person Jury    ☒ 12 Person Jury

Demand: $ _____    Other: _<u>Declaratory Judgment</u>_____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _<u>N/A</u>_____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar#: _____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**A. CONTRACTS**           **COLLECTION CASES**

☐ 01 Breach of Contract    ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty    ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument    ☐ 27 Insurance/Subrogation    ☐ 26 Insurance/Subrogation
☐ 07 Personal Property        Over $25,000 Pltf. Grants Consent    Over $25,000 Consent Denied
☐ 13 Employment Discrimination    ☐ 07 Insurance/Subrogation    ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees        Under $25,000 Pltf. Grants Consent    Under $25,000 Consent Denied
                ☐ 28 Motion to Confirm Arbitration
                Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile    ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion    ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process    ☐ 10 Invasion of Privacy    ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection    ☐ 11 Libel and Slander        Not Malpractice)
☐ 03 Assault and Battery    ☐ 12 Malicious Interference    ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury    ☐ 13 Malicious Prosecution    ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)    ☐ 14 Malpractice Legal    ☐ 20 Friendly Suit
☐ 06 False Accusation    ☐ 15 Malpractice Medical (Including Wrongful Death)    ☐ 21 Asbestos
☐ 07 False Arrest    ☐ 16 Negligence- (Not Automobile,    ☐ 22 Toxic/Mass Torts
☐ 08 Fraud        Not Malpractice)    ☐ 23 Tobacco
                              ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE    IF USED

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 09 Special Writ/Warrants
   (DC Code § 11-941)
☐ 10  Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☒ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
   (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
   Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
   Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
   Judgment [ D.C. Code §
   2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
   42-3301, et seq.)

☐ 21 Petition for Subpoena
   [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
   (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

   /s/ Travis Pittman                                    9/4/2020
_____           _____
   Attorney's Signature                              Date

CV-496/ June 2015

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION    *

and    *

GMO FREE USA d.b.a. TOXIN FREE USA

   *

       Plaintiffs,    *

     v.    *      FILED WITH COMPLAINT

   *

PHARMAVITE, LLC

   *

       Defendant.

*    *    *    *    *    *    *    *    *    *    *    *

## <u>VERIFICATION</u>

I, Jaclyn Bowen, verify under penalty of perjury according to the laws of the District of Columbia that I serve as Executive Director at Clean Label Project Foundation; that I have read the foregoing Complaint and know its contents; and that the facts stated therein are true to the best of my knowledge, information, and belief.



_____
     9/4/20
      Date

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION          *

and                                     *

GMO FREE USA d.b.a. TOXIN FREE USA      *
                                        *
                 Plaintiffs,            *
                                        *
        v.                              *        FILED WITH COMPLAINT
                                        *
   PHARMAVITE, LLC                      *
                                        *
                 Defendant.             *
 *      *      *      *      *      *      *      *      *      *      *
                                        *      *

## VERIFICATION

I, Diana Reeves, verify under penalty of perjury according to the laws of the District of

Columbia that I serve as Executive Director at GMO Free USA d.b.a. Toxin Free USA; that I

have read the foregoing Complaint and know its contents; and that the facts stated therein are

true to the best of my knowledge, information, and belief.

_____              _____
      9/4/20                                   Diana Reeves
       Date



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION and
GMO FREE USA d.b.a. TOXIN FREE USA    Plaintiff
vs.
PHARMAVITE, LLC

Case Number _____

Defendant

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J. Travis Pittman
_____
Name of Plaintiff's Attorney

P.O. Box 380, Chester, MD  21619
_____
Address

(202) 329-3558
_____
Telephone

*Clerk of the Court*

By _____
                             Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주시기 바랍니다    የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

CLEAN LABEL PROJECT FOUNDATION and
**GMO FREE USA d.b.a. TOXIN FREE USA** Demandante
contra

Número de Caso: _____

PHARMAVITE, LLC _____
Demandado

### CITATORIO

Al susodicho Demandado:

     Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

     A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

J. Travis Pittman _____      *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

P.O. Box 380, Chester, MD  21619       Por: _____
Dirección                                          Subsecretario

(202) 329-3558                             Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

     Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4

**EXHIBIT B**

Filed
D.C. Superior Court
12/01/2020 14:14PM
Clerk of the Court

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **CLEAN LABEL PROJECT FOUNDATION, et al.** | |
| **Plaintiffs,** | **2020 CA 003912 B** |
| v. | |
| **PHARMAVITE, LLC,** | **Judge Yvonne Williams** |
| **Defendant.** | |

## ORDER GRANTING PLAINTIFFS' COMBINED MOTION TO DISMISS CO-PLAINTIFF TOXIN FREE UNDER RULE 21 AND TO AMEND THE COMPLAINT UNDER RULE 15(a)

Before the Court is Plaintiffs Clean Label Project Foundation ("Clean Label") and GMO Free USA d.b.a. Toxin Free USA (Toxin Free")'s Combined Motion to Dismiss Co-Plaintiff Toxin Free Under Rule 21 and to Amend the Complaint Under 15(a) ("Motion"), filed on November 4, 2020. For the following reasons, the Motion shall be **GRANTED**.

Plaintiffs Clean Label and Toxin Free initiated this suit on September 4, 2020. Plaintiffs have not yet served Defendant Pharmavite, LLC. In the instant Motion, Plaintiffs seek to dismiss Toxin Free and seek leave to amend their Complaint. Plaintiffs submit that Toxin Free mistakenly joined this particular lawsuit in joining a number of consumer protection actions recently filed by Clean Label. Plaintiffs have also submitted a proposed First Amended Complaint ("Plaintiff's First Amended Complaint") with their Motion.

Rule 21 provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Super. Ct. Civ. R. 21. Rule 15 allows a party to "amend its pleading once as a matter of course within 21 days after serving it." Super. Ct. Civ. R. 15(a)(1)(A). Accordingly, by just terms, and as a matter of course, the Court shall grant Plaintiffs' requested relief. The Court hereby accepts as filed with the Motion Plaintiff's First Amended Complaint,

1

naming only Clean Label as Plaintiff. As such, the Court also continues the Initial Scheduling Conference scheduled for December 11, 2020 until February 12, 2021 at 9:30 a.m. in Courtroom 518. The hearing may be held virtually, in which case, the Parties will be provided further instructions prior to the hearing.

Accordingly, it is on this 1st day of December, 2020, hereby,

**ORDERED** that Plaintiffs' Combined Motion to Dismiss Co-Plaintiff Toxin Free Under Rule 21 and to Amend the Complaint Under 15(a) shall be **GRANTED**; and it is further

**ORDERED** that Plaintiff's First Amended Complaint shall be accepted as filed on November 4, 2020; and it is further

**ORDERED** that the Initial Scheduling Conference scheduled for December 11, 2020 shall be **VACATED**; and it is further

**ORDERED** that the Initial Scheduling Conference shall be continued until February 12, 2021 at 9:30 a.m. in Courtroom 518.

**IT IS SO ORDERED**.

Judge Yvonne Williams

Date: December 1, 2020

Copies to:

Travis Pittman
Kristen M. Ross
*Counsel for Plaintiffs*

2

**EXHIBIT C**

ATTACHMENT A

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION    *
A 501(c)(3)
280 E. 1st Ave.    *
Broomfield, CO 80038      Case No. <u>2020 CA 003912 B</u>
   *
     Plaintiff,    COMPLAINT
   v.    *    DEMAND FOR JURY TRIAL

PHARMAVITE, LLC
   *
Serve on:
Corporation Service Company    *
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505    *

     Defendant.    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>

On behalf of themselves and the general public, Plaintiff, Clean Label Project Foundation

("Clean Label Project" or "CLP"), hereinafter "Plaintiff," by and through its counsel, brings this

action against Pharmavite, LLC ("Pharmavite") hereinafter Defendant, regarding the deceptive

labeling, marketing, and sale of Nature Made Prenatal Gummies – Mixed Berry, Nature Made

Prenatal Multi (90 ct), Nature Made Prenatal Multi (250 ct), Nature Made Prenatal Multi + DHA (60

ct), Nature Made Prenatal Multi + DHA (150 ct), Nature Made Prenatal Multi + DHA (110 ct), and

Nature Made Prenatal Multi +DHA (115ct), ("Products")[1] that are under-formulated with respect to

folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals and detectable

amounts of pesticides. Contrary to Defendant's promises and assurances, CLP facilitated independent

testing and discovered that the amount of folic acid stated on the labels in the Products is

---

[1] Discovery may demonstrate that additional Pharmavite Products are within the scope of this Complaint. Plaintiff
reserves the right to amend this complaint to include additional prenatal items identified through the course of
discovery.

unconscionably under-formulated, well below industry and medical standards. Further, the adulterated Products are exposing mothers and their babies to contaminants, to include lead, cadmium, and pesticides – compounds and contaminants known to cause reproductive harm in fetuses and infants. Plaintiff alleges the following based upon information, belief, and the investigation of its counsel:

**Introduction**

1. Pregnancy can be a high-risk time, with as few as sixty-two percent (62%) of pregnancies ending in a live birth.[2]

2. Gestation, the period of development comprising embryonic and fetal development, is a "critical period" in human life.

3. This critical period is often referred to as "prenatal" development.

4. "Critical periods" are so named because disruption of development during those phases is often irreversible, placing incredible importance on ensuring developing brains and bodies are left unobstructed during these periods.

5. In the case of fetal neurodevelopment, a number of highly important processes occur during even the first month of pregnancy.

6. During the critical periods, essential neurodevelopment occurs, including aspects of neurogenesis – the formation of neurons ("brain cells") and the formation of the complex interconnection of neurons that give rise to the human experience (synaptogenesis).[3]

7. Although the brain continues to develop and change after birth and into adulthood, the prenatal

---

[2] Center for Disease Control and Prevention, *US Pregnancy Rate Lowest in Two Decades* (Dec. 15, 1999), https://www.cdc.gov/nchs/pressroom/99facts/pregrate.htm.

[3] Huttenlocher, P. R., & Dabholkar, A. S, *Regional differences in synaptogenesis in human cerebral cortex*, 287(2) Journal of comparative Neurology 167-178 (1997).

period can have a lasting effect on the adequacy of neurodevelopment and quality of life.

8. How thoroughly a brain develops depends on many factors in addition to genes, such as:[4]

    a.   Proper nutrition starting in pregnancy.

    b.   Exposure to toxins or infections during these critical periods.

    c.   The child's experiences with other people and world after birth.

9. For these reasons, it is critically important to ensure that prenatal development proceeds as smoothly as possible.

10. Thus, it is the duty of brands assisting in this critical prenatal development period to:

    a.   Provide consumers with nutrients needed to ensure proper development.

    b.   Ensure that the brand's products do not provide deleterious chemicals that may detract from healthy development.

11. Many of these critical processes require specific essential nutrients, such as vitamins, to occur correctly, and the failure of these processes is often irreversible.

12. One such critical process is the folding of the neural crest into the neural tube: when a flat layer of specialized cells in the embryo "folds" and seals shut, eventually creating a cylinder of cells that will grow to become the central nervous system (the brain and spine).[5]

13. If this sealing process or one of its immediate consequences, which occurs during the third week of pregnancy, is unsuccessful, the child will develop one of a host of complications

---

[4] Gibbs, B. G., & Forste, R, *Socioeconomic status, infant feeding practices and early childhood obesity,* 9(2) Pediatric obesity 135-146 (2014).
[5] Blom, H. J., Shaw, G. M., den Heijer, M., & Finnell, R. H, *Neural tube defects and folate: case far from closed,* 7(9) Nature Reviews Neuroscience 724-731 (2006).

cumulatively referred to as Neural Tube Defects ("NTDs").

14. These NTDs take many forms, but all involve some form of disruption of central nervous system functioning – ranging from lower limb paralysis (*spina bifida)* to the child being born without a brain (*anencephaly)*. Many NTDs are fatal, often resulting in nonviable pregnancy or still birth.[6]

15. While many factors play a role in the development of NTDs, proper nutrition is critical in reducing risk.

16. Specifically, ensuring adequate maternal intake of vitamin B9 (folate/folic acid) is essential in reducing the risk of NTDs.

17. Unfortunately, in many cases it is difficult or impossible for women to attain sufficient folate/folic acid in their diets to minimize their fetuses' risk of an NTD.[7]

18. As a consequence, medical experts recommend women who are or may become pregnant supplement their diet with a prenatal vitamin which, among other nutrients, contains folate/folic acid.[8]

19. Given the above, it follows that supplements designed to ensure prenatal health have become increasingly important to consumers, to include D.C. consumers.

20. Consumers seek out and choose prenatal vitamins based on the concerns regarding supplements such as folic acid.

21. This consumer interest has given rise to a highly competitive $445M market.[9] In a recent

---

[6] *Id.*

[7] Healthy Children.org, *Where We Stand: Folic Acid* (Nov. 2019), https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.

[8] *Id.*

[9] Grand View Research, *Prenatal Vitamin Supplement Market Size, Share & Trends Analysis Report*

survey, one-hundred percent (100%) of women living in the District of Columbia or its surrounding states indicated that they took a prenatal vitamin during pregnancy.[10]

22. In order to gain a share in this market, prenatal vitamin brands market their product as working to ensure proper prenatal development.

23. Pharmavite's Nature Made is one such brand, marketing a line of prenatal vitamins suggesting that Nature Made "supports the development of brain, eyes and the nervous system."

24. Packaging for Nature Made prenatal vitamins makes numerous claims referencing brain health:

    a. Nature Made packages its Products as "[s]upport[ing] the development of baby's brain, eyes, & nervous system."

    b. Nature Made also boasts, "Complete Prenatal Multivitamins with Folic Acid Plus DHA" on the front middle of the Product box, directly below the previous statement.

    c. Nature Made assures that its Product "Provides 100% Daily Value of Folic Acid."

    d. Nature Made also addresses folic acid on the front of the Product by stating, "Contains folic acid and 17 other nutrients for baby's development & mom."

    e. Both phrases are encircled in purple and orange respectively, drawing extra attention to the information.

---

*By Product Form (Capsules, Powder, Gummy), By Distribution Channel, By Region, And Segment Forecasts, 2019 – 2025* (Aug. 2019), https://www.grandviewresearch.com/industry-analysis/prenatal-vitamin-supplement-market.
[10] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

 

**Figure 1**

25. Nature Made draws extra emphasis to the promise of complete folic acid by displaying the Supplement Facts on the back of the Product:

| Supplement Facts Serving Size: 1 Tablet Servings per Container: 90 | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 2987 IU | 52% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as dl-alpha Tocopheryl Acetate) | 45 IU | 115% |
| Vitamin K (as Phytonadione) | 90 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 70% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 76% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 85% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 60% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

**Figure 2**

26. One component feature of Nature Made's "brain development" platform is their use of Docosahexaenoic acid (DHA), a fatty acid which plays a role in neurogenesis.[11]

---

[11] Bradbury, J. (2011). *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain.* Nutrients, *3*(5), 529-554

**Nature Made® Prenatal Multi + DHA Softgels**

Formulated to support the development of baby's brain, nervous system, bones and eyes.
And they have clinically proven absorption of iron and folic acid. Think of it as nutritional
support for you and your bump!

**Figure 3**

27. Pharmavite is aware of the importance of supplements during the delicate prenatal process, as it is the sole reason for the creation of the market for the Products.

28. Pharmavite is aware that proper folic acid fortification "may reduce a woman's risk of having a child with a neural tube defect."

**Benefits**

* Scientifically formulated with essential vitamins and minerals that are essential during pregnancy and 200 mg DHA
* DHA: may help support fetal brain and eye development†
* Folic Acid: Adequate folic acid in healthful diets may reduce a woman's risk of having a child with a neural tube defect
* Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body†
* Calcium and Vitamin D3: help build and support strong bones†
* Vitamin A: helps support healthy eye function†
* Vitamins A, C, and D and Zinc: help support the immune system†
* Vitamins C and E: provide antioxidant support†
* B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12): support cellular energy production†
* Magnesium: helps support nerve, muscle and heart function†

**Figure 4**

7

**Nature Made® Prenatal Multi Tablets**

Provides daily nutritional support before and during pregnancy.* Specially formulated to support the development of your baby's brain, nervous system, bones and eyes, it's big support for your little one.*

**Figure 5**

29. Pharmavite is aware of the formulation standards for vitamins.

30. Pharmavite is aware of how it packages their Products.

31. Given the risks of disrupted prenatal development, it is critically important to ensure that Pharmavite's "brain development" claims are true.

32. The Products in question are:

    a. Nature Made Prenatal Gummies – Mixed Berry (60ct)

    b. Nature Made Prenatal Multi (90ct)

    c. Nature Made Prenatal Multi (250ct)

    d. Nature Made Prenatal Multi + DHA (60 ct),

    e. Nature Made Prenatal Multi + DHA (150 ct),

    f. Nature Made Prenatal Multi + DHA (110ct)

    g. Nature Made Prenatal Multi + DHA (115ct)

33. Plaintiff caused the Products to be purchased for the purpose of evaluation by an ISO 17025 accredited third-party analytical chemistry laboratory. The results were reviewed and assessed by a third-party toxicologist.

34. At least one Nature Made Product was significantly under-formulated for folate/folic acid. Nature Made Products contained concerning levels of the neurotoxins lead and cadmium, as well as pesticides, all of which are linked to developmental toxicity.

35. This testing suggests that the above-mentioned contaminants are present in the Products, or at a minimum, that Pharmavite makes no efforts to confirm that they are not present. As a result, D.C. consumers who are led to believe that the Products support a fetus's healthy growth and promote brain, eye, and nervous system development for their unborn child in fact bear the risk of purchasing products that contain quantities of pesticides and toxic heavy metals – compounds known to deleteriously impact brain development.

36. As a result of this under-formulation, consumers of Pharmavite's products in the District of Columbia are defrauded and deprived of the value of the product they are purchasing, and are materially harmed beyond any potential injury visited upon pregnant mothers and their fetuses.

37. The Environmental Protection Agency ("EPA"), Food and Drug Administration, the World Health Organization, the Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated there is no safe level of lead for children.

   a. The EPA has stated, "The Maximum Contaminant Level Goal for lead is zero. EPA has set this level based on the best available science, which shows there is no safe level of exposure to lead."[12]

---

[12] EPA, *Basic Information about Lead in Drinking Water* (Aug. 13, 2020), https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#:~:text=EPA%20has%20set%20the%20maximum,in%20the%20body%20over%20time..

b. The Food and Drug Administration has stated that "[t]here is no known identified safe blood lead level."[13]

c. The World Health Organization has likewise stated, "The neurological and behavioral effects of lead are believed to be irreversible. There is no known 'safe' blood lead concentration…"[14]

d. The Centers for Disease Control have found "[n]o safe blood level of lead has been identified."[15]

e. The American Medical Association has stated, "We know that there is no safe level of lead."[16]

f. The American Academy of Pediatrics has stated, "There is no safe level of lead exposure in children, with lasting decreases in cognition documented in children with blood levels as low as five micrograms per deciliter of lead in blood."[17]

38. Cadmium is a toxic heavy metal, known to have severe short- and long-term neurotoxic effects.[18]

---

[13] Welch, Teresa, *Lead Found in 20% of Baby Food, Report Says* (June 19, 2017), https://www.charlotteobserver.com/news/nation-world/national/article157063044.html.
[14] The World Health Organization, *Lead Poisoning and Health* (Aug. 23, 2019), https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health#:~:text=The%20neurological%20and%20behavioural%20effects,behavioral%20difficulties%20and%20learning%20problems.
[15] CDC, *National Biomonitoring Program, Factsheet* (July 12, 2013), https://www.cdc.gov/biomonitoring/Lead_factsheet.html#:~:text=No%20safe%20blood%20lead%20level,half%20a%20cup%20of%20liquid.).
[16] AMA, *AMA Adopts New Policies to Prevent Future Lead Poisoning* (June 14, 2016), https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policies-prevent-future-lead-poisoning.
[17] American Academy of Pediatrics, *Lead Exposure in Children*, https://www.aap.org/Pages/ErrorPage.aspx?requestUrl=https://www.aap.org/en-us/advocacy-and-%20policy/aap-health-initiatives/lead-exposure/Pages/Lead-Exposure-in-Children.aspx.
[18] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural regeneration research 1879 (2018).

39. The European Union has declared cadmium a "Substance of Very High Concern"[19] and is one of only six hazardous substances banned from use in Europe in electrical and electronic equipment due to the hazard posed to human health.[20]

40. Some states, such as Maryland, have banned cadmium in children's products.[21]

41. One of the pesticides detected in Pharmavite Products is a World Health Organization ("WHO") Class II pesticide, which are "moderately hazardous to human health."

42. In a census-balanced survey commissioned by CLP of 630 mothers who took prenatal vitamins during pregnancy, eighty-three percent (83%) felt that they would not have purchased the products if they had discovered it was under-formulated and eighty-four percent (84%) of moms would want their money back.[22]

43. As noted above, these neurotoxins have no known safe level for prenatal exposure; thus, they represent a serious and present risk to the neurological health of these developing children.

44. Likewise, under-formulating prenatal vitamins for folate/folic acid represents a risk to developing fetuses and infants, as it may cause a failure to receive the adequate amount of folic acid necessary for developmental needs.

45. The presence of these contaminants is neither "normal" nor "unavoidable," as a comprehensive category test of over 200 prenatal vitamins commissioned by CLP has revealed that the levels

---

[19] European Chemicals Agency, *Candidate List of Substances for Very High Concern for Authorisation* (Aug. 26, 2020), https://echa.europa.eu/candidate-list-table/-/dislist/details/0b0236e1807dd024.

[20] Laser Focus World [online], *European Commission to Prohibit from TV's and Displays by October 2019* (Aug. 22, 2017), https://www.laserfocusworld.com/lasers-sources/article/16569155/european-commission-to-prohibit-cadmium-from-tvs-by-october-2019#:~:text=European%20Commission%20to%20prohibit%20cadmium%20from%20TVs%20and%20displays%20by%20October%202019,-Nanoco%2C%20which%20makes&text=Cadmium%20is%20one%20of%20six,protect%20human%20and%20environmental%20health.

[21] Safer States, *Maryland* (Aug. 26, 2020), https://www.saferstates.com/states-in-the-lead/maryland/.

[22] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

of these contaminants are unusually high relative to competitive prenatal vitamin brands. Likewise, the majority of prenatal vitamins were not under-formulated for folate/folic acid.

46. This means that consumers selecting a prenatal vitamin to ensure proper prenatal health during this critical period of neurodevelopment would expose the fetuses and/or infants to *less* of the neurotoxins cadmium and lead (and would provide them with more folate/folic acid) than by picking nearly any brand other than Nature Made.

47. Given the ubiquity of the public health and public policy positions above, Pharmavite knew or should have known of the risk of these toxins in the Products and should have taken steps to avoid these contaminants as their competitors clearly have done.

48. Thus, the Products are adulterated under DC Code §48-103 *et seq.* as the presence of these contaminants poses a risk to the neurological health of the developing fetuses and/or infants and the avoidable presence of these contaminants directly contradict the "brain development" functions touted by Pharmavite.

49. As a result of Pharmavite's claims and marketing, D.C. consumers, who are led to believe that the Products are safe and effective and free of concerning levels of contaminants, in fact bear the risk of purchasing products that are under-formulated and not free of concerning quantities of heavy metals and pesticides.

50. A reasonable D.C. consumer would not expect Products claiming to support "brain health" to contain high levels of lead or cadmium.[23]

51. A reasonable D.C consumer would not expect products claiming to provide the recommended daily value of folic acid to be under-formulated for folic acid.[24]

---

[23] As noted above, a large percentage of Nature Made's competitors do not have these significant issues.
[24] *Id.*

12

52. In sum, Pharmavite is deceiving D.C consumers into believing that the Products support "brain development" when they contain avoidable levels of multiple deleterious neurotoxins with no known safe level in Products intended for use during a critical period of neurodevelopment. Simultaneously, Pharmavite Products are under-formulated for the principle active ingredient of folate/folic acid.

53. Pharmavite's false and misleading representations and omissions, including any tendency to mislead or omit, violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

54. Pharmavite's labeling and advertising of the Products tend to mislead and are materially deceptive about the true nature, quality, and ingredients of the Products. Plaintiff brings this deceptive advertising and adulteration cause on behalf of themselves and the general public, and seek relief, including but not limited to: an injunction to halt Pharmavite's false and misleading marketing and sale of Nature Made Products.

## Jurisdiction and Venue

55. This Court has personal jurisdiction over the parties in this case. Plaintiff, by filing this Complaint, consents to this Court having personal jurisdiction over them and this matter.

56. This Court has personal jurisdiction over Defendant pursuant to D.C. Code §13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them given that, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avail themselves of the laws of the District of Columbia through their marketing and sales of the Products in the District of Columbia.

57. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §28-

3905(k)(1)(B), (k)(1)(C) and (k)(2).[6]

**Parties**

58. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

59. CLP performs its work throughout the United States, including in the District of Columbia.

60. CLP uses state-of-the-art accredited laboratory testing to identify the best and worst labeled products and publishes top and bottom performers on its website free of charge.

61. CLP was formed in 2016 with the goal of reducing contamination across all consumer-packaged goods products.

62. CLP has an interest in food label truth and transparency, and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, allowing consumers to make data-based decisions.

63. In 2018, CLP caused the purchasing of the Nature Made Products, as well as over 200 other prenatal vitamin products in order to evaluate their levels of folic acid.

64. At all times herein Pharmavite was a California limited liability company with its principal place of business in West Hills, California.

65. Defendant markets and distributes the Products online and in retail stores in the District of Columbia and throughout the United States.

66. Upon information and belief, Defendant has caused harm to the general public of the District of Columbia.

14

67. Plaintiff is acting on behalf of the general public as a private attorney pursuant to D.C Code §28- 3905(k)(1)(C)-(D).

68. Plaintiff is a non-profit organization pursuant to D.C. Code §28-3901(a)(14) and the public-interest organization pursuant to D.C. 28-3901(a)(15). Plaintiff is a longstanding advocate of the rights of consumers, including but not limited to D.C. consumers, for truthful labeling and marketing.

### The Importance of Folic Acid

69. Vitamin B9 (Folate) is an essential vitamin that plays a critical role in the development of DNA.

70. The synthetic form of folate most commonly used in supplements is folic acid.[25]

71. Fortification with folic acid has been linked to reductions in the incidence of several NTDs.[26]

72. The consequences of improper folic acid fortification can be severe and can include loss of life for the child so impacted.

73. Newborns with anencephaly, an NTD in which some or all of the brain fails to form, usually do not live long, and those with spina bifida may be permanently disabled.

74. NTDs can be avoided with proper folate/folic acid intake during pregnancy.

75. NTDs linked to folate/folic acid-insufficiency have been referred to as an "unnecessary

---

[25] Center for Disease Control, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[26] Centers for Disease Control and Prevention (CDC), *Spina bifida and anencephaly before and after folic acid mandate--United States, 1995-1996 and 1999-2000*, MMWR, 53(17) Morbidity and Mortality Weekly Report 362 (2004).

epidemic."[27]

76. For this reason, supplementing with folate/folic acid is an important step in prenatal neurodevelopment.

77. The CDC recommends women start taking folic acid every day for at least a month before becoming pregnant, and every day while pregnant.[28]

78. The recommended dose for all women of childbearing age is 400 mcg of folate/folic acid each day.[29]

79. However, the CDC recommends women who have already had an NTD-affected pregnancy consume 400 mcg of folic acid each day, even when not planning to become pregnant. When planning to become pregnant, the CDC recommends that these women consume 4,000 mcg of folic acid each day, one month before becoming pregnant, and through the first three months of pregnancy.[30]

80. Studies have confirmed that getting an adequate amount of folic acid will protect the fetus/infant from NTDs by at least fifty percent (50%).[31]

81. According to the CDC, for women who have already had a baby with an NTD, getting enough folic acid may reduce the risk of having another child with an NTD by as much as seventy percent

---

[27] Brent, R. L., Oakley, G. P., & Mattison, D. R., *The unnecessary epidemic of folic acid-preventable spina bifida and anencephaly*, 106(4) Pediatrics 825-827 (2000).
[28] WebMD, *Folic Acid and Pregnancy*, https://www.webmd.com/baby/folic-acid-and-pregnancy#1.
[29] CDC, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[30] Center for Disease Control and Prevention, *Effectiveness in Disease and Injury Prevention Use of Folic Acid for Prevention of Spina Bifida and Other Neural Tube Defects -- 1983-1991* (Aug. 2, 1991), https://www.cdc.gov/mmwr/preview/mmwrhtml/00014915.htm.
[31] CDC, *Preventing Neural Tube Defects: A prevention Model Resource Guide* (July 17, 2020), https://www.cdc.gov/ncbddd/orders/PDFs/09_202063A_Nash_Neural%20Tube%20BD%20Guide%20FINAL508.pdf%20(wed).

(70%).[32]

82. The American Academy of Pediatrics ("AAP") has stated that "all women capable of becoming pregnant consume 400 micrograms per day of folic acid." Furthermore, "[a]lthough some foods are fortified with folic acid, it is not possible for women to meet the 400 mcg goal through a typical diet."

83. The AAP policy statement recommends a daily multivitamin tablet that contains folic acid in the recommended dose. Studies show that if all women of childbearing age met these dietary requirements, fifty percent (50%) or more of NTDs could be prevented.[33]

84. Thus, ensuring adequate folate/folic acid intake is one of the principle purposes of a prenatal vitamin. Therefore, under-formulation for folic acid renders a prenatal vitamin adulterated under D.C. Code §48-103 *et seq.*

## The Dangers of Heavy Metals: Lead & Cadmium

### Dangers of Lead

85. Lead is a heavy metal and a known carcinogen and neurotoxin. Lead resembles other metals that the human body needs to properly function, and as such, it is readily absorbed into body tissue.[34]

86. Lead readily crosses the placenta, impacting embryonic and fetal development.[35]

---

[32] Healthy Children.org, *Where We Stand: Folic Acid,* https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.

[33] *Id.*

[34] Wani, A.L., Ara, A., & Usmani, J.A., *Lead toxicity: a review,* 8(2) Interdisciplinary Toxicology 55-64 (2015), https://www.ncbi.nlm.nih.gov/PLC/articles/PMC4961898.

[35] Foltinova, J., Foltin, V., & Neu, E., *Occurrence of lead in placenta–important information for prenatal and postnatal development of child*, 28(4) Neuroendocrinology Letters 335-340 (2007).

87. Lead can damage and/or destroy cells once in the body: it also remains in the body for an extended period of time, causing even greater extent to the damage.[36]

88. Specifically, lead damages the myelin sheaths of neurons (protective insulation essential for proper neuronal functioning)[37] and interferes with neurotransmission (the communication between neurons)[38] both of which are potentially disastrous for human cognition & development.

89. Lead also interferes with the levels of Brain Derived Neurotrophic Factor ("BDNF") an important neuroprotective molecule that plays a principle role in neurodevelopment, specifically neurogenesis.[39]

90. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[40]

91. Thus, prenatal lead exposure has known adverse effects on maternal health and infant outcomes across a wide range of maternal blood lead levels.

92. A principle risk of prenatal exposure to lead is a reduction in intelligence, with experts demonstrating a direct relationship between childhood blood-lead levels and intelligence quotient (IQ).[41]

93. The consequences of even low-level (part-per-billion) exposure can be severe.

---

[36] Id.

[37] Dabrowska-Bouta, B., Sulkowski, G., Bartosz, G., Walski, M., & Rafalowska, U., *Chronic lead intoxication affects the myelin membrane status in the central nervous system of adult rats*, 13(1-2) Journal of Molecular Neuroscience 127-139 (1999).

[38] Neal, A. P., & Guilarte, T. R., *Molecular neurobiology of lead (Pb 2+): effects on synaptic function*, 42(3) Molecular neurobiology 151-160 (2010).

[39] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).

[40] Id.

[41] COUNCIL ON ENVIRONMENTAL HEALTH, 138:e20161493 Pediatrics (2016).



**Figure 6**

94. In Flint, Michigan, following city-wide exposure to part-per-billion levels of lead in drinking water, the portion of Flint's third graders who tested as proficient in reading at grade level fell from 41.8% to 10.7%.[42]

95. As discussed above, the Environmental Protection Agency, Food and Drug Administration, the World Health Organization, Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated that there is no safe level of lead for children.

96. Thus, by its very nature, the presence of lead in prenatal vitamins is antithetical to a mission to support brain health, as the presence of lead in prenatal vitamins is a "deleterious substance which may render it injurious to health…" under DC Code §48-103 *et seq.*

---

[42] Grossman, Slusky, *The Effect of an Increase in Lead in the Water System on Fertility and Birth Outcomes: The Case of Flint, Michigan,* http://www2.ku.edu/~kuwpaper/2017Papers/201703.pdf.

**Dangers of Cadmium**

97. Cadmium is also a heavy metal and a known neurotoxin and an International Agency for Research on Cancer ("IARC") class 1 carcinogen, known for having both short-term and long-term deleterious effects on human health.

98. Cadmium readily crosses the placenta, accumulating in fetal or embryonic tissue.[43]

99. Once absorbed, cadmium has a long half-life in the body, especially in the kidneys. Chronic cadmium exposure has been shown to adversely affect kidney and bone and to increase the risk of cancer. Cadmium also functions as an endocrine disruptor and may thus affect reproduction and child neurodevelopment.[44]

100. Specifically, cadmium impairs brain health through multiple pathways, including the interruption of DNA repair, the generation of reactive oxygen species, and, most critically, the disruption of neuronal proliferation and differentiation – two steps in the neurogenesis process occurring during the infancy critical period.[45]

101. Therefore, early life exposure to cadmium is associated with poor cognitive outcomes in children.[46]

---

[43] Gundacker C, Hengstschläger M., *The role of the placenta in fetal exposure to heavy metals*, 162(9-10):201-206. doi:10.1007/s10354-012-0074-3 Wien Med Wochenschr (2012).
[44] Kippler, M., Tofail, F., Gardner, R., Rahman, A., Hamadani, J. D., Bottai, M., & Vahter, M., *Maternal cadmium exposure during pregnancy and size at birth: a prospective cohort study*, 120(2) Environmental Health Perspectives 284–289 (2012), https://doi.org/10.1289/ehp.1103711.
[45] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural Regeneration Research 1879 (2018).
[46] Sanders, A. P., Henn, B. C., & Wright, R. O., *Perinatal and childhood exposure to cadmium, manganese, and metal mixtures and effects on cognition and behavior: a review of recent literature*, 2(3) Current environmental health reports 284-94 (2015).

102. Cadmium also interferes with the levels of Brain Derived Neurotrophic Factor (BDNF),[47] an important neuroprotective molecule that plays a principle role in neurodevelopment.[48]

103. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[49] Thus, the presence of cadmium detracts from a principle function of DHA – a basis Nature Made's "brain development" claims.

104. This cadmium-mediated disruption of neuro-development renders Pharmavite's Nature Made Products adulterated under D.C. Code §48-103 *et seq* as brain development is a marketed benefit of Nature Made Products.

105. In general, women are more susceptible to cadmium toxicity, mainly because of increased intestinal uptake of cadmium given low iron stores, which are more prevalent in women than in men.[50]

106. Worse, cadmium has been shown to accumulate in in placental tissues, where it interrupts micronutrients (such as zinc) diffusion through the placenta.[51]

107. Thus, scientific evidence demonstrates that cadmium directly interferes with Pharmavite Products as the presence of cadmium in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[52]

---

[47] Wang, Y., Chen, L., Gao, Y., Zhang, Y., Wang, C., Zhou, Y., ... & Tian, Y, *Effects of prenatal exposure to cadmium on neurodevelopment of infants in Shandong, China*. 211 Environmental pollution 67-73 (2016).
[48] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[49] *Id.*
[50] *Id.*
[51] Kippler, M., Hoque, A. W., Raqib, R., Öhrvik, H., Ekström, E. C., & Vahter, M., *Accumulation of cadmium in human placenta interacts with the transport of micronutrients to the fetus*, 192(2) Toxicology letters 162-168 (2010).
[52] DC Code §48-103 *et seq*.

## The Dangers of Pesticides

108. Pesticides are a large class of compounds designed to kill or eliminate multiple types of organic matter:

    a.   Rodents (rodenticide)

    b.   Insects (insecticide)

    c.   Fungi (fungicide)

    d.   Undesired plants (herbicide)

109. Due to the fact their intended function is to kill or disrupt living organisms, most pesticides are toxic to humans in one form or another.

110. It follows that pesticides are designed to be neurotoxic.

111. Research has focused on the neurodevelopmental consequences of pesticide exposure during early life.[53]

112. Due to the risks of pesticide exposure in early life, it is exceptionally important to ensure pesticides with links to neurotoxic or developmental toxicity outcomes be restricted and avoided from products used to ensure proper prenatal health. To wit:

    a.   Indoxacarb, a WHO Class II pesticide, has been linked to disruption of nicotinic acetylcholine receptors in developing mammalian brains.[54]

---

[53] Shelton, J. F., Geraghty, E. M., Tancredi, D. J., Delwiche, L. D., Schmidt, R. J., Ritz, B., ... & Hertz-Picciotto, I., *Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study*, 122(10) Environmental health perspectives 1103-1109 (2014).

[54] Zhao, X., Nagata, K., Marszalec, W., Yeh, J. Z., & Narahashi, T., *Effects of the oxadiazine insecticide indoxacarb, DPX-MP062, on neuronal nicotinic acetylcholine receptors in mammalian neurons,* 20(4) Neurotoxicology 561-570 (1999).

113. Thus, by their very nature, the presence of pesticides in prenatal vitamins are antithetical to a mission to support brain health, as the presence of these pesticides in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[55]

## **Factual Allegations**

114. Pharmavite is aware that there are health risks with pregnancy.

115. Pharmavite is aware of the importance of folic acid during pregnancy to the development of the fetus.

116. Pharmavite is aware of the dangers of heavy metal toxins and other contaminants during pregnancy.

117. Pharmavite is aware there is a market for pregnancy supplements to support healthy pregnancy for mother and fetus.

118. To capture this market, Pharmavite manufactures, produces, and distributes vitamins for the purpose of supporting a healthy pregnancy, to include the supplementation of folic acid.

119. Given the above, it follows that, Pharmavite is aware that consumers are concerned with the contents of their supplements.

120. Pharmavite is also aware that consumers seek supplements for specific health reasons.

121. Further, Pharmavite is aware that the consumers who seek out prenatal vitamins are a vulnerable group of consumers to whom such products' contents are of a heightened importance.

---

[55] D.C. Code §48-301 *et. seq.*

122. Pharmavite's Products are under-formulated as to folic acid; thus, consumers who take the Products for specific advertised health purposes, are not getting the proper or promised dosage: the results of this under-formulation could be fatal or life threatening.

123. Pharmavite's Products are also adulterated and contain quantifiable amounts of heavy metals and pesticides, all of which are harmful if exposed to both mothers and babies during the prenatal process.

124. Pharmavite's marketing practices are false and misleading and violate D.C. Code §28-3904, as they extoll the brain-supporting features of the product while exposing fetuses to concerning levels of known neurotoxins for which there is no established safe-harbor.

125. Pharmavite's Products are adulterated under DC Code §48-103 et seq., as the presence of these contaminants renders them unsafe for their intended population, directly contradicts the intended brain-support benefit of the Products, and renders the Products "injurious to health."[56]

**Pharmavite's Marketing of Nature Made is Unconscionably Misleading and Omits Material Facts**

126. As noted previously, to capture the market for prenatal vitamins and supplements, Pharmavite markets its Nature Made Products as containing folic acid and supporting fetal brain growth (see figures above). Nature Made causes specific attention to be drawn to the claims of folic acid, as they are highlighted in yellow and circled on product packaging.

127. Nature Made claims that "every one" of their products have been "proven safe and nutritionally beneficial."

---

[56] D.C. Code §48-103 *et seq.*



**Figure 7**

128. Pharmavite has publicly admitted to levels of the toxic heavy metals lead and cadmium in their Nature Made Product – contaminants that:

    a.   Have no safe level recognized by public health authorities for developing children.

    b.   Their competitors are able to avoid or achieve significantly lower levels.

129. As a result, and as discussed further below,  is in violation of D.C. Code §28-3904 et seq. as it has represented the Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

130. It is apparent that Pharmavite is aware of the intent of their marketing, as they take steps to educate consumers on the purpose for which their prenatal vitamins should be used.

# What are prenatal and postnatal multivitamins?

Having a baby is absolutely incredible. It also requires an incredible amount from your body. Prenatal and postnatal vitamins are designed to provide the essential nutrients that you and your baby need.

**Figure 8**

# What are prenatal and postnatal multivitamins good for?

These vitamins deliver essential nutrients that you and your baby need, including folic acid, iron, zinc and vitamin D. Our softgel formulas also contain omega-3 fatty acid DHA, which may help support fetal brain and eye development.[1]

**Figure 9**

## Who should take prenatal and postnatal multivitamins?

If you're pregnant or trying to become pregnant, then prenatal vitamins are for you. If you're a nursing mom, postnatal vitamins can help your body get the nutrients it needs. At Nature Made, we know that even the nurturer needs to be nurtured.

**Figure 10**

131. Pharmavite holds itself out as providing high quality nutrition to consumers, claiming that "nutrition is in our DNA."

## Nutrition is in our DNA

It all started with the idea that nature is the backbone of nutrition. Every day, our scientists, nutritionists and health experts totally geek out on what the incredible human body needs to stay, well, incredible. And we do it so we can provide you with the knowledge and high-quality supplemental nutrition you need to keep on doing all the things you do best.

**Figure 11**

132. Interestingly, on the Amazon.com page selling one of the Products, Nature Made omits the disclaimer on their website that their claim to be "specially formulated to support the development of baby's brain, nervous system, bones and eyes" has not been evaluated by the FDA.



**Figure 12**

133. As a result of omitting this disclaimer, Defendant is implicitly vouching for the veracity of those claims to the consumer and are making an unevaluated drug claim without properly warning consumers.

134. In addition to the assurances on the package, the website also explains what a supplement is and why it is important, highlighting the key nutrients and quality of Nature Made Products.

## What this Supplement is

Creating new life creates new nutritional needs too. And Nature Made® Multi Prenatal tablets are specially formulated to provide the nutritional support you need while you're trying to become pregnant and throughout your pregnancy. Our prenatal vitamin formula provides key nutrients such as folic acid and iron. And it also contains other important nutrients including zinc and vitamins A, C, D3 and E. Nature Made Multi Prenatal tablet is USP verified, so you can feel confident that you are choosing a high quality prenatal vitamin supplement.

**Figure 13**

135. In Figure 13 above, Nature Made not only informs what a supplement is, it represents that its Products are "a high quality prenatal vitamin supplement."

136. Indeed, Nature Made extolls the virtues of their quality systems, claiming to screen their products for purity and potency. As a result, they claim to provide "quality you can trust."

## Quality you can trust

If you care this much about what goes in your body then we believe it should be the best quality. We go the extra step to ensure our vitamins and supplements are USP certified when possible. Meaning they've been tested for purity and potency by the U.S. Pharmacopeia so you know you're getting the good stuff.


Largest amount of USP certified products


#1 Pharmacist Recommended brand

**Figure 14**

137. In addition to marketing claims on their packaging and website, Pharmavite emphasizes product purity and quality through its digital media presence, to include their YouTube channel.

138. In one video titled "Nature Made: Quality You Can Trust," posted to their channel on June 3,

29

2020, they emphasize that their purity and potency are USP verified.[57] See Figure 15 below.



**Figure 15**

139. In this same video, Pharmavite states they are the "#1 Pharmacist Recommended Vitamin & Supplement Brand,"[58] See Figure 16 below.

---

[57] Youtube, *Nature Made: Quality You Can Trust,* https://www.youtube.com/watch?v=aV2KF0DaCfc
[58] *Id.*



**Figure 16**

140. Pharmavite has previously been criticized by the National Advertising Division (NAD) specifically for the placement of this claim in commercials, and for failing to make the disclosure about the source of this claim "clear and conspicuous."[59]

141. Upon information and belief, this video, or a video similar to it, was broadcast on television and across streaming services.

142. Upon information and belief, the use of this claim in this video, or a video similar to it, did not contain a disclosure about the source of this claim that was "clear and conspicuous."

143. It follows that Pharmavite has violated D.C. Code §28-3904 *et seq.*, as it has represented the Nature Made Products as "… a particular standard, quality, grade, style, or model," when in

---

[59] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.

fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

144. Defendant's repeated claims to perform purity testing are strange given their behavior. During pre-suit discussions, Plaintiff's counsel shared testing results with the Defendant in the spirit of resolving the matter without litigation. Defendant repeatedly refused to share their own testing results – instead opting to obfuscate and delay.

145. Even more direct, their website promises, "We're here for your health!"



**Figure 17**

146. Pharmavite fails to state the "material fact" that the Products contain contaminants which serve the exact opposite purpose of healthful supplements, and, in fact, are injurious to health.

147. Pharmavite is aware many women do not receive enough folic acid, marketing their product as a solution to this very issue:



**Figure 18**

148. Pharmavite has violated D.C. Code §3904 *et seq.,* as their product misrepresents the folic acid content of the Products, as the Products are severely under-formulated.

149. Pharmavite also publishes their commitment to good health at the core of every product. They promise products are "backed by decades of scientific research and high- quality ingredients."

**Our Commitment**

Our commitment to your good health lies at the core of every product we make—backed by decades of scientific research and high-quality ingredients. At Nature Made, we create thoughtfully designed products to fit your lifestyle needs at every stage.

**Figure 19**

150. Again, in Figure 19 above, Nature Made has misrepresented the Product's quality, as the analytical testing below has shown, the Products contain detectable levels of heavy metal toxins (See lab reports attached at Exhibit 1).

151. Moreover, Pharmavite misrepresents the Product's quality, as they are under-formulated, denying consumers the very crux of a prenatal vitamin.

152. To set itself apart from competitors, in Figure 20 below, Nature Made touts the benefits of its

supplements, to include folic acid. It again guarantees the high quality of its standards, ingredients, and manufacturing process.



**Figure 20**

153. Pharmavite not only makes promises about what *is not* in its Nature Made Products, it also makes multiple promises about what *is* contained in the Products, namely folic acid.



**Figure 21**

154. Pharmavite's promises of folic acid on its packaging, website, and marketing give a false expectation that the Products possess a properly formulated serving of folic acid.

155. The Products are under-formulated as to folic acid, well below the promises made on the packaging and website and well below the medically recommended dosage of 400mcg of folate daily

156. Pharmavite's promises of folic acid on its packaging violate D.C. Code §28-3904, as the website, packaging and marketing gives consumers a false expectation that the Products will contain 800mcg/serving of folic acid.

157. The Products in fact contain 368 mcg/serving of folic acid, well below the promise of 800mcg, and well below the quality promised by Pharmavite.

158. In addition to the under formulation of the Products, the Products also contain quantifiable amounts of heavy metals.

159. These heavy metal toxins are not listed, labeled, or advertised and have extreme negative health effects on both mother and fetus:

    a.   Lead

    b.   Cadmium

160. Further yet, the Products also contain detectable amounts of World Health Organization ("WHO") Classified pesticides, denoted as "moderately hazardous to human health."

161. Consumers who seek out and purchase the Products do not expect them to be under formulated or even worse, contain toxic heavy metals and pesticides in any quantifiable amount.

162. Moreover, consumers would not purchase products made solely for the supplementation of healthy prenatal process if they knew they contained ingredients that could in fact encourage the exact opposite.

163. Thus, Pharmavite has violated D.C. Code §28-3904, as the Products are well below the quality and grade promised by Nature Made.

164. Further, Pharmavite has also violated D.C. Code §48-103, as the contaminants in the Products render them "injurious to health."

### The Under Formulation of the Products

165. CLP caused the purchase the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

166. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

167. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained exclusively by CLP to protect independence and confidentiality.

168. As a result of the Quantitative testing, the sample of Defendant's Products yielded a folic acid content of:

    a.  Nature Made Prenatal Multi + DHA (110 ct):

          i.  Claimed Amount 800 mcg/serving

          ii.  Testing results 368 mcg/serving, 46% of label claim

    b.  Nature Made Prenatal Multi + DHA (115 ct):

          i.  Claimed Amount 800 mcg/serving

        ii.   Testing results 546 mcg/serving, 67% of label claim

    c.   Nature Made Prenatal Gummies – Mixed Berry (60ct)

        i.   Claimed Amount 360 mcg/serving

        ii.   Testing results 308 mcg/serving, 86% of label claim

## The Presence of Quantifiable Amounts of Heavy Metals in the Products

169. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

170. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

171. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

172. The results are in parts-per-billion (ppb):

    a.   Nature Made Prenatal Multi (90ct):

        i.   As a result of the quantitative testing, the sample of Defendant's Product yielded a lead content of 201.13ppb, which is on a per-serving basis higher than 64% of other prenatal vitamins tested.

        ii.  As a result of the quantitative testing, the sample of Defendant's Product yielded a cadmium content of 157.29ppb, which is on a per-serving basis higher than 63.5% of other prenatal vitamins tested.

b.  Nature Made Prenatal Multi (250 ct):

        i.  As a result of quantitative testing, the sample of Defendant's Product yielded a lead content of 162 ppb, which on a per-serving basis is higher than 55.6% of other prenatal vitamins tested.

        ii.  As a result of quantitative testing, the sample of Defendant's Product yielded a cadmium content of 176 ppb, which on a per-serving basis is higher than 69.9% of other prenatal vitamins tested.

c.  Nature Made Prenatal Multi + DHA (110 ct):

        i.  As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 239 ppb, which on a per serving basis is higher than 90.1% of other prenatal vitamins tested.

d.  Nature Made Prenatal Multi + DHA (115 ct):

        i.  As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 189 ppb, which on a per serving basis is higher than 85.2% of other prenatal vitamins tested.

e.  Nature Made Prenatal Multi + DHA (60 ct):

        i.  As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 143 ppb, which on a per serving basis is higher than 79.3% of other prenatal vitamins tested.

f.  Nature Made Prenatal Multi + DHA (150 ct):

i.   As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 142 ppb, which on a per serving basis is higher than 79% of other prenatal vitamins tested.

### The Presence of Pesticides in the Products

173. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

174. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

175. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

176. Analytical testing identified detectable amounts of pesticides in the following products:

a.   Nature Made Prenatal Multi + DHA (110 ct):

i.   Fenpyroximate, a class II hazardous pesticide (moderately hazardous to human health).

ii.  Indoxacarb, a class II hazardous pesticide (moderately hazardous to human health).

iii. Proquinazid, a class II hazardous pesticide (moderately hazardous to human health).

39

iv. Tebuconazole, a class II hazardous pesticide (moderately hazardous to human health).

**Pharmavite Knew or Should Have Known its Representations Were False**

177. Pharmavite holds itself out to the public as a trusted source of prenatal supplements and vitamins.

178. Pharmavite knew, or should have known, what representations it made on the labels (as noted in the figures above) of the Products. Pharmavite also knew or should have known how its Products were sourced, processed, and marketed.

179. Pharmavite knew, or should have known, the facts demonstrating that the Products were mislabeled, falsely advertised, and adulterated.

180. Pharmavite was previously investigated by the New York Attorney General in 2015 for failing to comply with label claims around active ingredients in its supplement products. The New York Attorney General demanded detailed ingredient and quality control information on every herbal supplement Pharmavite sold in New York State, after a study they conducted demonstrated that four in five products contained none of the herbs listed on the labels.[60]

181. As a result of that investigation, Pharmavite knew, or should have known, that improvements to their quality control processes were required to ensure accurate labeling of ingredients and the nutrition facts panel.[61]

182. Pharmavite has previously had their label claims challenged by the Federal Trade Commission (FTC) surrounding their use of false and misleading claims surrounding a cholesterol product in

---

[60] Drug Discovery Trends.com, *NY Attorney General Expands Herbal Supplement Investigation,*
https://www.drugdiscoverytrends.com/ny-attorney-general-expands-herbal-supplement-investigation/.
[61] *Id.*

which the FTC indicated there was "little clinical evidence" to substantiate claims made by Pharmavite. In response, Pharmavite removed the misleading claims from advertising, website, and packaging.[62]

183. As a result of the FTC investigation, Pharmavite knew, or should have known, about the importance of verifying numerical label claims and functional health claims.

184. Pharmavite has previously had its label claims challenged by the National Advertising Division (NAD) of the Better Business Bureau for failing to properly identify the source of a particular claim, and for failing to provide substantiation of two other claims.[63]

185. In 2014, in response to this challenge Pharmavite permanently discontinued commercials being run at the time that NAD challenged them.[64]

186. D.C. consumers rely on label representations and marketing information in making purchase decisions.

187. Pharmavite made false, misleading, and deceptive representations and omissions, intending for D.C. consumers to rely upon those representations and omissions in purchasing the Products.

188. Pharmavite knows that D.C. consumers seek out prenatal supplements that consumers believe to be properly formulated and not adulterated.

189. Upon information and belief, Pharmavite has failed to remedy the problem with the Products, causing ongoing harm to D.C. consumers.

---

[62] Federal Trade Comission. *Closing Letter, Matter No. 0723233*
https://www.ftc.gov/sites/default/files/documents/closing_letters/pharmavite-llc/090416cholestoffclosingletter.pdf
[63] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.
[64] *Id.*

190. D.C. consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with misleading and/or deceptive representations or omissions.

191. Reasonable consumers do not expect Defendant's Products, represented and advertised as prenatal vitamins containing 800 mcg/serving of folic acid, to in fact contain far less than labeled.

192. Reasonable consumers do not expect Defendant's Products, represented and advertised as a prenatal vitamin, to be adulterated and to contain toxic heavy metal and pesticides that are dangerous and adverse to the prenatal process and undermine the very purpose of the Products.

## Cause of Action: Violation of the District of Columbia Consumer Protection Procedures Act

193. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), Plaintiff brings this claim on behalf of itself and the general public of the District of Columbia for Pharmavite's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

194. Plaintiff incorporates by reference all allegations in the preceding paragraphs of this Complaint.

195. Pharmavite labeled and advertised the Nature Made Products as containing 800mcg/serving of folic acid when in fact it is under-formulated and contains only 368 mcg/serving of folic acid which is under-formulated by forty-six percent (46%).

196. Pharmavite adulterated the Products as the presence of heavy metals and pesticides impairs the neurological development of the fetus, which is the purpose of the prenatal vitamin.

197. Pharmavite's advertising of the Products misrepresents, tends to mislead regarding material facts, and omits facts regarding: the source, characteristics, standard, qualities, or grades that Pharmavite states and implies.

42

198. The Products lack the characteristics, ingredients, benefits, standard, qualities, or grades that Pharmavite states and implies.

199. Pharmavite's misstatements, innuendo, and omissions of fact are material and have the tendency to mislead.

200. Pharmavite knowingly did not sell the Products as advertised.

201. The facts as alleged above demonstrate that Pharmavite has violated the CPPA, D.C. Code §28-3901 *et seq.*

202. Pharmavite's conduct is unlawful trade practice "whether or not any consumer is in fact mislead, deceived or damaged thereby." D.C. Code §28-3904.

203. CLP has a sufficient nexus to D.C. consumers of the Products to adequately represent their interests.

204. Given that Pharmavite misrepresents the characteristics, ingredients, and benefits of the Products; misrepresents the standard, quality, and grade of the Products; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead reasonable consumers with regard to material facts about the Products; and advertise the Products without the intent to sell the Products as advertised, and has adulterated the Products, Pharmavite marketing of the Products violates D.C. Code §28-3901 *et seq.*

205. Specifically, Pharmavite has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

    a. represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;…

    d.   represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another.

    e.   misrepresent as to a material fact which has a tendency to mislead; …

    f.   fail to state a material fact if such failure tends to mislead

        f-1. [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead;

        … [or]

    h. advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

206. Additionally, Pharmavite has violated D.C. Code §28-3904 *et seq,* pursuant to the definition of "Adulterated," as defined in D.C. Code §48-103, as the presence of these contaminants render the Products "injurious to health."

207. Pharmavite is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant under D.C. Code §29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-3901(a)(7).

208. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action seeking relief from the use of a trade practice in violation of a law of the District of Columbia, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or family purposes."

209. CLP is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that purchased the

44

Products in order to test or evaluate their qualities.

210. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

211. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

212. As set forth in this Complaint, Plaintiff was founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiff's mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiff has previously represented District consumers in similar actions under the CPPA.

213. Plaintiff is a public-interest organization pursuant to D.C. Code §28-3905(k)(1)(D) and brings this action on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(1)(A).

214. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

45

215. Plaintiff is a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit

organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest

organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiff prays for judgment against Defendant, including the remedies available
under

D.C. Code §28-3905(k)(2)(A-F):

A.  A Declaration that Defendant's conduct is in violation of the CPPA.

B.  An Order enjoining Defendant's conduct found to be in violation of the CPPA.

C.  An Order requiring Defendant to provide corrective advertising to the residents of
the District of Columbia that restores consumers.

D.  An Order granting Plaintiff's costs and disbursements, including reasonable
attorneys' fees and expert fees, and prejudgment interest at the maximum rate
allowable by law.

## **Jury Trial Demanded**

Plaintiff Clean Label Project hereby demands a trial by jury.

Dated: 11/3/2020

<div style="margin-left:40%">

Respectfully submitted,

Attorneys for Clean Label Project (CLP)

/s/ Travis Pittman
Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD 21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com

</div>

Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

ATTACHMENT B

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| CLEAN LABEL PROJECT FOUNDATION | * | |
| A 501(c)(3) | | |
| 280 E. 1st Ave., #873 | * | Case No. 2020 CA 003912 B |
| Broomfield, Colorado 80038 | | |
| | * | |
| ~~and~~ | * | COMPLAINT |
| | | |
| ~~GMO FREE USA d.b.a. TOXIN FREE USA~~ | * | DEMAND FOR JURY TRIAL |
| ~~P.O. Box 458~~ | | |
| ~~Unionville CT, 06085~~ | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | | |
| PHARMAVITE, LLC | * | |
| | | |
| Serve on: | * | |
| Corporation Service Company | | |
| 2710 Gateway Oaks Drive, Suite 150N | * | |
| Sacramento, CA 95833-3505 | | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S FIRST AMENDED COMPLAINT

On behalf of themselves and the general public, Plaintiffs, Clean Label Project Foundation

("Clean Label Project" or "CLP") ~~and GMO Free USA d.b.a. Toxin Free USA ("Toxin Free USA")~~,

hereinafter "Plaintiff~~s~~," by and through ~~their~~ **its** counsel, bring**s** this action against Pharmavite, LLC

("Pharmavite") hereinafter Defendant,  regarding the deceptive labeling, marketing, and sale of Nature

Made Prenatal Multi (90 ct), Nature Made Prenatal Multi (250 ct), **Nature Made Prenatal Multi +**

**DHA (60 ct), Nature Made Prenatal Multi + DHA (150 ct)**, Nature Made Prenatal Multi + DHA

(110 ct), and Nature Made Prenatal Multi +DHA  (115ct), ("Products")[1] that are under-formulated

---

[1] Discovery may demonstrate that additional Pharmavite Products are within the scope of this Complaint.
Plaintiffs reserve**s** the right to amend this complaint to include additional prenatal items identified through the
course of discovery.

with respect to folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals

and detectable amounts of pesticides. Contrary to Defendant's promises and assurances, CLP

facilitated independent testing and discovered that the amount of folic acid stated on the labels in the

Products is unconscionably under-formulated, well below industry and medical standards. Further, the

adulterated Products are exposing mothers and their babies to contaminants, to include lead, cadmium,

and pesticides – compounds and contaminants known to cause reproductive harm in fetuses and

infants.  Plaintiffs alleges the following based upon information, belief, and the investigation of its

counsel:

## Introduction

1. Pregnancy can be a high-risk time, with as few as sixty-two percent (62%) of pregnancies ending in a live birth.[2]

2. Gestation, the period of development comprising embryonic and fetal development, is a "critical period" in human life.

3. This critical period is often referred to as "prenatal" development.

4. "Critical periods" are so named because disruption of development during those phases is often irreversible, placing incredible importance on ensuring developing brains and bodies are left unobstructed during these periods.

5. In the case of fetal neurodevelopment, a number of highly important processes occur during even the first month of pregnancy.

6. During the critical periods, essential neurodevelopment occurs, including aspects of

---

[2] Center for Disease Control and Prevention, *US Pregnancy Rate Lowest in Two Decades* (Dec. 15, 1999), https://www.cdc.gov/nchs/pressroom/99facts/pregrate.htm.

neurogenesis – the formation of neurons ("brain cells") and the formation of the complex interconnection of neurons that give rise to the human experience (synaptogenesis).[3]

7. Although the brain continues to develop and change after birth and into adulthood, the prenatal period can have a lasting effect on the adequacy of neurodevelopment and quality of life.

8. How thoroughly a brain develops depends on many factors in addition to genes, such as:[4]

   a. Proper nutrition starting in pregnancy.

   b. Exposure to toxins or infections during these critical periods.

   c. The child's experiences with other people and world after birth.

9. For these reasons, it is critically important to ensure that prenatal development proceeds as smoothly as possible.

10. Thus, it is the duty of brands assisting in this critical prenatal development period to:

    a. Provide consumers with nutrients needed to ensure proper development.

    b. Ensure that the brand's products do not provide deleterious chemicals that may detract from healthy development.

11. Many of these critical processes require specific essential nutrients, such as vitamins, to occur correctly, and the failure of these processes is often irreversible.

12. One such critical process is the folding of the neural crest into the neural tube: when a flat layer of specialized cells in the embryo "folds" and seals shut, eventually creating a cylinder of cells

---

[3] Huttenlocher, P. R., & Dabholkar, A. S, *Regional differences in synaptogenesis in human cerebral cortex*, 287(2) Journal of comparative Neurology 167-178 (1997).
[4] Gibbs, B. G., & Forste, R, *Socioeconomic status, infant feeding practices and early childhood obesity,* 9(2) Pediatric obesity 135-146 (2014).

that will grow to become the central nervous system (the brain and spine).[5]

13. If this sealing process or one of its immediate consequences, which occurs during the third week of pregnancy, is unsuccessful, the child will develop one of a host of complications cumulatively referred to as Neural Tube Defects ("NTDs").

14. These NTDs take many forms, but all involve some form of disruption of central nervous system functioning – ranging from lower limb paralysis (*spina bifida)* to the child being born without a brain (*anencephaly)*. Many NTDs are fatal, often resulting in nonviable pregnancy or still birth.[6]

15. While many factors play a role in the development of NTDs, proper nutrition is critical in reducing risk.

16. Specifically, ensuring adequate maternal intake of vitamin B9 (folate/folic acid) is essential in reducing the risk of NTDs.

17. Unfortunately, in many cases it is difficult or impossible for women to attain sufficient folate/folic acid in their diets to minimize their fetuses' risk of an NTD.[7]

18. As a consequence, medical experts recommend women who are or may become pregnant supplement their diet with a prenatal vitamin which, among other nutrients, contains folate/folic acid.[8]

19. Given the above, it follows that supplements designed to ensure prenatal health have become increasingly important to consumers, to include D.C. consumers.

---

[5] Blom, H. J., Shaw, G. M., den Heijer, M., & Finnell, R. H, *Neural tube defects and folate: case far from closed*, 7(9) Nature Reviews Neuroscience 724-731 (2006).
[6] *Id*.
[7] Healthy Children.org, *Where We Stand: Folic Acid* (Nov. 2019), https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[8] *Id*.

20. Consumers seek out and choose prenatal vitamins based on the concerns regarding supplements such as folic acid.

21. This consumer interest has given rise to a highly competitive $445M market.[9] In a recent survey, one-hundred percent (100%) of women living in the District of Columbia or its surrounding states indicated that they took a prenatal vitamin during pregnancy.[10]

22. In order to gain a share in this market, prenatal vitamin brands market their product as working to ensure proper prenatal development.

23. Pharmavite's Nature Made is one such brand, marketing a line of prenatal vitamins suggesting that Nature Made "supports the development of brain, eyes and the nervous system."

24. Packaging for Nature Made prenatal vitamins makes numerous claims referencing brain health:

   a. Nature Made packages its Products as "[s]upport[ing] the development of baby's brain, eyes, & nervous system."

   b. Nature Made also boasts, "Complete Prenatal Multivitamins with Folic Acid Plus DHA" on the front middle of the Product box, directly below the previous statement.

   c. Nature Made assures that its Product "Provides 100% Daily Value of Folic Acid."

   d. Nature Made also addresses folic acid on the front of the Product by stating, "Contains folic acid and 17 other nutrients for baby's development & mom."

   e. Both phrases are encircled in purple and orange respectively, drawing extra attention to

---

[9] Grand View Research, *Prenatal Vitamin Supplement Market Size, Share & Trends Analysis Report By Product Form (Capsules, Powder, Gummy), By Distribution Channel, By Region, And Segment Forecasts, 2019 – 2025* (Aug. 2019), https://www.grandviewresearch.com/industry-analysis/prenatal-vitamin-supplement-market.

[10] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

the information.



**Figure 1**

25. Nature Made draws extra emphasis to the promise of complete folic acid by displaying the

Supplement Facts on the back of the Product:

**Supplement Facts**

Serving Size: 1 Tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 2667 IU | 33% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as d-Alpha Tocopheryl Acetate) | 33 IU | 110% |
| Vitamin K (as Phytonadione) | 40 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 70% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 78% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 46% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 5 mg | 50% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

**Figure 2**

26. One component feature of Nature Made's "brain development" platform is their use of

Docosahexaenoic acid (DHA), a fatty acid which plays a role in neurogenesis.[11]

---

[11] Bradbury, J. (2011). *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain.* Nutrients, *3*(5), 529-554

## Nature Made® Prenatal Multi + DHA Softgels

Formulated to support the development of baby's brain, nervous system, bones and eyes. And they have clinically proven absorption of iron and folic acid. Think of it as nutritional support for you and your bump!

**Figure 3**

27. Pharmavite is aware of the importance of supplements during the delicate prenatal process, as it is the sole reason for the creation of the market for the Products.

28. Pharmavite is aware that proper folic acid fortification "may reduce a woman's risk of having a child with a neural tube defect."

## Benefits

* Scientifically formulated with essential vitamins and minerals that are essential during pregnancy and 200 mg DHA
* DHA: may help support fetal brain and eye development'
* Folic Acid: Adequate folic acid in healthful diets may reduce a woman's risk of having a child with a neural tube defect
* Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body'
* Calcium and Vitamin D3: help build and support strong bones'
* Vitamin A: helps support healthy eye function'
* Vitamins A, C, and D and Zinc: help support the immune system'
* Vitamins C and E: provide antioxidant support'
* B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12): support cellular energy production'
* Magnesium: helps support nerve, muscle and heart function'

**Figure 4**

7

**Nature Made® Prenatal Multi Tablets**

Provides daily nutritional support before and during pregnancy.* Specially formulated to support the development of your baby's brain, nervous system, bones and eyes, it's big support for your little one.*

**Figure 5**

29. Pharmavite is aware of the formulation standards for vitamins.

30. Pharmavite is aware of how it packages their Products.

31. Given the risks of disrupted prenatal development, it is critically important to ensure that Pharmavite's "brain development" claims are true.

32. The Products in question are:

    **a.**   **Nature Made Prenatal Gummies – Mixed Berry (60ct)**

    b.   Nature Made Prenatal Multi (90ct)

    c.   Nature Made Prenatal Multi (250ct)

    **d.**   **Nature Made Prenatal Multi + DHA (60ct)**

    **e.**   **Nature Made Prenatal Multi + DHA (150ct)**

    f.   Nature Made Prenatal Multi + DHA (110ct)

    g.   Nature Made Prenatal Multi + DHA (115ct)

33. Plaintiffs caused the Products to be purchased for the purpose of evaluation by an ISO 17025 accredited third-party analytical chemistry laboratory. The results were reviewed and assessed by a third-party toxicologist.

8

34. At least one Nature Made Product was significantly under-formulated for folate/folic acid. Nature Made Products contained concerning levels of the neurotoxins lead and cadmium, as well as pesticides, all of which are linked to developmental toxicity.

35. This testing suggests that the above-mentioned contaminants are present in the Products, or at a minimum, that Pharmavite makes no efforts to confirm that they are not present. As a result, D.C. consumers who are led to believe that the Products support a fetus's healthy growth and promote brain, eye, and nervous system development for their unborn child in fact bear the risk of purchasing products that contain quantities of pesticides and toxic heavy metals – compounds known to deleteriously impact brain development.

36. **As a result of this under-formulation, consumers of Pharmavite's products in the District of Columbia are defrauded and deprived of the value of the product they are purchasing, and are materially harmed beyond any potential injury visited upon pregnant mothers and their fetuses.**

37. The Environmental Protection Agency ("EPA"), Food and Drug Administration, the World Health Organization, the Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated there is no safe level of lead for children.

   a. The EPA has stated, "The Maximum Contaminant Level Goal for lead is zero. EPA has set this level based on the best available science, which shows there is no safe level of exposure to lead."[12]

---

[12] EPA, *Basic Information about Lead in Drinking Water* (Aug. 13, 2020), https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#:~:text=EPA%20has%20set%20the%20maximum,in%20the%20body%20over%20time.,

b. The Food and Drug Administration has stated that "[t]here is no known identified safe blood lead level."[13]

c. The World Health Organization has likewise stated, "The neurological and behavioral effects of lead are believed to be irreversible. There is no known 'safe' blood lead concentration…"[14]

d. The Centers for Disease Control have found "[n]o safe blood level of lead has been identified."[15]

e. The American Medical Association has stated, "We know that there is no safe level of lead."[16]

f. The American Academy of Pediatrics has stated, "There is no safe level of lead exposure in children, with lasting decreases in cognition documented in children with blood levels as low as five micrograms per deciliter of lead in blood."[17]

38. Cadmium is a toxic heavy metal, known to have severe short- and long-term neurotoxic effects.[18]

---

[13] Welch, Teresa, *Lead Found in 20% of Baby Food, Report Says* (June 19, 2017), https://www.charlotteobserver.com/news/nation-world/national/article157063044.html..
[14] The World Health Organization, *Lead Poisoning and Health* (Aug. 23, 2019), https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health#:~:text=The%20neurological%20and%20behavioural%20effects,behavioral%20difficulties%20and%20learning%20problems..
[15] CDC, *National Biomonitoring Program, Factsheet* (July 12, 2013), https://www.cdc.gov/biomonitoring/Lead_factsheet.html#:~:text=No%20safe%20blood%20lead%20level,half%20a%20cup%20of%20liquid.).
[16] AMA, *AMA Adopts New Policies to Prevent Future Lead Poisoning* (June 14, 2016), https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policies-prevent-future-lead-poisoning.
[17] American Academy of Pediatrics, *Lead Exposure in Children*, https://www.aap.org/Pages/ErrorPage.aspx?requestUrl=https://www.aap.org/en-us/advocacy-and-%20policy/aap-health-initiatives/lead-exposure/Pages/Lead-Exposure-in-Children.aspx.
[18] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural regeneration research 1879 (2018).

39. The European Union has declared cadmium a "Substance of Very High Concern"[19] and is one of only six hazardous substances banned from use in Europe in electrical and electronic equipment due to the hazard posed to human health.[20]

40. Some states, such as Maryland, have banned cadmium in children's products.[21]

41. One of the pesticides detected in Pharmavite Products is a World Health Organization ("WHO") Class II pesticide, which are "moderately hazardous to human health."

42. In a census-balanced survey commissioned by CLP of 630 mothers who took prenatal vitamins during pregnancy, eighty-three percent (83%) felt that they would not have purchased the products if they had discovered it was under-formulated and eighty-four percent (84%) of moms would want their money back.[22]

43. As noted above, these neurotoxins have no known safe level for prenatal exposure; thus, they represent a serious and present risk to the neurological health of these developing children.

44. Likewise, under-formulating prenatal vitamins for folate/folic acid represents a risk to developing fetuses and infants, as it may cause a failure to receive the adequate amount of folic acid necessary for developmental needs.

45. The presence of these contaminants is neither "normal" nor "unavoidable," as a comprehensive category test of over 200 prenatal vitamins commissioned by CLP has revealed that the levels

---

[19] European Chemicals Agency, *Candidate List of Substances for Very High Concern for Authorisation* (Aug. 26, 2020), https://echa.europa.eu/candidate-list-table/-/dislist/details/0b0236e1807dd024.

[20] Laser Focus World [online], *European Commission to Prohibit from TV's and Displays by October 2019* (Aug. 22, 2017), https://www.laserfocusworld.com/lasers-sources/article/16569155/european-commission-to-prohibit-cadmium-from-tvs-and-displays-by-october-2019#:~:text=European%20Commission%20to%20prohibit%20cadmium%20from%20TVs%20and%20displays%20by%20October%202019,-Nanoco%2C%20which%20makes&text=Cadmium%20is%20one%20of%20six,protect%20human%20and%20environmental%20health.

[21] Safer States, *Maryland* (Aug. 26, 2020), https://www.saferstates.com/states-in-the-lead/maryland/.

[22] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

of these contaminants are unusually high relative to competitive prenatal vitamin brands.

Likewise, the majority of prenatal vitamins were not under-formulated for folate/folic acid.

46. This means that consumers selecting a prenatal vitamin to ensure proper prenatal health during this critical period of neurodevelopment would expose the fetuses and/or infants to *less* of the neurotoxins cadmium and lead (and would provide them with more folate/folic acid) than by picking nearly any brand other than Nature Made.

47. Given the ubiquity of the public health and public policy positions above, Pharmavite knew or should have known of the risk of these toxins in the Products and should have taken steps to avoid these contaminants as their competitors clearly have done.

48. Thus, the Products are adulterated under DC Code §48-103 *et seq.* as the presence of these contaminants poses a risk to the neurological health of the developing fetuses and/or infants and the avoidable presence of these contaminants directly contradict the "brain development" functions touted by Pharmavite.

49. As a result of Pharmavite's claims and marketing, D.C. consumers, who are led to believe that the Products are safe and effective and free of concerning levels of contaminants, in fact bear the risk of purchasing products that are under-formulated and not free of concerning quantities of heavy metals and pesticides.

50. A reasonable D.C. consumer would not expect Products claiming to support "brain health" to contain high levels of lead or cadmium.[23]

51. A reasonable D.C consumer would not expect products claiming to provide the recommended daily value of folic acid to be under-formulated for folic acid.[24]

---

[23] As noted above, a large percentage of Nature Made's competitors do not have these significant issues.
[24] *Id.*

52. In sum, Pharmavite is deceiving D.C consumers into believing that the Products support "brain development" when they contain avoidable levels of multiple deleterious neurotoxins with no known safe level in Products intended for use during a critical period of neurodevelopment. Simultaneously, Pharmavite Products are under-formulated for the principle active ingredient of folate/folic acid.

53. Pharmavite's false and misleading representations and omissions, including any tendency to mislead or omit, violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

54. Pharmavite's labeling and advertising of the Products tend to mislead and are materially deceptive about the true nature, quality, and ingredients of the Products. Plaintiffs brings this deceptive advertising and adulteration cause on behalf of themselves and the general public, and seek relief, including but not limited to: an injunction to halt Pharmavite's false and misleading marketing and sale of Nature Made Products.

**Jurisdiction and Venue**

55. This Court has personal jurisdiction over the parties in this case. Plaintiffs, by filing this Complaint, consents to this Court having personal jurisdiction over them and this matter.

56. This Court has personal jurisdiction over Defendant pursuant to D.C. Code §13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them given that, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avail themselves of the laws of the District of Columbia through their marketing and sales of the Products in the District of Columbia.

57. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §28-

13

3905(k)(1)(B), (k)(1)(C) and (k)(2).[6]

## Parties

58. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

59. CLP performs its work throughout the United States, including in the District of Columbia.

60. CLP uses state-of-the-art accredited laboratory testing to identify the best and worst labeled products and publishes top and bottom performers on its website free of charge.

61. CLP was formed in 2016 with the goal of reducing contamination across all consumer-packaged goods products.

62. CLP has an interest in food label truth and transparency, and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, allowing consumers to make data-based decisions.

63. In 2018, CLP caused the purchasing of the Nature Made Products, as well as over 200 other prenatal vitamin products in order to evaluate their levels of folic acid.

64. Toxin Free USA is a 501(c)(3) non-profit, public-interest organization whose mission is to harness independent science and agroecology concepts to advocate for clean and healthy food and ecological systems. Toxin Free USA educates consumers about the potential hazards of toxic heavy metals, synthetic ingredients, pesticides and biocides, and genetically engineered organisms.

65. Toxin Free USA performs its work throughout the United States, including in the District of

14

~~Columbia. Toxin Free USA volunteer staff reside in or near the District of Columbia.~~

~~66. Toxin Free USA was formed in 2012 with the intent of organizing national boycotts of food companies that use genetically modified ingredients and related synthetic herbicides and pesticides in their products, and pressuring companies to remove those ingredients.~~

~~67. Consequently, Toxin Free USA firmly believes in food transparency. The organization diligently works to promote food and ecological systems that are clean, accessible, and free of contamination. To that end, Toxin Free USA educates consumers, increasing their awareness and knowledge of toxins used in agricultural production and their effect on health and the environment.~~

~~68. Additionally, Toxin Free USA's website, publications, public education, research, network building, and mobilization activities provide an important service to consumers and community activists every month.~~

69. At all times herein Pharmavite was a California limited liability company with its principal place of business in West Hills, California.

70. Defendant markets and distributes the Products online and in retail stores in the District of Columbia and throughout the United States.

71. Upon information and belief, Defendant has caused harm to the general public of the District of Columbia.

72. Plaintiff~~s are~~ **is** acting on behalf of the general public as private attorneys pursuant to D.C Code §28- 3905(k)(1)(C)-(D).

73. Plaintiff~~s are~~ **is a** non-profit organization~~s~~ pursuant to D.C. Code §28-3901(a)(14) and the public- interest organization~~s~~ pursuant to D.C. 28-3901(a)(15). Plaintiff~~s are~~ **is a** longstanding advocates of the rights of consumers, including but not limited to D.C. consumers, for truthful

15

labeling and marketing.

## **The Importance of Folic Acid**

74. Vitamin B9 (Folate) is an essential vitamin that plays a critical role in the development of DNA.

75. The synthetic form of folate most commonly used in supplements is folic acid.[25]

76. Fortification with folic acid has been linked to reductions in the incidence of several NTDs.[26]

77. The consequences of improper folic acid fortification can be severe and can include loss of life for the child so impacted.

78. Newborns with anencephaly, an NTD in which some or all of the brain fails to form, usually do not live long, and those with spina bifida may be permanently disabled.

79. NTDs can be avoided with proper folate/folic acid intake during pregnancy.

80. NTDs linked to folate/folic acid-insufficiency have been referred to as an "unnecessary epidemic."[27]

81. For this reason, supplementing with folate/folic acid is an important step in prenatal neurodevelopment.

82. The CDC recommends women start taking folic acid every day for at least a month before becoming pregnant, and every day while pregnant.[28]

83. The recommended dose for all women of childbearing age is 400 mcg of folate/folic acid

---

[25] Center for Disease Control, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[26] Centers for Disease Control and Prevention (CDC), *Spina bifida and anencephaly before and after folic acid mandate--United States, 1995-1996 and 1999-2000*, MMWR, 53(17) Morbidity and Mortality Weekly Report 362 (2004).
[27] Brent, R. L., Oakley, G. P., & Mattison, D. R., *The unnecessary epidemic of folic acid-preventable spina bifida and anencephaly*, 106(4) Pediatrics 825-827 (2000).
[28] WebMD, *Folic Acid and Pregnancy*, https://www.webmd.com/baby/folic-acid-and-pregnancy#1.

each day.[29]

84. However, the CDC recommends women who have already had an NTD-affected pregnancy consume 400 mcg of folic acid each day, even when not planning to become pregnant. When planning to become pregnant, the CDC recommends that these women consume 4,000 mcg of folic acid each day, one month before becoming pregnant, and through the first three months of pregnancy.[30]

85. Studies have confirmed that getting an adequate amount of folic acid will protect the fetus/infant from NTDs by at least fifty percent (50%).[31]

86. According to the CDC, for women who have already had a baby with an NTD, getting enough folic acid may reduce the risk of having another child with an NTD by as much as seventy percent (70%).[32]

87. The American Academy of Pediatrics ("AAP") has stated that "all women capable of becoming pregnant consume 400 micrograms per day of folic acid." Furthermore, "[a]lthough some foods are fortified with folic acid, it is not possible for women to meet the 400 mcg goal through a typical diet."

88. The AAP policy statement recommends a daily multivitamin tablet that contains folic acid in the recommended dose. Studies show that if all women of childbearing age met these dietary requirements, fifty percent (50%) or more of NTDs could be prevented.[33]

---

[29] CDC, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[30] Center for Disease Control and Prevention, *Effectiveness in Disease and Injury Prevention Use of Folic Acid for Prevention of Spina Bifida and Other Neural Tube Defects -- 1983-1991* (Aug. 2, 1991), https://www.cdc.gov/mmwr/preview/mmwrhtml/00014915.htm.
[31] CDC, *Preventing Neural Tube Defects: A prevention Model Resource Guide* (July 17, 2020), https://www.cdc.gov/ncbddd/orders/PDFs/09_202063A_Nash_Neural%20Tube%20BD%20Guide%20FINAL508.pdf%20(wed).
[32] Healthy Children.org, *Where We Stand: Folic Acid,* https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[33] *Id.*

89. Thus, ensuring adequate folate/folic acid intake is one of the principle purposes of a prenatal vitamin. Therefore, under-formulation for folic acid renders a prenatal vitamin adulterated under D.C. Code §48-103 *et seq*.

## The Dangers of Heavy Metals: Lead & Cadmium

### Dangers of Lead

90. Lead is a heavy metal and a known carcinogen and neurotoxin. Lead resembles other metals that the human body needs to properly function, and as such, it is readily absorbed into body tissue.[34]

91. Lead readily crosses the placenta, impacting embryonic and fetal development.[35]

92. Lead can damage and/or destroy cells once in the body: it also remains in the body for an extended period of time, causing even greater extent to the damage.[36]

93. Specifically, lead damages the myelin sheaths of neurons (protective insulation essential for proper neuronal functioning)[37] and interferes with neurotransmission (the communication between neurons)[38] both of which are potentially disastrous for human cognition & development.

---

[34] Wani, A.L., Ara, A., & Usmani, J.A., *Lead toxicity: a review*, 8(2) Interdisciplinary Toxicology 55-64 (2015), https://www.ncbi.nlm.nih.gov/PLC/articles/PMC4961898.
[35] Foltinova, J., Foltin, V., & Neu, E., *Occurrence of lead in placenta–important information for prenatal and postnatal development of child*, 28(4) Neuroendocrinology Letters 335-340 (2007).
[36] *Id*.
[37] Dabrowska-Bouta, B., Sulkowski, G., Bartosz, G., Walski, M., & Rafalowska, U., *Chronic lead intoxication affects the myelin membrane status in the central nervous system of adult rats*, 13(1-2) Journal of Molecular Neuroscience 127-139 (1999).
[38] Neal, A. P., & Guilarte, T. R., *Molecular neurobiology of lead (Pb 2+): effects on synaptic function*, 42(3) Molecular neurobiology 151-160 (2010).

94. Lead also interferes with the levels of Brain Derived Neurotrophic Factor ("BDNF") an important neuroprotective molecule that plays a principle role in neurodevelopment, specifically neurogenesis.[39]

95. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[40]

96. Thus, prenatal lead exposure has known adverse effects on maternal health and infant outcomes across a wide range of maternal blood lead levels.

97. A principle risk of prenatal exposure to lead is a reduction in intelligence, with experts demonstrating a direct relationship between childhood blood-lead levels and intelligence quotient (IQ).[41]

98. The consequences of even low-level (part-per-billion) exposure can be severe.

---

[39] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[40] *Id.*
[41] COUNCIL ON ENVIRONMENTAL HEALTH, 138:e20161493 Pediatrics (2016).



**Figure 6**

99. In Flint, Michigan, following city-wide exposure to part-per-billion levels of lead in drinking water, the portion of Flint's third graders who tested as proficient in reading at grade level fell from 41.8% to 10.7%.[42]

100. As discussed above, the Environmental Protection Agency, Food and Drug Administration, the World Health Organization, Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated that there is no safe level of lead for children.

101. Thus, by its very nature, the presence of lead in prenatal vitamins is antithetical to a mission to support brain health, as the presence of lead in prenatal vitamins is a "deleterious substance which may render it injurious to health…" under DC Code §48-103 *et seq.*

---

[42] Grossman, Slusky, *The Effect of an Increase in Lead in the Water System on Fertility and Birth Outcomes: The Case of Flint, Michigan,* http://www2.ku.edu/~kuwpaper/2017Papers/201703.pdf.

**Dangers of Cadmium**

102. Cadmium is also a heavy metal and a known neurotoxin and an International Agency for
Research on Cancer ("IARC") class 1 carcinogen, known for having both short-term and long-
term deleterious effects on human health.

103. Cadmium readily crosses the placenta, accumulating in fetal or embryonic tissue.[43]

104. Once absorbed, cadmium has a long half-life in the body, especially in the kidneys. Chronic
cadmium exposure has been shown to adversely affect kidney and bone and to increase the risk
of cancer. Cadmium also functions as an endocrine disruptor and may thus affect reproduction
and child neurodevelopment.[44]

105. Specifically, cadmium impairs brain health through multiple pathways, including the
interruption of DNA repair, the generation of reactive oxygen species, and, most critically, the
disruption of neuronal proliferation and differentiation – two steps in the neurogenesis process
occurring during the infancy critical period.[45]

106. Therefore, early life exposure to cadmium is associated with poor cognitive outcomes in
children.[46]

---

[43] Gundacker C, Hengstschläger M., *The role of the placenta in fetal exposure to heavy metals*, 162(9-10):201-206.
doi:10.1007/s10354-012-0074-3 Wien Med Wochenschr (2012).
[44] Kippler, M., Tofail, F., Gardner, R., Rahman, A., Hamadani, J. D., Bottai, M., & Vahter, M., *Maternal cadmium
exposure during pregnancy and size at birth: a prospective cohort study*, 120(2) Environmental Health Perspectives
284–289 (2012), https://doi.org/10.1289/ehp.1103711.
[45] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural
Regeneration Research 1879 (2018).
[46] Sanders, A. P., Henn, B. C., & Wright, R. O., *Perinatal and childhood exposure to cadmium, manganese, and
metal mixtures and effects on cognition and behavior: a review of recent literature*, 2(3) Current environmental
health reports 284-94 (2015).

107. Cadmium also interferes with the levels of Brain Derived Neurotrophic Factor (BDNF),[47] an important neuroprotective molecule that plays a principle role in neurodevelopment.[48]

108. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[49] Thus, the presence of cadmium detracts from a principle function of DHA – a basis Nature Made's "brain development" claims.

109. This cadmium-mediated disruption of neuro-development renders Pharmavite's Nature Made Products adulterated under D.C. Code §48-103 *et seq* as brain development is a marketed benefit of Nature Made Products.

110. In general, women are more susceptible to cadmium toxicity, mainly because of increased intestinal uptake of cadmium given low iron stores, which are more prevalent in women than in men.[50]

111. Worse, cadmium has been shown to accumulate in in placental tissues, where it interrupts micronutrients (such as zinc) diffusion through the placenta.[51]

112. Thus, scientific evidence demonstrates that cadmium directly interferes with Pharmavite Products as the presence of cadmium in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[52]

---

[47] Wang, Y., Chen, L., Gao, Y., Zhang, Y., Wang, C., Zhou, Y., ... & Tian, Y, *Effects of prenatal exposure to cadmium on neurodevelopment of infants in Shandong, China*. 211 Environmental pollution 67-73 (2016).
[48] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[49] *Id.*
[50] *Id.*
[51] Kippler, M., Hoque, A. W., Raqib, R., Öhrvik, H., Ekström, E. C., & Vahter, M., *Accumulation of cadmium in human placenta interacts with the transport of micronutrients to the fetus*, 192(2) Toxicology letters 162-168 (2010).
[52] DC Code §48-103 *et seq*.

**The Dangers of Pesticides**

113. Pesticides are a large class of compounds designed to kill or eliminate multiple types of organic matter:

    a. Rodents (rodenticide)

    b. Insects (insecticide)

    c. Fungi (fungicide)

    d. Undesired plants (herbicide)

114. Due to the fact their intended function is to kill or disrupt living organisms, most pesticides are toxic to humans in one form or another.

115. It follows that pesticides are designed to be neurotoxic.

116. Research has focused on the neurodevelopmental consequences of pesticide exposure during early life.[53]

117. Due to the risks of pesticide exposure in early life, it is exceptionally important to ensure pesticides with links to neurotoxic or developmental toxicity outcomes be restricted and avoided from products used to ensure proper prenatal health. To wit:

    a. Indoxacarb, a WHO Class II pesticide, has been linked to disruption of nicotinic acetylcholine receptors in developing mammalian brains.[54]

---

[53] Shelton, J. F., Geraghty, E. M., Tancredi, D. J., Delwiche, L. D., Schmidt, R. J., Ritz, B., ... & Hertz-Picciotto, I., *Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study*, 122(10) Environmental health perspectives 1103-1109 (2014).

[54] Zhao, X., Nagata, K., Marszalec, W., Yeh, J. Z., & Narahashi, T., *Effects of the oxadiazine insecticide indoxacarb, DPX-MP062, on neuronal nicotinic acetylcholine receptors in mammalian neurons,* 20(4) Neurotoxicology 561-570 (1999).

118. Thus, by their very nature, the presence of pesticides in prenatal vitamins are antithetical to a mission to support brain health, as the presence of these pesticides in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[55]

## **Factual Allegations**

119. Pharmavite is aware that there are health risks with pregnancy.

120. Pharmavite is aware of the importance of folic acid during pregnancy to the development of the fetus.

121. Pharmavite is aware of the dangers of heavy metal toxins and other contaminants during pregnancy.

122. Pharmavite is aware there is a market for pregnancy supplements to support healthy pregnancy for mother and fetus.

123. To capture this market, Pharmavite manufactures, produces, and distributes vitamins for the purpose of supporting a healthy pregnancy, to include the supplementation of folic acid.

124. Given the above, it follows that, Pharmavite is aware that consumers are concerned with the contents of their supplements.

125. Pharmavite is also aware that consumers seek supplements for specific health reasons.

126. Further, Pharmavite is aware that the consumers who seek out prenatal vitamins are a vulnerable group of consumers to whom such products' contents are of a heightened importance.

127. Pharmavite's Products are under-formulated as to folic acid; thus, consumers who take the

---

[55] D.C. Code §48-301 *et. seq.*

Products for specific advertised health purposes, are not getting the proper or promised dosage: the results of this under-formulation could be fatal or life threatening.

128. Pharmavite's Products are also adulterated and contain quantifiable amounts of heavy metals and pesticides, all of which are harmful if exposed to both mothers and babies during the prenatal process.

129. Pharmavite's marketing practices are false and misleading and violate D.C. Code §28-3904, as they extoll the brain-supporting features of the product while exposing fetuses to concerning levels of known neurotoxins for which there is no established safe-harbor.

130. Pharmavite's Products are adulterated under DC Code §48-103 et seq., as the presence of these contaminants renders them unsafe for their intended population, directly contradicts the intended brain-support benefit of the Products, and renders the Products "injurious to health."[56]

**Pharmavite's Marketing of Nature Made is Unconscionably Misleading and Omits Material Facts**

131. As noted previously, to capture the market for prenatal vitamins and supplements, Pharmavite markets its Nature Made Products as containing folic acid and supporting fetal brain growth (see figures above). Nature Made causes specific attention to be drawn to the claims of folic acid, as they are highlighted in yellow and circled.

132. Nature Made claims that "every one" of their products have been "proven safe and nutritionally beneficial."

---

[56] D.C. Code §48-103 et seq.



**Figure 7**

133. Pharmavite has publicly admitted to levels of the toxic heavy metals lead and cadmium in their Nature Made Product – contaminants that:

    a.   Have no safe level recognized by public health authorities for developing children.

    b.   Their competitors are able to avoid or achieve significantly lower levels.

134. As a result, and as discussed further below,  is in violation of D.C. Code §28-3904 et seq. as it has represented the Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

135. It is apparent that Pharmavite is aware of the intent of their marketing, as they take steps to educate consumers on the purpose for which their prenatal vitamins should be used.

# What are prenatal and postnatal multivitamins?

Having a baby is absolutely incredible. It also requires an incredible amount from your body. Prenatal and postnatal vitamins are designed to provide the essential nutrients that you and your baby need.

**Figure 8**

# What are prenatal and postnatal multivitamins good for?

These vitamins deliver essential nutrients that you and your baby need, including folic acid, iron, zinc and vitamin D. Our softgel formulas also contain omega-3 fatty acid DHA, which may help support fetal brain and eye development.†

**Figure 9**

**Who should take prenatal and postnatal multivitamins?**

If you're pregnant or trying to become pregnant, then prenatal vitamins are for you. If you're a nursing mom, postnatal vitamins can help your body get the nutrients it needs. At Nature Made, we know that even the nurturer needs to be nurtured.

**Figure 10**

136. Pharmavite holds itself out as providing high quality nutrition to consumers, claiming that "nutrition is in our DNA."

**Nutrition is in our DNA**

It all started with the idea that nature is the backbone of nutrition. Every day, our scientists, nutritionists and health experts totally geek out on what the incredible human body needs to stay, well, incredible. And we do it so we can provide you with the knowledge and high-quality supplemental nutrition you need to keep on doing all the things you do best.

**Figure 11**

137. Interestingly, on the Amazon.com page selling one of the Products, Nature Made omits the disclaimer on their website that their claim to be "specially formulated to support the development of baby's brain, nervous system, bones and eyes" has not been evaluated by the FDA.



**Figure 12**

138. As a result of omitting this disclaimer, Defendant is implicitly vouching for the veracity of those claims to the consumer and are making an unevaluated drug claim without properly warning consumers.

139. In addition to the assurances on the package, the website also explains what a supplement is and why it is important, highlighting the key nutrients and quality of Nature Made Products.

## What this Supplement is

Creating new life creates new nutritional needs too. And Nature Made® Multi Prenatal tablets are specially formulated to provide the nutritional support you need while you're trying to become pregnant and throughout your pregnancy. Our prenatal vitamin formula provides key nutrients such as folic acid and iron. And it also contains other important nutrients including zinc and vitamins A, C, D3 and E. Nature Made Multi Prenatal tablet is USP verified, so you can feel confident that you are choosing a high quality prenatal vitamin supplement.

**Figure 13**

140. In Figure 12 above, Nature Made not only informs what a supplement is, it represents that its Products are "a high quality prenatal vitamin supplement."

141. Indeed, Nature Made extolls the virtues of their quality systems, claiming to screen their products for purity and potency. As a result, they claim to provide "quality you can trust."

## Quality you can trust

If you care this much about what goes in your body then we believe it should be the best quality. We go the extra step to ensure our vitamins and supplements are USP certified when possible. Meaning they've been tested for purity and potency by the U.S. Pharmacopeia so you know you're getting the good stuff.

 

**Figure 14**

142. **In addition to marketing claims on their packaging and website, Pharmavite emphasizes product purity and quality through its digital media presence, to include their YouTube channel.**

143. **In one video titled "Nature Made: Quality You Can Trust," posted to their channel on**

30

June 3, 2020, they emphasize that their purity and potency are USP verified.[57] See Figure
15 below.



**Figure 15**

144. **In this same video, Pharmavite states they are the "#1 Pharmacist Recommended
Vitamin & Supplement Brand,"[58]** See Figure 16 below.

---

[57] Youtube, *Nature Made: Quality You Can Trust,* https://www.youtube.com/watch?v=aV2KF0DaCfc
[58] *Id.*



**Figure 16**

145. **Pharmavite has previously been criticized by the National Advertising Division (NAD) specifically for the placement of this claim in commercials, and for failing to make the disclosure about the source of this claim "clear and conspicuous."[59]**

146. **Upon information and belief, this video, or a video similar to it, was broadcast on television and across streaming services.**

147. **Upon information and belief, the use of this claim in this video, or a video similar to it, did not contain a disclosure about the source of this claim that was "clear and conspicuous."**

148. It follows that Pharmavite has violated D.C. Code §28-3904 *et seq.*, as it has represented

---

[59] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.

the Nature Made Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

149. Defendant's repeated claims to perform purity testing are strange given their behavior. During pre-suit discussions, Plaintiff's counsel shared testing results with the Defendant in the spirit of resolving the matter without litigation. Defendant repeatedly refused to share their own testing results – instead opting to obfuscate and delay.

150. Even more direct, their website promises, "We're here for your health!"



~~Figure 15~~
Figure 17

151. Pharmavite fails to state the "material fact" that the Products contain contaminants which serve the exact opposite purpose of healthful supplements, and, in fact, are injurious to health.

152. Pharmavite is aware many women do not receive enough folic acid, marketing their product as a solution to this very issue:



~~Figure 16~~
Figure 18

153. Pharmavite has violated D.C. Code §3904 *et seq.,* as their product misrepresents the folic acid content of the Products, as the Products are severely under-formulated.

154. Pharmavite also publishes their commitment to good health at the core of every product. They promise products are "backed by decades of scientific research and high- quality ingredients."

**Our Commitment**

Our commitment to your good health lies at the core of every product we make—backed by decades of scientific research and high-quality ingredients. At Nature Made, we create thoughtfully designed products to fit your lifestyle needs at every stage.

~~Figure 16~~
Figure 19

155. Again, in Figure ~~16~~ 19 above, Nature Made has misrepresented the Product's quality, as the analytical testing below has shown, the Products contain detectable levels of heavy metal toxins **(See lab reports attached at Exhibit 1).**

156. Moreover, Pharmavite misrepresents the Product's quality, as they are under-formulated, denying consumers the very crux of a prenatal vitamin.

157. To set itself apart from competitors, in Figure 17 below, Nature Made touts the benefits of its

34

supplements, to include folic acid. It again guarantees the high quality of its standards, ingredients, and manufacturing process.

**Benefits**

- Scientifically formulated with vitamins and minerals that are essential during pregnancy
- Folic Acid: Adequate folic acid in healthy diets may reduce a woman's risk of having a child with a neural tube defect
- Iron vital for red blood cell formation and to deliver oxygen to cells throughout the body
- Calcium and Vitamin D help build and support strong bones
- Vitamin A helps support healthy eye function
- Vitamins A, C and D and Zinc help support the immune system
- Vitamins C and E provide antioxidant support
- B vitamins (thiamin, riboflavin, niacin, Vitamin B6, folic acid, Vitamin B12) support cellular energy production
- Nature Made® Multi Prenatal Tablets are guaranteed to meet our high quality standards. They're made from carefully selected ingredients under strict manufacturing processes.

~~Figure 17~~
**Figure 20**

158. Pharmavite not only makes promises about what *is not* in its Nature Made Products, it also makes multiple promises about what *is* contained in the Products, namely folic acid.

**Supplement Facts**
Serving Size: 1 tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 1547 IU | 32% |
| Vitamin C (as Ascorbic Acid) | 16 mg | 143% |
| Vitamin D3 (as Cholecalciferol) | 4000 IU | 296% |
| Vitamin E (as d-alpha Tocopheryl Acetate) | 53 IU | 110% |
| Vitamin K (as Phytonadione) | 90 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 76% |
| Niacin (as Niacinamide) | 18 mg | 96% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 76% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 96% |
| Biotin | 35 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 86% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 100% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

~~Figure 18~~
**Figure 21**

159. Pharmavite's promises of folic acid on its packaging, website, and marketing give a false expectation that the Products possess a properly formulated serving of folic acid.

35

160. The Products are under-formulated as to folic acid, well below the promises made on the packaging and website and well below the medically recommended dosage of 400mcg of folate daily

161. Pharmavite's promises of folic acid on its packaging violate D.C. Code §28-3904, as the website, packaging and marketing gives consumers a false expectation that the Products will contain 800mcg/serving of folic acid.

162. The Products in fact contain 368 mcg/serving of folic acid, well below the promise of 800mcg, and well below the quality promised by Pharmavite.

163. In addition to the under formulation of the Products, the Products also contain quantifiable amounts of heavy metals.

164. These heavy metal toxins are not listed, labeled, or advertised and have extreme negative health effects on both mother and fetus:

    a.  Lead

    b.  Cadmium

165. Further yet, the Products also contain detectable amounts of World Health Organization ("WHO") Classified pesticides, denoted as "moderately hazardous to human health."

166. Consumers who seek out and purchase the Products do not expect them to be under formulated or even worse, contain toxic heavy metals and pesticides in any quantifiable amount.

167. Moreover, consumers would not purchase products made solely for the supplementation of healthy prenatal process if they knew they contained ingredients that could in fact encourage the exact opposite.

36

168. Thus, Pharmavite has violated D.C. Code §28-3904, as the Products are well below the quality and grade promised by Nature Made.

169. Further, Pharmavite has also violated D.C. Code §48-103, as the contaminants in the Products render them "injurious to health."

## The Under Formulation of the Products

170. CLP caused the purchase the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

171. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

172. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained exclusively by CLP to protect independence and confidentiality.

173. As a result of the Quantitative testing, the sample of Defendant's Products yielded a folic acid content of:

    a. Nature Made Prenatal Multi + DHA (110 ct):

        i. Claimed Amount 800 mcg/serving

        ii. Testing results 368 mcg/serving, 46% of label claim

    b. Nature Made Prenatal Multi + DHA (115 ct):

        i. Claimed Amount 800 mcg/serving

ii. Testing results 546 mcg/serving, 67% of label claim

**The Presence of Quantifiable Amounts of Heavy Metals in the Products**

174. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

175. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

176. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

177. The results are in parts-per-billion (ppb):

a. Nature Made Prenatal Multi (90ct):

i. As a result of the quantitative testing, the sample of Defendant's Product yielded a lead content of 201.13ppb, which is on a per-serving basis higher than 64% of other prenatal vitamins tested.

ii. As a result of the quantitative testing, the sample of Defendant's Product yielded a cadmium content of 157.29ppb, which is on a per-serving basis higher than 63.5% of other prenatal vitamins tested.

b. Nature Made Prenatal Multi (250 ct):

38

        i.    As a result of quantitative testing, the sample of Defendant's Product yielded a lead content of 162 ppb, which on a per-serving basis is higher than 55.6% of other prenatal vitamins tested.

        ii.    As a result of quantitative testing, the sample of Defendant's Product yielded a cadmium content of 176 ppb, which on a per-serving basis is higher than 69.9% of other prenatal vitamins tested.

c.    Nature Made Prenatal Multi + DHA (110 ct):

        i.    As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 239 ppb, which on a per serving basis is higher than 90.1% of other prenatal vitamins tested.

d.    Nature Made Prenatal Multi + DHA (115 ct):

        i.    As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 189 ppb, which on a per serving basis is higher than 85.2% of other prenatal vitamins tested.

**e.    Nature Made Prenatal Multi + DHA (60 ct):**

        **i.    As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 143 ppb, which on a per serving basis is higher than 79.3% of other prenatal vitamins tested.**

**f.    Nature Made Prenatal Multi + DHA (150 ct):**

        **i.    As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 142 ppb, which on a per serving basis is higher than 79% of other prenatal vitamins tested.**

**The Presence of Pesticides in the Products**

178. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

179. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

180. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

181. Analytical testing identified detectable amounts of pesticides in the following products:

    a.   Nature Made Prenatal Multi + DHA (110 ct):

          i.   Fenpyroximate, a class II hazardous pesticide (moderately hazardous to human health).

          ii.   Indoxacarb, a class II hazardous pesticide (moderately hazardous to human health).

          iii.   Proquinazid, a class II hazardous pesticide (moderately hazardous to human health).

          iv.   Tebuconazole, a class II hazardous pesticide (moderately hazardous to human health).

**Pharmavite Knew or Should Have Known its Representations Were False**

182. Pharmavite holds itself out to the public as a trusted source of prenatal supplements and vitamins.

183. Pharmavite knew, or should have known, what representations it made on the labels (as noted in the figures above) of the Products. Pharmavite also knew or should have known how its Products were sourced, processed, and marketed.

184. Pharmavite knew, or should have known, the facts demonstrating that the Products were mislabeled, falsely advertised, and adulterated.

185. **Pharmavite was previously investigated by the New York Attorney General in 2015 for failing to comply with label claims around active ingredients in its supplement products. The New York Attorney General demanded detailed ingredient and quality control information on every herbal supplement Pharmavite sold in New York State, after a study they conducted demonstrated that four in five products contained none of the herbs listed on the labels.[60]**

186. **As a result of that investigation, Pharmavite knew, or should have known, that improvements to their quality control processes were required to ensure accurate labeling of ingredients and the nutrition facts panel.[61]**

187. **Pharmavite has previously had their label claims challenged by the Federal Trade Commission (FTC) surrounding their use of false and misleading claims surrounding a cholesterol product in which the FTC indicated there was "little clinical evidence" to**

---

[60] Drug Discovery Trends.com, *NY Attorney General Expands Herbal Supplement Investigation,*
https://www.drugdiscoverytrends.com/ny-attorney-general-expands-herbal-supplement-investigation/.
[61] *Id.*

substantiate claims made by Pharmavite. In response, Pharmavite removed the misleading claims from advertising, website, and packaging.[62]

188. **As a result of the FTC investigation, Pharmavite knew, or should have known, about the importance of verifying numerical label claims and functional health claims.**

189. **Pharmavite has previously had its label claims challenged by the National Advertising Division (NAD) of the Better Business Bureau for failing to properly identify the source of a particular claim, and for failing to provide substantiation of two other claims.[63]**

190. **In 2014, in response to this challenge Pharmavite permanently discontinued commercials being run at the time that NAD challenged them.[64]**

191. D.C. consumers rely on label representations and marketing information in making purchase decisions.

192. Pharmavite made false, misleading, and deceptive representations and omissions, intending for D.C. consumers to rely upon those representations and omissions in purchasing the Products.

193. Pharmavite knows that D.C. consumers seek out prenatal supplements that consumers believe to be properly formulated and not adulterated.

194. Upon information and belief, Pharmavite has failed to remedy the problem with the Products, causing ongoing harm to D.C. consumers.

---

[62] Federal Trade Comission. *Closing Letter, Matter No. 0723233*
https://www.ftc.gov/sites/default/files/documents/closing_letters/pharmavite-llc/090416cholestoffclosingletter.pdf
[63] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.
[64] *Id.*

195. D.C. consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with misleading and/or deceptive representations or omissions.

196. Reasonable consumers do not expect Defendant's Products, represented and advertised as prenatal vitamins containing 800 mcg/serving of folic acid, to in fact contain far less than labeled.

197. Reasonable consumers do not expect Defendant's Products, represented and advertised as a prenatal vitamin, to be adulterated and to contain toxic heavy metal and pesticides that are dangerous and adverse to the prenatal process and undermine the very purpose of the Products.

**Cause of Action: Violation of the District of Columbia Consumer Protection Procedures Act**

198. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), the Plaintiffs bring this claim on behalf of themselves and the general public of the District of Columbia for Pharmavite's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

199. Plaintiffs incorporates by reference all allegations in the preceding paragraphs of this Complaint.

200. Pharmavite labeled and advertised the Nature Made Products as containing 800mcg/serving of folic acid when in fact it is under-formulated and contains only 368 mcg/serving of folic acid which is under-formulated by forty-six percent (46%).

201. Pharmavite adulterated the Products as the presence of heavy metals and pesticides impairs the neurological development of the fetus, which is the purpose of the prenatal vitamin.

202. Pharmavite's advertising of the Products misrepresents, tends to mislead regarding material facts, and omits facts regarding: the source, characteristics, standard, qualities, or grades that

Pharmavite states and implies.

203. The Products lack the characteristics, ingredients, benefits, standard, qualities, or grades that Pharmavite states and implies.

204. Pharmavite's misstatements, innuendo, and omissions of fact are material and have the tendency to mislead.

205. Pharmavite knowingly did not sell the Products as advertised.

206. The facts as alleged above demonstrate that Pharmavite has violated the CPPA, D.C. Code §28-3901 *et seq.*

207. Pharmavite's conduct is unlawful trade practice "whether or not any consumer is in fact mislead, deceived or damaged thereby." D.C. Code §28-3904.

208. CLP ~~and Toxin Free USA have~~ **has** a sufficient nexus to D.C. consumers of the Products to adequately represent their interests.

209. Given that Pharmavite misrepresents the characteristics, ingredients, and benefits of the Products; misrepresents the standard, quality, and grade of the Products; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead reasonable consumers with regard to material facts about the Products; and advertise the Products without the intent to sell the Products as advertised, and has adulterated the Products, Pharmavite marketing of the Products violates D.C. Code §28-3901 *et seq.*

210. Specifically, Pharmavite has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

    a.   represent that goods or services have a source, sponsorship, approval, certification,

accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;…

d. represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another.

e. misrepresent as to a material fact which has a tendency to mislead; …

f. fail to state a material fact if such failure tends to mislead

f-1. [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead;

… [or]

h. advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

211. Additionally, Pharmavite has violated D.C. Code §28-3904 *et seq,* pursuant to the definition of "Adulterated," as defined in D.C. Code §48-103, as the presence of these contaminants render the Products "injurious to health."

212. Pharmavite is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant under D.C. Code §29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-3901(a)(7).

213. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action seeking relief from the use of a trade practice in violation of a law of the District of Columbia, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or

45

family purposes."

214. CLP is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that purchased the Products in order to test or evaluate their qualities.

~~215. Toxin Free USA is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C), with volunteers physically located in the District of Columbia.~~

216. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

217. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

218. As set forth in this Complaint, Plaintiff~~s were~~ **was** founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiff~~'s' shared~~ mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiff~~s have~~ **has** previously represented District consumers in similar actions under the CPPA.

219. Plaintiff~~s are~~ **is a** public-interest organization~~s~~ pursuant to D.C. Code §28-3905(k)(1)(D) and bring this action on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(1)(A).

46

220. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

221. Plaintiff~~s are~~ **is** a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiff~~s~~ pray**s** for judgment against Defendant, including the remedies available under

D.C. Code §28-3905(k)(2)(A-F):

A. A Declaration that Defendant's conduct is in violation of the CPPA.

B. An Order enjoining Defendant's conduct found to be in violation of the CPPA.

C. An Order requiring Defendant to provide corrective advertising to the residents of the District of Columbia that restores consumers.

D. ~~An Order requiring Defendant to pay statutory civil penalties in an amount to be determined at trial, pursuant to D.C. Code §28-3909(b), for each and every violation of the CPPA.~~

E. An Order granting Plaintiff's costs and disbursements, including reasonable attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

F. ~~Punitive damages and any such further relief as this Court may deem just and proper.~~

## **Jury Trial Demanded**

Plaintiff~~s Toxin Free USA and~~ Clean Label Project hereby demand**s** a trial by jury.

Dated: ~~9/4/2020~~11/3/2020

Respectfully submitted,

Attorneys for Clean Label Project (CLP)

/s/ Travis Pittman

Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD 21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com

Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

ATTACHMENT C

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION     *

                                 *

              Plaintiff,           *       Case No. __2020 CA 003912 B__

                                 *

                v.                *       FILED WITH COMPLAINT

                                 *

PHARMAVITE, LLC                        *

              Defendant.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>VERIFICATION</u>

I, Jaclyn Bowen, verify under penalty of perjury according to the laws of the District of Columbia that I serve as Executive Director at Clean Label Project Foundation; that I have read the foregoing Complaint and know its contents; and that the facts stated therein are true to the best of my knowledge, information, and belief.



_____
11/3/20
Date

Superior Court of the District of Columbia
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION
_____
Plaintiff

vs.

PHARMAVITE, LLC                         Case Number    2020 CA 003912 B
_____
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J. Travis Pittman
_____            _Clerk of the Court_
Name of Plaintiff's Attorney

P.O. Box 380, Chester, MD  21619
_____     By _____
Address                                                              Deputy Clerk

(202) 329-3558
_____     Date _____
Telephone
如需翻译, 请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION
_____
                            Demandante

contra
                                          Número de Caso: _2020 CA 003912 B_

PHARMAVITE, LLC
_____
                            Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

J. Travis Pittman
_____
Nombre del abogado del Demandante

P.O. Box 380, Chester, MD 21619
_____
Dirección

_____

(202) 329-3558
_____
Teléfono

_SECRETARIO DEL TRIBUNAL_

Por: _____
                            Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                          Super. Ct. Civ. R. 4

**EXHIBIT 1**

**LAB REPORTS**



**eurofins** | Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

**Eurofins Sample Code: 464-2019-01140564**
**Sample Description:** Vitamin
**Client Sample Code:** 16938
**PO Number:** PO/VA/VB
**Client Code:** QD0008236

**Entry Date:** 01/14/2019
**Reporting Date:** 01/18/2019

Ellipse Analytics
attn: Sean Callan
7000 Broadway Suite 307
Denver, CO 80221

Ellipse Analytics
Attn: Sean Callan
7000 Broadway Suite 307
Denver, CO 80221

# CERTIFICATE OF ANALYSIS

## AR-19-QD-009519-01

| Test | Result |
|------|--------|
| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Completed: 01/18/2019 |

AOAC 992.05 mod.

Total Folate as Folic Acid          15.8 mg/100 g

Respectfully Submitted,
Eurofins Scientific Inc.

*Desiree N Childs*
Desiree Childs

Evening Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf

Certificate of Analysis: AR-19-QD-009519-01



## Certificate of Analysis

Customer Name: Ellipse Analytics
City, State: Denver, CO
Customer Contact: Brianna Raymes
Email: braymes@ellipseanalytics.com

Brand: Nature Made
Sample Description: Prenatal Multi (90 ct)
Lot #: 2324793
Sampling Method: EA_5363
Lab ID: 30787
Order #: 44
Report Date: 10/14/2020

### Metals

| Analyte | Results | LOQ | Date Completed |
|---------|---------|-----|----------------|
| Arsenic | 813.3 ppb | 8.0 ppb | 10/14/2020 |
| Cadmium | 157.3 ppb | 8.0 ppb | |
| Mercury | <LOQ | 8.0 ppb | |
| Lead | 261.1 ppb | 8.0 ppb | |

Reported by: _____
Amy Kuhn
Quality Manager

[1] This test is accredited under the laboratory's ISO/IEC 17025 accreditation issued by the ANSI-ASQ National Accreditation Board. Refer to certificate and scope of accreditation L2441.

Ellipse Analytics' services, including this report are provided to all provisions of Ellipse Analytics Standard Terms and Conditions. Samples were analyzed as received unless otherwise noted. These results apply only to the sample(s) analyzed and are not indicative of similar samples.

Ellipse Analytics does not report any statements of conformity to specifications. Since no statement of conformity is reported, measurement uncertainty is not applied to the reported values.

CND - Could Not Determine       CNQ - Could Not Quantify       ND - Not Detected       LOQ - Limit of Quantitation

☒    Report contains deviation(s) pertaining to results. Reference deviation # _____

Ellipse Analytics 7000 Broadway Suite 307, Denver, CO, 80249
www.EllipseAnalytics.com info@ellipseanalytics.com

Revision 20200930
Sample Lab ID: 30787
Original Report Date: 10/14/2020



## Certificate of Analysis

**Methods and References:**

| Assay | Analytical Method | Method Reference |
|---|---|---|
| Metals | Metals by ICP-MS | EPA 6020A Modified |

[1] This test is accredited under the laboratory's ISO/IEC 17025 accreditation issued by the ANSI-ASQ National Accreditation Board. Refer to certificate and scope of accreditation L2441.

Ellipse Analytics' services, including this report are provided to all provisions of Ellipse Analytics Standard Terms and Conditions. Samples were analyzed as received unless otherwise noted. These results apply only to the sample(s) analyzed and are not indicative of similar samples.

Ellipse Analytics does not report any statements of conformity to specifications. Since no statement of conformity is reported, measurement uncertainty is not applied to the reported values.

CND - Could Not Determine     CNQ - Could Not Quantify     ND - Not Detected     LOQ - Limit of Quantitation

⧄   Report contains deviation(s) pertaining to results. Reference deviation # _____

Revision 20200930
Sample Lab ID: 30787
Original Report Date: 10/14/2020



**Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-005864-01

**Received On:** 04Sep2020
**Reported On:** 01Oct2020

| Eurofins Sample Code: | 397-2020-09040051 | Sample Registration Date: | 04Sep2020 |
|---|---|---|---|
| Client Sample Code: | 30833 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| FS0BT - Cadmium | Reference | Completed | Sub |
|---|---|---|---|
| | AOAC 2011.19,  AOAC 993.14, JAOAC Int'l 94(4): 124 | 01Oct2020 | 1 |

| Parameter | Result |
|---|---|
| Cadmium | 189 ppb |

**Report Comment:**
Fill material only was tested.

Subcontracting partners:
1 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation . | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/1/20   9:42 am



# eurofins | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-005100-01

**Client Code:** EI0000077

**Received On:** 17Aug2020
**Reported On:** 27Aug2020



| Eurofins Sample Code: | 397-2020-08170017 | Sample Registration Date: | 17Aug2020 |
| Client Sample Code: | 30833-1 | Condition Upon Receipt: | acceptable, 25.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Reference AOAC 992.05 mod. | Accreditation ISO/IEC 17025:2017 A2LA 2927.01 | Completed 22Aug2020 | Sub 1 |

| Parameter | Result |
|---|---|
| Total Folate as Folic Acid | 20.4 mg/100 g |

8/27/20  5:00 pm

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**Client Code:** EI0000077

## ANALYTICAL REPORT

AR-20-EI-005100-01

**Received On:** 17Aug2020
**Reported On:** 27Aug2020



Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA

Respectfully Submitted,

Kelly Addington
Microbiologist

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab  Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

8/27/20  5:00 pm

 **eurofins** | **Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**Client Code: EI0000077**

## ANALYTICAL REPORT

AR-20-EI-005550-02
Report Supersedes AR-20-EI-005550-01

**Received On:** 03Sep2020
**Reported On:** 29Sep2020

Client Sample Code:

| Eurofins Sample Code: | 397-2020-09030069 | Sample Registration Date: | 03Sep2020 |
| Client Sample Code: | 30866 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| **FS0BT - Cadmium** | **Reference** AOAC 2011.19, AOAC 993.14, JAOAC Int'l 94(4): 124 | **Completed** 29Sep2020 | **Sub** 2 |

| Parameter | Result |
| --- | --- |
| Cadmium | 239 ppb |

| **QQ060 - Folic Acid (USP)** | **Reference** USP | **Completed** 17Sep2020 | **Sub** 1 |

| Parameter | Result |
| --- | --- |
| Folic Acid - USP | 43.4 mg/100 g |

| Eurofins Sample Code: | 397-2020-09030070 | Sample Registration Date: | 03Sep2020 |
| Client Sample Code: | 30815 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

9/29/20 10:43 am

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

# ANALYTICAL REPORT

AR-20-EI-005550-02
Report Supersedes AR-20-EI-005550-01

**Received On:** 03Sep2020
**Reported On:** 29Sep2020

| Eurofins Sample Code: | 397-2020-09030070 | Sample Registration Date: | 03Sep2020 |
| --- | --- | --- | --- |
| Client Sample Code: | 30815 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| FS001 - Heavy Metals (As, Cd, Hg, and Pb) | Reference | Accreditation | Completed | Sub |
| --- | --- | --- | --- | --- |
| | Official Methods of Analysis, Method 2011.19 and 9 | ISO/IEC 17025:2005 A2LA 2918.01 | 11Sep2020 | 2 |

| Parameter | Result |
| --- | --- |
| Arsenic | 334 ppb |
| Cadmium | 176 ppb |
| Lead | 162 ppb |
| Mercury | <25.0 ppb |

**Report Comment:**
New version of analytical report includes additional Cadmium testing that was added at client's request / lower LOQ required.

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*C. Espinosa*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale: www.eurofinsus.com/terms_and_conditions.pdf | √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

9/29/20  10:43 am



**eurofins** | **Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics                                                    **Client Code:** EI0000077

Kyle Wallace                          **ANALYTICAL REPORT**
7000 Broadway Suite 307                                            **Received On:** 04Sep2020
Denver, CO 80221                      AR-20-EI-005864-01           **Reported On:** 01Oct2020

| Eurofins Sample Code: | 397-2020-09040051 | Sample Registration Date: | 04Sep2020 |
|---|---|---|---|
| Client Sample Code: | 30833 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| FS0BT - Cadmium | | Reference | | Completed | Sub |
|---|---|---|---|---|---|
| | | AOAC 2011.19, AOAC 993.14, JAOAC Int'l 94(4): 124 | | 01Oct2020 | 1 |

| Parameter | Result |
|---|---|
| Cadmium | 189 ppb |

**Report Comment:**
Fill material only was tested.

Subcontracting partners:
1 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*C. Espinos*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation . | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/1/20   9:42 am



# eurofins | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**Client Code:** EI0000077

## ANALYTICAL REPORT

AR-20-EI-004467-01

**Received On:** 10Jul2020
**Reported On:** 03Aug2020



8/3/20 9:59 am

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

# ANALYTICAL REPORT

AR-20-EI-004467-01

**Received On:** 10Jul2020
**Reported On:** 03Aug2020



| Eurofins Sample Code: | 397-2020-07100075 | Sample Registration Date: | 10Jul2020 |
|---|---|---|---|
| Client Sample Code: | 30787 | Condition Upon Receipt: | acceptable, 22.1°C |
| Sample Description: | Prenatal | Sample Reference: | |

| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Reference AOAC 992.05 mod. | Accreditation ISO/IEC 17025:2017 A2LA 2927.01 | Completed 17Jul2020 | Sub 1 |
|---|---|---|---|---|

| Parameter | Result |
|---|---|
| Total Folate as Folic Acid | 84.5 mg/100 g |

8/3/20  9:59 am

Ellipse Analytics

Client Code: EI0000077

**ANALYTICAL REPORT**

AR-20-EI-004467-01

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

Received On: 10Jul2020
Reported On: 03Aug2020



8/3/20  9:59 am

Ellipse Analytics

Client Code: EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

# ANALYTICAL REPORT

AR-20-EI-004467-01

Received On: 10Jul2020
Reported On: 03Aug2020



8/3/20  9:59 am

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-004467-01

**Received On:** 10Jul2020
**Reported On:** 03Aug2020



8/3/20  9:59 am

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

# ANALYTICAL REPORT

AR-20-EI-004467-01

**Received On:** 10Jul2020
**Reported On:** 03Aug2020



Client Sample Code:

Subcontracting partners:
1 - Eurofins Scientific Inc. (Des Moines), IA

Respectfully Submitted,

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

8/3/20  9:59 am


**Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-005550-02
Report Supersedes AR-20-EI-005550-01

**Client Code:** EI0000077

**Received On:** 03Sep2020
**Reported On:** 29Sep2020



**Client Sample Code:**

| Eurofins Sample Code: | 397-2020-09030069 | Sample Registration Date: | 03Sep2020 |
|---|---|---|---|
| Client Sample Code: | 30866 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| **FS0BT - Cadmium** | **Reference** AOAC 2011.19, AOAC 993.14, JAOAC Int'l 94(4): 124 | **Completed** 29Sep2020 | **Sub** 2 |
|---|---|---|---|

| Parameter | Result |
|---|---|
| Cadmium | 239 ppb |

| Eurofins Sample Code: | 397-2020-09030070 | Sample Registration Date: | 03Sep2020 |
|---|---|---|---|
| Client Sample Code: | 30815 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

9/29/20 10:43 am

Ellipse Analytics                                                                    **Client Code:** EI0000077

## ANALYTICAL REPORT

Kyle Wallace
7000 Broadway Suite 307                          AR-20-EI-005550-02                    **Received On:** 03Sep2020
Denver, CO 80221                          Report Supersedes AR-20-EI-005550-01         **Reported On:** 29Sep2020

| Eurofins Sample Code: | 397-2020-09030070 | Sample Registration Date: | 03Sep2020 |
|---|---|---|---|
| Client Sample Code: | 30815 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| FS001 - Heavy Metals (As, Cd, Hg, and Pb) | Reference | Accreditation | Completed | Sub |
|---|---|---|---|---|
| | Official Methods of Analysis, Method 2011.19 and 9 | ISO/IEC 17025:2005 A2LA 2918.01 | 11Sep2020 | 2 |

| Parameter | Result |
|---|---|
| Arsenic | 334 ppb |
| Cadmium | 176 ppb |
| Lead | 162 ppb |
| Mercury | <25.0 ppb |

**Report Comment:**
New version of analytical report includes additional Cadmium testing that was added at client's request / lower LOQ required.

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*C. Espinosa*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale: www.eurofinsus.com/terms_and_conditions.pdf | √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

9/29/20  10:43 am



## eurofins | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

**ANALYTICAL REPORT**

AR-20-EI-006212-01

Client Code: EI000183

Received On: 12Oct2020
Reported On: 16Oct2020

| | | | |
|---|---|---|---|
| Eurofins Sample Code: | 397-2020-10120012 | Sample Registration Date: | 12Oct2020 |
| Client Sample Code: | 35919 | Condition Upon Receipt: | acceptable, 21.4°C |
| Sample Description: | Prenatal Vitamin | Sample Reference: | |

| | | | Completed | Sub |
|---|---|---|---|---|
| | | | 16Oct2020 | 1 |

| | | | Completed | Sub |
|---|---|---|---|---|
| FS001 - Heavy Metals (As, Cd, Hg, and | Reference AOAC 2011.19 and 993.14 (modified) | Accreditation ISO/IEC 17025:2005 A2LA 2918.01 | 15Oct2020 | 2 |

| Cadmium | 143 ppb |
|---|---|

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

Kelly Addington

Kelly Addington
Microbiologist

DLDM Law

Client Code: EI0000183

ANALYTICAL REPORT

Kyle Wallace
12754 E Ohio Ave
Aurora, CO 80012

AR-20-EI-006212-01

Received On: 12Oct2020
Reported On: 16Oct2020

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

16/16/20  8:08 pm



**eurofins** | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

Client Code: EI0000183

## ANALYTICAL REPORT

AR-20-EI-006214-01

Received On: 12Oct2020
Reported On: 16Oct2020

| | | |
|---|---|---|
| Eurofins Sample Code: | 397-2020-10120015 | Sample Registration Date: 12Oct2020 |
| Client Sample Code: | 35922 | Condition Upon Receipt: acceptable, 21.4°C |
| Sample Description: | Prenatal Vitamin | Sample Reference: |

| | Completed | Sub |
|---|---|---|
| | 16Oct2020 | 1 |



| | | | Completed | Sub |
|---|---|---|---|---|
| **FS001 - Heavy Metals (As, Cd, Hg, and Pb)** | Reference AOAC 2011.19 and 993.14 (modified) | Accreditation ISO/IEC 17025:2005 A2LA 2918.01 | 15Oct2020 | 2 |

| | |
|---|---|
| Cadmium | 142 ppb |

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*Kelly Addington*

Kelly Addington
Microbiologist

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

**ANALYTICAL REPORT**

AR-20-EI-006214-01

Client Code: EI0000183

Received On: 12Oct2020
Reported On: 16Oct2020

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/16/20  8:00 pm

 eurofins | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

**Client Code:** EI0000183

## ANALYTICAL REPORT

AR-20-EI-006329-01

**Received On:** 12Oct2020
**Reported On:** 21Oct2020

| Eurofins Sample Code: | 397-2020-10120014 | Sample Registration Date: | 12Oct2020 |
|---|---|---|---|
| Client Sample Code: | 35921 | Condition Upon Receipt: | acceptable, 21.4°C |
| Sample Description: | Prenatal Vitamin | Sample Reference: | |

| FS001 - Heavy Metals (As, Cd, Hg, and Pb) | Reference<br>AOAC 2011.19 and 993.14 (modified) | Accreditation<br>ISO/IEC 17025:2005<br>A2LA 2918.01 | Completed<br>15Oct2020 | Sub<br>2 |
|---|---|---|---|---|

| Parameter | Result |
|---|---|
| Arsenic | 18.3 ppb |
| Cadmium | <5.00 ppb |
| Lead | <5.00 ppb |
| Mercury | <5.00 ppb |

| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Reference<br>AOAC 992.05 mod. | Accreditation<br>ISO/IEC 17025:2017<br>A2LA 2927.01 | Completed<br>21Oct2020 | Sub<br>1 |
|---|---|---|---|---|

| Parameter | Result |
|---|---|
| Total Folate as Folic Acid | 6.32 mg/100 g |

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*Kelly Addington*
_____

Kelly Addington
Microbiologist

10/21/20   9:47 am

DLDM Law

Client Code: EI0000183

**ANALYTICAL REPORT**

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

AR-20-EI-006329-01

**Received On:** 12Oct2020
**Reported On:** 21Oct2020

---

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation . | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab . Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/21/20   9:47 am

**EXHIBIT D**

Filed
D.C. Superior Court
12/15/2020 13:52PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION  *

            Plaintiff,       *

                          Case No. <u>2020 CA 003912 B</u>

         v.          *    Judge Yvonne Williams
                          Next Event: Initial Conference

PHARMAVITE, LLC       *      2/12/2021

            Defendant.     *

*    *    *    *    *    *    *    *    *    *    *    *    *

## <u>PLAINTIFF'S PROOF OF SERVICE</u>

Service of process on Defendant Pharmavite, LLC was successful.

Attached as Exhibit A is the affidavit showing service on this Defendant via private process server on December 2, 2020.

                          Respectfully submitted,

                          Attorney for Plaintiff

                          /s/ Travis Pittman
                          Travis Pittman (D.C. Bar No. 1016894)
                          Local Counsel for Plaintiff
                          Holmes Pittman & Haraguchi, LLP
                          P.O. Box 380
                          Chester, MD  21619
                          Phone: (410) 482-9505
                          Fax: (443) 782-0362
                          jtpittman@hphattorneys.com

Dated: <u>December 15, 2020</u>

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| TRAVIS PITTMAN ESQ.<br>HOLMES PITTMAN & HARAGUCHI, LLP<br>P.O. BOX 380<br>CHESTER, MD 21619<br>Telephone No: 410-482-9505     FAX No: 443-782-0362 | | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | | |

Insert name of Court, and Judicial District and Branch Court:

Plaintiff: CLEAN LABEL PROJECT FOUNDATION

Defendant: PHARMAVITE, LLC

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2020CA003912B |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS & COMPLAINT; INITIAL ORDER AND ADDENDUM; PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER GRANTING PLAINTIFF'S COMBINED MOTION TO DISMISS CO-PLAINTIFF TOXIN FREE AND TO AMEND THE COMPLAINT

3. a. *Party served:*                 PHARMAVITE, LLC
   b. *Person served:*           KOY SAECHAO, AUTHORIZED TO ACCEPT SERVICE

4. *Address where the party was served:*    CSC, LAWYERS INCORPORATING SERVICE
                                        2710 GATEWAY OAKS DRIVE
                                        SUITE 150 N
                                        SACRAMENTO, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Dec. 02, 2020 (2) at: 12:46PM

6. The *"Notice to the Person Served" (on the Summons)* was completed as follows:
   on behalf of: PHARMAVITE, LLC
   Other: LLC

7. *Person Who Served Papers:*                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL LYNN HENRY                d. *The Fee for Service was:*   $50.00



**2300 P Street**
**Sacramento, CA 95816**
**(916) 498-0808**
**FAX (916) 498-0817**

   e. I am: (3) registered California process server
         (i)  Independent Contractor
         (ii)  *Registration No.:*   2019-24
         (iii)  *County:*         Sacramento

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Dec. 02, 2020

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(MICHAEL LYNN HENRY)

tpi.394003

**Certificate of Service**

    I hereby certify that I served on this 15th day of December, 2020 a copy of this Plaintiff's Proof of Service on counsel for Defendant via CaseFileXpress, the court's e-filing system.


        /s/ Travis Pittman
        Travis Pittman

**EXHIBIT E**

## 2020 CA 003912 B CLEAN LABEL PROJECT FOUNDATION et al Vs. PHARMAVITE, LLC YW

Case Type:
Civil II

Case Status:
Open

File Date:
09/04/2020

Action:
Complaint for Declaratory Judgment Filed

Status Date:
09/04/2020

Next Event:
02/12/2021

---

All Information    Party    Event    Docket    Receipt    Disposition

### Docket Information

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 09/04/2020 | Complaint for Declaratory Judgment Filed<br>Attorney: PITTMAN, JOHN TRAVIS (1016894)<br>CLEAN LABEL PROJECT FOUNDATION (Plaintiff); GMO FREE USA (Plaintiff);  Receipt: 460413  Date: 09/08/2020 | |
| 09/04/2020 | eComplaint Filed  Submitted 09/04/2020 14:00. ajm<br>Attorney: PITTMAN, JOHN TRAVIS (1016894)<br>CLEAN LABEL PROJECT FOUNDATION (Plaintiff); GMO FREE USA (Plaintiff); | image |
| 09/08/2020 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 12/11/2020   Time: 9:30 am<br>Judge: WILLIAMS, YVONNE    Location: Courtroom 518 | |
| 09/08/2020 | Issue Date: 09/08/2020<br>Service:  Summons Issued<br>Method:  Service Issued .<br>Cost Per:  $<br><br>PHARMAVITE, LLC<br>8531 Fallbrook Avenue<br>WEST HILLS, CA  91304<br>Tracking No: 5000229787<br><br>PHARMAVITE, LLC<br>2710 Gateway Oaks Drive, Suite 150N<br>SACRAMENTO, CA  95833<br>Tracking No: 5000229788 | |
| 09/08/2020 | Complaint Package eServed to Filer | image |
| 11/04/2020 | Plaintiff Combined Motion To Dismiss  Filed. submitted 11/04/2020 09:35. NB<br>Attorney: PITTMAN, JOHN TRAVIS (1016894)<br>CLEAN LABEL PROJECT FOUNDATION (Plaintiff); GMO FREE USA (Plaintiff);  Receipt: 463171  Date: 11/04/2020 | image |
| 11/04/2020 | Additional eFiling Document to Plaintiff Combined Motion To Dismiss  Filed. submitted 11/04/2020 09:35. NB<br>Attorney: PITTMAN, JOHN TRAVIS (1016894)<br>CLEAN LABEL PROJECT FOUNDATION (Plaintiff); GMO FREE USA (Plaintiff); | image |
| 12/01/2020 | Order Granting Motion to Dismiss Co-Plaintiff and Amend Complaint Entered on the Docket.  Signed in Chambers by Judge Yvonne Williams on 12/1/20.  E-filed and e-served via CaseIlexpress on 12/1/20.  RB | |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 12/01/2020 | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 12/11/2020 at 9:30 am has been resulted as follows: <br><br> Result: Event Cancelled <br> Judge: WILLIAMS, YVONNE   Location: Courtroom 518 | |
| 12/01/2020 | Event Scheduled <br> Event: Initial Scheduling Conference-60 <br> Date: 02/12/2021   Time: 9:30 am <br> Judge: WILLIAMS, YVONNE   Location: Courtroom 518 | |
| 12/01/2020 | ORDER GRANTING PLAINTIFFS' COMBINED MOTION TO DISMISS CO-PLAINTIFF TOXIN FREE UNDER RULE 21 AND TO AMEND THE COMPLAINT UNDER RULE 15(a) Filed.  Signed by Judge Williams and Submitted 12/01/2020 14:14. AV | Image |
| 12/15/2020 | Affidavit of Service of Summons & Complaint filed. submitted 12/15/2020 13:52. NB <br> Attorney: PITTMAN, JOHN TRAVIS (1616894) <br> CLEAN LABEL PROJECT FOUNDATION (Plaintiff); | Image |
| 12/15/2020 | Additional eFiling Document to Affidavit of Service of Summons & Complaint filed. submitted 12/15/2020 13:52. NB <br> Attorney: PITTMAN, JOHN TRAVIS (1616894) <br> CLEAN LABEL PROJECT FOUNDATION (Plaintiff); | Image |

D.C. Superior Court
11/04/2020 09:35AM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION    *

and    *

GMO FREE USA d.b.a. TOXIN FREE USA    *    Case No.: <u>2020 CA 003912 B</u>

       Plaintiffs,    *

     v.    *

PHARMAVITE, LLC    *

     Defendant.    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>PLAINTIFF'S COMBINED MOTION TO DISMISS CO-PLAINTIFF TOXIN FREE UNDER RULE 21 AND TO AMEND THE COMPLAINT UNDER RULE 15(a)</u>

COMES NOW Plaintiffs Clean Label Project Foundation ("Clean Label") and GMO Free USA dba Toxin Free USA ("Toxin Free") and respectfully ask the Court to dismiss co-Plaintiff Toxin Free from this lawsuit, and for its motion states as follows:

### I.  BACKGROUND

Plaintiff Clean Label is a non-profit consumer protection organization, and it has recently filed a series of lawsuits in this court under the DC Consumer Protection Procedures Act. Plaintiff Toxin Free is a 501(c)(3) non-profit, public-interest organization whose mission is to harness independent science and agroecology concepts to advocate for clean and healthy food and ecological systems. They are co-Plaintiff on a certain subset of the consumer protection actions Clean Label has filed. After the filing of this specific case, the parties subsequently determined that the inclusion of co-Plaintiff Toxin Free was in error.  This is not one of the current Clean Label actions that co-Plaintiff Toxin Free seeks to participate in.

## II. STANDARD OF REVIEW

DC Superior Court Rule 21 states that "on motion or on its own, the court may at any time, on just terms, add or drop a party." Rule 15(a)(1) states that "a party may amend its pleading once as a matter of course…"

## III. ASSOCIATED AMENDMENT TO THE COMPLAINT

The Complaint in this action has not yet been served on the Defendant, and the Complaint has not been previously amended. Attached to this Motion at Attachment A is Plaintiff's First Amended Complaint which it is filing pursuant to Rule 15(a)(1) as a matter of course. Attached as Attachment B is a marked up copy showing the changes. Attachment C is the amended verification to the Complaint by Clean Label Project Foundation.

## IV. SUMMONS

The summons in this case was issued on September 8, 2020 and the 60 days will run on November 3, 2020. We have attached at Attachment D a new summons that states the correct parties in light of this motion and we ask that the Court issue that new summons to replace the one that was originally issued on September 8, 2020.

## V. CONCLUSION

WHEREFORE Plaintiffs Clean Label Project Foundation and GMO Free d.b.a. Toxin Free USA Toxin Free respectfully ask the Court to dismiss co-Plaintiff Toxin Free from the case.

Respectfully submitted,

Attorneys for Clean Label Project (CLP)

/s/ Travis Pittman
Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD 21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com



Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale,
PC 1971 Beltline Ave., Suite
106 Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com


## Certificate of Serve

I certify that in this 3rd day of November, 2020 a copy of this motion was served on all listed persons via the CaseFileXpress e-filing system.

/s/ Travis Pittman
Travis Pittman

3

**ATTACHMENT A**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| CLEAN LABEL PROJECT FOUNDATION | * | |
| A 501(c)(3) | | |
| 280 E. 1ˢᵗ Ave. | * | |
| Broomfield, CO 80038 | | Case No. <u>2020 CA 003912 B</u> |
| | * | |
| Plaintiff, | | COMPLAINT |
| v. | * | DEMAND FOR JURY TRIAL |
| | | |
| PHARMAVITE, LLC | * | |
| | | |
| Serve on: | * | |
| Corporation Service Company | | |
| 2710 Gateway Oaks Drive, Suite 150N | * | |
| Sacramento, CA 95833-3505 | | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>

On behalf of themselves and the general public, Plaintiff, Clean Label Project Foundation ("Clean Label Project" or "CLP"), hereinafter "Plaintiff," by and through its counsel, brings this action against Pharmavite, LLC ("Pharmavite") hereinafter Defendant, regarding the deceptive labeling, marketing, and sale of Nature Made Prenatal Gummies – Mixed Berry, Nature Made Prenatal Multi (90 ct), Nature Made Prenatal Multi (250 ct), Nature Made Prenatal Multi + DHA (60 ct), Nature Made Prenatal Multi + DHA (150 ct), Nature Made Prenatal Multi + DHA (110 ct), and Nature Made Prenatal Multi +DHA (115ct), ("Products")[1] that are under-formulated with respect to folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals and detectable amounts of pesticides. Contrary to Defendant's promises and assurances, CLP facilitated independent testing and discovered that the amount of folic acid stated on the labels in the Products is

---

[1] Discovery may demonstrate that additional Pharmavite Products are within the scope of this Complaint. Plaintiff reserves the right to amend this complaint to include additional prenatal items identified through the course of discovery.

unconscionably under-formulated, well below industry and medical standards. Further, the adulterated Products are exposing mothers and their babies to contaminants, to include lead, cadmium, and pesticides – compounds and contaminants known to cause reproductive harm in fetuses and infants. Plaintiff alleges the following based upon information, belief, and the investigation of its counsel:

**Introduction**

1. Pregnancy can be a high-risk time, with as few as sixty-two percent (62%) of pregnancies ending in a live birth.[2]

2. Gestation, the period of development comprising embryonic and fetal development, is a "critical period" in human life.

3. This critical period is often referred to as "prenatal" development.

4. "Critical periods" are so named because disruption of development during those phases is often irreversible, placing incredible importance on ensuring developing brains and bodies are left unobstructed during these periods.

5. In the case of fetal neurodevelopment, a number of highly important processes occur during even the first month of pregnancy.

6. During the critical periods, essential neurodevelopment occurs, including aspects of neurogenesis – the formation of neurons ("brain cells") and the formation of the complex interconnection of neurons that give rise to the human experience (synaptogenesis).[3]

7. Although the brain continues to develop and change after birth and into adulthood, the prenatal

---

[2] Center for Disease Control and Prevention, *US Pregnancy Rate Lowest in Two Decades* (Dec. 15, 1999), https://www.cdc.gov/nchs/pressroom/99facts/pregrate.htm.
[3] Huttenlocher, P. R., & Dabholkar, A. S, *Regional differences in synaptogenesis in human cerebral cortex*, 287(2) Journal of comparative Neurology 167-178 (1997).

2

period can have a lasting effect on the adequacy of neurodevelopment and quality of life.

8. How thoroughly a brain develops depends on many factors in addition to genes, such as:[4]

    a.  Proper nutrition starting in pregnancy.

    b.  Exposure to toxins or infections during these critical periods.

    c.  The child's experiences with other people and world after birth.

9. For these reasons, it is critically important to ensure that prenatal development proceeds as smoothly as possible.

10. Thus, it is the duty of brands assisting in this critical prenatal development period to:

    a.  Provide consumers with nutrients needed to ensure proper development.

    b.  Ensure that the brand's products do not provide deleterious chemicals that may detract from healthy development.

11. Many of these critical processes require specific essential nutrients, such as vitamins, to occur correctly, and the failure of these processes is often irreversible.

12. One such critical process is the folding of the neural crest into the neural tube: when a flat layer of specialized cells in the embryo "folds" and seals shut, eventually creating a cylinder of cells that will grow to become the central nervous system (the brain and spine).[5]

13. If this sealing process or one of its immediate consequences, which occurs during the third week of pregnancy, is unsuccessful, the child will develop one of a host of complications

---

[4] Gibbs, B. G., & Forste, R, *Socioeconomic status, infant feeding practices and early childhood obesity,* 9(2) Pediatric obesity 135-146 (2014).
[5] Blom, H. J., Shaw, G. M., den Heijer, M., & Finnell, R. H, *Neural tube defects and folate: case far from closed,* 7(9) Nature Reviews Neuroscience 724-731 (2006).

cumulatively referred to as Neural Tube Defects ("NTDs").

14. These NTDs take many forms, but all involve some form of disruption of central nervous system functioning – ranging from lower limb paralysis (*spina bifida)* to the child being born without a brain (*anencephaly)*. Many NTDs are fatal, often resulting in nonviable pregnancy or still birth.[6]

15. While many factors play a role in the development of NTDs, proper nutrition is critical in reducing risk.

16. Specifically, ensuring adequate maternal intake of vitamin B9 (folate/folic acid) is essential in reducing the risk of NTDs.

17. Unfortunately, in many cases it is difficult or impossible for women to attain sufficient folate/folic acid in their diets to minimize their fetuses' risk of an NTD.[7]

18. As a consequence, medical experts recommend women who are or may become pregnant supplement their diet with a prenatal vitamin which, among other nutrients, contains folate/folic acid.[8]

19. Given the above, it follows that supplements designed to ensure prenatal health have become increasingly important to consumers, to include D.C. consumers.

20. Consumers seek out and choose prenatal vitamins based on the concerns regarding supplements such as folic acid.

21. This consumer interest has given rise to a highly competitive $445M market.[9] In a recent

---

[6] *Id*.

[7] Healthy Children.org, *Where We Stand: Folic Acid* (Nov. 2019), https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.

[8] *Id*.

[9] Grand View Research, *Prenatal Vitamin Supplement Market Size, Share & Trends Analysis Report*

survey, one-hundred percent (100%) of women living in the District of Columbia or its surrounding states indicated that they took a prenatal vitamin during pregnancy.[10]

22. In order to gain a share in this market, prenatal vitamin brands market their product as working to ensure proper prenatal development.

23. Pharmavite's Nature Made is one such brand, marketing a line of prenatal vitamins suggesting that Nature Made "supports the development of brain, eyes and the nervous system."

24. Packaging for Nature Made prenatal vitamins makes numerous claims referencing brain health:

    a. Nature Made packages its Products as "[s]upport[ing] the development of baby's brain, eyes, & nervous system."

    b. Nature Made also boasts, "Complete Prenatal Multivitamins with Folic Acid Plus DHA" on the front middle of the Product box, directly below the previous statement.

    c. Nature Made assures that its Product "Provides 100% Daily Value of Folic Acid."

    d. Nature Made also addresses folic acid on the front of the Product by stating, "Contains folic acid and 17 other nutrients for baby's development & mom."

    e. Both phrases are encircled in purple and orange respectively, drawing extra attention to the information.

---

*By Product Form (Capsules, Powder, Gummy), By Distribution Channel, By Region, And Segment Forecasts, 2019 – 2025* (Aug. 2019), https://www.grandviewresearch.com/industry-analysis/prenatal-vitamin-supplement-market.

[10] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

 

**Figure 1**

25. Nature Made draws extra emphasis to the promise of complete folic acid by displaying the Supplement Facts on the back of the Product:

**Supplement Facts**
Serving Size: 1 Tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 2587 IU | 52% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as dl-alpha Tocopheryl Acetate) | 45 IU | 150% |
| Vitamin K (as Phytonadione) | 90 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 70% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 76% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 85% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 60% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

**Figure 2**

26. One component feature of Nature Made's "brain development" platform is their use of Docosahexaenoic acid (DHA), a fatty acid which plays a role in neurogenesis.[11]

---

[11] Bradbury, J. (2011). *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain.* Nutrients, *3*(5), 529-554

**Nature Made® Prenatal Multi +
DHA Softgels**

Formulated to support the development of baby's brain, nervous system, bones and eyes. And they have clinically proven absorption of iron and folic acid. Think of it as nutritional support for you and your bump!

**Figure 3**

27. Pharmavite is aware of the importance of supplements during the delicate prenatal process, as it is the sole reason for the creation of the market for the Products.

28. Pharmavite is aware that proper folic acid fortification "may reduce a woman's risk of having a child with a neural tube defect."

**Benefits**

* Scientifically formulated with essential vitamins and minerals that are essential during pregnancy and 200 mg DHA
* DHA: may help support fetal brain and eye development'
* Folic Acid: Adequate folic acid in healthful diets may reduce a woman's risk of having a child with a neural tube defect
* Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body'
* Calcium and Vitamin D3: help build and support strong bones'
* Vitamin A: helps support healthy eye function'
* Vitamins A, C, and D and Zinc: help support the immune system'
* Vitamins C and E: provide antioxidant support'
* B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12): support cellular energy production'
* Magnesium: helps support nerve, muscle and heart function'

**Figure 4**

7

**Nature Made® Prenatal Multi Tablets**

Provides daily nutritional support before and during pregnancy.* Specially formulated to support the development of your baby's brain, nervous system, bones and eyes, it's big support for your little one.*

**Figure 5**

29. Pharmavite is aware of the formulation standards for vitamins.

30. Pharmavite is aware of how it packages their Products.

31. Given the risks of disrupted prenatal development, it is critically important to ensure that Pharmavite's "brain development" claims are true.

32. The Products in question are:

   a. Nature Made Prenatal Gummies – Mixed Berry (60ct)

   b. Nature Made Prenatal Multi (90ct)

   c. Nature Made Prenatal Multi (250ct)

   d. Nature Made Prenatal Multi + DHA (60 ct),

   e. Nature Made Prenatal Multi + DHA (150 ct),

   f. Nature Made Prenatal Multi + DHA (110ct)

   g. Nature Made Prenatal Multi + DHA (115ct)

33. Plaintiff caused the Products to be purchased for the purpose of evaluation by an ISO 17025 accredited third-party analytical chemistry laboratory. The results were reviewed and assessed by a third-party toxicologist.

8

34. At least one Nature Made Product was significantly under-formulated for folate/folic acid. Nature Made Products contained concerning levels of the neurotoxins lead and cadmium, as well as pesticides, all of which are linked to developmental toxicity.

35. This testing suggests that the above-mentioned contaminants are present in the Products, or at a minimum, that Pharmavite makes no efforts to confirm that they are not present. As a result, D.C. consumers who are led to believe that the Products support a fetus's healthy growth and promote brain, eye, and nervous system development for their unborn child in fact bear the risk of purchasing products that contain quantities of pesticides and toxic heavy metals – compounds known to deleteriously impact brain development.

36. As a result of this under-formulation, consumers of Pharmavite's products in the District of Columbia are defrauded and deprived of the value of the product they are purchasing, and are materially harmed beyond any potential injury visited upon pregnant mothers and their fetuses.

37. The Environmental Protection Agency ("EPA"), Food and Drug Administration, the World Health Organization, the Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated there is no safe level of lead for children.

   a. The EPA has stated, "The Maximum Contaminant Level Goal for lead is zero. EPA has set this level based on the best available science, which shows there is no safe level of exposure to lead."[12]

---

[12] EPA, *Basic Information about Lead in Drinking Water* (Aug. 13, 2020), https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#:~:text=EPA%20has%20set%20the%20maximum,in%20the%20body%20over%20time..

b.  The Food and Drug Administration has stated that "[t]here is no known identified safe blood lead level."[13]

c.  The World Health Organization has likewise stated, "The neurological and behavioral effects of lead are believed to be irreversible. There is no known 'safe' blood lead concentration…"[14]

d.  The Centers for Disease Control have found "[n]o safe blood level of lead has been identified."[15]

e.  The American Medical Association has stated, "We know that there is no safe level of lead."[16]

f.  The American Academy of Pediatrics has stated, "There is no safe level of lead exposure in children, with lasting decreases in cognition documented in children with blood levels as low as five micrograms per deciliter of lead in blood."[17]

38. Cadmium is a toxic heavy metal, known to have severe short- and long-term neurotoxic effects.[18]

---

[13] Welch, Teresa, *Lead Found in 20% of Baby Food, Report Says* (June 19, 2017), https://www.charlotteobserver.com/news/nation-world/national/article157063044.html.
[14] The World Health Organization, *Lead Poisoning and Health* (Aug. 23, 2019), https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health#:~:text=The%20neurological%20and%20behavioural%20effects,behavioral%20difficulties%20and%20learning%20problems.
[15] CDC, *National Biomonitoring Program, Factsheet* (July 12, 2013), https://www.cdc.gov/biomonitoring/Lead_factsheet.html#:~:text=No%20safe%20blood%20lead%20level,half%20a%20cup%20of%20liquid.).
[16] AMA, *AMA Adopts New Policies to Prevent Future Lead Poisoning* (June 14, 2016), https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policies-prevent-future-lead-poisoning.
[17] American Academy of Pediatrics, *Lead Exposure in Children*, https://www.aap.org/Pages/ErrorPage.aspx?requestUrl=https://www.aap.org/en-us/advocacy-and-%20policy/aap-health-initiatives/lead-exposure/Pages/Lead-Exposure-in-Children.aspx.
[18] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural regeneration research 1879 (2018).

39. The European Union has declared cadmium a "Substance of Very High Concern"[19] and is one of only six hazardous substances banned from use in Europe in electrical and electronic equipment due to the hazard posed to human health.[20]

40. Some states, such as Maryland, have banned cadmium in children's products.[21]

41. One of the pesticides detected in Pharmavite Products is a World Health Organization ("WHO") Class II pesticide, which are "moderately hazardous to human health."

42. In a census-balanced survey commissioned by CLP of 630 mothers who took prenatal vitamins during pregnancy, eighty-three percent (83%) felt that they would not have purchased the products if they had discovered it was under-formulated and eighty-four percent (84%) of moms would want their money back.[22]

43. As noted above, these neurotoxins have no known safe level for prenatal exposure; thus, they represent a serious and present risk to the neurological health of these developing children.

44. Likewise, under-formulating prenatal vitamins for folate/folic acid represents a risk to developing fetuses and infants, as it may cause a failure to receive the adequate amount of folic acid necessary for developmental needs.

45. The presence of these contaminants is neither "normal" nor "unavoidable," as a comprehensive category test of over 200 prenatal vitamins commissioned by CLP has revealed that the levels

---

[19] European Chemicals Agency, *Candidate List of Substances for Very High Concern for Authorisation* (Aug. 26, 2020), https://echa.europa.eu/candidate-list-table/-/dislist/details/0b0236e1807dd024.

[20] Laser Focus World [online], *European Commission to Prohibit from TV's and Displays by October 2019* (Aug. 22, 2017), https://www.laserfocusworld.com/lasers-sources/article/16569155/european-commission-to-prohibit-cadmium-from-tvs-and-displays-by-october-2019#:~:text=European%20Commission%20to%20prohibit%20cadmium%20from%20TVs%20and%20displays%2 0by%20October%202019,-Nanoco%2C%20which%20makes&text=Cadmium%20is%20one%20of%20six,protect%20human%20and%20envir onmental%20health.

[21] Safer States, *Maryland* (Aug. 26, 2020), https://www.saferstates.com/states-in-the-lead/maryland/.

[22] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

of these contaminants are unusually high relative to competitive prenatal vitamin brands. Likewise, the majority of prenatal vitamins were not under-formulated for folate/folic acid.

46. This means that consumers selecting a prenatal vitamin to ensure proper prenatal health during this critical period of neurodevelopment would expose the fetuses and/or infants to *less* of the neurotoxins cadmium and lead (and would provide them with more folate/folic acid) than by picking nearly any brand other than Nature Made.

47. Given the ubiquity of the public health and public policy positions above, Pharmavite knew or should have known of the risk of these toxins in the Products and should have taken steps to avoid these contaminants as their competitors clearly have done.

48. Thus, the Products are adulterated under DC Code §48-103 *et seq.* as the presence of these contaminants poses a risk to the neurological health of the developing fetuses and/or infants and the avoidable presence of these contaminants directly contradict the "brain development" functions touted by Pharmavite.

49. As a result of Pharmavite's claims and marketing, D.C. consumers, who are led to believe that the Products are safe and effective and free of concerning levels of contaminants, in fact bear the risk of purchasing products that are under-formulated and not free of concerning quantities of heavy metals and pesticides.

50. A reasonable D.C. consumer would not expect Products claiming to support "brain health" to contain high levels of lead or cadmium.[23]

51. A reasonable D.C consumer would not expect products claiming to provide the recommended daily value of folic acid to be under-formulated for folic acid.[24]

---

[23] As noted above, a large percentage of Nature Made's competitors do not have these significant issues.
[24] *Id.*

52. In sum, Pharmavite is deceiving D.C consumers into believing that the Products support "brain development" when they contain avoidable levels of multiple deleterious neurotoxins with no known safe level in Products intended for use during a critical period of neurodevelopment. Simultaneously, Pharmavite Products are under-formulated for the principle active ingredient of folate/folic acid.

53. Pharmavite's false and misleading representations and omissions, including any tendency to mislead or omit, violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

54. Pharmavite's labeling and advertising of the Products tend to mislead and are materially deceptive about the true nature, quality, and ingredients of the Products. Plaintiff brings this deceptive advertising and adulteration cause on behalf of themselves and the general public, and seek relief, including but not limited to: an injunction to halt Pharmavite's false and misleading marketing and sale of Nature Made Products.

## **Jurisdiction and Venue**

55. This Court has personal jurisdiction over the parties in this case. Plaintiff, by filing this Complaint, consents to this Court having personal jurisdiction over them and this matter.

56. This Court has personal jurisdiction over Defendant pursuant to D.C. Code §13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them given that, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avail themselves of the laws of the District of Columbia through their marketing and sales of the Products in the District of Columbia.

57. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §28-

3905(k)(1)(B), (k)(1)(C) and (k)(2).[6]

## Parties

58. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

59. CLP performs its work throughout the United States, including in the District of Columbia.

60. CLP uses state-of-the-art accredited laboratory testing to identify the best and worst labeled products and publishes top and bottom performers on its website free of charge.

61. CLP was formed in 2016 with the goal of reducing contamination across all consumer-packaged goods products.

62. CLP has an interest in food label truth and transparency, and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, allowing consumers to make data-based decisions.

63. In 2018, CLP caused the purchasing of the Nature Made Products, as well as over 200 other prenatal vitamin products in order to evaluate their levels of folic acid.

64. At all times herein Pharmavite was a California limited liability company with its principal place of business in West Hills, California.

65. Defendant markets and distributes the Products online and in retail stores in the District of Columbia and throughout the United States.

66. Upon information and belief, Defendant has caused harm to the general public of the District of Columbia.

14

67. Plaintiff is acting on behalf of the general public as a private attorney pursuant to D.C Code §28-3905(k)(1)(C)-(D).

68. Plaintiff is a non-profit organization pursuant to D.C. Code §28-3901(a)(14) and the public-interest organization pursuant to D.C. 28-3901(a)(15). Plaintiff is a longstanding advocate of the rights of consumers, including but not limited to D.C. consumers, for truthful labeling and marketing.

## The Importance of Folic Acid

69. Vitamin B9 (Folate) is an essential vitamin that plays a critical role in the development of DNA.

70. The synthetic form of folate most commonly used in supplements is folic acid.[25]

71. Fortification with folic acid has been linked to reductions in the incidence of several NTDs.[26]

72. The consequences of improper folic acid fortification can be severe and can include loss of life for the child so impacted.

73. Newborns with anencephaly, an NTD in which some or all of the brain fails to form, usually do not live long, and those with spina bifida may be permanently disabled.

74. NTDs can be avoided with proper folate/folic acid intake during pregnancy.

75. NTDs linked to folate/folic acid-insufficiency have been referred to as an "unnecessary

---

[25] Center for Disease Control, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[26] Centers for Disease Control and Prevention (CDC), *Spina bifida and anencephaly before and after folic acid mandate--United States, 1995-1996 and 1999-2000*, MMWR, 53(17) Morbidity and Mortality Weekly Report 362 (2004).

epidemic."[27]

76. For this reason, supplementing with folate/folic acid is an important step in prenatal neurodevelopment.

77. The CDC recommends women start taking folic acid every day for at least a month before becoming pregnant, and every day while pregnant.[28]

78. The recommended dose for all women of childbearing age is 400 mcg of folate/folic acid each day.[29]

79. However, the CDC recommends women who have already had an NTD-affected pregnancy consume 400 mcg of folic acid each day, even when not planning to become pregnant. When planning to become pregnant, the CDC recommends that these women consume 4,000 mcg of folic acid each day, one month before becoming pregnant, and through the first three months of pregnancy.[30]

80. Studies have confirmed that getting an adequate amount of folic acid will protect the fetus/infant from NTDs by at least fifty percent (50%).[31]

81. According to the CDC, for women who have already had a baby with an NTD, getting enough folic acid may reduce the risk of having another child with an NTD by as much as seventy percent

---

[27] Brent, R. L., Oakley, G. P., & Mattison, D. R., *The unnecessary epidemic of folic acid-preventable spina bifida and anencephaly*, 106(4) Pediatrics 825-827 (2000).

[28] WebMD, *Folic Acid and Pregnancy*, https://www.webmd.com/baby/folic-acid-and-pregnancy#1.

[29] CDC, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.

[30] Center for Disease Control and Prevention, *Effectiveness in Disease and Injury Prevention Use of Folic Acid for Prevention of Spina Bifida and Other Neural Tube Defects -- 1983-1991* (Aug. 2, 1991), https://www.cdc.gov/mmwr/preview/mmwrhtml/00014915.htm.

[31] CDC, *Preventing Neural Tube Defects: A prevention Model Resource Guide* (July 17, 2020), https://www.cdc.gov/ncbddd/orders/PDFs/09_202063A_Nash_Neural%20Tube%20BD%20Guide%20FINAL508.pdf%20(wed).

(70%).[32]

82. The American Academy of Pediatrics ("AAP") has stated that "all women capable of becoming pregnant consume 400 micrograms per day of folic acid." Furthermore, "[a]lthough some foods are fortified with folic acid, it is not possible for women to meet the 400 mcg goal through a typical diet."

83. The AAP policy statement recommends a daily multivitamin tablet that contains folic acid in the recommended dose. Studies show that if all women of childbearing age met these dietary requirements, fifty percent (50%) or more of NTDs could be prevented.[33]

84. Thus, ensuring adequate folate/folic acid intake is one of the principle purposes of a prenatal vitamin. Therefore, under-formulation for folic acid renders a prenatal vitamin adulterated under D.C. Code §48-103 *et seq*.

<u>**The Dangers of Heavy Metals: Lead & Cadmium**</u>

**Dangers of Lead**

85. Lead is a heavy metal and a known carcinogen and neurotoxin. Lead resembles other metals that the human body needs to properly function, and as such, it is readily absorbed into body tissue.[34]

86. Lead readily crosses the placenta, impacting embryonic and fetal development.[35]

---

[32] Healthy Children.org, *Where We Stand: Folic Acid,* https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[33] *Id*.
[34] Wani, A.L., Ara, A., & Usmani, J.A., *Lead toxicity: a review*, 8(2) Interdisciplinary Toxicology 55-64 (2015), https://www.ncbi.nlm.nih.gov/PLC/articles/PMC4961898.
[35] Foltinova, J., Foltin, V., & Neu, E., *Occurrence of lead in placenta–important information for prenatal and postnatal development of child*, 28(4) Neuroendocrinology Letters 335-340 (2007).

87. Lead can damage and/or destroy cells once in the body: it also remains in the body for an extended period of time, causing even greater extent to the damage.[36]

88. Specifically, lead damages the myelin sheaths of neurons (protective insulation essential for proper neuronal functioning)[37] and interferes with neurotransmission (the communication between neurons)[38] both of which are potentially disastrous for human cognition & development.

89. Lead also interferes with the levels of Brain Derived Neurotrophic Factor ("BDNF") an important neuroprotective molecule that plays a principle role in neurodevelopment, specifically neurogenesis.[39]

90. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[40]

91. Thus, prenatal lead exposure has known adverse effects on maternal health and infant outcomes across a wide range of maternal blood lead levels.

92. A principle risk of prenatal exposure to lead is a reduction in intelligence, with experts demonstrating a direct relationship between childhood blood-lead levels and intelligence quotient (IQ).[41]

93. The consequences of even low-level (part-per-billion) exposure can be severe.

---

[36] *Id.*

[37] Dabrowska-Bouta, B., Sulkowski, G., Bartosz, G., Walski, M., & Rafalowska, U., *Chronic lead intoxication affects the myelin membrane status in the central nervous system of adult rats*, 13(1-2) Journal of Molecular Neuroscience 127-139 (1999).

[38] Neal, A. P., & Guilarte, T. R., *Molecular neurobiology of lead (Pb 2+): effects on synaptic function*, 42(3) Molecular neurobiology 151-160 (2010).

[39] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).

[40] *Id.*

[41] COUNCIL ON ENVIRONMENTAL HEALTH, 138:e20161493 Pediatrics (2016).



**Figure 6**

94. In Flint, Michigan, following city-wide exposure to part-per-billion levels of lead in drinking water, the portion of Flint's third graders who tested as proficient in reading at grade level fell from 41.8% to 10.7%.[42]

95. As discussed above, the Environmental Protection Agency, Food and Drug Administration, the World Health Organization, Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated that there is no safe level of lead for children.

96. Thus, by its very nature, the presence of lead in prenatal vitamins is antithetical to a mission to support brain health, as the presence of lead in prenatal vitamins is a "deleterious substance which may render it injurious to health…" under DC Code §48-103 *et seq.*

---

[42] Grossman, Slusky, *The Effect of an Increase in Lead in the Water System on Fertility and Birth Outcomes: The Case of Flint, Michigan,* http://www2.ku.edu/~kuwpaper/2017Papers/201703.pdf.

**Dangers of Cadmium**

97. Cadmium is also a heavy metal and a known neurotoxin and an International Agency for Research on Cancer ("IARC") class 1 carcinogen, known for having both short-term and long-term deleterious effects on human health.

98. Cadmium readily crosses the placenta, accumulating in fetal or embryonic tissue.[43]

99. Once absorbed, cadmium has a long half-life in the body, especially in the kidneys. Chronic cadmium exposure has been shown to adversely affect kidney and bone and to increase the risk of cancer. Cadmium also functions as an endocrine disruptor and may thus affect reproduction and child neurodevelopment.[44]

100. Specifically, cadmium impairs brain health through multiple pathways, including the interruption of DNA repair, the generation of reactive oxygen species, and, most critically, the disruption of neuronal proliferation and differentiation – two steps in the neurogenesis process occurring during the infancy critical period.[45]

101. Therefore, early life exposure to cadmium is associated with poor cognitive outcomes in children.[46]

---

[43] Gundacker C, Hengstschläger M., *The role of the placenta in fetal exposure to heavy metals*, 162(9-10):201-206. doi:10.1007/s10354-012-0074-3 Wien Med Wochenschr (2012).
[44] Kippler, M., Tofail, F., Gardner, R., Rahman, A., Hamadani, J. D., Bottai, M., & Vahter, M., *Maternal cadmium exposure during pregnancy and size at birth: a prospective cohort study*, 120(2) Environmental Health Perspectives 284–289 (2012), https://doi.org/10.1289/ehp.1103711.
[45] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural Regeneration Research 1879 (2018).
[46] Sanders, A. P., Henn, B. C., & Wright, R. O., *Perinatal and childhood exposure to cadmium, manganese, and metal mixtures and effects on cognition and behavior: a review of recent literature*, 2(3) Current environmental health reports 284-94 (2015).

102. Cadmium also interferes with the levels of Brain Derived Neurotrophic Factor (BDNF),[47] an important neuroprotective molecule that plays a principle role in neurodevelopment.[48]

103. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[49] Thus, the presence of cadmium detracts from a principle function of DHA – a basis Nature Made's "brain development" claims.

104. This cadmium-mediated disruption of neuro-development renders Pharmavite's Nature Made Products adulterated under D.C. Code §48-103 *et seq* as brain development is a marketed benefit of Nature Made Products.

105. In general, women are more susceptible to cadmium toxicity, mainly because of increased intestinal uptake of cadmium given low iron stores, which are more prevalent in women than in men.[50]

106. Worse, cadmium has been shown to accumulate in in placental tissues, where it interrupts micronutrients (such as zinc) diffusion through the placenta.[51]

107. Thus, scientific evidence demonstrates that cadmium directly interferes with Pharmavite Products as the presence of cadmium in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[52]

---

[47] Wang, Y., Chen, L., Gao, Y., Zhang, Y., Wang, C., Zhou, Y., ... & Tian, Y, *Effects of prenatal exposure to cadmium on neurodevelopment of infants in Shandong, China*. 211 Environmental pollution 67-73 (2016).
[48] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[49] *Id.*
[50] *Id.*
[51] Kippler, M., Hoque, A. W., Raqib, R., Öhrvik, H., Ekström, E. C., & Vahter, M., *Accumulation of cadmium in human placenta interacts with the transport of micronutrients to the fetus*, 192(2) Toxicology letters 162-168 (2010).
[52] DC Code §48-103 *et seq*.

### The Dangers of Pesticides

108. Pesticides are a large class of compounds designed to kill or eliminate multiple types of organic matter:

    a.   Rodents (rodenticide)

    b.   Insects (insecticide)

    c.   Fungi (fungicide)

    d.   Undesired plants (herbicide)

109. Due to the fact their intended function is to kill or disrupt living organisms, most pesticides are toxic to humans in one form or another.

110. It follows that pesticides are designed to be neurotoxic.

111. Research has focused on the neurodevelopmental consequences of pesticide exposure during early life.[53]

112. Due to the risks of pesticide exposure in early life, it is exceptionally important to ensure pesticides with links to neurotoxic or developmental toxicity outcomes be restricted and avoided from products used to ensure proper prenatal health. To wit:

    a.   Indoxacarb, a WHO Class II pesticide, has been linked to disruption of nicotinic acetylcholine receptors in developing mammalian brains.[54]

---

[53] Shelton, J. F., Geraghty, E. M., Tancredi, D. J., Delwiche, L. D., Schmidt, R. J., Ritz, B., ... & Hertz-Picciotto, I., *Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study*, 122(10) Environmental health perspectives 1103-1109 (2014).

[54] Zhao, X., Nagata, K., Marszalec, W., Yeh, J. Z., & Narahashi, T., *Effects of the oxadiazine insecticide indoxacarb, DPX-MP062, on neuronal nicotinic acetylcholine receptors in mammalian neurons,* 20(4) Neurotoxicology 561-570 (1999).

113. Thus, by their very nature, the presence of pesticides in prenatal vitamins are antithetical to a mission to support brain health, as the presence of these pesticides in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[55]

**<u>Factual Allegations</u>**

114. Pharmavite is aware that there are health risks with pregnancy.

115. Pharmavite is aware of the importance of folic acid during pregnancy to the development of the fetus.

116. Pharmavite is aware of the dangers of heavy metal toxins and other contaminants during pregnancy.

117. Pharmavite is aware there is a market for pregnancy supplements to support healthy pregnancy for mother and fetus.

118. To capture this market, Pharmavite manufactures, produces, and distributes vitamins for the purpose of supporting a healthy pregnancy, to include the supplementation of folic acid.

119. Given the above, it follows that, Pharmavite is aware that consumers are concerned with the contents of their supplements.

120. Pharmavite is also aware that consumers seek supplements for specific health reasons.

121. Further, Pharmavite is aware that the consumers who seek out prenatal vitamins are a vulnerable group of consumers to whom such products' contents are of a heightened importance.

---

[55] D.C. Code §48-301 *et. seq.*

122. Pharmavite's Products are under-formulated as to folic acid; thus, consumers who take the Products for specific advertised health purposes, are not getting the proper or promised dosage: the results of this under-formulation could be fatal or life threatening.

123. Pharmavite's Products are also adulterated and contain quantifiable amounts of heavy metals and pesticides, all of which are harmful if exposed to both mothers and babies during the prenatal process.

124. Pharmavite's marketing practices are false and misleading and violate D.C. Code §28-3904, as they extoll the brain-supporting features of the product while exposing fetuses to concerning levels of known neurotoxins for which there is no established safe-harbor.

125. Pharmavite's Products are adulterated under DC Code §48-103 et seq., as the presence of these contaminants renders them unsafe for their intended population, directly contradicts the intended brain-support benefit of the Products, and renders the Products "injurious to health."[56]

**Pharmavite 's Marketing of Nature Made is Unconscionably Misleading and Omits Material Facts**

126. As noted previously, to capture the market for prenatal vitamins and supplements, Pharmavite markets its Nature Made Products as containing folic acid and supporting fetal brain growth (see figures above). Nature Made causes specific attention to be drawn to the claims of folic acid, as they are highlighted in yellow and circled on product packaging.

127. Nature Made claims that "every one" of their products have been "proven safe and nutritionally beneficial."

---

[56] D.C. Code §48-103 *et seq.*



**Figure 7**

128. Pharmavite has publicly admitted to levels of the toxic heavy metals lead and cadmium in their Nature Made Product – contaminants that:

    a.   Have no safe level recognized by public health authorities for developing children.

    b.   Their competitors are able to avoid or achieve significantly lower levels.

129. As a result, and as discussed further below, is in violation of D.C. Code §28-3904 et seq. as it has represented the Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

130. It is apparent that Pharmavite is aware of the intent of their marketing, as they take steps to educate consumers on the purpose for which their prenatal vitamins should be used.

25

# What are prenatal and postnatal multivitamins?

Having a baby is absolutely incredible. It also requires an incredible amount from your body. Prenatal and postnatal vitamins are designed to provide the essential nutrients that you and your baby need.

**Figure 8**

# What are prenatal and postnatal multivitamins good for?

These vitamins deliver essential nutrients that you and your baby need, including folic acid, iron, zinc and vitamin D. Our softgel formulas also contain omega-3 fatty acid DHA, which may help support fetal brain and eye development.[†]

**Figure 9**

## Who should take prenatal and postnatal multivitamins?

If you're pregnant or trying to become pregnant, then prenatal vitamins are for you. If you're a nursing mom, postnatal vitamins can help your body get the nutrients it needs. At Nature Made, we know that even the nurturer needs to be nurtured.

**Figure 10**

131. Pharmavite holds itself out as providing high quality nutrition to consumers, claiming that "nutrition is in our DNA."

## Nutrition is in our DNA

It all started with the idea that nature is the backbone of nutrition. Every day, our scientists, nutritionists and health experts totally geek out on what the incredible human body needs to stay, well, incredible. And we do it so we can provide you with the knowledge and high-quality supplemental nutrition you need to keep on doing all the things you do best.

**Figure 11**

132. Interestingly, on the Amazon.com page selling one of the Products, Nature Made omits the disclaimer on their website that their claim to be "specially formulated to support the development of baby's brain, nervous system, bones and eyes" has not been evaluated by the FDA.



**Figure 12**

133. As a result of omitting this disclaimer, Defendant is implicitly vouching for the veracity of those claims to the consumer and are making an unevaluated drug claim without properly warning consumers.

134. In addition to the assurances on the package, the website also explains what a supplement is and why it is important, highlighting the key nutrients and quality of Nature Made Products.

## What this Supplement is

Creating new life creates new nutritional needs too. And Nature Made® Multi Prenatal tablets are specially formulated to provide the nutritional support you need while you're trying to become pregnant and throughout your pregnancy. Our prenatal vitamin formula provides key nutrients such as folic acid and iron. And it also contains other important nutrients including zinc and vitamins A, C, D3 and E. Nature Made Multi Prenatal tablet is USP verified, so you can feel confident that you are choosing a high quality prenatal vitamin supplement.

**Figure 13**

135. In Figure 13 above, Nature Made not only informs what a supplement is, it represents that its Products are "a high quality prenatal vitamin supplement."

136. Indeed, Nature Made extolls the virtues of their quality systems, claiming to screen their products for purity and potency. As a result, they claim to provide "quality you can trust."

## Quality you can trust

If you care this much about what goes in your body then we believe it should be the best quality. We go the extra step to ensure our vitamins and supplements are USP certified when possible. Meaning they've been tested for purity and potency by the U.S. Pharmacopeia so you know you're getting the good stuff.

 

**Figure 14**

137. In addition to marketing claims on their packaging and website, Pharmavite emphasizes product purity and quality through its digital media presence, to include their YouTube channel.

138. In one video titled "Nature Made: Quality You Can Trust," posted to their channel on June 3,

2020, they emphasize that their purity and potency are USP verified.[57] See Figure 15 below.



**Figure 15**

139. In this same video, Pharmavite states they are the "#1 Pharmacist Recommended Vitamin & Supplement Brand,"[58] See Figure 16 below.

---

[57] Youtube, *Nature Made: Quality You Can Trust,* https://www.youtube.com/watch?v=aV2KF0DaCfc
[58] *Id.*



**Figure 16**

140. Pharmavite has previously been criticized by the National Advertising Division (NAD) specifically for the placement of this claim in commercials, and for failing to make the disclosure about the source of this claim "clear and conspicuous."[59]

141. Upon information and belief, this video, or a video similar to it, was broadcast on television and across streaming services.

142. Upon information and belief, the use of this claim in this video, or a video similar to it, did not contain a disclosure about the source of this claim that was "clear and conspicuous."

143. It follows that Pharmavite has violated D.C. Code §28-3904 *et seq.*, as it has represented the Nature Made Products as "… a particular standard, quality, grade, style, or model," when in

---

[59] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.

fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

144. Defendant's repeated claims to perform purity testing are strange given their behavior. During pre-suit discussions, Plaintiff's counsel shared testing results with the Defendant in the spirit of resolving the matter without litigation. Defendant repeatedly refused to share their own testing results – instead opting to obfuscate and delay.

145. Even more direct, their website promises, "We're here for your health!"



**Figure 17**

146. Pharmavite fails to state the "material fact" that the Products contain contaminants which serve the exact opposite purpose of healthful supplements, and, in fact, are injurious to health.

147. Pharmavite is aware many women do not receive enough folic acid, marketing their product as a solution to this very issue:



**Figure 18**

148. Pharmavite has violated D.C. Code §3904 *et seq.,* as their product misrepresents the folic acid content of the Products, as the Products are severely under-formulated.

149. Pharmavite also publishes their commitment to good health at the core of every product. They promise products are "backed by decades of scientific research and high- quality ingredients."

### Our Commitment

Our commitment to your good health lies at the core of every product we make—backed by decades of scientific research and high-quality ingredients. At Nature Made, we create thoughtfully designed products to fit your lifestyle needs at every stage.

**Figure 19**

150. Again, in Figure 19 above, Nature Made has misrepresented the Product's quality, as the analytical testing below has shown, the Products contain detectable levels of heavy metal toxins (See lab reports attached at Exhibit 1).

151. Moreover, Pharmavite misrepresents the Product's quality, as they are under-formulated, denying consumers the very crux of a prenatal vitamin.

152. To set itself apart from competitors, in Figure 20 below, Nature Made touts the benefits of its

33

supplements, to include folic acid. It again guarantees the high quality of its standards, ingredients, and manufacturing process.



**Figure 20**

153. Pharmavite not only makes promises about what *is not* in its Nature Made Products, it also makes multiple promises about what *is* contained in the Products, namely folic acid.



**Figure 21**

154. Pharmavite's promises of folic acid on its packaging, website, and marketing give a false expectation that the Products possess a properly formulated serving of folic acid.

155. The Products are under-formulated as to folic acid, well below the promises made on the packaging and website and well below the medically recommended dosage of 400mcg of folate daily

156. Pharmavite's promises of folic acid on its packaging violate D.C. Code §28-3904, as the website, packaging and marketing gives consumers a false expectation that the Products will contain 800mcg/serving of folic acid.

157. The Products in fact contain 368 mcg/serving of folic acid, well below the promise of 800mcg, and well below the quality promised by Pharmavite.

158. In addition to the under formulation of the Products, the Products also contain quantifiable amounts of heavy metals.

159. These heavy metal toxins are not listed, labeled, or advertised and have extreme negative health effects on both mother and fetus:

    a. Lead

    b. Cadmium

160. Further yet, the Products also contain detectable amounts of World Health Organization ("WHO") Classified pesticides, denoted as "moderately hazardous to human health."

161. Consumers who seek out and purchase the Products do not expect them to be under formulated or even worse, contain toxic heavy metals and pesticides in any quantifiable amount.

162. Moreover, consumers would not purchase products made solely for the supplementation of healthy prenatal process if they knew they contained ingredients that could in fact encourage the exact opposite.

163. Thus, Pharmavite has violated D.C. Code §28-3904, as the Products are well below the quality and grade promised by Nature Made.

164. Further, Pharmavite has also violated D.C. Code §48-103, as the contaminants in the Products render them "injurious to health."

**The Under Formulation of the Products**

165. CLP caused the purchase the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

166. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

167. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained exclusively by CLP to protect independence and confidentiality.

168. As a result of the Quantitative testing, the sample of Defendant's Products yielded a folic acid content of:

    a. Nature Made Prenatal Multi + DHA (110 ct):

        i. Claimed Amount 800 mcg/serving

        ii. Testing results 368 mcg/serving, 46% of label claim

    b. Nature Made Prenatal Multi + DHA (115 ct):

        i. Claimed Amount 800 mcg/serving

36

ii.   Testing results 546 mcg/serving, 67% of label claim

c.   Nature Made Prenatal Gummies – Mixed Berry (60ct)

i.   Claimed Amount 360 mcg/serving

ii.   Testing results 308 mcg/serving, 86% of label claim

## The Presence of Quantifiable Amounts of Heavy Metals in the Products

169. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

170. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

171. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

172. The results are in parts-per-billion (ppb):

a.   Nature Made Prenatal Multi (90ct):

i.   As a result of the quantitative testing, the sample of Defendant's Product yielded a lead content of 201.13ppb, which is on a per-serving basis higher than 64% of other prenatal vitamins tested.

      ii.  As a result of the quantitative testing, the sample of Defendant's Product yielded a cadmium content of 157.29ppb, which is on a per-serving basis higher than 63.5% of other prenatal vitamins tested.

b.  Nature Made Prenatal Multi (250 ct):

      i.  As a result of quantitative testing, the sample of Defendant's Product yielded a lead content of 162 ppb, which on a per-serving basis is higher than 55.6% of other prenatal vitamins tested.

      ii.  As a result of quantitative testing, the sample of Defendant's Product yielded a cadmium content of 176 ppb, which on a per-serving basis is higher than 69.9% of other prenatal vitamins tested.

c.  Nature Made Prenatal Multi + DHA (110 ct):

      i.  As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 239 ppb, which on a per serving basis is higher than 90.1% of other prenatal vitamins tested.

d.  Nature Made Prenatal Multi + DHA (115 ct):

      i.  As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 189 ppb, which on a per serving basis is higher than 85.2% of other prenatal vitamins tested.

e.  Nature Made Prenatal Multi + DHA (60 ct):

      i.  As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 143 ppb, which on a per serving basis is higher than 79.3% of other prenatal vitamins tested.

f.  Nature Made Prenatal Multi + DHA (150 ct):

i. As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 142 ppb, which on a per serving basis is higher than 79% of other prenatal vitamins tested.

**The Presence of Pesticides in the Products**

173. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

174. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

175. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

176. Analytical testing identified detectable amounts of pesticides in the following products:

a. Nature Made Prenatal Multi + DHA (110 ct):

i. Fenpyroximate, a class II hazardous pesticide (moderately hazardous to human health).

ii. Indoxacarb, a class II hazardous pesticide (moderately hazardous to human health).

iii. Proquinazid, a class II hazardous pesticide (moderately hazardous to human health).

39

      iv.  Tebuconazole, a class II hazardous pesticide (moderately

           hazardous to human health).

### **Pharmavite Knew or Should Have Known its Representations Were False**

177. Pharmavite holds itself out to the public as a trusted source of prenatal supplements and vitamins.

178. Pharmavite knew, or should have known, what representations it made on the labels (as noted in the figures above) of the Products. Pharmavite also knew or should have known how its Products were sourced, processed, and marketed.

179. Pharmavite knew, or should have known, the facts demonstrating that the Products were mislabeled, falsely advertised, and adulterated.

180. Pharmavite was previously investigated by the New York Attorney General in 2015 for failing to comply with label claims around active ingredients in its supplement products. The New York Attorney General demanded detailed ingredient and quality control information on every herbal supplement Pharmavite sold in New York State, after a study they conducted demonstrated that four in five products contained none of the herbs listed on the labels.[60]

181. As a result of that investigation, Pharmavite knew, or should have known, that improvements to their quality control processes were required to ensure accurate labeling of ingredients and the nutrition facts panel.[61]

182. Pharmavite has previously had their label claims challenged by the Federal Trade Commission (FTC) surrounding their use of false and misleading claims surrounding a cholesterol product in

---

[60] Drug Discovery Trends.com, *NY Attorney General Expands Herbal Supplement Investigation,*
https://www.drugdiscoverytrends.com/ny-attorney-general-expands-herbal-supplement-investigation/.
[61] *Id.*

which the FTC indicated there was "little clinical evidence" to substantiate claims made by Pharmavite. In response, Pharmavite removed the misleading claims from advertising, website, and packaging.[62]

183. As a result of the FTC investigation, Pharmavite knew, or should have known, about the importance of verifying numerical label claims and functional health claims.

184. Pharmavite has previously had its label claims challenged by the National Advertising Division (NAD) of the Better Business Bureau for failing to properly identify the source of a particular claim, and for failing to provide substantiation of two other claims.[63]

185. In 2014, in response to this challenge Pharmavite permanently discontinued commercials being run at the time that NAD challenged them.[64]

186. D.C. consumers rely on label representations and marketing information in making purchase decisions.

187. Pharmavite made false, misleading, and deceptive representations and omissions, intending for D.C. consumers to rely upon those representations and omissions in purchasing the Products.

188. Pharmavite knows that D.C. consumers seek out prenatal supplements that consumers believe to be properly formulated and not adulterated.

189. Upon information and belief, Pharmavite has failed to remedy the problem with the Products, causing ongoing harm to D.C. consumers.

---

[62] Federal Trade Comission. *Closing Letter, Matter No. 0723233*
https://www.ftc.gov/sites/default/files/documents/closing_letters/pharmavite-llc/090416cholestoffclosingletter.pdf
[63] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.
[64] *Id.*

190. D.C. consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with misleading and/or deceptive representations or omissions.

191. Reasonable consumers do not expect Defendant's Products, represented and advertised as prenatal vitamins containing 800 mcg/serving of folic acid, to in fact contain far less than labeled.

192. Reasonable consumers do not expect Defendant's Products, represented and advertised as a prenatal vitamin, to be adulterated and to contain toxic heavy metal and pesticides that are dangerous and adverse to the prenatal process and undermine the very purpose of the Products.

**Cause of Action: Violation of the District of Columbia Consumer Protection Procedures Act**

193. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), Plaintiff brings this claim on behalf of itself and the general public of the District of Columbia for Pharmavite's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

194. Plaintiff incorporates by reference all allegations in the preceding paragraphs of this Complaint.

195. Pharmavite labeled and advertised the Nature Made Products as containing 800mcg/serving of folic acid when in fact it is under-formulated and contains only 368 mcg/serving of folic acid which is under-formulated by forty-six percent (46%).

196. Pharmavite adulterated the Products as the presence of heavy metals and pesticides impairs the neurological development of the fetus, which is the purpose of the prenatal vitamin.

197. Pharmavite's advertising of the Products misrepresents, tends to mislead regarding material facts, and omits facts regarding: the source, characteristics, standard, qualities, or grades that Pharmavite states and implies.

42

198. The Products lack the characteristics, ingredients, benefits, standard, qualities, or grades that Pharmavite states and implies.

199. Pharmavite's misstatements, innuendo, and omissions of fact are material and have the tendency to mislead.

200. Pharmavite knowingly did not sell the Products as advertised.

201. The facts as alleged above demonstrate that Pharmavite has violated the CPPA, D.C. Code §28-3901 *et seq.*

202. Pharmavite's conduct is unlawful trade practice "whether or not any consumer is in fact mislead, deceived or damaged thereby." D.C. Code §28-3904.

203. CLP has a sufficient nexus to D.C. consumers of the Products to adequately represent their interests.

204. Given that Pharmavite misrepresents the characteristics, ingredients, and benefits of the Products; misrepresents the standard, quality, and grade of the Products; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead reasonable consumers with regard to material facts about the Products; and advertise the Products without the intent to sell the Products as advertised, and has adulterated the Products, Pharmavite marketing of the Products violates D.C. Code §28-3901 *et seq.*

205. Specifically, Pharmavite has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

    a. represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;…

43

    d.   represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another.

    e.   misrepresent as to a material fact which has a tendency to mislead; …

    f.   fail to state a material fact if such failure tends to mislead

           f-1. [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead;

           … [or]

    h. advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

206. Additionally, Pharmavite has violated D.C. Code §28-3904 *et seq,* pursuant to the definition of "Adulterated," as defined in D.C. Code §48-103, as the presence of these contaminants render the Products "injurious to health."

207. Pharmavite is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant under D.C. Code §29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-3901(a)(7).

208. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action seeking relief from the use of a trade practice in violation of a law of the District of Columbia, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or family purposes."

209. CLP is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that purchased the

Products in order to test or evaluate their qualities.

210. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

211. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

212. As set forth in this Complaint, Plaintiff was founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiff's mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiff has previously represented District consumers in similar actions under the CPPA.

213. Plaintiff is a public-interest organization pursuant to D.C. Code §28-3905(k)(1)(D) and brings this action on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(1)(A).

214. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

215. Plaintiff is a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit

organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest

organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiff prays for judgment against Defendant, including the remedies available
under

D.C. Code §28-3905(k)(2)(A-F):

A. A Declaration that Defendant's conduct is in violation of the CPPA.

B. An Order enjoining Defendant's conduct found to be in violation of the CPPA.

C. An Order requiring Defendant to provide corrective advertising to the residents of
the District of Columbia that restores consumers.

D. An Order granting Plaintiff's costs and disbursements, including reasonable
attorneys' fees and expert fees, and prejudgment interest at the maximum rate
allowable by law.

## **Jury Trial Demanded**

Plaintiff Clean Label Project hereby demands a trial by jury.

Dated: <u>11/3/2020</u>

Respectfully submitted,

Attorneys for Clean Label Project (CLP)

/s/ Travis Pittman
Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD 21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com

Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

**ATTACHMENT B**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION * | |
| A 501(c)(3) | |
| 280 E. 1ˢᵗ Ave., #873 * | Case No. 2020 CA 003912 B |
| Broomfield, Colorado 80038 | |
| * | |
| ~~and~~ | COMPLAINT |
| * | |
| ~~GMO FREE USA d.b.a. TOXIN FREE USA~~ | DEMAND FOR JURY TRIAL |
| ~~P.O. Box 458~~ * | |
| ~~Unionville CT, 06085~~ | |
| * | |
| Plaintiff~~s~~, | |
| * | |
| v. | |
| * | |
| PHARMAVITE, LLC | |
| * | |
| Serve on: | |
| Corporation Service Company * | |
| 2710 Gateway Oaks Drive, Suite 150N | |
| Sacramento, CA 95833-3505 * | |
| | |
| Defendant. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S FIRST AMENDED COMPLAINT

On behalf of themselves and the general public, Plaintiff~~s~~, Clean Label Project Foundation

("Clean Label Project" or "CLP") ~~and GMO Free USA d.b.a. Toxin Free USA ("Toxin Free USA")~~,

hereinafter "Plaintiff~~s~~," by and through ~~their~~ **its** counsel, bring**s** this action against Pharmavite, LLC

("Pharmavite") hereinafter Defendant,  regarding the deceptive labeling, marketing, and sale of Nature

Made Prenatal Multi (90 ct), Nature Made Prenatal Multi (250 ct), **Nature Made Prenatal Multi +**

**DHA (60 ct), Nature Made Prenatal Multi + DHA (150 ct)**, Nature Made Prenatal Multi + DHA

(110 ct), and Nature Made Prenatal Multi +DHA  (115ct), ("Products")[1] that are under-formulated

---

[1] Discovery may demonstrate that additional Pharmavite Products are within the scope of this Complaint.
Plaintiff**s** reserve**s** the right to amend this complaint to include additional prenatal items identified through the
course of discovery.

with respect to folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals and detectable amounts of pesticides. Contrary to Defendant's promises and assurances, CLP facilitated independent testing and discovered that the amount of folic acid stated on the labels in the Products is unconscionably under-formulated, well below industry and medical standards. Further, the adulterated Products are exposing mothers and their babies to contaminants, to include lead, cadmium, and pesticides – compounds and contaminants known to cause reproductive harm in fetuses and infants.  Plaintiffs alleges the following based upon information, belief, and the investigation of its counsel:

**Introduction**

1. Pregnancy can be a high-risk time, with as few as sixty-two percent (62%) of pregnancies ending in a live birth.[2]

2. Gestation, the period of development comprising embryonic and fetal development, is a "critical period" in human life.

3. This critical period is often referred to as "prenatal" development.

4. "Critical periods" are so named because disruption of development during those phases is often irreversible, placing incredible importance on ensuring developing brains and bodies are left unobstructed during these periods.

5. In the case of fetal neurodevelopment, a number of highly important processes occur during even the first month of pregnancy.

6. During the critical periods, essential neurodevelopment occurs, including aspects of

---

[2] Center for Disease Control and Prevention, *US Pregnancy Rate Lowest in Two Decades* (Dec. 15, 1999), https://www.cdc.gov/nchs/pressroom/99facts/pregrate.htm.

neurogenesis – the formation of neurons ("brain cells") and the formation of the complex

interconnection of neurons that give rise to the human experience (synaptogenesis).[3]

7. Although the brain continues to develop and change after birth and into adulthood, the prenatal

period can have a lasting effect on the adequacy of neurodevelopment and quality of life.

8. How thoroughly a brain develops depends on many factors in addition to genes, such as:[4]

   a.   Proper nutrition starting in pregnancy.

   b.   Exposure to toxins or infections during these critical periods.

   c.   The child's experiences with other people and world after birth.

9. For these reasons, it is critically important to ensure that prenatal development proceeds as

smoothly as possible.

10. Thus, it is the duty of brands assisting in this critical prenatal development period to:

   a.   Provide consumers with nutrients needed to ensure proper development.

   b.   Ensure that the brand's products do not provide deleterious chemicals that may detract

        from healthy development.

11. Many of these critical processes require specific essential nutrients, such as vitamins, to occur

correctly, and the failure of these processes is often irreversible.

12. One such critical process is the folding of the neural crest into the neural tube: when a flat layer

of specialized cells in the embryo "folds" and seals shut, eventually creating a cylinder of cells

---

[3] Huttenlocher, P. R., & Dabholkar, A. S, *Regional differences in synaptogenesis in human cerebral cortex*, 287(2) Journal of comparative Neurology 167-178 (1997).
[4] Gibbs, B. G., & Forste, R, *Socioeconomic status, infant feeding practices and early childhood obesity,* 9(2) Pediatric obesity 135-146 (2014).

that will grow to become the central nervous system (the brain and spine).[5]

13. If this sealing process or one of its immediate consequences, which occurs during the third week of pregnancy, is unsuccessful, the child will develop one of a host of complications cumulatively referred to as Neural Tube Defects ("NTDs").

14. These NTDs take many forms, but all involve some form of disruption of central nervous system functioning – ranging from lower limb paralysis (*spina bifida)* to the child being born without a brain (*anencephaly)*. Many NTDs are fatal, often resulting in nonviable pregnancy or still birth.[6]

15. While many factors play a role in the development of NTDs, proper nutrition is critical in reducing risk.

16. Specifically, ensuring adequate maternal intake of vitamin B9 (folate/folic acid) is essential in reducing the risk of NTDs.

17. Unfortunately, in many cases it is difficult or impossible for women to attain sufficient folate/folic acid in their diets to minimize their fetuses' risk of an NTD.[7]

18. As a consequence, medical experts recommend women who are or may become pregnant supplement their diet with a prenatal vitamin which, among other nutrients, contains folate/folic acid.[8]

19. Given the above, it follows that supplements designed to ensure prenatal health have become increasingly important to consumers, to include D.C. consumers.

---

[5] Blom, H. J., Shaw, G. M., den Heijer, M., & Finnell, R. H, *Neural tube defects and folate: case far from closed*, 7(9) Nature Reviews Neuroscience 724-731 (2006).
[6] *Id*.
[7] Healthy Children.org, *Where We Stand: Folic Acid* (Nov. 2019), https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[8] *Id.*

20. Consumers seek out and choose prenatal vitamins based on the concerns regarding supplements such as folic acid.

21. This consumer interest has given rise to a highly competitive $445M market.[9] In a recent survey, one-hundred percent (100%) of women living in the District of Columbia or its surrounding states indicated that they took a prenatal vitamin during pregnancy.[10]

22. In order to gain a share in this market, prenatal vitamin brands market their product as working to ensure proper prenatal development.

23. Pharmavite's Nature Made is one such brand, marketing a line of prenatal vitamins suggesting that Nature Made "supports the development of brain, eyes and the nervous system."

24. Packaging for Nature Made prenatal vitamins makes numerous claims referencing brain health:

   a. Nature Made packages its Products as "[s]upport[ing] the development of baby's brain, eyes, & nervous system."

   b. Nature Made also boasts, "Complete Prenatal Multivitamins with Folic Acid Plus DHA" on the front middle of the Product box, directly below the previous statement.

   c. Nature Made assures that its Product "Provides 100% Daily Value of Folic Acid."

   d. Nature Made also addresses folic acid on the front of the Product by stating, "Contains folic acid and 17 other nutrients for baby's development & mom."

   e. Both phrases are encircled in purple and orange respectively, drawing extra attention to

---

[9] Grand View Research, *Prenatal Vitamin Supplement Market Size, Share & Trends Analysis Report By Product Form (Capsules, Powder, Gummy), By Distribution Channel, By Region, And Segment Forecasts, 2019 – 2025* (Aug. 2019), https://www.grandviewresearch.com/industry-analysis/prenatal-vitamin-supplement-market.
[10] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

the information.

 

**Figure 1**

25. Nature Made draws extra emphasis to the promise of complete folic acid by displaying the Supplement Facts on the back of the Product:

| Supplement Facts | | |
| --- | --- | --- |
| Serving Size: 1 Tablet | | |
| Servings per Container: 90 | | |
| | Amount Per Serving | % Daily Value |
| Vitamin A (as Beta Carotene) | 2667 IU | 33% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as d-Alpha Tocopheryl Acetate) | 33 IU | 110% |
| Vitamin K (as Phytonadione) | 30 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 70% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 78% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 46% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 60% |
| Calcium (as Calcium Carbonate) | 200 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

**Figure 2**

26. One component feature of Nature Made's "brain development" platform is their use of Docosahexaenoic acid (DHA), a fatty acid which plays a role in neurogenesis.[11]

---

[11] Bradbury, J. (2011). *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain.* Nutrients, *3*(5), 529-554

**Nature Made® Prenatal Multi +
DHA Softgels**

Formulated to support the development of baby's brain, nervous system, bones and eyes.
And they have clinically proven absorption of iron and folic acid. Think of it as nutritional
support for you and your bump!

**Figure 3**

27. Pharmavite is aware of the importance of supplements during the delicate prenatal process, as it

   is the sole reason for the creation of the market for the Products.

28. Pharmavite is aware that proper folic acid fortification "may reduce a woman's risk of having a

   child with a neural tube defect."

**Benefits**

* Scientifically formulated with essential vitamins and minerals that are essential during
  pregnancy and 200 mg DHA
* DHA: may help support fetal brain and eye development†
* Folic Acid: Adequate folic acid in healthful diets may reduce a woman's risk of having a
  child with a neural tube defect
* Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body†
* Calcium and Vitamin D3: help build and support strong bones†
* Vitamin A: helps support healthy eye function†
* Vitamins A, C, and D and Zinc: help support the immune system†
* Vitamins C and E: provide antioxidant support†
* B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12): support cellular
  energy production†
* Magnesium: helps support nerve, muscle and heart function†

**Figure 4**

7

**Nature Made® Prenatal Multi Tablets**

Provides daily nutritional support before and during pregnancy.* Specially formulated to support the development of your baby's brain, nervous system, bones and eyes, it's big support for your little one.*

**Figure 5**

29. Pharmavite is aware of the formulation standards for vitamins.

30. Pharmavite is aware of how it packages their Products.

31. Given the risks of disrupted prenatal development, it is critically important to ensure that Pharmavite's "brain development" claims are true.

32. The Products in question are:

      a.   **Nature Made Prenatal Gummies – Mixed Berry (60ct)**

      b.   Nature Made Prenatal Multi (90ct)

      c.   Nature Made Prenatal Multi (250ct)

      d.   **Nature Made Prenatal Multi + DHA (60ct)**

      e.   **Nature Made Prenatal Multi + DHA (150ct)**

      f.   Nature Made Prenatal Multi + DHA (110ct)

      g.   Nature Made Prenatal Multi + DHA (115ct)

33. Plaintiffs caused the Products to be purchased for the purpose of evaluation by an ISO 17025 accredited third-party analytical chemistry laboratory. The results were reviewed and assessed by a third-party toxicologist.

8

34. At least one Nature Made Product was significantly under-formulated for folate/folic acid. Nature Made Products contained concerning levels of the neurotoxins lead and cadmium, as well as pesticides, all of which are linked to developmental toxicity.

35. This testing suggests that the above-mentioned contaminants are present in the Products, or at a minimum, that Pharmavite makes no efforts to confirm that they are not present. As a result, D.C. consumers who are led to believe that the Products support a fetus's healthy growth and promote brain, eye, and nervous system development for their unborn child in fact bear the risk of purchasing products that contain quantities of pesticides and toxic heavy metals – compounds known to deleteriously impact brain development.

36. **As a result of this under-formulation, consumers of Pharmavite's products in the District of Columbia are defrauded and deprived of the value of the product they are purchasing, and are materially harmed beyond any potential injury visited upon pregnant mothers and their fetuses.**

37. The Environmental Protection Agency ("EPA"), Food and Drug Administration, the World Health Organization, the Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated there is no safe level of lead for children.

   a. The EPA has stated, "The Maximum Contaminant Level Goal for lead is zero. EPA has set this level based on the best available science, which shows there is no safe level of exposure to lead."[12]

---

[12] EPA, *Basic Information about Lead in Drinking Water* (Aug. 13, 2020), https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#:~:text=EPA%20has%20set%20the%20maximum,in%20the%20body%20over%20time.

b.   The Food and Drug Administration has stated that "[t]here is no known identified safe blood lead level."[13]

c.   The World Health Organization has likewise stated, "The neurological and behavioral effects of lead are believed to be irreversible.  There is no known 'safe' blood lead concentration…"[14]

d.   The Centers for Disease Control have found "[n]o safe blood level of lead has been identified."[15]

e.   The American Medical Association has stated, "We know that there is no safe level of lead."[16]

f.   The American Academy of Pediatrics has stated, "There is no safe level of lead exposure in children, with lasting decreases in cognition documented in children with blood levels as low as five micrograms per deciliter of lead in blood."[17]

38.   Cadmium is a toxic heavy metal, known to have severe short- and long-term neurotoxic effects.[18]

---

[13] Welch, Teresa, *Lead Found in 20% of Baby Food, Report Says* (June 19, 2017), https://www.charlotteobserver.com/news/nation-world/national/article157063044.html.
[14] The World Health Organization, *Lead Poisoning and Health* (Aug. 23, 2019), https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health#:~:text=The%20neurological%20and%20behavioural%20effects,behavioral%20difficulties%20and%20learning%20problems.
[15] CDC, *National Biomonitoring Program, Factsheet* (July 12, 2013), https://www.cdc.gov/biomonitoring/Lead_factsheet.html#:~:text=No%20safe%20blood%20lead%20level,half%20a%20cup%20of%20liquid.).
[16] AMA, *AMA Adopts New Policies to Prevent Future Lead Poisoning* (June 14, 2016), https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policies-prevent-future-lead-poisoning.
[17] American Academy of Pediatrics, *Lead Exposure in Children*, https://www.aap.org/Pages/ErrorPage.aspx?requestUrl=https://www.aap.org/en-us/advocacy-and-%20policy/aap-health-initiatives/lead-exposure/Pages/Lead-Exposure-in-Children.aspx.
[18] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural regeneration research 1879 (2018).

39. The European Union has declared cadmium a "Substance of Very High Concern"[19] and is one of only six hazardous substances banned from use in Europe in electrical and electronic equipment due to the hazard posed to human health.[20]

40. Some states, such as Maryland, have banned cadmium in children's products.[21]

41. One of the pesticides detected in Pharmavite Products is a World Health Organization ("WHO") Class II pesticide, which are "moderately hazardous to human health."

42. In a census-balanced survey commissioned by CLP of 630 mothers who took prenatal vitamins during pregnancy, eighty-three percent (83%) felt that they would not have purchased the products if they had discovered it was under-formulated and eighty-four percent (84%) of moms would want their money back.[22]

43. As noted above, these neurotoxins have no known safe level for prenatal exposure; thus, they represent a serious and present risk to the neurological health of these developing children.

44. Likewise, under-formulating prenatal vitamins for folate/folic acid represents a risk to developing fetuses and infants, as it may cause a failure to receive the adequate amount of folic acid necessary for developmental needs.

45. The presence of these contaminants is neither "normal" nor "unavoidable," as a comprehensive category test of over 200 prenatal vitamins commissioned by CLP has revealed that the levels

---

[19] European Chemicals Agency, *Candidate List of Substances for Very High Concern for Authorisation* (Aug. 26, 2020), https://echa.europa.eu/candidate-list-table/-/dislist/details/0b0236e1807dd024.

[20] Laser Focus World [online], *European Commission to Prohibit from TV's and Displays by October 2019* (Aug. 22, 2017), https://www.laserfocusworld.com/lasers-sources/article/16569155/european-commission-to-prohibit-cadmium-from-tvs-and-displays-by-october-2019#:~:text=European%20Commission%20to%20prohibit%20cadmium%20from%20TVs%20and%20displays%20by%20October%202019,-Nanoco%2C%20which%20makes&text=Cadmium%20is%20one%20of%20six,protect%20human%20and%20environmental%20health.

[21] Safer States, *Maryland* (Aug. 26, 2020), https://www.saferstates.com/states-in-the-lead/maryland/.

[22] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

of these contaminants are unusually high relative to competitive prenatal vitamin brands. Likewise, the majority of prenatal vitamins were not under-formulated for folate/folic acid.

46. This means that consumers selecting a prenatal vitamin to ensure proper prenatal health during this critical period of neurodevelopment would expose the fetuses and/or infants to *less* of the neurotoxins cadmium and lead (and would provide them with more folate/folic acid) than by picking nearly any brand other than Nature Made.

47. Given the ubiquity of the public health and public policy positions above, Pharmavite knew or should have known of the risk of these toxins in the Products and should have taken steps to avoid these contaminants as their competitors clearly have done.

48. Thus, the Products are adulterated under DC Code §48-103 *et seq.* as the presence of these contaminants poses a risk to the neurological health of the developing fetuses and/or infants and the avoidable presence of these contaminants directly contradict the "brain development" functions touted by Pharmavite.

49. As a result of Pharmavite's claims and marketing, D.C. consumers, who are led to believe that the Products are safe and effective and free of concerning levels of contaminants, in fact bear the risk of purchasing products that are under-formulated and not free of concerning quantities of heavy metals and pesticides.

50. A reasonable D.C. consumer would not expect Products claiming to support "brain health" to contain high levels of lead or cadmium.[23]

51. A reasonable D.C consumer would not expect products claiming to provide the recommended daily value of folic acid to be under-formulated for folic acid.[24]

---

[23] As noted above, a large percentage of Nature Made's competitors do not have these significant issues.
[24] *Id.*

52. In sum, Pharmavite is deceiving D.C consumers into believing that the Products support "brain development" when they contain avoidable levels of multiple deleterious neurotoxins with no known safe level in Products intended for use during a critical period of neurodevelopment. Simultaneously, Pharmavite Products are under-formulated for the principle active ingredient of folate/folic acid.

53. Pharmavite's false and misleading representations and omissions, including any tendency to mislead or omit, violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

54. Pharmavite's labeling and advertising of the Products tend to mislead and are materially deceptive about the true nature, quality, and ingredients of the Products. Plaintiffs brings this deceptive advertising and adulteration cause on behalf of themselves and the general public, and seek relief, including but not limited to: an injunction to halt Pharmavite's false and misleading marketing and sale of Nature Made Products.

## Jurisdiction and Venue

55. This Court has personal jurisdiction over the parties in this case. Plaintiffs, by filing this Complaint, consents to this Court having personal jurisdiction over them and this matter.

56. This Court has personal jurisdiction over Defendant pursuant to D.C. Code §13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them given that, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avail themselves of the laws of the District of Columbia through their marketing and sales of the Products in the District of Columbia.

57. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §28-

13

3905(k)(1)(B), (k)(1)(C) and (k)(2).[6]

## Parties

58. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

59. CLP performs its work throughout the United States, including in the District of Columbia.

60. CLP uses state-of-the-art accredited laboratory testing to identify the best and worst labeled products and publishes top and bottom performers on its website free of charge.

61. CLP was formed in 2016 with the goal of reducing contamination across all consumer-packaged goods products.

62. CLP has an interest in food label truth and transparency, and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, allowing consumers to make data-based decisions.

63. In 2018, CLP caused the purchasing of the Nature Made Products, as well as over 200 other prenatal vitamin products in order to evaluate their levels of folic acid.

64. ~~Toxin Free USA is a 501(c)(3) non-profit, public-interest organization whose mission is to harness independent science and agroecology concepts to advocate for clean and healthy food and ecological systems. Toxin Free USA educates consumers about the potential hazards of toxic heavy metals, synthetic ingredients, pesticides and biocides, and genetically engineered organisms.~~

65. ~~Toxin Free USA performs its work throughout the United States, including in the District of~~

14

~~Columbia. Toxin Free USA volunteer staff reside in or near the District of Columbia.~~

66. ~~Toxin Free USA was formed in 2012 with the intent of organizing national boycotts of food companies that use genetically modified ingredients and related synthetic herbicides and pesticides in their products, and pressuring companies to remove those ingredients.~~

67. ~~Consequently, Toxin Free USA firmly believes in food transparency. The organization diligently works to promote food and ecological systems that are clean, accessible, and free of contamination. To that end, Toxin Free USA educates consumers, increasing their awareness and knowledge of toxins used in agricultural production and their effect on health and the environment.~~

68. ~~Additionally, Toxin Free USA's website, publications, public education, research, network building, and mobilization activities provide an important service to consumers and community activists every month.~~

69. At all times herein Pharmavite was a California limited liability company with its principal place of business in West Hills, California.

70. Defendant markets and distributes the Products online and in retail stores in the District of Columbia and throughout the United States.

71. Upon information and belief, Defendant has caused harm to the general public of the District of Columbia.

72. Plaintiff~~s are~~ **is** acting on behalf of the general public as private attorneys pursuant to D.C Code §28- 3905(k)(1)(C)-(D).

73. Plaintiff~~s are~~ **is a** non-profit organization~~s~~ pursuant to D.C. Code §28-3901(a)(14) and the public- interest organizations pursuant to D.C. 28-3901(a)(15). Plaintiff~~s are~~ **is a** longstanding advocates of the rights of consumers, including but not limited to D.C. consumers, for truthful

15

labeling and marketing.

### The Importance of Folic Acid

74. Vitamin B9 (Folate) is an essential vitamin that plays a critical role in the development of DNA.

75. The synthetic form of folate most commonly used in supplements is folic acid.[25]

76. Fortification with folic acid has been linked to reductions in the incidence of several NTDs.[26]

77. The consequences of improper folic acid fortification can be severe and can include loss of life for the child so impacted.

78. Newborns with anencephaly, an NTD in which some or all of the brain fails to form, usually do not live long, and those with spina bifida may be permanently disabled.

79. NTDs can be avoided with proper folate/folic acid intake during pregnancy.

80. NTDs linked to folate/folic acid-insufficiency have been referred to as an "unnecessary epidemic."[27]

81. For this reason, supplementing with folate/folic acid is an important step in prenatal neurodevelopment.

82. The CDC recommends women start taking folic acid every day for at least a month before becoming pregnant, and every day while pregnant.[28]

83. The recommended dose for all women of childbearing age is 400 mcg of folate/folic acid

---

[25] Center for Disease Control, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[26] Centers for Disease Control and Prevention (CDC), *Spina bifida and anencephaly before and after folic acid mandate--United States, 1995-1996 and 1999-2000*, MMWR, 53(17) Morbidity and Mortality Weekly Report 362 (2004).
[27] Brent, R. L., Oakley, G. P., & Mattison, D. R., *The unnecessary epidemic of folic acid-preventable spina bifida and anencephaly*, 106(4) Pediatrics 825-827 (2000).
[28] WebMD, *Folic Acid and Pregnancy*, https://www.webmd.com/baby/folic-acid-and-pregnancy#1.

each day.[29]

84. However, the CDC recommends women who have already had an NTD-affected pregnancy consume 400 mcg of folic acid each day, even when not planning to become pregnant. When planning to become pregnant, the CDC recommends that these women consume 4,000 mcg of folic acid each day, one month before becoming pregnant, and through the first three months of pregnancy.[30]

85. Studies have confirmed that getting an adequate amount of folic acid will protect the fetus/infant from NTDs by at least fifty percent (50%).[31]

86. According to the CDC, for women who have already had a baby with an NTD, getting enough folic acid may reduce the risk of having another child with an NTD by as much as seventy percent (70%).[32]

87. The American Academy of Pediatrics ("AAP") has stated that "all women capable of becoming pregnant consume 400 micrograms per day of folic acid." Furthermore, "[a]lthough some foods are fortified with folic acid, it is not possible for women to meet the 400 mcg goal through a typical diet."

88. The AAP policy statement recommends a daily multivitamin tablet that contains folic acid in the recommended dose. Studies show that if all women of childbearing age met these dietary requirements, fifty percent (50%) or more of NTDs could be prevented.[33]

---

[29] CDC, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[30] Center for Disease Control and Prevention, *Effectiveness in Disease and Injury Prevention Use of Folic Acid for Prevention of Spina Bifida and Other Neural Tube Defects -- 1983-1991* (Aug. 2, 1991), https://www.cdc.gov/mmwr/preview/mmwrhtml/00014915.htm.
[31] CDC, *Preventing Neural Tube Defects: A prevention Model Resource Guide* (July 17, 2020), https://www.cdc.gov/ncbddd/orders/PDFs/09_202063A_Nash_Neural%20Tube%20BD%20Guide%20FINAL508.pdf%20(wed).
[32] Healthy Children.org, *Where We Stand: Folic Acid,* https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[33] *Id.*

89. Thus, ensuring adequate folate/folic acid intake is one of the principle purposes of a prenatal vitamin. Therefore, under-formulation for folic acid renders a prenatal vitamin adulterated under D.C. Code §48-103 *et seq*.

## The Dangers of Heavy Metals: Lead & Cadmium

### Dangers of Lead

90. Lead is a heavy metal and a known carcinogen and neurotoxin. Lead resembles other metals that the human body needs to properly function, and as such, it is readily absorbed into body tissue.[34]

91. Lead readily crosses the placenta, impacting embryonic and fetal development.[35]

92. Lead can damage and/or destroy cells once in the body: it also remains in the body for an extended period of time, causing even greater extent to the damage.[36]

93. Specifically, lead damages the myelin sheaths of neurons (protective insulation essential for proper neuronal functioning)[37] and interferes with neurotransmission (the communication between neurons)[38] both of which are potentially disastrous for human cognition & development.

---

[34] Wani, A.L., Ara, A., & Usmani, J.A., *Lead toxicity: a review*, 8(2) Interdisciplinary Toxicology 55-64 (2015), https://www.ncbi.nlm.nih.gov/PLC/articles/PMC4961898.

[35] Foltinova, J., Foltin, V., & Neu, E., *Occurrence of lead in placenta–important information for prenatal and postnatal development of child*, 28(4) Neuroendocrinology Letters 335-340 (2007).

[36] *Id*.

[37] Dabrowska-Bouta, B., Sulkowski, G., Bartosz, G., Walski, M., & Rafalowska, U., *Chronic lead intoxication affects the myelin membrane status in the central nervous system of adult rats*, 13(1-2) Journal of Molecular Neuroscience 127-139 (1999).

[38] Neal, A. P., & Guilarte, T. R., *Molecular neurobiology of lead (Pb 2+): effects on synaptic function*, 42(3) Molecular neurobiology 151-160 (2010).

94. Lead also interferes with the levels of Brain Derived Neurotrophic Factor ("BDNF") an important neuroprotective molecule that plays a principle role in neurodevelopment, specifically neurogenesis.[39]

95. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[40]

96. Thus, prenatal lead exposure has known adverse effects on maternal health and infant outcomes across a wide range of maternal blood lead levels.

97. A principle risk of prenatal exposure to lead is a reduction in intelligence, with experts demonstrating a direct relationship between childhood blood-lead levels and intelligence quotient (IQ).[41]

98. The consequences of even low-level (part-per-billion) exposure can be severe.

---

[39] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[40] *Id.*
[41] COUNCIL ON ENVIRONMENTAL HEALTH, 138:e20161493 Pediatrics (2016).



**Figure 6**

99. In Flint, Michigan, following city-wide exposure to part-per-billion levels of lead in drinking water, the portion of Flint's third graders who tested as proficient in reading at grade level fell from 41.8% to 10.7%.[42]

100. As discussed above, the Environmental Protection Agency, Food and Drug Administration, the World Health Organization, Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated that there is no safe level of lead for children.

101. Thus, by its very nature, the presence of lead in prenatal vitamins is antithetical to a mission to support brain health, as the presence of lead in prenatal vitamins is a "deleterious substance which may render it injurious to health…" under DC Code §48-103 *et seq.*

---

[42] Grossman, Slusky, *The Effect of an Increase in Lead in the Water System on Fertility and Birth Outcomes: The Case of Flint, Michigan,* http://www2.ku.edu/~kuwpaper/2017Papers/201703.pdf.

**Dangers of Cadmium**

102. Cadmium is also a heavy metal and a known neurotoxin and an International Agency for Research on Cancer ("IARC") class 1 carcinogen, known for having both short-term and long-term deleterious effects on human health.

103. Cadmium readily crosses the placenta, accumulating in fetal or embryonic tissue.[43]

104. Once absorbed, cadmium has a long half-life in the body, especially in the kidneys. Chronic cadmium exposure has been shown to adversely affect kidney and bone and to increase the risk of cancer.  Cadmium also functions as an endocrine disruptor and may thus affect reproduction and child neurodevelopment.[44]

105. Specifically, cadmium impairs brain health through multiple pathways, including the interruption of DNA repair, the generation of reactive oxygen species, and, most critically, the disruption of neuronal proliferation and differentiation – two steps in the neurogenesis process occurring during the infancy critical period.[45]

106. Therefore, early life exposure to cadmium is associated with poor cognitive outcomes in children.[46]

---

[43] Gundacker C, Hengstschläger M., *The role of the placenta in fetal exposure to heavy metals*, 162(9-10):201-206. doi:10.1007/s10354-012-0074-3 Wien Med Wochenschr (2012).

[44] Kippler, M., Tofail, F., Gardner, R., Rahman, A., Hamadani, J. D., Bottai, M., & Vahter, M., *Maternal cadmium exposure during pregnancy and size at birth: a prospective cohort study*, 120(2) Environmental Health Perspectives 284–289 (2012), https://doi.org/10.1289/ehp.1103711.

[45] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural Regeneration Research 1879 (2018).

[46] Sanders, A. P., Henn, B. C., & Wright, R. O., *Perinatal and childhood exposure to cadmium, manganese, and metal mixtures and effects on cognition and behavior: a review of recent literature*, 2(3) Current environmental health reports 284-94 (2015).

107. Cadmium also interferes with the levels of Brain Derived Neurotrophic Factor (BDNF),[47] an important neuroprotective molecule that plays a principle role in neurodevelopment.[48]

108. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[49] Thus, the presence of cadmium detracts from a principle function of DHA – a basis Nature Made's "brain development" claims.

109. This cadmium-mediated disruption of neuro-development renders Pharmavite's Nature Made Products adulterated under D.C. Code §48-103 *et seq* as brain development is a marketed benefit of Nature Made Products.

110. In general, women are more susceptible to cadmium toxicity, mainly because of increased intestinal uptake of cadmium given low iron stores, which are more prevalent in women than in men.[50]

111. Worse, cadmium has been shown to accumulate in in placental tissues, where it interrupts micronutrients (such as zinc) diffusion through the placenta.[51]

112. Thus, scientific evidence demonstrates that cadmium directly interferes with Pharmavite Products as the presence of cadmium in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[52]

---

[47] Wang, Y., Chen, L., Gao, Y., Zhang, Y., Wang, C., Zhou, Y., ... & Tian, Y, *Effects of prenatal exposure to cadmium on neurodevelopment of infants in Shandong, China*. 211 Environmental pollution 67-73 (2016).
[48] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[49] *Id.*
[50] *Id.*
[51] Kippler, M., Hoque, A. W., Raqib, R., Öhrvik, H., Ekström, E. C., & Vahter, M., *Accumulation of cadmium in human placenta interacts with the transport of micronutrients to the fetus*, 192(2) Toxicology letters 162-168 (2010).
[52] DC Code §48-103 *et seq*.

**The Dangers of Pesticides**

113. Pesticides are a large class of compounds designed to kill or eliminate multiple types of organic matter:

    a.  Rodents (rodenticide)

    b.  Insects (insecticide)

    c.  Fungi (fungicide)

    d.  Undesired plants (herbicide)

114. Due to the fact their intended function is to kill or disrupt living organisms, most pesticides are toxic to humans in one form or another.

115. It follows that pesticides are designed to be neurotoxic.

116. Research has focused on the neurodevelopmental consequences of pesticide exposure during early life.[53]

117. Due to the risks of pesticide exposure in early life, it is exceptionally important to ensure pesticides with links to neurotoxic or developmental toxicity outcomes be restricted and avoided from products used to ensure proper prenatal health. To wit:

    a.  Indoxacarb, a WHO Class II pesticide, has been linked to disruption of nicotinic acetylcholine receptors in developing mammalian brains.[54]

---

[53] Shelton, J. F., Geraghty, E. M., Tancredi, D. J., Delwiche, L. D., Schmidt, R. J., Ritz, B., ... & Hertz-Picciotto, I., *Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study,* 122(10) Environmental health perspectives 1103-1109 (2014).
[54] Zhao, X., Nagata, K., Marszalec, W., Yeh, J. Z., & Narahashi, T., *Effects of the oxadiazine insecticide indoxacarb, DPX-MP062, on neuronal nicotinic acetylcholine receptors in mammalian neurons,* 20(4) Neurotoxicology 561-570 (1999).

118. Thus, by their very nature, the presence of pesticides in prenatal vitamins are antithetical to a mission to support brain health, as the presence of these pesticides in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[55]

## **Factual Allegations**

119. Pharmavite is aware that there are health risks with pregnancy.

120. Pharmavite is aware of the importance of folic acid during pregnancy to the development of the fetus.

121. Pharmavite is aware of the dangers of heavy metal toxins and other contaminants during pregnancy.

122. Pharmavite is aware there is a market for pregnancy supplements to support healthy pregnancy for mother and fetus.

123. To capture this market, Pharmavite manufactures, produces, and distributes vitamins for the purpose of supporting a healthy pregnancy, to include the supplementation of folic acid.

124. Given the above, it follows that, Pharmavite is aware that consumers are concerned with the contents of their supplements.

125. Pharmavite is also aware that consumers seek supplements for specific health reasons.

126. Further, Pharmavite is aware that the consumers who seek out prenatal vitamins are a vulnerable group of consumers to whom such products' contents are of a heightened importance.

127. Pharmavite's Products are under-formulated as to folic acid; thus, consumers who take the

---

[55] D.C. Code §48-301 *et. seq.*

24

Products for specific advertised health purposes, are not getting the proper or promised dosage: the results of this under-formulation could be fatal or life threatening.

128. Pharmavite's Products are also adulterated and contain quantifiable amounts of heavy metals and pesticides, all of which are harmful if exposed to both mothers and babies during the prenatal process.

129. Pharmavite's marketing practices are false and misleading and violate D.C. Code §28-3904, as they extoll the brain-supporting features of the product while exposing fetuses to concerning levels of known neurotoxins for which there is no established safe-harbor.

130. Pharmavite's Products are adulterated under DC Code §48-103 et seq., as the presence of these contaminants renders them unsafe for their intended population, directly contradicts the intended brain-support benefit of the Products, and renders the Products "injurious to health."[56]

## **Pharmavite's Marketing of Nature Made is Unconscionably Misleading and Omits Material Facts**

131. As noted previously, to capture the market for prenatal vitamins and supplements, Pharmavite markets its Nature Made Products as containing folic acid and supporting fetal brain growth (see figures above). Nature Made causes specific attention to be drawn to the claims of folic acid, as they are highlighted in yellow and circled.

132. Nature Made claims that "every one" of their products have been "proven safe and nutritionally beneficial."

---

[56] D.C. Code §48-103 et seq.



**Figure 7**

133. Pharmavite has publicly admitted to levels of the toxic heavy metals lead and cadmium in their Nature Made Product – contaminants that:

    a.  Have no safe level recognized by public health authorities for developing children.

    b.  Their competitors are able to avoid or achieve significantly lower levels.

134. As a result, and as discussed further below,  is in violation of D.C. Code §28-3904 et seq. as it has represented the Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

135. It is apparent that Pharmavite is aware of the intent of their marketing, as they take steps to educate consumers on the purpose for which their prenatal vitamins should be used.

26

# What are prenatal and postnatal multivitamins?

Having a baby is absolutely incredible. It also requires an incredible amount from your body. Prenatal and postnatal vitamins are designed to provide the essential nutrients that you and your baby need.

**Figure 8**

# What are prenatal and postnatal multivitamins good for?

These vitamins deliver essential nutrients that you and your baby need, including folic acid, iron, zinc and vitamin D. Our softgel formulas also contain omega-3 fatty acid DHA, which may help support fetal brain and eye development.†

**Figure 9**

## Who should take prenatal and postnatal multivitamins?

If you're pregnant or trying to become pregnant, then prenatal vitamins are for you. If you're a nursing mom, postnatal vitamins can help your body get the nutrients it needs. At Nature Made, we know that even the nurturer needs to be nurtured.

**Figure 10**

136. Pharmavite holds itself out as providing high quality nutrition to consumers, claiming that "nutrition is in our DNA."

## Nutrition is in our DNA

It all started with the idea that nature is the backbone of nutrition. Every day, our scientists, nutritionists and health experts totally geek out on what the incredible human body needs to stay, well, incredible. And we do it so we can provide you with the knowledge and high-quality supplemental nutrition you need to keep on doing all the things you do best.

**Figure 11**

137. Interestingly, on the Amazon.com page selling one of the Products, Nature Made omits the disclaimer on their website that their claim to be "specially formulated to support the development of baby's brain, nervous system, bones and eyes" has not been evaluated by the FDA.



**Figure 12**

138. As a result of omitting this disclaimer, Defendant is implicitly vouching for the veracity of those claims to the consumer and are making an unevaluated drug claim without properly warning consumers.

139. In addition to the assurances on the package, the website also explains what a supplement is and why it is important, highlighting the key nutrients and quality of Nature Made Products.

**What this Supplement is**

Creating new life creates new nutritional needs too. And Nature Made® Multi Prenatal tablets are specially formulated to provide the nutritional support you need while you're trying to become pregnant and throughout your pregnancy. Our prenatal vitamin formula provides key nutrients such as folic acid and iron. And it also contains other important nutrients including zinc and vitamins A, C, D3 and E. Nature Made Multi Prenatal tablet is USP verified, so you can feel confident that you are choosing a high quality prenatal vitamin supplement.

**Figure 13**

140. In Figure 12 above, Nature Made not only informs what a supplement is, it represents that its Products are "a high quality prenatal vitamin supplement."

141. Indeed, Nature Made extolls the virtues of their quality systems, claiming to screen their products for purity and potency. As a result, they claim to provide "quality you can trust."

**Quality you can trust**

If you care this much about what goes in your body then we believe it should be the best quality. We go the extra step to ensure our vitamins and supplements are USP certified when possible. Meaning they've been tested for purity and potency by the U.S. Pharmacopeia so you know you're getting the good stuff.

 

Largest amount of USP certified products

#1 Pharmacist Recommended brand

**Figure 14**

142. **In addition to marketing claims on their packaging and website, Pharmavite emphasizes product purity and quality through its digital media presence, to include their YouTube channel.**

143. **In one video titled "Nature Made: Quality You Can Trust," posted to their channel on**

30

June 3, 2020, they emphasize that their purity and potency are USP verified.[57] See Figure 15 below.



**Figure 15**

144. **In this same video, Pharmavite states they are the "#1 Pharmacist Recommended Vitamin & Supplement Brand,"[58] See Figure 16 below.**

---

[57] Youtube, *Nature Made: Quality You Can Trust,* https://www.youtube.com/watch?v=aV2KF0DaCfc
[58] *Id.*



**Figure 16**

145. **Pharmavite has previously been criticized by the National Advertising Division (NAD) specifically for the placement of this claim in commercials, and for failing to make the disclosure about the source of this claim "clear and conspicuous."[59]**

146. **Upon information and belief, this video, or a video similar to it, was broadcast on television and across streaming services.**

147. **Upon information and belief, the use of this claim in this video, or a video similar to it, did not contain a disclosure about the source of this claim that was "clear and conspicuous."**

148. It follows that Pharmavite has violated D.C. Code §28-3904 *et seq.*, as it has represented

---

[59] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.

the Nature Made Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

149. Defendant's repeated claims to perform purity testing are strange given their behavior. During pre-suit discussions, Plaintiff's counsel shared testing results with the Defendant in the spirit of resolving the matter without litigation. Defendant repeatedly refused to share their own testing results – instead opting to obfuscate and delay.

150. Even more direct, their website promises, "We're here for your health!"



~~Figure 15~~
Figure 17

151. Pharmavite fails to state the "material fact" that the Products contain contaminants which serve the exact opposite purpose of healthful supplements, and, in fact, are injurious to health.

152. Pharmavite is aware many women do not receive enough folic acid, marketing their product as a solution to this very issue:



~~Figure 16~~
Figure 18

153. Pharmavite has violated D.C. Code §3904 *et seq.,* as their product misrepresents the folic acid content of the Products, as the Products are severely under-formulated.

154. Pharmavite also publishes their commitment to good health at the core of every product. They promise products are "backed by decades of scientific research and high- quality ingredients."

### Our Commitment

Our commitment to your good health lies at the core of every product we make—backed by decades of scientific research and high-quality ingredients. At Nature Made, we create thoughtfully designed products to fit your lifestyle needs at every stage.

~~Figure 16~~
Figure 19

155. Again, in Figure ~~16~~ 19 above, Nature Made has misrepresented the Product's quality, as the analytical testing below has shown, the Products contain detectable levels of heavy metal toxins **(See lab reports attached at Exhibit 1).**

156. Moreover, Pharmavite misrepresents the Product's quality, as they are under-formulated, denying consumers the very crux of a prenatal vitamin.

157. To set itself apart from competitors, in Figure 17 below, Nature Made touts the benefits of its

34

supplements, to include folic acid. It again guarantees the high quality of its standards, ingredients, and manufacturing process.

**Benefits**

- Scientifically formulated with vitamins and minerals that are essential during pregnancy
- Folic Acid: Adequate folic acid in healthy diets may reduce a woman's risk of having a child with a neural tube defect
- Iron vital for red blood cell formation and to deliver oxygen to cells throughout the body
- Calcium and Vitamin D help build and support strong bones
- Vitamin A helps support healthy eye function
- Vitamins A, C and D and Zinc help support the immune system
- Vitamins C and E provide antioxidant support
- B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12), support cellular energy production
- Nature Made® Multi Prenatal Tablets are guaranteed to meet our high quality standards. They're made from carefully selected ingredients under strict manufacturing processes

~~Figure 17~~
Figure 20

158. Pharmavite not only makes promises about what *is not* in its Nature Made Products, it also makes multiple promises about what *is* contained in the Products, namely folic acid.

**Supplement Facts**
Serving Size: 1 Tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 1547 IU | 32% |
| Vitamin C (as Ascorbic Acid) | 16 mg | 143% |
| Vitamin D3 (as Cholecalciferol) | 4000 IU | 250% |
| Vitamin E (as d-alpha Tocopheryl Acetate) | 53 IU | 110% |
| Vitamin K (as Phytonadione) | 90 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 76% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 76% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 65% |
| Biotin | 35 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 60% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

~~Figure 18~~
Figure 21

159. Pharmavite's promises of folic acid on its packaging, website, and marketing give a false expectation that the Products possess a properly formulated serving of folic acid.

35

160. The Products are under-formulated as to folic acid, well below the promises made on the packaging and website and well below the medically recommended dosage of 400mcg of folate daily

161. Pharmavite's promises of folic acid on its packaging violate D.C. Code §28-3904, as the website, packaging and marketing gives consumers a false expectation that the Products will contain 800mcg/serving of folic acid.

162. The Products in fact contain 368 mcg/serving of folic acid, well below the promise of 800mcg, and well below the quality promised by Pharmavite.

163. In addition to the under formulation of the Products, the Products also contain quantifiable amounts of heavy metals.

164. These heavy metal toxins are not listed, labeled, or advertised and have extreme negative health effects on both mother and fetus:

    a.  Lead

    b.  Cadmium

165. Further yet, the Products also contain detectable amounts of World Health Organization ("WHO") Classified pesticides, denoted as "moderately hazardous to human health."

166. Consumers who seek out and purchase the Products do not expect them to be under formulated or even worse, contain toxic heavy metals and pesticides in any quantifiable amount.

167. Moreover, consumers would not purchase products made solely for the supplementation of healthy prenatal process if they knew they contained ingredients that could in fact encourage the exact opposite.

36

168. Thus, Pharmavite has violated D.C. Code §28-3904, as the Products are well below the quality and grade promised by Nature Made.

169. Further, Pharmavite has also violated D.C. Code §48-103, as the contaminants in the Products render them "injurious to health."

## The Under Formulation of the Products

170. CLP caused the purchase the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

171. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

172. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained exclusively by CLP to protect independence and confidentiality.

173. As a result of the Quantitative testing, the sample of Defendant's Products yielded a folic acid content of:

    a.  Nature Made Prenatal Multi + DHA (110 ct):

        i.  Claimed Amount 800 mcg/serving

        ii.  Testing results 368 mcg/serving, 46% of label claim

    b.  Nature Made Prenatal Multi + DHA (115 ct):

        i.  Claimed Amount 800 mcg/serving

 ii. Testing results 546 mcg/serving, 67% of label claim

### The Presence of Quantifiable Amounts of Heavy Metals in the Products

174. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

175. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

176. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

177. The results are in parts-per-billion (ppb):

 a. Nature Made Prenatal Multi (90ct):

  i. As a result of the quantitative testing, the sample of Defendant's Product yielded a lead content of 201.13ppb, which is on a per-serving basis higher than 64% of other prenatal vitamins tested.

  ii. As a result of the quantitative testing, the sample of Defendant's Product yielded a cadmium content of 157.29ppb, which is on a per-serving basis higher than 63.5% of other prenatal vitamins tested.

 b. Nature Made Prenatal Multi (250 ct):

      i.   As a result of quantitative testing, the sample of Defendant's Product yielded a lead content of 162 ppb, which on a per-serving basis is higher than 55.6% of other prenatal vitamins tested.

      ii.   As a result of quantitative testing, the sample of Defendant's Product yielded a cadmium content of 176 ppb, which on a per-serving basis is higher than 69.9% of other prenatal vitamins tested.

c.   Nature Made Prenatal Multi + DHA (110 ct):

      i.   As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 239 ppb, which on a per serving basis is higher than 90.1% of other prenatal vitamins tested.

d.   Nature Made Prenatal Multi + DHA (115 ct):

      i.   As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 189 ppb, which on a per serving basis is higher than 85.2% of other prenatal vitamins tested.

e.   **Nature Made Prenatal Multi + DHA (60 ct):**

      i.   **As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 143 ppb, which on a per serving basis is higher than 79.3% of other prenatal vitamins tested.**

f.   **Nature Made Prenatal Multi + DHA (150 ct):**

      i.   **As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 142 ppb, which on a per serving basis is higher than 79% of other prenatal vitamins tested.**

**The Presence of Pesticides in the Products**

178. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

179. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

180. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

181. Analytical testing identified detectable amounts of pesticides in the following products:

    a.   Nature Made Prenatal Multi + DHA (110 ct):

            i.   Fenpyroximate, a class II hazardous pesticide (moderately hazardous to human health).

           ii.   Indoxacarb, a class II hazardous pesticide (moderately hazardous to human health).

         iii.   Proquinazid, a class II hazardous pesticide (moderately hazardous to human health).

         iv.   Tebuconazole, a class II hazardous pesticide (moderately hazardous to human health).

**Pharmavite Knew or Should Have Known its Representations Were False**

182. Pharmavite holds itself out to the public as a trusted source of prenatal supplements and vitamins.

183. Pharmavite knew, or should have known, what representations it made on the labels (as noted in the figures above) of the Products. Pharmavite also knew or should have known how its Products were sourced, processed, and marketed.

184. Pharmavite knew, or should have known, the facts demonstrating that the Products were mislabeled, falsely advertised, and adulterated.

185. **Pharmavite was previously investigated by the New York Attorney General in 2015 for failing to comply with label claims around active ingredients in its supplement products. The New York Attorney General demanded detailed ingredient and quality control information on every herbal supplement Pharmavite sold in New York State, after a study they conducted demonstrated that four in five products contained none of the herbs listed on the labels.[60]**

186. **As a result of that investigation, Pharmavite knew, or should have known, that improvements to their quality control processes were required to ensure accurate labeling of ingredients and the nutrition facts panel.[61]**

187. **Pharmavite has previously had their label claims challenged by the Federal Trade Commission (FTC) surrounding their use of false and misleading claims surrounding a cholesterol product in which the FTC indicated there was "little clinical evidence" to**

---

[60] Drug Discovery Trends.com, *NY Attorney General Expands Herbal Supplement Investigation,*
https://www.drugdiscoverytrends.com/ny-attorney-general-expands-herbal-supplement-investigation/.
[61] *Id.*

41

substantiate claims made by Pharmavite. In response, Pharmavite removed the misleading claims from advertising, website, and packaging.[62]

188. **As a result of the FTC investigation, Pharmavite knew, or should have known, about the importance of verifying numerical label claims and functional health claims.**

189. **Pharmavite has previously had its label claims challenged by the National Advertising Division (NAD) of the Better Business Bureau for failing to properly identify the source of a particular claim, and for failing to provide substantiation of two other claims.[63]**

190. **In 2014, in response to this challenge Pharmavite permanently discontinued commercials being run at the time that NAD challenged them.[64]**

191. D.C. consumers rely on label representations and marketing information in making purchase decisions.

192. Pharmavite made false, misleading, and deceptive representations and omissions, intending for D.C. consumers to rely upon those representations and omissions in purchasing the Products.

193. Pharmavite knows that D.C. consumers seek out prenatal supplements that consumers believe to be properly formulated and not adulterated.

194. Upon information and belief, Pharmavite has failed to remedy the problem with the Products, causing ongoing harm to D.C. consumers.

---

[62] Federal Trade Comission. *Closing Letter, Matter No. 0723233*
https://www.ftc.gov/sites/default/files/documents/closing_letters/pharmavite-llc/090416cholestoffclosingletter.pdf
[63] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.
[64] *Id.*

195. D.C. consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with misleading and/or deceptive representations or omissions.

196. Reasonable consumers do not expect Defendant's Products, represented and advertised as prenatal vitamins containing 800 mcg/serving of folic acid, to in fact contain far less than labeled.

197. Reasonable consumers do not expect Defendant's Products, represented and advertised as a prenatal vitamin, to be adulterated and to contain toxic heavy metal and pesticides that are dangerous and adverse to the prenatal process and undermine the very purpose of the Products.

## Cause of Action: Violation of the District of Columbia Consumer Protection Procedures Act

198. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), the Plaintiffs bring this claim on behalf of themselves and the general public of the District of Columbia for Pharmavite's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

199. Plaintiffs incorporates by reference all allegations in the preceding paragraphs of this Complaint.

200. Pharmavite labeled and advertised the Nature Made Products as containing 800mcg/serving of folic acid when in fact it is under-formulated and contains only 368 mcg/serving of folic acid which is under-formulated by forty-six percent (46%).

201. Pharmavite adulterated the Products as the presence of heavy metals and pesticides impairs the neurological development of the fetus, which is the purpose of the prenatal vitamin.

202. Pharmavite's advertising of the Products misrepresents, tends to mislead regarding material facts, and omits facts regarding: the source, characteristics, standard, qualities, or grades that

Pharmavite states and implies.

203. The Products lack the characteristics, ingredients, benefits, standard, qualities, or grades that Pharmavite states and implies.

204. Pharmavite's misstatements, innuendo, and omissions of fact are material and have the tendency to mislead.

205. Pharmavite knowingly did not sell the Products as advertised.

206. The facts as alleged above demonstrate that Pharmavite has violated the CPPA, D.C. Code §28-3901 *et seq.*

207. Pharmavite's conduct is unlawful trade practice "whether or not any consumer is in fact mislead, deceived or damaged thereby." D.C. Code §28-3904.

208. CLP ~~and Toxin Free USA have~~ **has** a sufficient nexus to D.C. consumers of the Products to adequately represent their interests.

209. Given that Pharmavite misrepresents the characteristics, ingredients, and benefits of the Products; misrepresents the standard, quality, and grade of the Products; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead reasonable consumers with regard to material facts about the Products; and advertise the Products without the intent to sell the Products as advertised, and has adulterated the Products, Pharmavite marketing of the Products violates D.C. Code §28-3901 *et seq.*

210. Specifically, Pharmavite has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

    a.   represent that goods or services have a source, sponsorship, approval, certification,

accessories, characteristics, ingredients, uses, benefits, or quantities that they do not

have;…

    d.   represent that goods or services are of particular standard, quality, grade, style, or

model, if in fact they are of another.

    e.   misrepresent as to a material fact which has a tendency to mislead; …

    f.   fail to state a material fact if such failure tends to mislead

        f-1. [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead;

        … [or]

    h. advertise or offer goods or services without the intent to sell them or without the intent

to sell them as advertised or offered.

211. Additionally, Pharmavite has violated D.C. Code §28-3904 *et seq,* pursuant to the definition

of "Adulterated," as defined in D.C. Code §48-103, as the presence of these contaminants

render the Products "injurious to health."

212. Pharmavite is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant

under D.C. Code §29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-

3901(a)(7).

213. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or

any of its members, or on any such behalf and on behalf of the general public, bring an action

seeking relief from the use of a trade practice in violation of a law of the District of Columbia,

including a violation involving consumer goods or services that the organization purchased or

received in order to test or evaluate qualities pertaining to use for personal, household, or

45

family purposes."

214. CLP is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that purchased the Products in order to test or evaluate their qualities.

215. ~~Toxin Free USA is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C), with volunteers physically located in the District of Columbia.~~

216. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

217. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

218. As set forth in this Complaint, Plaintiff~~s were~~ **was** founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiff~~'s' shared~~ mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiff~~s have~~ **has** previously represented District consumers in similar actions under the CPPA.

219. Plaintiff~~s are~~ **is a** public-interest organization~~s~~ pursuant to D.C. Code §28-3905(k)(1)(D) and bring this action on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(1)(A).

46

220. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

221. Plaintiff~~s are~~ **is** a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiff~~s~~ pray**s** for judgment against Defendant, including the remedies available under

D.C. Code §28-3905(k)(2)(A-F):

    A.  A Declaration that Defendant's conduct is in violation of the CPPA.

    B.  An Order enjoining Defendant's conduct found to be in violation of the CPPA.

    C.  An Order requiring Defendant to provide corrective advertising to the residents of the District of Columbia that restores consumers.

    ~~D.  An Order requiring Defendant to pay statutory civil penalties in an amount to be determined at trial, pursuant to D.C. Code §28-3909(b), for each and every violation of the CPPA.~~

    E.  An Order granting Plaintiff's~~'~~ costs and disbursements, including reasonable attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

    ~~F.  Punitive damages and any such further relief as this Court may deem just and proper.~~

## **Jury Trial Demanded**

Plaintiff~~s Toxin Free USA and~~ Clean Label Project hereby demand**s** a trial by jury.

Dated: ~~9/4/2020~~11/3/2020

Respectfully submitted,

Attorneys for Clean Label Project (CLP)


/s/ Travis Pittman
_____
Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD  21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com


_____
Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

ATTACHMENT C

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION     *

                                  *

                Plaintiff,        *         Case No. <u>2020 CA 003912 B</u>

              v.                *         FILED WITH COMPLAINT

PHARMAVITE, LLC                     *

                Defendant.       *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>VERIFICATION</u>

I, Jaclyn Bowen, verify under penalty of perjury according to the laws of the District of Columbia that I serve as Executive Director at Clean Label Project Foundation; that I have read the foregoing Complaint and know its contents; and that the facts stated therein are true to the best of my knowledge, information, and belief.

<u>    11/3/20    </u>
Date

Superior Court of the District of Columbia
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION
......................................................................
Plaintiff

vs.

Case Number  2020 CA 003912 B

PHARMAVITE, LLC
......................................................................
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J. Travis Pittman
......................................................................
Name of Plaintiff's Attorney

P.O. Box 380, Chester, MD  21619
......................................................................
Address

(202) 329-3558
......................................................................
Telephone

*Clerk of the Court*

By ......................................................................
Deputy Clerk

Date ......................................................................

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오    የአማርኛ  ትርጉም  ለማግኘት  (202) 879-4828  ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION
_____
                                        Demandante

contra

                                                        Número de Caso:  2020 CA 003912 B
PHARMAVITE, LLC
_____
                                        Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

J. Travis Pittman
_____          _SECRETARIO DEL TRIBUNAL_
Nombre del abogado del Demandante

P.O. Box 380, Chester, MD  21619
_____     Por: _____
Dirección                                              Subsecretario
_____

(202) 329−3558
_____     Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

በአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

# EXHIBIT 1
# LAB REPORTS



# eurofins

| Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

---

**Eurofins Sample Code:** 464-2019-01140564
**Sample Description:** Vitamin
**Client Sample Code:** 16938
**PO Number:** PO/VA/VB
**Client Code:** QD0008236

**Entry Date:** 01/14/2019
**Reporting Date:** 01/18/2019

Ellipse Analytics
attn: Sean Callan
7000 Broadway Suite 307
Denver, CO 80221

Ellipse Analytics
Attn: Sean Callan
7000 Broadway Suite 307
Denver, CO 80221

---

## CERTIFICATE OF ANALYSIS

### AR-19-QD-009519-01

---

| Test | Result |
|------|--------|
| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Completed: 01/18/2019 |
| AOAC 992.05 mod. | |
| Total Folate as Folic Acid | 15.8 mg/100 g |

Respectfully Submitted,
Eurofins Scientific Inc.

*Desiree N Childs*
_____
Desiree Childs

Evening Manager

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Chemical Testing
Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf

Certificate of Analysis: AR-19-QD-009519-01



# Certificate of Analysis

Customer Name: Ellipse Analytics
City, State: Denver, CO
Customer Contact: Brianna Raymes
Email: braymes@ellipseanalytics.com

Brand: Nature Made
Sample Description: Prenatal Multi (90 ct)
Lot #: 2324793
Sampling Method: EA_S363
Lab ID: 30787
Order #: 44
Report Date: 10/14/2020

## Metals

| Analyte | Results | LOQ | Date Completed |
|---|---|---|---|
| Arsenic | 813.3 ppb | 8.0 ppb | 10/14/2020 |
| Cadmium | 157.3 ppb | 8.0 ppb | |
| Mercury | <LOQ | 8.0 ppb | |
| Lead | 261.1 ppb | 8.0 ppb | |

Reported by: _____
Amy Kuhn
Quality Manager

---

[1] This test is accredited under the laboratory's ISO/IEC 17025 accreditation issued by the ANSI-ASQ National Accreditation Board. Refer to certificate and scope of accreditation L2441

Ellipse Analytics' services, including this report are provided to all provisions of Ellipse Analytics Standard Terms and Conditions. Samples were analyzed as received unless otherwise noted. These results apply only to the sample(s) analyzed and are not indicative of similar samples.

Ellipse Analytics does not report any statements of conformity to specifications. Since no statement of conformity is reported, measurement uncertainty is not applied to the reported values.

CND - Could Not Determine      CNQ - Could Not Quantify      ND - Not Detected      LOQ - Limit of Quantitation

☒   Report contains deviation(s) pertaining to results. Reference deviation # _____

Ellipse Analytics 7000 Broadway Suite 307, Denver, CO, 80249
www.EllipseAnalytics.com info@ellipseanalytics.com

Page 1 of 2

Revision 20200930
Sample Lab ID: 30787
Original Report Date: 10/14/2020



# Certificate of Analysis

### Methods and References:

| Assay | Analytical Method | Method Reference |
|---|---|---|
| Metals | Metals by ICP-MS | EPA 6020A Modified |

[1] This test is accredited under the laboratory's ISO/IEC 17025 accreditation issued by the ANSI-ASQ National Accreditation Board. Refer to certificate and scope of accreditation L2441

Ellipse Analytics' services, including this report are provided to all provisions of Ellipse Analytics Standard Terms and Conditions. Samples were analyzed as received unless otherwise noted. These results apply only to the sample(s) analyzed and are not indicative of similar samples.

Ellipse Analytics does not report any statements of conformity to specifications. Since no statement of conformity is reported, measurement uncertainty is not applied to the reported values.

CND - Could Not Determine     CNQ - Could Not Quantify     ND - Not Detected     LOQ - Limit of Quantitation

⚠  Report contains deviation(s) pertaining to results. Reference deviation # _____

Ellipse Analytics 7000 Broadway Suite 307, Denver, CO, 80249
www.EllipseAnalytics.com info@ellipseanalytics.com

Page 2 of 2

Revision 20200930
Sample Lab ID: 30787
Original Report Date: 10/14/2020



**Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**Client Code:** EI0000077

# ANALYTICAL REPORT

AR-20-EI-005864-01

**Received On:** 04Sep2020
**Reported On:** 01Oct2020

| Eurofins Sample Code: | 397-2020-09040051 | Sample Registration Date: | 04Sep2020 |
|---|---|---|---|
| Client Sample Code: | 30833 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| FS0BT - Cadmium | | Reference | | Completed | Sub |
|---|---|---|---|---|---|
| | | AOAC 2011.19, AOAC 993.14, JAOAC Int'l 94(4): 124 | | 01Oct2020 | 1 |

| Parameter | Result |
|---|---|
| Cadmium | 189 ppb |

**Report Comment:**
Fill material only was tested.

Subcontracting partners:
1 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*C. Espinosa*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation . | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/1/20  9:42 am



# Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**Client Code:** EI0000077

## ANALYTICAL REPORT

AR-20-EI-005100-01

**Received On:** 17Aug2020
**Reported On:** 27Aug2020



| Eurofins Sample Code: | 397-2020-08170017 | Sample Registration Date: | 17Aug2020 |
| Client Sample Code: | 30833-1 | Condition Upon Receipt: | acceptable, 25.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Reference<br>AOAC 992.05 mod. | Accreditation<br>ISO/IEC 17025:2017<br>A2LA 2927.01 | Completed<br>22Aug2020 | Sub<br>1 |

| Parameter | Result |
|---|---|
| Total Folate as Folic Acid | 20.4 mg/100 g |

8/27/20  5:00 pm

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

# ANALYTICAL REPORT

AR-20-EI-005100-01

**Received On:** 17Aug2020
**Reported On:** 27Aug2020



Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA

Respectfully Submitted,

Kelly Addington
Microbiologist

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

8/27/20  5:00 pm

 **eurofins** | **Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**Client Code: EI0000077**

## ANALYTICAL REPORT

AR-20-EI-005550-02
Report Supersedes AR-20-EI-005550-01

**Received On:** 03Sep2020
**Reported On:** 29Sep2020

---

**Client Sample Code:**

---

| | |
|---|---|
| **Eurofins Sample Code:** 397-2020-09030069 | **Sample Registration Date:** 03Sep2020 |
| **Client Sample Code:** 30866 | **Condition Upon Receipt:** acceptable, 23.3°C |
| **Sample Description:** Prenatal | **Sample Reference:** |

| **FS0BT - Cadmium** | **Reference**<br>AOAC 2011.19, AOAC 993.14, JAOAC<br>Int'l 94(4): 124 | **Completed**<br>29Sep2020 | **Sub**<br>2 |
|---|---|---|---|

| Parameter | Result |
|---|---|
| Cadmium | 239 ppb |

| **QQ060 - Folic Acid (USP)** | **Reference**<br>USP | **Completed**<br>17Sep2020 | **Sub**<br>1 |
|---|---|---|---|

| Parameter | Result |
|---|---|
| Folic Acid - USP | 43.4 mg/100 g |

| | |
|---|---|
| **Eurofins Sample Code:** 397-2020-09030070 | **Sample Registration Date:** 03Sep2020 |
| **Client Sample Code:** 30815 | **Condition Upon Receipt:** acceptable, 23.3°C |
| **Sample Description:** Prenatal | **Sample Reference:** |

9/29/20 10:43 am

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

# ANALYTICAL REPORT

AR-20-EI-005550-02
Report Supersedes AR-20-EI-005550-01

**Received On:** 03Sep2020
**Reported On:** 29Sep2020

| | | | |
|---|---|---|---|
| **Eurofins Sample Code:** | 397-2020-09030070 | **Sample Registration Date:** | 03Sep2020 |
| **Client Sample Code:** | 30815 | **Condition Upon Receipt:** | acceptable, 23.3°C |
| **Sample Description:** | Prenatal | **Sample Reference:** | |

| FS001 - Heavy Metals (As, Cd, Hg, and Pb) | Reference | Accreditation | Completed | Sub |
|---|---|---|---|---|
| | Official Methods of Analysis, Method 2011.19 and 9 | ISO/IEC 17025:2005 A2LA 2918.01 | 11Sep2020 | 2 |

| Parameter | Result |
|---|---|
| Arsenic | 334 ppb |
| Cadmium | 176 ppb |
| Lead | 162 ppb |
| Mercury | <25.0 ppb |

**Report Comment:**
New version of analytical report includes additional Cadmium testing that was added at client's request / lower LOQ required.

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*C. Espinosa*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale: www.eurofinsus.com/terms_and_conditions.pdf | √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

9/29/20 10:43 am



**Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics                                                                       **Client Code:** EI0000077

Kyle Wallace                                    **ANALYTICAL REPORT**              **Received On:** 04Sep2020
7000 Broadway Suite 307                                                             **Reported On:** 01Oct2020
Denver, CO 80221                                    AR-20-EI-005864-01

| | | | |
|---|---|---|---|
| **Eurofins Sample Code:** | 397-2020-09040051 | **Sample Registration Date:** | 04Sep2020 |
| **Client Sample Code:** | 30833 | **Condition Upon Receipt:** | acceptable, 23.3°C |
| **Sample Description:** | Prenatal | **Sample Reference:** | |

| **FS0BT - Cadmium** | **Reference** | **Completed** | **Sub** |
|---|---|---|---|
| | AOAC 2011.19, AOAC 993.14, JAOAC Int'l 94(4): 124 | 01Oct2020 | 1 |

| **Parameter** | **Result** |
|---|---|
| Cadmium | 189 ppb |

**Report Comment:**
Fill material only was tested.

Subcontracting partners:
1 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*C. Espinosa*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation . | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/1/20  9:42 am



# eurofins | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-004467-01

**Client Code:** EI0000077

**Received On:** 10Jul2020
**Reported On:** 03Aug2020



Ellipse Analytics                                                                      **Client Code:** EI0000077

Kyle Wallace                                              **ANALYTICAL REPORT**                    **Received On:** 10Jul2020
7000 Broadway Suite 307                                                                            **Reported On:** 03Aug2020
Denver, CO 80221                                          AR-20-EI-004467-01



| Eurofins Sample Code: | 397-2020-07100075 | Sample Registration Date: | 10Jul2020 |
|---|---|---|---|
| Client Sample Code: | 30787 | Condition Upon Receipt: | acceptable, 22.1°C |
| Sample Description: | Prenatal | Sample Reference: | |

| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Reference AOAC 992.05 mod. | Accreditation ISO/IEC 17025:2017 A2LA 2927.01 | Completed 17Jul2020 | Sub 1 |
|---|---|---|---|---|

| Parameter | Result |
|---|---|
| Total Folate as Folic Acid | 84.5 mg/100 g |

Ellipse Analytics

Client Code: EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-004467-01

Received On: 10Jul2020
Reported On: 03Aug2020



8/3/20  9:59 am

Ellipse Analytics

Client Code: EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

## ANALYTICAL REPORT

AR-20-EI-004467-01

Received On: 10Jul2020
Reported On: 03Aug2020



8/3/20  9:59 am

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

## ANALYTICAL REPORT

AR-20-EI-004467-01

**Received On:** 10Jul2020
**Reported On:** 03Aug2020



8/3/20  9:59 am

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

# ANALYTICAL REPORT
AR-20-EI-004467-01

**Received On:** 10Jul2020
**Reported On:** 03Aug2020



Client Sample Code:

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA

Respectfully Submitted,

*C. Espinosa*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

8/3/20  9:59 am



**Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-005550-02
Report Supersedes AR-20-EI-005550-01

**Received On:** 03Sep2020
**Reported On:** 29Sep2020



| | | | |
|---|---|---|---|
| **Eurofins Sample Code:** | 397-2020-09030069 | **Sample Registration Date:** | 03Sep2020 |
| **Client Sample Code:** | 30866 | **Condition Upon Receipt:** | acceptable, 23.3°C |
| **Sample Description:** | Prenatal | **Sample Reference:** | |

| FS0BT - Cadmium | **Reference**<br>AOAC 2011.19, AOAC 993.14, JAOAC<br>Int'l 94(4): 124 | **Completed**<br>29Sep2020 | **Sub**<br>2 |
|---|---|---|---|

| Parameter | Result |
|---|---|
| Cadmium | 239 ppb |

| | | | |
|---|---|---|---|
| **Eurofins Sample Code:** | 397-2020-09030070 | **Sample Registration Date:** | 03Sep2020 |
| **Client Sample Code:** | 30815 | **Condition Upon Receipt:** | acceptable, 23.3°C |
| **Sample Description:** | Prenatal | **Sample Reference:** | |

9/29/20 10:43 am

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

# ANALYTICAL REPORT

AR-20-EI-005550-02
Report Supersedes AR-20-EI-005550-01

**Received On:** 03Sep2020
**Reported On:** 29Sep2020

| | | | |
|---|---|---|---|
| **Eurofins Sample Code:** | 397-2020-09030070 | **Sample Registration Date:** | 03Sep2020 |
| **Client Sample Code:** | 30815 | **Condition Upon Receipt:** | acceptable, 23.3°C |
| **Sample Description:** | Prenatal | **Sample Reference:** | |

| FS001 - Heavy Metals (As, Cd, Hg, and Pb) | Reference | Accreditation | Completed | Sub |
|---|---|---|---|---|
| | Official Methods of Analysis, Method 2011.19 and 9 | ISO/IEC 17025:2005 A2LA 2918.01 | 11Sep2020 | 2 |

| Parameter | Result |
|---|---|
| Arsenic | 334 ppb |
| Cadmium | 176 ppb |
| Lead | 162 ppb |
| Mercury | <25.0 ppb |

**Report Comment:**
New version of analytical report includes additional Cadmium testing that was added at client's request / lower LOQ required.

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*C. Espinosa*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale: www.eurofinsus.com/terms_and_conditions.pdf | √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

9/29/20 10:43 am



# eurofins | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

Client Code: EI0000183

## ANALYTICAL REPORT

AR-20-EI-005212-01

Received On: 12Oct2020
Reported On: 16Oct2020

| | | |
|---|---|---|
| Eurofins Sample Code: | 397-2020-10120012 | Sample Registration Date: 12Oct2020 |
| Client Sample Code: | 35919 | Condition Upon Receipt: acceptable, 21.4°C |
| Sample Description: | Prenatal Vitamin | Sample Reference: |

| | | | Completed | Sub |
|---|---|---|---|---|
| | | | 16Oct2020 | 1 |

| | Reference | Accreditation | Completed | Sub |
|---|---|---|---|---|
| FS001 - Heavy Metals (As, Cd, Hg, and | AOAC 2011.19 and 993.14 (modified) | ISO/IEC 17025:2005<br>A2LA 2916.01 | 15Oct2020 | 2 |

Cadmium      143 ppb

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*Kelly Addington*

Kelly Addington
Microbiologist

DLDM Law

Client Code: EI0000183

Kyle Wallace
12754 E Ohio Ave
Aurora, CO 80012

# ANALYTICAL REPORT

AR-20-EI-006212-01

Received On: 12Oct2020
Reported On: 16Oct2020

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale www.eurofinsus.com/terms_and_cquations.pdf | √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/16/20  8:08 pm



eurofins | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

**ANALYTICAL REPORT**

AR-20-EI-006214-01

Client Code: EI0000183

Received On: 12Oct2020
Reported On: 16Oct2020

| | | | | |
|---|---|---|---|---|
| Eurofins Sample Code: | 397-2020-10120015 | Sample Registration Date: | 12Oct2020 | |
| Client Sample Code: | 35922 | Condition Upon Receipt: | acceptable, 21.4°C | |
| Sample Description: | Prenatal Vitamin | Sample Reference: | | |

| | | | Completed | Sub |
|---|---|---|---|---|
| | | | 16Oct2020 | 1 |

| | | | | Completed | Sub |
|---|---|---|---|---|---|
| **FS001 - Heavy Metals (As, Cd, Hg, and Pb)** | Reference<br>AOAC 2011.19 and 993.14 (modified) | | Accreditation<br>ISO/IEC 17025:2005<br>A2LA 2918.01 | 15Oct2020 | 2 |

Cadmium 142 ppb



Subcontracting partners

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*Kelly Addington*

Kelly Addington
Microbiologist

DLDM Law

Client Code: EI0000183

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

ANALYTICAL REPORT

AR-20-EI-006214-01

Received On: 12Oct2020
Reported On: 16Oct2020

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/16/20   8:06 pm

 **eurofins** | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

DLDM Law

**Client Code:** EI0000183

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

## ANALYTICAL REPORT

AR-20-EI-006329-01

**Received On:** 12Oct2020
**Reported On:** 21Oct2020

| Eurofins Sample Code: | 397-2020-10120014 | Sample Registration Date: | 12Oct2020 |
|---|---|---|---|
| Client Sample Code: | 35921 | Condition Upon Receipt: | acceptable, 21.4°C |
| Sample Description: | Prenatal Vitamin | Sample Reference: | |

| FS001 - Heavy Metals (As, Cd, Hg, and Pb) | Reference AOAC 2011.19 and 993.14 (modified) | Accreditation ISO/IEC 17025:2005 A2LA 2918.01 | Completed 15Oct2020 | Sub 2 |
|---|---|---|---|---|

| Parameter | Result |
|---|---|
| Arsenic | 18.3 ppb |
| Cadmium | <5.00 ppb |
| Lead | <5.00 ppb |
| Mercury | <5.00 ppb |

| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Reference AOAC 992.05 mod. | Accreditation ISO/IEC 17025:2017 A2LA 2927.01 | Completed 21Oct2020 | Sub 1 |
|---|---|---|---|---|

| Parameter | Result |
|---|---|
| Total Folate as Folic Acid | 6.32 mg/100 g |

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*Kelly Addington*

Kelly Addington
Microbiologist

10/21/20  9:47 am

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

**Client Code:** EI0000183

# ANALYTICAL REPORT

AR-20-EI-006329-01

**Received On:** 12Oct2020
**Reported On:** 21Oct2020

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation . | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab . Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/21/20  9:47 am

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

CLEAN LABEL PROJECT FOUNDATION    *

and    *

GMO FREE USA d.b.a. TOXIN FREE USA    *

        Plaintiffs,    *    Case No.: <u>2020 CA 003912 B</u>

        v.    *

PHARMAVITE, LLC

        Defendant.    *

*   *   *   *   *   *   *   *   *   *   *   *   *

## **[PROPOSED] ORDER**

Having read and considered Plaintiffs' motion to dismiss co-Plaintiff Toxin Free, it is hereby

**GRANTED** this ـــــ day of ـــــــــــــ, 2020 that Toxin Free shall be dropped as co-Plaintiff and removed from the case caption in this case; it is also hereby

**GRANTED** that the Clerk shall issue the new summons for service; It is also hereby

**GRANTED** that Plaintiff's First Amended Complaint shall be filed in this case.


                       _____

                       Judge Yvonne Williams

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 10, 2021**

CASE NAME:  CLEAN LABEL PROJECT FOUNDATION et al Vs. PHARMAVITE, LLC

CASE NUMBER:  2020 CA 003912 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

JOHN TRAVIS PITTMAN
Paxton Law Group, LLC
1875 I Street NW
WASHINGTON, DC 20006

2020 CA 003912 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 10, 2021**

CASE NAME:  CLEAN LABEL PROJECT FOUNDATION et al Vs. PHARMAVITE, LLC

CASE NUMBER:  2020 CA 003912 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

CLEAN LABEL PROJECT FOUNDATION
280 E. 1st Ave., #873
BROOMFIELD, CO 80038

2020 CA 003912 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 10, 2021**

CASE NAME:  CLEAN LABEL PROJECT FOUNDATION et al Vs. PHARMAVITE, LLC

CASE NUMBER:  2020 CA 003912 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

GMO FREE USA
PO Box 458
UNIONVILLE, CT 06085

2020 CA 003912 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 10, 2021**


CASE NAME:  CLEAN LABEL PROJECT FOUNDATION et al Vs. PHARMAVITE, LLC


CASE NUMBER:  2020 CA 003912 B


# NOTICE OF REMOVAL


This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

PHARMAVITE, LLC
8531 Fallbrook Avenue
WEST HILLS, CA 91304

2020 CA 003912 B


CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 10, 2021**

CASE NAME:  CLEAN LABEL PROJECT FOUNDATION et al Vs. PHARMAVITE, LLC

CASE NUMBER:  2020 CA 003912 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

2020 CA 003912 B

CANOR

Filed
D.C. Superior Court
12/29/2020 14:39PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION, et al, | |
| Plaintiffs | Civil Action No. 2020 CA 003912 B |
| vs. | |
| PHARMAVITE, LLC, | |
| Defendant | |

## <u>ORDER</u>

Because the current calendar judge has been reassigned to another Division in 2021 and judicial vacancies force the Court to randomly distribute the cases that had been on Calendar 5 to other calendars, and pursuant to the Court's authority to provide for the efficient resolution of cases, the Court orders this 29 day of December, 2020 that:

1.      The above-captioned case is transferred from Calendar 5 (Judge Williams) to Calendar 1, (Judge Epstein).

2.      The scheduling conference scheduled on February 12, 2021 at 9:30 a.m. will be held in remote courtroom 221 (WebEx instructions attached).

*Anthony C Epstein*
_____
**Judge Anthony Epstein**
**Deputy Presiding Judge, Civil Division**
(Signed in chambers)

<u>Copies e-served to</u>:
John Travis Pittman, Esq.

**REMOTE HEARING INSTRUCTIONS**

You have several options to participate in a remote hearing through the WebEx System.  The preceding order tells you the number of the courtroom in which your next hearing will be held.  The other attachment to this order lists the WebEx link and meeting ID number for each civil division courtroom.  Look up the WebEx link or meeting ID number for your courtroom, and then follow the instructions below.

**Option 1: (LAPTOP/DEKTOP USERS 1):**

> Open Web Browser in Google Chrome and copy and paste the WebEx link for your courtroom that is listed on the other attachment to the order.

**Option 2: (LAPTOP/DESKTOP USERS 2)**

Open Web Browser in Google Chrome and copy and paste https://dccourts.webex.com   Select **Join**, and then enter the Meeting ID number for your courtroom.

AUDIO ALTERNATIVE**:** Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window.  Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID#** so that your audio is matched with your video.



**Option 3: (TABLET or SMARTPHONE):**

- Go to App Store and download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your name and email address
- Select Join Meeting
- Enter the WebEx link for your courtroom
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**Option 4: (AUDIO ONLY/Dial-in by Phone):**

> Call (844) 992-4726 or (202) 860-2110, enter the Meeting ID for your courtroom from the list of civil division courtrooms, and the press # twice to enter the session.

> > ❧ *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

**For Technical Questions or Issues Call: (202) 879-1928, Option 2**

**ACCESS INFORMATION FOR CIVIL DIVISION COURTROOMS**

To join a hearing online, please click a WebEx link listed below.

To join a hearing by telephone, call (202) 860-2110 (local) or (844) 992-4726 (toll free), and enter the WebEx Meeting ID as shown below for the courtroom

| Courtroom | WebEx Link | WebEx Meeting ID |
|---|---|---|
| 100 | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| 205 | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| 212 | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| 214 | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| 219 | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| 221 | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| 318 | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| 320 | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |
| 400 | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
| 415 | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| TRAVIS PITTMAN ESQ.<br>HOLMES PITTMAN & HARAGUCHI, LLP<br>P.O. BOX 380<br>CHESTER, MD 21619<br>Telephone No: 410-482-9505 FAX No: 443-782-0362 | | | | |

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:

Plaintiff: CLEAN LABEL PROJECT FOUNDATION

Defendant: PHARMAVITE, LLC

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2020CA003912B |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS & COMPLAINT; INITIAL ORDER AND ADDENDUM; PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER GRANTING PLAINTIFF'S COMBINED MOTION TO DISMISS CO-PLAINTIFF TOXIN FREE AND TO AMEND THE COMPLAINT

3. a. *Party served:*  PHARMAVITE, LLC
   b. *Person served:*  KOY SAECHAO, AUTHORIZED TO ACCEPT SERVICE

4. *Address where the party was served:*  CSC, LAWYERS INCORPORATING SERVICE
   2710 GATEWAY OAKS DRIVE
   SUITE 150 N
   SACRAMENTO, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Dec. 02, 2020 (2) at: 12:46PM

6. The *"Notice to the Person Served" (on the Summons)* was completed as follows:
   on behalf of: PHARMAVITE, LLC
   Other: LLC

7. *Person Who Served Papers:*
   a. MICHAEL LYNN HENRY

   
   **2300 P Street**
   **Sacramento, CA 95816**
   **(916) 498-0808**
   **FAX (916) 498-0817**

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $50.00

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*  2019-24
      (iii) *County:*  Sacramento

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Dec. 02, 2020

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(MICHAEL LYNN HENRY)

tpi.394003

Filed
D.C. Superior Court
12/15/2020 13:52PM
Clerk of the Court

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION  *

                Plaintiff,       *

                             Case No. <u>2020 CA 003912 B</u>

          v.            *     Judge Yvonne Williams
                             Next Event: Initial Conference

PHARMAVITE, LLC         *        2/12/2021

                Defendant.    *

*    *    *    *    *    *    *    *    *    *    *    *    *

### <u>PLAINTIFF'S PROOF OF SERVICE</u>

Service of process on Defendant Pharmavite, LLC was successful.

Attached as Exhibit A is the affidavit showing service on this Defendant via private process server on December 2, 2020.

                    Respectfully submitted,

                    Attorney for Plaintiff

                    /s/ Travis Pittman
                    Travis Pittman (D.C. Bar No. 1016894)
                    Local Counsel for Plaintiff
                    Holmes Pittman & Haraguchi, LLP
                    P.O. Box 380
                    Chester, MD  21619
                    Phone: (410) 482-9505
                    Fax: (443) 782-0362
                    jtpittman@hphattorneys.com

Dated: <u>December 15, 2020</u>

**<u>Certificate of Service</u>**

I hereby certify that I served on this 15th day of December, 2020 a copy of this Plaintiff's Proof of Service on counsel for Defendant via CaseFileXpress, the court's e-filing system.


<u>/s/ Travis Pittman</u>
Travis Pittman

Filed
D.C. Superior Court
12/01/2020 14:14PM
Clerk of the Court

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **CLEAN LABEL PROJECT FOUNDATION, et al.** | |
| **Plaintiffs,** | **2020  CA  003912  B** |
| **v.** | |
| **PHARMAVITE, LLC,** | **Judge Yvonne Williams** |
| **Defendant.** | |

## ORDER GRANTING PLAINTIFFS' COMBINED MOTION TO DISMISS CO-PLAINTIFF TOXIN FREE UNDER RULE 21 AND TO AMEND THE COMPLAINT UNDER RULE 15(a)

Before the Court is Plaintiffs Clean Label Project Foundation ("Clean Label") and GMO Free USA d.b.a. Toxin Free USA (Toxin Free")'s Combined Motion to Dismiss Co-Plaintiff Toxin Free Under Rule 21 and to Amend the Complaint Under 15(a) ("Motion"), filed on November 4, 2020.  For the following reasons, the Motion shall be **GRANTED**.

Plaintiffs Clean Label and Toxin Free initiated this suit on September 4, 2020.  Plaintiffs have not yet served Defendant Pharmavite, LLC.  In the instant Motion, Plaintiffs seek to dismiss Toxin Free and seek leave to amend their Complaint.  Plaintiffs submit that Toxin Free mistakenly joined this particular lawsuit in joining a number of consumer protection actions recently filed by Clean Label.  Plaintiffs have also submitted a proposed First Amended Complaint ("Plaintiff's First Amended Complaint") with their Motion.

Rule 21 provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party."  Super. Ct. Civ. R. 21.  Rule 15 allows a party to "amend its pleading once as a matter of course within 21 days after serving it."  Super. Ct. Civ. R. 15(a)(1)(A). Accordingly, by just terms, and as a matter of course, the Court shall grant Plaintiffs' requested relief.  The Court hereby accepts as filed with the Motion Plaintiff's First Amended Complaint,

1

naming only Clean Label as Plaintiff.  As such, the Court also continues the Initial Scheduling Conference scheduled for December 11, 2020 until February 12, 2021 at 9:30 a.m. in Courtroom 518.  The hearing may be held virtually, in which case, the Parties will be provided further instructions prior to the hearing.

Accordingly, it is on this 1st day of December, 2020, hereby,

**ORDERED** that Plaintiffs' Combined Motion to Dismiss Co-Plaintiff Toxin Free Under Rule 21 and to Amend the Complaint Under 15(a) shall be **GRANTED**; and it is further

**ORDERED** that Plaintiff's First Amended Complaint shall be accepted as filed on November 4, 2020; and it is further

**ORDERED** that the Initial Scheduling Conference scheduled for December 11, 2020 shall be **VACATED**; and it is further

**ORDERED** that the Initial Scheduling Conference shall be continued until February 12, 2021 at 9:30 a.m. in Courtroom 518.

**IT IS SO ORDERED**.

Judge Yvonne Williams

Date: December 1, 2020

Copies to:

Travis Pittman
Kristen M. Ross
*Counsel for Plaintiffs*

Filed
D.C. Superior Court
11/04/2020 09:35AM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

CLEAN LABEL PROJECT FOUNDATION     *

and     *

GMO FREE USA d.b.a. TOXIN FREE USA     *     Case No.: <u>2020 CA 003912 B</u>

          Plaintiffs,     *

      v.     *

PHARMAVITE, LLC     *

        Defendant.     *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>PLAINTIFF'S COMBINED MOTION TO DISMISS CO-PLAINTIFF TOXIN FREE UNDER RULE 21 AND TO AMEND THE COMPLAINT UNDER RULE 15(a)</u>

COMES NOW Plaintiffs Clean Label Project Foundation ("Clean Label") and GMO Free USA dba Toxin Free USA ("Toxin Free") and respectfully ask the Court to dismiss co-Plaintiff Toxin Free from this lawsuit, and for its motion states as follows:

### I. BACKGROUND

Plaintiff Clean Label is a non-profit consumer protection organization, and it has recently filed a series of lawsuits in this court under the DC Consumer Protection Procedures Act. Plaintiff Toxin Free is a 501(c)(3) non-profit, public-interest organization whose mission is to harness independent science and agroecology concepts to advocate for clean and healthy food and ecological systems. They are co-Plaintiff on a certain subset of the consumer protection actions Clean Label has filed. After the filing of this specific case, the parties subsequently determined that the inclusion of co-Plaintiff Toxin Free was in error. This is not one of the current Clean Label actions that co-Plaintiff Toxin Free seeks to participate in.

## II.    STANDARD OF REVIEW

DC Superior Court Rule 21 states that "on motion or on its own, the court may at any time, on just terms, add or drop a party." Rule 15(a)(1) states that "a party may amend its pleading once as a matter of course…"

## III.    ASSOCIATED AMENDMENT TO THE COMPLAINT

The Complaint in this action has not yet been served on the Defendant, and the Complaint has not been previously amended. Attached to this Motion at Attachment A is Plaintiff's First Amended Complaint which it is filing pursuant to Rule 15(a)(1) as a matter of course.  Attached as Attachment B is a marked up copy showing the changes. Attachment C is the amended verification to the Complaint by Clean Label Project Foundation.

## IV.    SUMMONS

The summons in this case was issued on September 8, 2020 and the 60 days will run on November 3, 2020. We have attached at Attachment D a new summons that states the correct parties in light of this motion and we ask that the Court issue that new summons to replace the one that was originally issued on September 8, 2020.

## V.    CONCLUSION

WHEREFORE Plaintiffs Clean Label Project Foundation and GMO Free d.b.a. Toxin Free USA Toxin Free respectfully ask the Court to dismiss co-Plaintiff Toxin Free from the case.

Respectfully submitted,

Attorneys for Clean Label Project (CLP)

/s/ Travis Pittman
_____
Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD  21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com

_____
Kristen M. Ross, Esq.
(MD Bar No.
0712120212)
Davitt, Lalley, Dey & McHale,
PC 1971 Beltline Ave., Suite
106 Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

**Certificate of Serve**

I certify that in this 3rd day of November, 2020 a copy of this motion was served on all listed persons via the CaseFileXpress e-filing system.

/s/ Travis Pittman
_____
Travis Pittman

3

**ATTACHMENT A**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| CLEAN LABEL PROJECT FOUNDATION | * | |
| A 501(c)(3) | | |
| 280 E. 1st Ave. | * | |
| Broomfield, CO 80038 | | Case No. <u>2020 CA 003912 B</u> |
| | * | |
| Plaintiff, | | COMPLAINT |
| v. | * | DEMAND FOR JURY TRIAL |
| | | |
| PHARMAVITE, LLC | * | |
| | | |
| Serve on: | * | |
| Corporation Service Company | | |
| 2710 Gateway Oaks Drive, Suite 150N | * | |
| Sacramento, CA 95833-3505 | | |
| | * | |
| Defendant. | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## <u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>

On behalf of themselves and the general public, Plaintiff, Clean Label Project Foundation ("Clean Label Project" or "CLP"), hereinafter "Plaintiff," by and through its counsel, brings this action against Pharmavite, LLC ("Pharmavite") hereinafter Defendant,  regarding the deceptive labeling, marketing, and sale of Nature Made Prenatal Gummies – Mixed Berry, Nature Made Prenatal Multi (90 ct), Nature Made Prenatal Multi (250 ct), Nature Made Prenatal Multi + DHA (60 ct), Nature Made Prenatal Multi + DHA (150 ct), Nature Made Prenatal Multi + DHA (110 ct), and Nature Made Prenatal Multi +DHA  (115ct), ("Products")[1] that are under-formulated with respect to folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals and detectable amounts of pesticides. Contrary to Defendant's promises and assurances, CLP facilitated independent testing and discovered that the amount of folic acid stated on the labels in the Products is

---

[1] Discovery may demonstrate that additional Pharmavite Products are within the scope of this Complaint. Plaintiff reserves the right to amend this complaint to include additional prenatal items identified through the course of discovery.

unconscionably under-formulated, well below industry and medical standards. Further, the adulterated Products are exposing mothers and their babies to contaminants, to include lead, cadmium, and pesticides – compounds and contaminants known to cause reproductive harm in fetuses and infants. Plaintiff alleges the following based upon information, belief, and the investigation of its counsel:

## Introduction

1. Pregnancy can be a high-risk time, with as few as sixty-two percent (62%) of pregnancies ending in a live birth.[2]

2. Gestation, the period of development comprising embryonic and fetal development, is a "critical period" in human life.

3. This critical period is often referred to as "prenatal" development.

4. "Critical periods" are so named because disruption of development during those phases is often irreversible, placing incredible importance on ensuring developing brains and bodies are left unobstructed during these periods.

5. In the case of fetal neurodevelopment, a number of highly important processes occur during even the first month of pregnancy.

6. During the critical periods, essential neurodevelopment occurs, including aspects of neurogenesis – the formation of neurons ("brain cells") and the formation of the complex interconnection of neurons that give rise to the human experience (synaptogenesis).[3]

7. Although the brain continues to develop and change after birth and into adulthood, the prenatal

---

[2] Center for Disease Control and Prevention, *US Pregnancy Rate Lowest in Two Decades* (Dec. 15, 1999), https://www.cdc.gov/nchs/pressroom/99facts/pregrate.htm.
[3] Huttenlocher, P. R., & Dabholkar, A. S, *Regional differences in synaptogenesis in human cerebral cortex*, 287(2) Journal of comparative Neurology 167-178 (1997).

2

period can have a lasting effect on the adequacy of neurodevelopment and quality of life.

8. How thoroughly a brain develops depends on many factors in addition to genes, such as:[4]

    a.  Proper nutrition starting in pregnancy.

    b.  Exposure to toxins or infections during these critical periods.

    c.  The child's experiences with other people and world after birth.

9. For these reasons, it is critically important to ensure that prenatal development proceeds as smoothly as possible.

10. Thus, it is the duty of brands assisting in this critical prenatal development period to:

    a.  Provide consumers with nutrients needed to ensure proper development.

    b.  Ensure that the brand's products do not provide deleterious chemicals that may detract from healthy development.

11. Many of these critical processes require specific essential nutrients, such as vitamins, to occur correctly, and the failure of these processes is often irreversible.

12. One such critical process is the folding of the neural crest into the neural tube: when a flat layer of specialized cells in the embryo "folds" and seals shut, eventually creating a cylinder of cells that will grow to become the central nervous system (the brain and spine).[5]

13. If this sealing process or one of its immediate consequences, which occurs during the third week of pregnancy, is unsuccessful, the child will develop one of a host of complications

---

[4] Gibbs, B. G., & Forste, R, *Socioeconomic status, infant feeding practices and early childhood obesity,* 9(2) Pediatric obesity 135-146 (2014).
[5] Blom, H. J., Shaw, G. M., den Heijer, M., & Finnell, R. H, *Neural tube defects and folate: case far from closed,* 7(9) Nature Reviews Neuroscience 724-731 (2006).

cumulatively referred to as Neural Tube Defects ("NTDs").

14. These NTDs take many forms, but all involve some form of disruption of central nervous system functioning – ranging from lower limb paralysis (*spina bifida)* to the child being born without a brain (*anencephaly)*. Many NTDs are fatal, often resulting in nonviable pregnancy or still birth.[6]

15. While many factors play a role in the development of NTDs, proper nutrition is critical in reducing risk.

16. Specifically, ensuring adequate maternal intake of vitamin B9 (folate/folic acid) is essential in reducing the risk of NTDs.

17. Unfortunately, in many cases it is difficult or impossible for women to attain sufficient folate/folic acid in their diets to minimize their fetuses' risk of an NTD.[7]

18. As a consequence, medical experts recommend women who are or may become pregnant supplement their diet with a prenatal vitamin which, among other nutrients, contains folate/folic acid.[8]

19. Given the above, it follows that supplements designed to ensure prenatal health have become increasingly important to consumers, to include D.C. consumers.

20. Consumers seek out and choose prenatal vitamins based on the concerns regarding supplements such as folic acid.

21. This consumer interest has given rise to a highly competitive $445M market.[9] In a recent

---

[6] *Id.*

[7] Healthy Children.org, *Where We Stand: Folic Acid* (Nov. 2019), https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.

[8] *Id.*

[9] Grand View Research, *Prenatal Vitamin Supplement Market Size, Share & Trends Analysis Report*

survey, one-hundred percent (100%) of women living in the District of Columbia or its surrounding states indicated that they took a prenatal vitamin during pregnancy.[10]

22. In order to gain a share in this market, prenatal vitamin brands market their product as working to ensure proper prenatal development.

23. Pharmavite's Nature Made is one such brand, marketing a line of prenatal vitamins suggesting that Nature Made "supports the development of brain, eyes and the nervous system."

24. Packaging for Nature Made prenatal vitamins makes numerous claims referencing brain health:

   a. Nature Made packages its Products as "[s]upport[ing] the development of baby's brain, eyes, & nervous system."

   b. Nature Made also boasts, "Complete Prenatal Multivitamins with Folic Acid Plus DHA" on the front middle of the Product box, directly below the previous statement.

   c. Nature Made assures that its Product "Provides 100% Daily Value of Folic Acid."

   d. Nature Made also addresses folic acid on the front of the Product by stating, "Contains folic acid and 17 other nutrients for baby's development & mom."

   e. Both phrases are encircled in purple and orange respectively, drawing extra attention to the information.

---

*By Product Form (Capsules, Powder, Gummy), By Distribution Channel, By Region, And Segment Forecasts, 2019 – 2025* (Aug. 2019), https://www.grandviewresearch.com/industry-analysis/prenatal-vitamin-supplement-market.
[10] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).



**Figure 1**

25. Nature Made draws extra emphasis to the promise of complete folic acid by displaying the Supplement Facts on the back of the Product:

| Supplement Facts | Amount Per Serving | % Daily Value |
|---|---|---|
| Serving Size: 1 Tablet Servings per Container: 90 | | |
| Vitamin A (as Beta Carotene) | 2567 IU | 52% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as dl-alpha Tocopheryl Acetate) | 33 IU | 110% |
| Vitamin K (as Phytonadione) | 90 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 70% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 76% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.0 mcg | 85% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 60% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

**Figure 2**

26. One component feature of Nature Made's "brain development" platform is their use of Docosahexaenoic acid (DHA), a fatty acid which plays a role in neurogenesis.[11]

---

[11] Bradbury, J. (2011). *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*. Nutrients, *3*(5), 529-554

**Nature Made® Prenatal Multi +
DHA Softgels**

Formulated to support the development of baby's brain, nervous system, bones and eyes.
And they have clinically proven absorption of iron and folic acid. Think of it as nutritional
support for you and your bump!

**Figure 3**

27. Pharmavite is aware of the importance of supplements during the delicate prenatal process, as it
   is the sole reason for the creation of the market for the Products.

28. Pharmavite is aware that proper folic acid fortification "may reduce a woman's risk of having a
   child with a neural tube defect."

**Benefits**

* Scientifically formulated with essential vitamins and minerals that are essential during
  pregnancy and 200 mg DHA
* DHA: may help support fetal brain and eye development†
* Folic Acid: Adequate folic acid in healthful diets may reduce a woman's risk of having a
  child with a neural tube defect
* Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body†
* Calcium and Vitamin D3: help build and support strong bones†
* Vitamin A: helps support healthy eye function†
* Vitamins A, C, and D and Zinc: help support the immune system†
* Vitamins C and E: provide antioxidant support†
* B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12): support cellular
  energy production†
* Magnesium: helps support nerve, muscle and heart function†

**Figure 4**

## Nature Made® Prenatal Multi Tablets

Provides daily nutritional support before and during pregnancy.* Specially formulated to support the development of your baby's brain, nervous system, bones and eyes, it's big support for your little one.*

**Figure 5**

29. Pharmavite is aware of the formulation standards for vitamins.

30. Pharmavite is aware of how it packages their Products.

31. Given the risks of disrupted prenatal development, it is critically important to ensure that Pharmavite's "brain development" claims are true.

32. The Products in question are:

      a.  Nature Made Prenatal Gummies – Mixed Berry (60ct)

      b.  Nature Made Prenatal Multi (90ct)

      c.  Nature Made Prenatal Multi (250ct)

      d.  Nature Made Prenatal Multi + DHA (60 ct),

      e.  Nature Made Prenatal Multi + DHA (150 ct),

      f.  Nature Made Prenatal Multi + DHA (110ct)

      g.  Nature Made Prenatal Multi + DHA (115ct)

33. Plaintiff caused the Products to be purchased for the purpose of evaluation by an ISO 17025 accredited third-party analytical chemistry laboratory. The results were reviewed and assessed by a third-party toxicologist.

8

34. At least one Nature Made Product was significantly under-formulated for folate/folic acid. Nature Made Products contained concerning levels of the neurotoxins lead and cadmium, as well as pesticides, all of which are linked to developmental toxicity.

35. This testing suggests that the above-mentioned contaminants are present in the Products, or at a minimum, that Pharmavite makes no efforts to confirm that they are not present.  As a result, D.C. consumers who are led to believe that the Products support a fetus's healthy growth and promote brain, eye, and nervous system development for their unborn child in fact bear the risk of purchasing products that contain quantities of pesticides and toxic heavy metals – compounds known to deleteriously impact brain development.

36. As a result of this under-formulation, consumers of Pharmavite's products in the District of Columbia are defrauded and deprived of the value of the product they are purchasing, and are materially harmed beyond any potential injury visited upon pregnant mothers and their fetuses.

37.  The Environmental Protection Agency ("EPA"), Food and Drug Administration, the World Health Organization, the Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated there is no safe level of lead for children.

   a.   The EPA has stated, "The Maximum Contaminant Level Goal for lead is zero.  EPA has set this level based on the best available science, which shows there is no safe level of exposure to lead."[12]

---

[12] EPA, *Basic Information about Lead in Drinking Water* (Aug. 13, 2020), https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#:~:text=EPA%20has%20set%20the%20maximum,in%20the%20body%20over%20time..

    b.   The Food and Drug Administration has stated that "[t]here is no known identified safe

          blood lead level."[13]

    c.   The World Health Organization has likewise stated, "The neurological and behavioral

          effects of lead are believed to be irreversible.  There is no known 'safe' blood lead

          concentration…"[14]

    d.   The Centers for Disease Control have found "[n]o safe blood level of lead has been

          identified."[15]

    e.   The American Medical Association has stated, "We know that there is no safe level of

          lead."[16]

    f.   The American Academy of Pediatrics has stated, "There is no safe level of lead

          exposure in children, with lasting decreases in cognition documented in children with

          blood levels as low as five micrograms per deciliter of lead in blood."[17]

38.  Cadmium is a toxic heavy metal, known to have severe short- and long-term neurotoxic

effects.[18]

---

[13] Welch, Teresa, *Lead Found in 20% of Baby Food, Report Says* (June 19, 2017), https://www.charlotteobserver.com/news/nation-world/national/article157063044.html.
[14] The World Health Organization, *Lead Poisoning and Health* (Aug. 23, 2019), https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health#:~:text=The%20neurological%20and%20behavioural%20effects,behavioral%20difficulties%20and%20learning%20problems.
[15] CDC, *National Biomonitoring Program, Factsheet* (July 12, 2013), https://www.cdc.gov/biomonitoring/Lead_factsheet.html#:~:text=No%20safe%20blood%20lead%20level,half%20a%20cup%20of%20liquid ).
[16] AMA, *AMA Adopts New Policies to Prevent Future Lead Poisoning* (June 14, 2016), https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policies-prevent-future-lead-poisoning.
[17] American Academy of Pediatrics, *Lead Exposure in Children*, https://www.aap.org/Pages/ErrorPage.aspx?requestUrl=https://www.aap.org/en-us/advocacy-and-%20policy/aap-health-initiatives/lead-exposure/Pages/Lead-Exposure-in-Children.aspx.
[18] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural regeneration research 1879 (2018).

39. The European Union has declared cadmium a "Substance of Very High Concern"[19] and is one of only six hazardous substances banned from use in Europe in electrical and electronic equipment due to the hazard posed to human health.[20]

40. Some states, such as Maryland, have banned cadmium in children's products.[21]

41. One of the pesticides detected in Pharmavite Products is a World Health Organization ("WHO") Class II pesticide, which are "moderately hazardous to human health."

42. In a census-balanced survey commissioned by CLP of 630 mothers who took prenatal vitamins during pregnancy, eighty-three percent (83%) felt that they would not have purchased the products if they had discovered it was under-formulated and eighty-four percent (84%) of moms would want their money back.[22]

43. As noted above, these neurotoxins have no known safe level for prenatal exposure; thus, they represent a serious and present risk to the neurological health of these developing children.

44. Likewise, under-formulating prenatal vitamins for folate/folic acid represents a risk to developing fetuses and infants, as it may cause a failure to receive the adequate amount of folic acid necessary for developmental needs.

45. The presence of these contaminants is neither "normal" nor "unavoidable," as a comprehensive category test of over 200 prenatal vitamins commissioned by CLP has revealed that the levels

---

[19] European Chemicals Agency, *Candidate List of Substances for Very High Concern for Authorisation* (Aug. 26, 2020), https://echa.europa.eu/candidate-list-table/-/dislist/details/0b0236e1807dd024.

[20] Laser Focus World [online], *European Commission to Prohibit from TV's and Displays by October 2019* (Aug. 22, 2017), https://www.laserfocusworld.com/lasers-sources/article/16569155/european-commission-to-prohibit-cadmium-from-tvs-and-displays-by-october-2019#:~:text=European%20Commission%20to%20prohibit%20cadmium%20from%20TVs%20and%20displays%20by%20October%202019,-Nanoco%2C%20which%20makes&text=Cadmium%20is%20one%20of%20six,protect%20human%20and%20environmental%20health.

[21] Safer States, *Maryland* (Aug. 26, 2020), https://www.saferstates.com/states-in-the-lead/maryland/.

[22] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

of these contaminants are unusually high relative to competitive prenatal vitamin brands. Likewise, the majority of prenatal vitamins were not under-formulated for folate/folic acid.

46. This means that consumers selecting a prenatal vitamin to ensure proper prenatal health during this critical period of neurodevelopment would expose the fetuses and/or infants to *less* of the neurotoxins cadmium and lead (and would provide them with more folate/folic acid) than by picking nearly any brand other than Nature Made.

47. Given the ubiquity of the public health and public policy positions above, Pharmavite knew or should have known of the risk of these toxins in the Products and should have taken steps to avoid these contaminants as their competitors clearly have done.

48. Thus, the Products are adulterated under DC Code §48-103 *et seq.* as the presence of these contaminants poses a risk to the neurological health of the developing fetuses and/or infants and the avoidable presence of these contaminants directly contradict the "brain development" functions touted by Pharmavite.

49. As a result of Pharmavite's claims and marketing, D.C. consumers, who are led to believe that the Products are safe and effective and free of concerning levels of contaminants, in fact bear the risk of purchasing products that are under-formulated and not free of concerning quantities of heavy metals and pesticides.

50. A reasonable D.C. consumer would not expect Products claiming to support "brain health" to contain high levels of lead or cadmium.[23]

51. A reasonable D.C consumer would not expect products claiming to provide the recommended daily value of folic acid to be under-formulated for folic acid.[24]

---

[23] As noted above, a large percentage of Nature Made's competitors do not have these significant issues.
[24] *Id*.

52. In sum, Pharmavite is deceiving D.C consumers into believing that the Products support "brain development" when they contain avoidable levels of multiple deleterious neurotoxins with no known safe level in Products intended for use during a critical period of neurodevelopment. Simultaneously, Pharmavite Products are under-formulated for the principle active ingredient of folate/folic acid.

53. Pharmavite's false and misleading representations and omissions, including any tendency to mislead or omit, violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

54. Pharmavite's labeling and advertising of the Products tend to mislead and are materially deceptive about the true nature, quality, and ingredients of the Products. Plaintiff brings this deceptive advertising and adulteration cause on behalf of themselves and the general public, and seek relief, including but not limited to: an injunction to halt Pharmavite's false and misleading marketing and sale of Nature Made Products.

## Jurisdiction and Venue

55. This Court has personal jurisdiction over the parties in this case. Plaintiff, by filing this Complaint, consents to this Court having personal jurisdiction over them and this matter.

56. This Court has personal jurisdiction over Defendant pursuant to D.C. Code §13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them given that, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avail themselves of the laws of the District of Columbia through their marketing and sales of the Products in the District of Columbia.

57. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §28-

13

3905(k)(1)(B), (k)(1)(C) and (k)(2).[6]

## Parties

58. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

59. CLP performs its work throughout the United States, including in the District of Columbia.

60. CLP uses state-of-the-art accredited laboratory testing to identify the best and worst labeled products and publishes top and bottom performers on its website free of charge.

61. CLP was formed in 2016 with the goal of reducing contamination across all consumer-packaged goods products.

62. CLP has an interest in food label truth and transparency, and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, allowing consumers to make data-based decisions.

63. In 2018, CLP caused the purchasing of the Nature Made Products, as well as over 200 other prenatal vitamin products in order to evaluate their levels of folic acid.

64. At all times herein Pharmavite was a California limited liability company with its principal place of business in West Hills, California.

65. Defendant markets and distributes the Products online and in retail stores in the District of Columbia and throughout the United States.

66. Upon information and belief, Defendant has caused harm to the general public of the District of Columbia.

14

67. Plaintiff is acting on behalf of the general public as a private attorney pursuant to D.C Code §28- 3905(k)(1)(C)-(D).

68. Plaintiff is a non-profit organization pursuant to D.C. Code §28-3901(a)(14) and the public-interest organization pursuant to D.C. 28-3901(a)(15). Plaintiff is a longstanding advocate of the rights of consumers, including but not limited to D.C. consumers, for truthful labeling and marketing.

**The Importance of Folic Acid**

69. Vitamin B9 (Folate) is an essential vitamin that plays a critical role in the development of DNA.

70. The synthetic form of folate most commonly used in supplements is folic acid.[25]

71. Fortification with folic acid has been linked to reductions in the incidence of several NTDs.[26]

72. The consequences of improper folic acid fortification can be severe and can include loss of life for the child so impacted.

73. Newborns with anencephaly, an NTD in which some or all of the brain fails to form, usually do not live long, and those with spina bifida may be permanently disabled.

74. NTDs can be avoided with proper folate/folic acid intake during pregnancy.

75. NTDs linked to folate/folic acid-insufficiency have been referred to as an "unnecessary

---

[25] Center for Disease Control, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[26] Centers for Disease Control and Prevention (CDC), *Spina bifida and anencephaly before and after folic acid mandate--United States, 1995-1996 and 1999-2000*, MMWR, 53(17) Morbidity and Mortality Weekly Report 362 (2004).

epidemic."[27]

76. For this reason, supplementing with folate/folic acid is an important step in prenatal neurodevelopment.

77. The CDC recommends women start taking folic acid every day for at least a month before becoming pregnant, and every day while pregnant.[28]

78. The recommended dose for all women of childbearing age is 400 mcg of folate/folic acid each day.[29]

79. However, the CDC recommends women who have already had an NTD-affected pregnancy consume 400 mcg of folic acid each day, even when not planning to become pregnant. When planning to become pregnant, the CDC recommends that these women consume 4,000 mcg of folic acid each day, one month before becoming pregnant, and through the first three months of pregnancy.[30]

80. Studies have confirmed that getting an adequate amount of folic acid will protect the fetus/infant from NTDs by at least fifty percent (50%).[31]

81. According to the CDC, for women who have already had a baby with an NTD, getting enough folic acid may reduce the risk of having another child with an NTD by as much as seventy percent

---

[27] Brent, R. L., Oakley, G. P., & Mattison, D. R., *The unnecessary epidemic of folic acid-preventable spina bifida and anencephaly*, 106(4) Pediatrics 825-827 (2000).
[28] WebMD, *Folic Acid and Pregnancy*, https://www.webmd.com/baby/folic-acid-and-pregnancy#1.
[29] CDC, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[30] Center for Disease Control and Prevention, *Effectiveness in Disease and Injury Prevention Use of Folic Acid for Prevention of Spina Bifida and Other Neural Tube Defects -- 1983-1991* (Aug. 2, 1991), https://www.cdc.gov/mmwr/preview/mmwrhtml/00014915.htm.
[31] CDC, *Preventing Neural Tube Defects: A prevention Model Resource Guide* (July 17, 2020), https://www.cdc.gov/ncbddd/orders/PDFs/09_202063A_Nash_Neural%20Tube%20BD%20Guide%20FINAL508.pdf%20(wed).

(70%).[32]

82. The American Academy of Pediatrics ("AAP") has stated that "all women capable of becoming pregnant consume 400 micrograms per day of folic acid." Furthermore, "[a]lthough some foods are fortified with folic acid, it is not possible for women to meet the 400 mcg goal through a typical diet."

83. The AAP policy statement recommends a daily multivitamin tablet that contains folic acid in the recommended dose. Studies show that if all women of childbearing age met these dietary requirements, fifty percent (50%) or more of NTDs could be prevented.[33]

84. Thus, ensuring adequate folate/folic acid intake is one of the principle purposes of a prenatal vitamin. Therefore, under-formulation for folic acid renders a prenatal vitamin adulterated under D.C. Code §48-103 *et seq*.

**The Dangers of Heavy Metals: Lead & Cadmium**

**Dangers of Lead**

85.  Lead is a heavy metal and a known carcinogen and neurotoxin. Lead resembles other metals that the human body needs to properly function, and as such, it is readily absorbed into body tissue.[34]

86. Lead readily crosses the placenta, impacting embryonic and fetal development.[35]

---

[32] Healthy Children.org, *Where We Stand: Folic Acid,* https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[33] *Id*.
[34] Wani, A.L., Ara, A., & Usmani, J.A., *Lead toxicity: a review*, 8(2) Interdisciplinary Toxicology 55-64 (2015), https://www.ncbi.nlm.nih.gov/PLC/articles/PMC4961898.
[35] Foltinova, J., Foltin, V., & Neu, E., *Occurrence of lead in placenta–important information for prenatal and postnatal development of child*, 28(4) Neuroendocrinology Letters 335-340 (2007).

87. Lead can damage and/or destroy cells once in the body: it also remains in the body for an extended period of time, causing even greater extent to the damage.[36]

88. Specifically, lead damages the myelin sheaths of neurons (protective insulation essential for proper neuronal functioning)[37] and interferes with neurotransmission (the communication between neurons)[38] both of which are potentially disastrous for human cognition & development.

89. Lead also interferes with the levels of Brain Derived Neurotrophic Factor ("BDNF") an important neuroprotective molecule that plays a principle role in neurodevelopment, specifically neurogenesis.[39]

90. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[40]

91. Thus, prenatal lead exposure has known adverse effects on maternal health and infant outcomes across a wide range of maternal blood lead levels.

92. A principle risk of prenatal exposure to lead is a reduction in intelligence, with experts demonstrating a direct relationship between childhood blood-lead levels and intelligence quotient (IQ).[41]

93. The consequences of even low-level (part-per-billion) exposure can be severe.

---

[36] *Id.*
[37] Dabrowska-Bouta, B., Sulkowski, G., Bartosz, G., Walski, M., & Rafalowska, U., *Chronic lead intoxication affects the myelin membrane status in the central nervous system of adult rats*, 13(1-2) Journal of Molecular Neuroscience 127-139 (1999).
[38] Neal, A. P., & Guilarte, T. R., *Molecular neurobiology of lead (Pb 2+): effects on synaptic function*, 42(3) Molecular neurobiology 151-160 (2010).
[39] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[40] *Id.*
[41] COUNCIL ON ENVIRONMENTAL HEALTH, 138:e20161493 Pediatrics (2016).



**Figure 6**

94. In Flint, Michigan, following city-wide exposure to part-per-billion levels of lead in drinking water, the portion of Flint's third graders who tested as proficient in reading at grade level fell from 41.8% to 10.7%.[42]

95. As discussed above, the Environmental Protection Agency, Food and Drug Administration, the World Health Organization, Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated that there is no safe level of lead for children.

96. Thus, by its very nature, the presence of lead in prenatal vitamins is antithetical to a mission to support brain health, as the presence of lead in prenatal vitamins is a "deleterious substance which may render it injurious to health…" under DC Code §48-103 *et seq.*

---

[42] Grossman, Slusky, *The Effect of an Increase in Lead in the Water System on Fertility and Birth Outcomes: The Case of Flint, Michigan,* http://www2.ku.edu/~kuwpaper/2017Papers/201703.pdf.

**Dangers of Cadmium**

97. Cadmium is also a heavy metal and a known neurotoxin and an International Agency for Research on Cancer ("IARC") class 1 carcinogen, known for having both short-term and long-term deleterious effects on human health.

98. Cadmium readily crosses the placenta, accumulating in fetal or embryonic tissue.[43]

99. Once absorbed, cadmium has a long half-life in the body, especially in the kidneys. Chronic cadmium exposure has been shown to adversely affect kidney and bone and to increase the risk of cancer.  Cadmium also functions as an endocrine disruptor and may thus affect reproduction and child neurodevelopment.[44]

100. Specifically, cadmium impairs brain health through multiple pathways, including the interruption of DNA repair, the generation of reactive oxygen species, and, most critically, the disruption of neuronal proliferation and differentiation – two steps in the neurogenesis process occurring during the infancy critical period.[45]

101. Therefore, early life exposure to cadmium is associated with poor cognitive outcomes in children.[46]

---

[43] Gundacker C, Hengstschläger M., *The role of the placenta in fetal exposure to heavy metals*, 162(9-10):201-206. doi:10.1007/s10354-012-0074-3 Wien Med Wochenschr (2012).
[44] Kippler, M., Tofail, F., Gardner, R., Rahman, A., Hamadani, J. D., Bottai, M., & Vahter, M., *Maternal cadmium exposure during pregnancy and size at birth: a prospective cohort study*, 120(2) Environmental Health Perspectives 284–289 (2012), https://doi.org/10.1289/ehp.1103711.
[45] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural Regeneration Research 1879 (2018).
[46] Sanders, A. P., Henn, B. C., & Wright, R. O., *Perinatal and childhood exposure to cadmium, manganese, and metal mixtures and effects on cognition and behavior: a review of recent literature*, 2(3) Current environmental health reports 284-94 (2015).

20

102. Cadmium also interferes with the levels of Brain Derived Neurotrophic Factor (BDNF),[47] an important neuroprotective molecule that plays a principle role in neurodevelopment.[48]

103. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[49] Thus, the presence of cadmium detracts from a principle function of DHA – a basis Nature Made's "brain development" claims.

104. This cadmium-mediated disruption of neuro-development renders Pharmavite's Nature Made Products adulterated under D.C. Code §48-103 *et seq* as brain development is a marketed benefit of Nature Made Products.

105. In general, women are more susceptible to cadmium toxicity, mainly because of increased intestinal uptake of cadmium given low iron stores, which are more prevalent in women than in men.[50]

106. Worse, cadmium has been shown to accumulate in in placental tissues, where it interrupts micronutrients (such as zinc) diffusion through the placenta.[51]

107. Thus, scientific evidence demonstrates that cadmium directly interferes with Pharmavite Products as the presence of cadmium in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[52]

---

[47] Wang, Y., Chen, L., Gao, Y., Zhang, Y., Wang, C., Zhou, Y., ... & Tian, Y, *Effects of prenatal exposure to cadmium on neurodevelopment of infants in Shandong, China*. 211 Environmental pollution 67-73 (2016).

[48] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).

[49] *Id.*

[50] *Id.*

[51] Kippler, M., Hoque, A. W., Raqib, R., Öhrvik, H., Ekström, E. C., & Vahter, M., *Accumulation of cadmium in human placenta interacts with the transport of micronutrients to the fetus*, 192(2) Toxicology letters 162-168 (2010).

[52] DC Code §48-103 *et seq*.

## The Dangers of Pesticides

108. Pesticides are a large class of compounds designed to kill or eliminate multiple types of

organic matter:

    a.   Rodents (rodenticide)

    b.   Insects (insecticide)

    c.   Fungi (fungicide)

    d.   Undesired plants (herbicide)

109. Due to the fact their intended function is to kill or disrupt living organisms, most pesticides

are toxic to humans in one form or another.

110. It follows that pesticides are designed to be neurotoxic.

111. Research has focused on the neurodevelopmental consequences of pesticide exposure during

early life.[53]

112. Due to the risks of pesticide exposure in early life, it is exceptionally important to ensure

pesticides with links to neurotoxic or developmental toxicity outcomes be restricted and

avoided from products used to ensure proper prenatal health. To wit:

    a.   Indoxacarb, a WHO Class II pesticide, has been linked to disruption of nicotinic

        acetylcholine receptors in developing mammalian brains.[54]

---

[53] Shelton, J. F., Geraghty, E. M., Tancredi, D. J., Delwiche, L. D., Schmidt, R. J., Ritz, B., ... & Hertz-Picciotto, I., *Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study*, 122(10) Environmental health perspectives 1103-1109 (2014).

[54] Zhao, X., Nagata, K., Marszalec, W., Yeh, J. Z., & Narahashi, T., *Effects of the oxadiazine insecticide indoxacarb, DPX-MP062, on neuronal nicotinic acetylcholine receptors in mammalian neurons,* 20(4) Neurotoxicology 561-570 (1999).

113. Thus, by their very nature, the presence of pesticides in prenatal vitamins are antithetical to a mission to support brain health, as the presence of these pesticides in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[55]

## **Factual Allegations**

114. Pharmavite is aware that there are health risks with pregnancy.

115. Pharmavite is aware of the importance of folic acid during pregnancy to the development of the fetus.

116. Pharmavite is aware of the dangers of heavy metal toxins and other contaminants during pregnancy.

117. Pharmavite is aware there is a market for pregnancy supplements to support healthy pregnancy for mother and fetus.

118. To capture this market, Pharmavite manufactures, produces, and distributes vitamins for the purpose of supporting a healthy pregnancy, to include the supplementation of folic acid.

119. Given the above, it follows that, Pharmavite is aware that consumers are concerned with the contents of their supplements.

120. Pharmavite is also aware that consumers seek supplements for specific health reasons.

121. Further, Pharmavite is aware that the consumers who seek out prenatal vitamins are a vulnerable group of consumers to whom such products' contents are of a heightened importance.

---

[55] D.C. Code §48-301 *et. seq.*

122. Pharmavite's Products are under-formulated as to folic acid; thus, consumers who take the Products for specific advertised health purposes, are not getting the proper or promised dosage: the results of this under-formulation could be fatal or life threatening.

123. Pharmavite's Products are also adulterated and contain quantifiable amounts of heavy metals and pesticides, all of which are harmful if exposed to both mothers and babies during the prenatal process.

124. Pharmavite's marketing practices are false and misleading and violate D.C. Code §28-3904, as they extoll the brain-supporting features of the product while exposing fetuses to concerning levels of known neurotoxins for which there is no established safe-harbor.

125. Pharmavite's Products are adulterated under DC Code §48-103 et seq., as the presence of these contaminants renders them unsafe for their intended population, directly contradicts the intended brain-support benefit of the Products, and renders the Products "injurious to health."[56]

**Pharmavite 's Marketing of Nature Made is Unconscionably Misleading and Omits Material Facts**

126. As noted previously, to capture the market for prenatal vitamins and supplements, Pharmavite markets its Nature Made Products as containing folic acid and supporting fetal brain growth (see figures above). Nature Made causes specific attention to be drawn to the claims of folic acid, as they are highlighted in yellow and circled on product packaging.

127. Nature Made claims that "every one" of their products have been "proven safe and nutritionally beneficial."

---

[56] D.C. Code §48-103 et seq.



**Figure 7**

128. Pharmavite has publicly admitted to levels of the toxic heavy metals lead and cadmium in their Nature Made Product – contaminants that:

   a.   Have no safe level recognized by public health authorities for developing children.

   b.   Their competitors are able to avoid or achieve significantly lower levels.

129. As a result, and as discussed further below,  is in violation of D.C. Code §28-3904 et seq. as it has represented the Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

130. It is apparent that Pharmavite is aware of the intent of their marketing, as they take steps to educate consumers on the purpose for which their prenatal vitamins should be used.

# What are prenatal and postnatal multivitamins?

Having a baby is absolutely incredible. It also requires an incredible amount from your body. Prenatal and postnatal vitamins are designed to provide the essential nutrients that you and your baby need.

**Figure 8**

# What are prenatal and postnatal multivitamins good for?

These vitamins deliver essential nutrients that you and your baby need, including folic acid, iron, zinc and vitamin D. Our softgel formulas also contain omega-3 fatty acid DHA, which may help support fetal brain and eye development.[1]

**Figure 9**

# Who should take prenatal and postnatal multivitamins?

If you're pregnant or trying to become pregnant, then prenatal vitamins are for you. If you're a nursing mom, postnatal vitamins can help your body get the nutrients it needs. At Nature Made, we know that even the nurturer needs to be nurtured.

**Figure 10**

131. Pharmavite holds itself out as providing high quality nutrition to consumers, claiming that "nutrition is in our DNA."

# Nutrition is in our DNA

It all started with the idea that nature is the backbone of nutrition. Every day, our scientists, nutritionists and health experts totally geek out on what the incredible human body needs to stay, well, incredible. And we do it so we can provide you with the knowledge and high-quality supplemental nutrition you need to keep on doing all the things you do best.

**Figure 11**

132. Interestingly, on the Amazon.com page selling one of the Products, Nature Made omits the
disclaimer on their website that their claim to be "specially formulated to support the
development of baby's brain, nervous system, bones and eyes" has not been evaluated by the
FDA.



**Figure 12**

133. As a result of omitting this disclaimer, Defendant is implicitly vouching for the veracity of
those claims to the consumer and are making an unevaluated drug claim without properly
warning consumers.

134. In addition to the assurances on the package, the website also explains what a supplement is
and why it is important, highlighting the key nutrients and quality of Nature Made Products.

## What this Supplement is

Creating new life creates new nutritional needs too. And Nature Made® Multi Prenatal tablets are specially formulated to provide the nutritional support you need while you're trying to become pregnant and throughout your pregnancy. Our prenatal vitamin formula provides key nutrients such as folic acid and iron. And it also contains other important nutrients including zinc and vitamins A, C, D3 and E. Nature Made Multi Prenatal tablet is USP verified, so you can feel confident that you are choosing a high quality prenatal vitamin supplement.

**Figure 13**

135. In Figure 13 above, Nature Made not only informs what a supplement is, it represents that its Products are "a high quality prenatal vitamin supplement."

136. Indeed, Nature Made extolls the virtues of their quality systems, claiming to screen their products for purity and potency. As a result, they claim to provide "quality you can trust."

## Quality you can trust

If you care this much about what goes in your body then we believe it should be the best quality. We go the extra step to ensure our vitamins and supplements are USP certified when possible. Meaning they've been tested for purity and potency by the U.S. Pharmacopeia so you know you're getting the good stuff.


Largest amount of USP certified products


#1 Pharmacist Recommended brand

**Figure 14**

137. In addition to marketing claims on their packaging and website, Pharmavite emphasizes product purity and quality through its digital media presence, to include their YouTube channel.

138. In one video titled "Nature Made: Quality You Can Trust," posted to their channel on June 3,

2020, they emphasize that their purity and potency are USP verified.[57] See Figure 15 below.



**Figure 15**

139. In this same video, Pharmavite states they are the "#1 Pharmacist Recommended Vitamin &

Supplement Brand,"[58] See Figure 16 below.

---

[57] Youtube, *Nature Made: Quality You Can Trust,* https://www.youtube.com/watch?v=aV2KF0DaCfc
[58] *Id.*



**Figure 16**

140. Pharmavite has previously been criticized by the National Advertising Division (NAD) specifically for the placement of this claim in commercials, and for failing to make the disclosure about the source of this claim "clear and conspicuous."[59]

141. Upon information and belief, this video, or a video similar to it, was broadcast on television and across streaming services.

142. Upon information and belief, the use of this claim in this video, or a video similar to it, did not contain a disclosure about the source of this claim that was "clear and conspicuous."

143. It follows that Pharmavite has violated D.C. Code §28-3904 *et seq.*, as it has represented the Nature Made Products as "… a particular standard, quality, grade, style, or model," when in

---

[59] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.

fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

144. Defendant's repeated claims to perform purity testing are strange given their behavior. During pre-suit discussions, Plaintiff's counsel shared testing results with the Defendant in the spirit of resolving the matter without litigation. Defendant repeatedly refused to share their own testing results – instead opting to obfuscate and delay.

145. Even more direct, their website promises, "We're here for your health!"



**Figure 17**

146. Pharmavite fails to state the "material fact" that the Products contain contaminants which serve the exact opposite purpose of healthful supplements, and, in fact, are injurious to health.

147. Pharmavite is aware many women do not receive enough folic acid, marketing their product as a solution to this very issue:



**Figure 18**

148. Pharmavite has violated D.C. Code §3904 *et seq.,* as their product misrepresents the folic acid content of the Products, as the Products are severely under-formulated.

149. Pharmavite also publishes their commitment to good health at the core of every product. They promise products are "backed by decades of scientific research and high- quality ingredients."

**Our Commitment**

Our commitment to your good health lies at the core of every product we make—backed by decades of scientific research and high-quality ingredients. At Nature Made, we create thoughtfully designed products to fit your lifestyle needs at every stage.

**Figure 19**

150. Again, in Figure 19 above, Nature Made has misrepresented the Product's quality, as the analytical testing below has shown, the Products contain detectable levels of heavy metal toxins (See lab reports attached at Exhibit 1).

151. Moreover, Pharmavite misrepresents the Product's quality, as they are under-formulated, denying consumers the very crux of a prenatal vitamin.

152. To set itself apart from competitors, in Figure 20 below, Nature Made touts the benefits of its

supplements, to include folic acid. It again guarantees the high quality of its standards, ingredients, and manufacturing process.



**Figure 20**

153. Pharmavite not only makes promises about what *is not* in its Nature Made Products, it also makes multiple promises about what *is* contained in the Products, namely folic acid.



**Figure 21**

154. Pharmavite's promises of folic acid on its packaging, website, and marketing give a false expectation that the Products possess a properly formulated serving of folic acid.

155. The Products are under-formulated as to folic acid, well below the promises made on the packaging and website and well below the medically recommended dosage of 400mcg of folate daily

156. Pharmavite's promises of folic acid on its packaging violate D.C. Code §28-3904, as the website, packaging and marketing gives consumers a false expectation that the Products will contain 800mcg/serving of folic acid.

157. The Products in fact contain 368 mcg/serving of folic acid, well below the promise of 800mcg, and well below the quality promised by Pharmavite.

158. In addition to the under formulation of the Products, the Products also contain quantifiable amounts of heavy metals.

159. These heavy metal toxins are not listed, labeled, or advertised and have extreme negative health effects on both mother and fetus:

    a.   Lead

    b.   Cadmium

160. Further yet, the Products also contain detectable amounts of World Health Organization ("WHO") Classified pesticides, denoted as "moderately hazardous to human health."

161. Consumers who seek out and purchase the Products do not expect them to be under formulated or even worse, contain toxic heavy metals and pesticides in any quantifiable amount.

162. Moreover, consumers would not purchase products made solely for the supplementation of healthy prenatal process if they knew they contained ingredients that could in fact encourage the exact opposite.

163. Thus, Pharmavite has violated D.C. Code §28-3904, as the Products are well below the quality and grade promised by Nature Made.

164. Further, Pharmavite has also violated D.C. Code §48-103, as the contaminants in the Products render them "injurious to health."

## The Under Formulation of the Products

165. CLP caused the purchase the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

166. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

167. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained exclusively by CLP to protect independence and confidentiality.

168. As a result of the Quantitative testing, the sample of Defendant's Products yielded a folic acid content of:

    a. Nature Made Prenatal Multi + DHA (110 ct):

        i. Claimed Amount 800 mcg/serving

        ii. Testing results 368 mcg/serving, 46% of label claim

    b. Nature Made Prenatal Multi + DHA (115 ct):

        i. Claimed Amount 800 mcg/serving

      ii.   Testing results 546 mcg/serving, 67% of label claim

   c.   Nature Made Prenatal Gummies – Mixed Berry (60ct)

      i.   Claimed Amount 360 mcg/serving

      ii.   Testing results 308 mcg/serving, 86% of label claim

**<u>The Presence of Quantifiable Amounts of Heavy Metals in the Products</u>**

169. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

170. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

171. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

172. The results are in parts-per-billion (ppb):

   a.   Nature Made Prenatal Multi (90ct):

      i.   As a result of the quantitative testing, the sample of Defendant's Product yielded a lead content of 201.13ppb, which is on a per-serving basis higher than 64% of other prenatal vitamins tested.

      ii. As a result of the quantitative testing, the sample of Defendant's Product yielded a cadmium content of 157.29ppb, which is on a per-serving basis higher than 63.5% of other prenatal vitamins tested.

b. Nature Made Prenatal Multi (250 ct):

      i. As a result of quantitative testing, the sample of Defendant's Product yielded a lead content of 162 ppb, which on a per-serving basis is higher than 55.6% of other prenatal vitamins tested.

      ii. As a result of quantitative testing, the sample of Defendant's Product yielded a cadmium content of 176 ppb, which on a per-serving basis is higher than 69.9% of other prenatal vitamins tested.

c. Nature Made Prenatal Multi + DHA (110 ct):

      i. As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 239 ppb, which on a per serving basis is higher than 90.1% of other prenatal vitamins tested.

d. Nature Made Prenatal Multi + DHA (115 ct):

      i. As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 189 ppb, which on a per serving basis is higher than 85.2% of other prenatal vitamins tested.

e. Nature Made Prenatal Multi + DHA (60 ct):

      i. As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 143 ppb, which on a per serving basis is higher than 79.3% of other prenatal vitamins tested.

f. Nature Made Prenatal Multi + DHA (150 ct):

      i.   As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 142 ppb, which on a per serving basis is higher than 79% of other prenatal vitamins tested.

**The Presence of Pesticides in the Products**

173. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

174. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

175. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

176. Analytical testing identified detectable amounts of pesticides in the following products:

    a.   Nature Made Prenatal Multi + DHA (110 ct):

        i.   Fenpyroximate, a class II hazardous pesticide (moderately hazardous to human health).

       ii.   Indoxacarb, a class II hazardous pesticide (moderately hazardous to human health).

     iii.   Proquinazid, a class II hazardous pesticide (moderately hazardous to human health).

39

iv.  Tebuconazole, a class II hazardous pesticide (moderately

hazardous to human health).

**Pharmavite Knew or Should Have Known its Representations Were False**

177. Pharmavite holds itself out to the public as a trusted source of prenatal supplements and

vitamins.

178. Pharmavite knew, or should have known, what representations it made on the labels (as noted

in the figures above) of the Products. Pharmavite also knew or should have known how its

Products were sourced, processed, and marketed.

179. Pharmavite knew, or should have known, the facts demonstrating that the Products were

mislabeled, falsely advertised, and adulterated.

180. Pharmavite was previously investigated by the New York Attorney General in 2015 for failing

to comply with label claims around active ingredients in its supplement products. The New York

Attorney General demanded detailed ingredient and quality control information on every herbal

supplement Pharmavite sold in New York State, after a study they conducted demonstrated that

four in five products contained none of the herbs listed on the labels.[60]

181. As a result of that investigation, Pharmavite knew, or should have known, that improvements

to their quality control processes were required to ensure accurate labeling of ingredients and the

nutrition facts panel.[61]

182. Pharmavite has previously had their label claims challenged by the Federal Trade Commission

(FTC) surrounding their use of false and misleading claims surrounding a cholesterol product in

---

[60] Drug Discovery Trends.com, *NY Attorney General Expands Herbal Supplement Investigation,*
https://www.drugdiscoverytrends.com/ny-attorney-general-expands-herbal-supplement-investigation/.
[61] *Id.*

which the FTC indicated there was "little clinical evidence" to substantiate claims made by Pharmavite. In response, Pharmavite removed the misleading claims from advertising, website, and packaging.[62]

183. As a result of the FTC investigation, Pharmavite knew, or should have known, about the importance of verifying numerical label claims and functional health claims.

184. Pharmavite has previously had its label claims challenged by the National Advertising Division (NAD) of the Better Business Bureau for failing to properly identify the source of a particular claim, and for failing to provide substantiation of two other claims.[63]

185. In 2014, in response to this challenge Pharmavite permanently discontinued commercials being run at the time that NAD challenged them.[64]

186. D.C. consumers rely on label representations and marketing information in making purchase decisions.

187. Pharmavite made false, misleading, and deceptive representations and omissions, intending for D.C. consumers to rely upon those representations and omissions in purchasing the Products.

188. Pharmavite knows that D.C. consumers seek out prenatal supplements that consumers believe to be properly formulated and not adulterated.

189. Upon information and belief, Pharmavite has failed to remedy the problem with the Products, causing ongoing harm to D.C. consumers.

---

[62] Federal Trade Comission. *Closing Letter, Matter No. 0723233*
https://www.ftc.gov/sites/default/files/documents/closing_letters/pharmavite-llc/090416cholestoffclosingletter.pdf
[63] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.
[64] *Id.*

190. D.C. consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with misleading and/or deceptive representations or omissions.

191. Reasonable consumers do not expect Defendant's Products, represented and advertised as prenatal vitamins containing 800 mcg/serving of folic acid, to in fact contain far less than labeled.

192. Reasonable consumers do not expect Defendant's Products, represented and advertised as a prenatal vitamin, to be adulterated and to contain toxic heavy metal and pesticides that are dangerous and adverse to the prenatal process and undermine the very purpose of the Products.

## Cause of Action: Violation of the District of Columbia Consumer Protection Procedures Act

193. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), Plaintiff brings this claim on behalf of itself and the general public of the District of Columbia for Pharmavite's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

194. Plaintiff incorporates by reference all allegations in the preceding paragraphs of this Complaint.

195. Pharmavite labeled and advertised the Nature Made Products as containing 800mcg/serving of folic acid when in fact it is under-formulated and contains only 368 mcg/serving of folic acid which is under-formulated by forty-six percent (46%).

196. Pharmavite adulterated the Products as the presence of heavy metals and pesticides impairs the neurological development of the fetus, which is the purpose of the prenatal vitamin.

197. Pharmavite's advertising of the Products misrepresents, tends to mislead regarding material facts, and omits facts regarding: the source, characteristics, standard, qualities, or grades that Pharmavite states and implies.

198. The Products lack the characteristics, ingredients, benefits, standard, qualities, or grades that Pharmavite states and implies.

199. Pharmavite's misstatements, innuendo, and omissions of fact are material and have the tendency to mislead.

200. Pharmavite knowingly did not sell the Products as advertised.

201. The facts as alleged above demonstrate that Pharmavite has violated the CPPA, D.C. Code §28-3901 *et seq.*

202. Pharmavite's conduct is unlawful trade practice "whether or not any consumer is in fact mislead, deceived or damaged thereby." D.C. Code §28-3904.

203. CLP has a sufficient nexus to D.C. consumers of the Products to adequately represent their interests.

204. Given that Pharmavite misrepresents the characteristics, ingredients, and benefits of the Products; misrepresents the standard, quality, and grade of the Products; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead reasonable consumers with regard to material facts about the Products; and advertise the Products without the intent to sell the Products as advertised, and has adulterated the Products, Pharmavite marketing of the Products violates D.C. Code §28-3901 *et seq.*

205. Specifically, Pharmavite has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

    a.   represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;…

43

d.  represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another.

e.  misrepresent as to a material fact which has a tendency to mislead; …

f.  fail to state a material fact if such failure tends to mislead

f-1.  [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead;

… [or]

h. advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

206. Additionally, Pharmavite has violated D.C. Code §28-3904 *et seq,* pursuant to the definition of "Adulterated," as defined in D.C. Code §48-103, as the presence of these contaminants render the Products "injurious to health."

207. Pharmavite is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant under D.C. Code §29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-3901(a)(7).

208. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action seeking relief from the use of a trade practice in violation of a law of the District of Columbia, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or family purposes."

209. CLP is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that purchased the

Products in order to test or evaluate their qualities.

210. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

211. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

212. As set forth in this Complaint, Plaintiff was founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiff's mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiff has previously represented District consumers in similar actions under the CPPA.

213. Plaintiff is a public-interest organization pursuant to D.C. Code §28-3905(k)(1)(D) and brings this action on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(1)(A).

214. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

215. Plaintiff is a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit

organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest

organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiff prays for judgment against Defendant, including the remedies available under

D.C. Code §28-3905(k)(2)(A-F):

A.  A Declaration that Defendant's conduct is in violation of the CPPA.

B.  An Order enjoining Defendant's conduct found to be in violation of the CPPA.

C.  An Order requiring Defendant to provide corrective advertising to the residents of the District of Columbia that restores consumers.

D.  An Order granting Plaintiff's costs and disbursements, including reasonable attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

## **Jury Trial Demanded**

Plaintiff Clean Label Project hereby demands a trial by jury.

Dated: <u>11/3/2020</u>

Respectfully submitted,

Attorneys for Clean Label Project (CLP)

/s/ Travis Pittman
Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD  21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com

46

Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

**ATTACHMENT B**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION      *
A 501(c)(3)
280 E. 1st Ave., #873      *
Broomfield, Colorado 80038      Case No. 2020 CA 003912 B
     *

~~and~~      *
     COMPLAINT
~~GMO FREE USA d.b.a. TOXIN FREE USA~~
~~P.O. Box 458~~      *      DEMAND FOR JURY TRIAL
~~Unionville CT, 06085~~      *

              Plaintiffs,      *

         v.      *

PHARMAVITE, LLC      *

Serve on:      *
Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N      *
Sacramento, CA 95833-3505

            Defendant.      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>

On behalf of themselves and the general public, Plaintiffs, Clean Label Project Foundation

("Clean Label Project" or "CLP") ~~and GMO Free USA d.b.a. Toxin Free USA ("Toxin Free USA")~~,

hereinafter "Plaintiffs," by and through ~~their~~ **its** counsel, bring**s** this action against Pharmavite, LLC

("Pharmavite") hereinafter Defendant,  regarding the deceptive labeling, marketing, and sale of Nature

Made Prenatal Multi (90 ct), Nature Made Prenatal Multi (250 ct), **Nature Made Prenatal Multi +**

**DHA (60 ct), Nature Made Prenatal Multi + DHA (150 ct)**, Nature Made Prenatal Multi + DHA

(110 ct), and Nature Made Prenatal Multi +DHA  (115ct), ("Products")[1] that are under-formulated

---

[1] Discovery may demonstrate that additional Pharmavite Products are within the scope of this Complaint.
Plaintiffs reserve**s** the right to amend this complaint to include additional prenatal items identified through the
course of discovery.

with respect to folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals and detectable amounts of pesticides. Contrary to Defendant's promises and assurances, CLP facilitated independent testing and discovered that the amount of folic acid stated on the labels in the Products is unconscionably under-formulated, well below industry and medical standards. Further, the adulterated Products are exposing mothers and their babies to contaminants, to include lead, cadmium, and pesticides – compounds and contaminants known to cause reproductive harm in fetuses and infants.  Plaintiffs alleges the following based upon information, belief, and the investigation of its counsel:

## **Introduction**

1. Pregnancy can be a high-risk time, with as few as sixty-two percent (62%) of pregnancies ending in a live birth.[2]

2. Gestation, the period of development comprising embryonic and fetal development, is a "critical period" in human life.

3. This critical period is often referred to as "prenatal" development.

4. "Critical periods" are so named because disruption of development during those phases is often irreversible, placing incredible importance on ensuring developing brains and bodies are left unobstructed during these periods.

5. In the case of fetal neurodevelopment, a number of highly important processes occur during even the first month of pregnancy.

6. During the critical periods, essential neurodevelopment occurs, including aspects of

---

[2] Center for Disease Control and Prevention, *US Pregnancy Rate Lowest in Two Decades* (Dec. 15, 1999), https://www.cdc.gov/nchs/pressroom/99facts/pregrate.htm.

neurogenesis – the formation of neurons ("brain cells") and the formation of the complex

interconnection of neurons that give rise to the human experience (synaptogenesis).[3]

7. Although the brain continues to develop and change after birth and into adulthood, the prenatal

period can have a lasting effect on the adequacy of neurodevelopment and quality of life.

8. How thoroughly a brain develops depends on many factors in addition to genes, such as:[4]

a. Proper nutrition starting in pregnancy.

b. Exposure to toxins or infections during these critical periods.

c. The child's experiences with other people and world after birth.

9. For these reasons, it is critically important to ensure that prenatal development proceeds as

smoothly as possible.

10. Thus, it is the duty of brands assisting in this critical prenatal development period to:

a. Provide consumers with nutrients needed to ensure proper development.

b. Ensure that the brand's products do not provide deleterious chemicals that may detract

from healthy development.

11. Many of these critical processes require specific essential nutrients, such as vitamins, to occur

correctly, and the failure of these processes is often irreversible.

12. One such critical process is the folding of the neural crest into the neural tube: when a flat layer

of specialized cells in the embryo "folds" and seals shut, eventually creating a cylinder of cells

---

[3] Huttenlocher, P. R., & Dabholkar, A. S, *Regional differences in synaptogenesis in human cerebral cortex*, 287(2) Journal of comparative Neurology 167-178 (1997).
[4] Gibbs, B. G., & Forste, R, *Socioeconomic status, infant feeding practices and early childhood obesity,* 9(2) Pediatric obesity 135-146 (2014).

that will grow to become the central nervous system (the brain and spine).[5]

13. If this sealing process or one of its immediate consequences, which occurs during the third week of pregnancy, is unsuccessful, the child will develop one of a host of complications cumulatively referred to as Neural Tube Defects ("NTDs").

14. These NTDs take many forms, but all involve some form of disruption of central nervous system functioning – ranging from lower limb paralysis (*spina bifida)* to the child being born without a brain (*anencephaly)*. Many NTDs are fatal, often resulting in nonviable pregnancy or still birth.[6]

15. While many factors play a role in the development of NTDs, proper nutrition is critical in reducing risk.

16. Specifically, ensuring adequate maternal intake of vitamin B9 (folate/folic acid) is essential in reducing the risk of NTDs.

17. Unfortunately, in many cases it is difficult or impossible for women to attain sufficient folate/folic acid in their diets to minimize their fetuses' risk of an NTD.[7]

18. As a consequence, medical experts recommend women who are or may become pregnant supplement their diet with a prenatal vitamin which, among other nutrients, contains folate/folic acid.[8]

19. Given the above, it follows that supplements designed to ensure prenatal health have become increasingly important to consumers, to include D.C. consumers.

---

[5] Blom, H. J., Shaw, G. M., den Heijer, M., & Finnell, R. H, *Neural tube defects and folate: case far from closed*, 7(9) Nature Reviews Neuroscience 724-731 (2006).
[6] *Id.*
[7] Healthy Children.org, *Where We Stand: Folic Acid* (Nov. 2019), https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[8] *Id.*

20. Consumers seek out and choose prenatal vitamins based on the concerns regarding supplements such as folic acid.

21. This consumer interest has given rise to a highly competitive $445M market.[9] In a recent survey, one-hundred percent (100%) of women living in the District of Columbia or its surrounding states indicated that they took a prenatal vitamin during pregnancy.[10]

22. In order to gain a share in this market, prenatal vitamin brands market their product as working to ensure proper prenatal development.

23. Pharmavite's Nature Made is one such brand, marketing a line of prenatal vitamins suggesting that Nature Made "supports the development of brain, eyes and the nervous system."

24. Packaging for Nature Made prenatal vitamins makes numerous claims referencing brain health:

   a. Nature Made packages its Products as "[s]upport[ing] the development of baby's brain, eyes, & nervous system."

   b. Nature Made also boasts, "Complete Prenatal Multivitamins with Folic Acid Plus DHA" on the front middle of the Product box, directly below the previous statement.

   c. Nature Made assures that its Product "Provides 100% Daily Value of Folic Acid."

   d. Nature Made also addresses folic acid on the front of the Product by stating, "Contains folic acid and 17 other nutrients for baby's development & mom."

   e. Both phrases are encircled in purple and orange respectively, drawing extra attention to

---

[9] Grand View Research, *Prenatal Vitamin Supplement Market Size, Share & Trends Analysis Report By Product Form (Capsules, Powder, Gummy), By Distribution Channel, By Region, And Segment Forecasts, 2019 – 2025* (Aug. 2019), https://www.grandviewresearch.com/industry-analysis/prenatal-vitamin-supplement-market.
[10] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

the information.

 

**Figure 1**

25. Nature Made draws extra emphasis to the promise of complete folic acid by displaying the Supplement Facts on the back of the Product:

**Figure 2**

26. One component feature of Nature Made's "brain development" platform is their use of Docosahexaenoic acid (DHA), a fatty acid which plays a role in neurogenesis.[11]

---

[11] Bradbury, J. (2011). *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*. Nutrients, *3*(5), 529-554

## Nature Made® Prenatal Multi + DHA Softgels

Formulated to support the development of baby's brain, nervous system, bones and eyes. And they have clinically proven absorption of iron and folic acid. Think of it as nutritional support for you and your bump!

**Figure 3**

27. Pharmavite is aware of the importance of supplements during the delicate prenatal process, as it is the sole reason for the creation of the market for the Products.

28. Pharmavite is aware that proper folic acid fortification "may reduce a woman's risk of having a child with a neural tube defect."

### Benefits

* Scientifically formulated with essential vitamins and minerals that are essential during pregnancy and 200 mg DHA
* DHA: may help support fetal brain and eye development'
* Folic Acid: Adequate folic acid in healthful diets may reduce a woman's risk of having a child with a neural tube defect
* Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body'
* Calcium and Vitamin D3: help build and support strong bones'
* Vitamin A: helps support healthy eye function'
* Vitamins A, C, and D and Zinc: help support the immune system'
* Vitamins C and E: provide antioxidant support'
* B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12): support cellular energy production'
* Magnesium: helps support nerve, muscle and heart function'

**Figure 4**

## Nature Made® Prenatal Multi Tablets

Provides daily nutritional support before and during pregnancy.* Specially formulated to support the development of your baby's brain, nervous system, bones and eyes, it's big support for your little one.*

**Figure 5**

29. Pharmavite is aware of the formulation standards for vitamins.

30. Pharmavite is aware of how it packages their Products.

31. Given the risks of disrupted prenatal development, it is critically important to ensure that Pharmavite's "brain development" claims are true.

32. The Products in question are:

    **a.**   **Nature Made Prenatal Gummies – Mixed Berry (60ct)**

    b.   Nature Made Prenatal Multi (90ct)

    c.   Nature Made Prenatal Multi (250ct)

    **d.**   **Nature Made Prenatal Multi + DHA (60ct)**

    **e.**   **Nature Made Prenatal Multi + DHA (150ct)**

    f.   Nature Made Prenatal Multi + DHA (110ct)

    g.   Nature Made Prenatal Multi + DHA (115ct)

33. Plaintiffs caused the Products to be purchased for the purpose of evaluation by an ISO 17025 accredited third-party analytical chemistry laboratory. The results were reviewed and assessed by a third-party toxicologist.

8

34. At least one Nature Made Product was significantly under-formulated for folate/folic acid. Nature Made Products contained concerning levels of the neurotoxins lead and cadmium, as well as pesticides, all of which are linked to developmental toxicity.

35. This testing suggests that the above-mentioned contaminants are present in the Products, or at a minimum, that Pharmavite makes no efforts to confirm that they are not present.  As a result, D.C. consumers who are led to believe that the Products support a fetus's healthy growth and promote brain, eye, and nervous system development for their unborn child in fact bear the risk of purchasing products that contain quantities of pesticides and toxic heavy metals – compounds known to deleteriously impact brain development.

36. **As a result of this under-formulation, consumers of Pharmavite's products in the District of Columbia are defrauded and deprived of the value of the product they are purchasing, and are materially harmed beyond any potential injury visited upon pregnant mothers and their fetuses.**

37. The Environmental Protection Agency ("EPA"), Food and Drug Administration, the World Health Organization, the Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated there is no safe level of lead for children.

   a. The EPA has stated, "The Maximum Contaminant Level Goal for lead is zero.  EPA has set this level based on the best available science, which shows there is no safe level of exposure to lead."[12]

---

[12] EPA, *Basic Information about Lead in Drinking Water* (Aug. 13, 2020), https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#:~:text=EPA%20has%20set%20the%20maximum,in%20the%20body%20over%20time.,

b.   The Food and Drug Administration has stated that "[t]here is no known identified safe blood lead level."[13]

c.   The World Health Organization has likewise stated, "The neurological and behavioral effects of lead are believed to be irreversible.  There is no known 'safe' blood lead concentration…"[14]

d.   The Centers for Disease Control have found "[n]o safe blood level of lead has been identified."[15]

e.   The American Medical Association has stated, "We know that there is no safe level of lead."[16]

f.   The American Academy of Pediatrics has stated, "There is no safe level of lead exposure in children, with lasting decreases in cognition documented in children with blood levels as low as five micrograms per deciliter of lead in blood."[17]

38.  Cadmium is a toxic heavy metal, known to have severe short- and long-term neurotoxic effects.[18]

---

[13] Welch, Teresa, *Lead Found in 20% of Baby Food, Report Says* (June 19, 2017), https://www.charlotteobserver.com/news/nation-world/national/article157063044.html..
[14] The World Health Organization, *Lead Poisoning and Health* (Aug. 23, 2019), https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health#:~:text=The%20neurological%20and%20behavioural%20effects,behavioral%20difficulties%20and%20learning%20problems..
[15] CDC, *National Biomonitoring Program, Factsheet* (July 12, 2013), https://www.cdc.gov/biomonitoring/Lead_factsheet.html#:~:text=No%20safe%20blood%20lead%20level,half%20a%20cup%20of%20liquid.).
[16] AMA, *AMA Adopts New Policies to Prevent Future Lead Poisoning* (June 14, 2016), https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policies-prevent-future-lead-poisoning.
[17] American Academy of Pediatrics, *Lead Exposure in Children*, https://www.aap.org/Pages/ErrorPage.aspx?requestUrl=https://www.aap.org/en-us/advocacy-and-%20policy/aap-health-initiatives/lead-exposure/Pages/Lead-Exposure-in-Children.aspx.
[18] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural regeneration research 1879 (2018).

39. The European Union has declared cadmium a "Substance of Very High Concern"[19] and is one of only six hazardous substances banned from use in Europe in electrical and electronic equipment due to the hazard posed to human health.[20]

40. Some states, such as Maryland, have banned cadmium in children's products.[21]

41. One of the pesticides detected in Pharmavite Products is a World Health Organization ("WHO") Class II pesticide, which are "moderately hazardous to human health."

42. In a census-balanced survey commissioned by CLP of 630 mothers who took prenatal vitamins during pregnancy, eighty-three percent (83%) felt that they would not have purchased the products if they had discovered it was under-formulated and eighty-four percent (84%) of moms would want their money back.[22]

43. As noted above, these neurotoxins have no known safe level for prenatal exposure; thus, they represent a serious and present risk to the neurological health of these developing children.

44. Likewise, under-formulating prenatal vitamins for folate/folic acid represents a risk to developing fetuses and infants, as it may cause a failure to receive the adequate amount of folic acid necessary for developmental needs.

45. The presence of these contaminants is neither "normal" nor "unavoidable," as a comprehensive category test of over 200 prenatal vitamins commissioned by CLP has revealed that the levels

---

[19] European Chemicals Agency, *Candidate List of Substances for Very High Concern for Authorisation* (Aug. 26, 2020), https://echa.europa.eu/candidate-list-table/-/dislist/details/0b0236e1807dd024.

[20] Laser Focus World [online], *European Commission to Prohibit from TV's and Displays by October 2019* (Aug. 22, 2017), https://www.laserfocusworld.com/lasers-sources/article/16569155/european-commission-to-prohibit-cadmium-from-tvs-and-displays-by-october-2019#:~:text=European%20Commission%20to%20prohibit%20cadmium%20from%20TVs%20and%20displays%20by%20October%202019,-Nanoco%2C%20which%20makes&text=Cadmium%20is%20one%20of%20six,protect%20human%20and%20environmental%20health.

[21] Safer States, *Maryland* (Aug. 26, 2020), https://www.saferstates.com/states-in-the-lead/maryland/.

[22] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

of these contaminants are unusually high relative to competitive prenatal vitamin brands. Likewise, the majority of prenatal vitamins were not under-formulated for folate/folic acid.

46. This means that consumers selecting a prenatal vitamin to ensure proper prenatal health during this critical period of neurodevelopment would expose the fetuses and/or infants to *less* of the neurotoxins cadmium and lead (and would provide them with more folate/folic acid) than by picking nearly any brand other than Nature Made.

47. Given the ubiquity of the public health and public policy positions above, Pharmavite knew or should have known of the risk of these toxins in the Products and should have taken steps to avoid these contaminants as their competitors clearly have done.

48. Thus, the Products are adulterated under DC Code §48-103 *et seq.* as the presence of these contaminants poses a risk to the neurological health of the developing fetuses and/or infants and the avoidable presence of these contaminants directly contradict the "brain development" functions touted by Pharmavite.

49. As a result of Pharmavite's claims and marketing, D.C. consumers, who are led to believe that the Products are safe and effective and free of concerning levels of contaminants, in fact bear the risk of purchasing products that are under-formulated and not free of concerning quantities of heavy metals and pesticides.

50. A reasonable D.C. consumer would not expect Products claiming to support "brain health" to contain high levels of lead or cadmium.[23]

51. A reasonable D.C consumer would not expect products claiming to provide the recommended daily value of folic acid to be under-formulated for folic acid.[24]

---

[23] As noted above, a large percentage of Nature Made's competitors do not have these significant issues.
[24] *Id*.

52. In sum, Pharmavite is deceiving D.C consumers into believing that the Products support "brain development" when they contain avoidable levels of multiple deleterious neurotoxins with no known safe level in Products intended for use during a critical period of neurodevelopment. Simultaneously, Pharmavite Products are under-formulated for the principle active ingredient of folate/folic acid.

53. Pharmavite's false and misleading representations and omissions, including any tendency to mislead or omit, violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

54. Pharmavite's labeling and advertising of the Products tend to mislead and are materially deceptive about the true nature, quality, and ingredients of the Products. Plaintiffs brings this deceptive advertising and adulteration cause on behalf of themselves and the general public, and seek relief, including but not limited to: an injunction to halt Pharmavite's false and misleading marketing and sale of Nature Made Products.

## Jurisdiction and Venue

55. This Court has personal jurisdiction over the parties in this case. Plaintiffs, by filing this Complaint, consents to this Court having personal jurisdiction over them and this matter.

56. This Court has personal jurisdiction over Defendant pursuant to D.C. Code §13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them given that, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avail themselves of the laws of the District of Columbia through their marketing and sales of the Products in the District of Columbia.

57. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §28-

13

3905(k)(1)(B), (k)(1)(C) and (k)(2).[6]

**Parties**

58. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

59. CLP performs its work throughout the United States, including in the District of Columbia.

60. CLP uses state-of-the-art accredited laboratory testing to identify the best and worst labeled products and publishes top and bottom performers on its website free of charge.

61. CLP was formed in 2016 with the goal of reducing contamination across all consumer-packaged goods products.

62. CLP has an interest in food label truth and transparency, and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, allowing consumers to make data-based decisions.

63. In 2018, CLP caused the purchasing of the Nature Made Products, as well as over 200 other prenatal vitamin products in order to evaluate their levels of folic acid.

64. ~~Toxin Free USA is a 501(c)(3) non-profit, public-interest organization whose mission is to harness independent science and agroecology concepts to advocate for clean and healthy food and ecological systems. Toxin Free USA educates consumers about the potential hazards of toxic heavy metals, synthetic ingredients, pesticides and biocides, and genetically engineered organisms.~~

65. ~~Toxin Free USA performs its work throughout the United States, including in the District of~~

14

Columbia. ~~Toxin Free USA volunteer staff reside in or near the District of Columbia.~~

66. ~~Toxin Free USA was formed in 2012 with the intent of organizing national boycotts of food companies that use genetically modified ingredients and related synthetic herbicides and pesticides in their products, and pressuring companies to remove those ingredients.~~

67. ~~Consequently, Toxin Free USA firmly believes in food transparency. The organization diligently works to promote food and ecological systems that are clean, accessible, and free of contamination. To that end, Toxin Free USA educates consumers, increasing their awareness and knowledge of toxins used in agricultural production and their effect on health and the environment.~~

68. ~~Additionally, Toxin Free USA's website, publications, public education, research, network building, and mobilization activities provide an important service to consumers and community activists every month.~~

69. At all times herein Pharmavite was a California limited liability company with its principal place of business in West Hills, California.

70. Defendant markets and distributes the Products online and in retail stores in the District of Columbia and throughout the United States.

71. Upon information and belief, Defendant has caused harm to the general public of the District of Columbia.

72. Plaintiff~~s are~~ **is** acting on behalf of the general public as private attorneys pursuant to D.C Code §28- 3905(k)(1)(C)-(D).

73. Plaintiff~~s are~~ **is a** non-profit organization~~s~~ pursuant to D.C. Code §28-3901(a)(14) and the public- interest organizations pursuant to D.C. 28-3901(a)(15). Plaintiff~~s are~~ **is a** longstanding advocates of the rights of consumers, including but not limited to D.C. consumers, for truthful

15

labeling and marketing.

**The Importance of Folic Acid**

74. Vitamin B9 (Folate) is an essential vitamin that plays a critical role in the development of DNA.

75. The synthetic form of folate most commonly used in supplements is folic acid.[25]

76. Fortification with folic acid has been linked to reductions in the incidence of several NTDs.[26]

77. The consequences of improper folic acid fortification can be severe and can include loss of life for the child so impacted.

78. Newborns with anencephaly, an NTD in which some or all of the brain fails to form, usually do not live long, and those with spina bifida may be permanently disabled.

79. NTDs can be avoided with proper folate/folic acid intake during pregnancy.

80. NTDs linked to folate/folic acid-insufficiency have been referred to as an "unnecessary epidemic."[27]

81. For this reason, supplementing with folate/folic acid is an important step in prenatal neurodevelopment.

82. The CDC recommends women start taking folic acid every day for at least a month before becoming pregnant, and every day while pregnant.[28]

83. The recommended dose for all women of childbearing age is 400 mcg of folate/folic acid

---

[25] Center for Disease Control, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[26] Centers for Disease Control and Prevention (CDC), *Spina bifida and anencephaly before and after folic acid mandate--United States, 1995-1996 and 1999-2000*, MMWR, 53(17) Morbidity and Mortality Weekly Report 362 (2004).
[27] Brent, R. L., Oakley, G. P., & Mattison, D. R., *The unnecessary epidemic of folic acid-preventable spina bifida and anencephaly*, 106(4) Pediatrics 825-827 (2000).
[28] WebMD, *Folic Acid and Pregnancy*, https://www.webmd.com/baby/folic-acid-and-pregnancy#1.

each day.[29]

84. However, the CDC recommends women who have already had an NTD-affected pregnancy consume 400 mcg of folic acid each day, even when not planning to become pregnant. When planning to become pregnant, the CDC recommends that these women consume 4,000 mcg of folic acid each day, one month before becoming pregnant, and through the first three months of pregnancy.[30]

85. Studies have confirmed that getting an adequate amount of folic acid will protect the fetus/infant from NTDs by at least fifty percent (50%).[31]

86. According to the CDC, for women who have already had a baby with an NTD, getting enough folic acid may reduce the risk of having another child with an NTD by as much as seventy percent (70%).[32]

87. The American Academy of Pediatrics ("AAP") has stated that "all women capable of becoming pregnant consume 400 micrograms per day of folic acid." Furthermore, "[a]lthough some foods are fortified with folic acid, it is not possible for women to meet the 400 mcg goal through a typical diet."

88. The AAP policy statement recommends a daily multivitamin tablet that contains folic acid in the recommended dose. Studies show that if all women of childbearing age met these dietary requirements, fifty percent (50%) or more of NTDs could be prevented.[33]

---

[29] CDC, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[30] Center for Disease Control and Prevention, *Effectiveness in Disease and Injury Prevention Use of Folic Acid for Prevention of Spina Bifida and Other Neural Tube Defects -- 1983-1991* (Aug. 2, 1991), https://www.cdc.gov/mmwr/preview/mmwrhtml/00014915.htm.
[31] CDC, *Preventing Neural Tube Defects: A prevention Model Resource Guide* (July 17, 2020), https://www.cdc.gov/ncbddd/orders/PDFs/09_202063A_Nash_Neural%20Tube%20BD%20Guide%20FINAL508.pdf%20(wed).
[32] Healthy Children.org, *Where We Stand: Folic Acid*, https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[33] *Id*.

89. Thus, ensuring adequate folate/folic acid intake is one of the principle purposes of a prenatal vitamin. Therefore, under-formulation for folic acid renders a prenatal vitamin adulterated under D.C. Code §48-103 *et seq*.

### The Dangers of Heavy Metals: Lead & Cadmium

### Dangers of Lead

90.  Lead is a heavy metal and a known carcinogen and neurotoxin. Lead resembles other metals that the human body needs to properly function, and as such, it is readily absorbed into body tissue.[34]

91. Lead readily crosses the placenta, impacting embryonic and fetal development.[35]

92. Lead can damage and/or destroy cells once in the body: it also remains in the body for an extended period of time, causing even greater extent to the damage.[36]

93. Specifically, lead damages the myelin sheaths of neurons (protective insulation essential for proper neuronal functioning)[37] and interferes with neurotransmission (the communication between neurons)[38] both of which are potentially disastrous for human cognition & development.

---

[34] Wani, A.L., Ara, A., & Usmani, J.A., *Lead toxicity: a review*, 8(2) Interdisciplinary Toxicology 55-64 (2015), https://www.ncbi.nlm.nih.gov/PLC/articles/PMC4961898.

[35] Foltinova, J., Foltin, V., & Neu, E., *Occurrence of lead in placenta–important information for prenatal and postnatal development of child*, 28(4) Neuroendocrinology Letters 335-340 (2007).

[36] *Id*.

[37] Dabrowska-Bouta, B., Sulkowski, G., Bartosz, G., Walski, M., & Rafalowska, U., *Chronic lead intoxication affects the myelin membrane status in the central nervous system of adult rats*, 13(1-2) Journal of Molecular Neuroscience 127-139 (1999).

[38] Neal, A. P., & Guilarte, T. R., *Molecular neurobiology of lead (Pb 2+): effects on synaptic function*, 42(3) Molecular neurobiology 151-160 (2010).

94. Lead also interferes with the levels of Brain Derived Neurotrophic Factor ("BDNF") an important neuroprotective molecule that plays a principle role in neurodevelopment, specifically neurogenesis.[39]

95. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[40]

96. Thus, prenatal lead exposure has known adverse effects on maternal health and infant outcomes across a wide range of maternal blood lead levels.

97. A principle risk of prenatal exposure to lead is a reduction in intelligence, with experts demonstrating a direct relationship between childhood blood-lead levels and intelligence quotient (IQ).[41]

98. The consequences of even low-level (part-per-billion) exposure can be severe.

---

[39] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[40] *Id.*
[41] COUNCIL ON ENVIRONMENTAL HEALTH, 138:e20161493 Pediatrics (2016).



**Figure 6**

99. In Flint, Michigan, following city-wide exposure to part-per-billion levels of lead in drinking water, the portion of Flint's third graders who tested as proficient in reading at grade level fell from 41.8% to 10.7%.[42]

100. As discussed above, the Environmental Protection Agency, Food and Drug Administration, the World Health Organization, Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated that there is no safe level of lead for children.

101. Thus, by its very nature, the presence of lead in prenatal vitamins is antithetical to a mission to support brain health, as the presence of lead in prenatal vitamins is a "deleterious substance which may render it injurious to health…" under DC Code §48-103 *et seq.*

---

[42] Grossman, Slusky, *The Effect of an Increase in Lead in the Water System on Fertility and Birth Outcomes: The Case of Flint, Michigan,* http://www2.ku.edu/~kuwpaper/2017Papers/201703.pdf.

**Dangers of Cadmium**

102. Cadmium is also a heavy metal and a known neurotoxin and an International Agency for Research on Cancer ("IARC") class 1 carcinogen, known for having both short-term and long-term deleterious effects on human health.

103. Cadmium readily crosses the placenta, accumulating in fetal or embryonic tissue.[43]

104. Once absorbed, cadmium has a long half-life in the body, especially in the kidneys. Chronic cadmium exposure has been shown to adversely affect kidney and bone and to increase the risk of cancer.  Cadmium also functions as an endocrine disruptor and may thus affect reproduction and child neurodevelopment.[44]

105. Specifically, cadmium impairs brain health through multiple pathways, including the interruption of DNA repair, the generation of reactive oxygen species, and, most critically, the disruption of neuronal proliferation and differentiation – two steps in the neurogenesis process occurring during the infancy critical period.[45]

106. Therefore, early life exposure to cadmium is associated with poor cognitive outcomes in children.[46]

---

[43] Gundacker C, Hengstschläger M., *The role of the placenta in fetal exposure to heavy metals*, 162(9-10):201-206. doi:10.1007/s10354-012-0074-3 Wien Med Wochenschr (2012).
[44] Kippler, M., Tofail, F., Gardner, R., Rahman, A., Hamadani, J. D., Bottai, M., & Vahter, M., *Maternal cadmium exposure during pregnancy and size at birth: a prospective cohort study*, 120(2) Environmental Health Perspectives 284–289 (2012), https://doi.org/10.1289/ehp.1103711.
[45] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural Regeneration Research 1879 (2018).
[46] Sanders, A. P., Henn, B. C., & Wright, R. O., *Perinatal and childhood exposure to cadmium, manganese, and metal mixtures and effects on cognition and behavior: a review of recent literature*, 2(3) Current environmental health reports 284-94 (2015).

107. Cadmium also interferes with the levels of Brain Derived Neurotrophic Factor (BDNF),[47] an important neuroprotective molecule that plays a principle role in neurodevelopment.[48]

108. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[49] Thus, the presence of cadmium detracts from a principle function of DHA – a basis Nature Made's "brain development" claims.

109. This cadmium-mediated disruption of neuro-development renders Pharmavite's Nature Made Products adulterated under D.C. Code §48-103 *et seq* as brain development is a marketed benefit of Nature Made Products.

110. In general, women are more susceptible to cadmium toxicity, mainly because of increased intestinal uptake of cadmium given low iron stores, which are more prevalent in women than in men.[50]

111. Worse, cadmium has been shown to accumulate in in placental tissues, where it interrupts micronutrients (such as zinc) diffusion through the placenta.[51]

112. Thus, scientific evidence demonstrates that cadmium directly interferes with Pharmavite Products as the presence of cadmium in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[52]

---

[47] Wang, Y., Chen, L., Gao, Y., Zhang, Y., Wang, C., Zhou, Y., ... & Tian, Y, *Effects of prenatal exposure to cadmium on neurodevelopment of infants in Shandong, China*. 211 Environmental pollution 67-73 (2016).
[48] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[49] *Id.*
[50] *Id.*
[51] Kippler, M., Hoque, A. W., Raqib, R., Öhrvik, H., Ekström, E. C., & Vahter, M., *Accumulation of cadmium in human placenta interacts with the transport of micronutrients to the fetus*, 192(2) Toxicology letters 162-168 (2010).
[52] DC Code §48-103 *et seq*.

**The Dangers of Pesticides**

113. Pesticides are a large class of compounds designed to kill or eliminate multiple types of organic matter:

    a.  Rodents (rodenticide)

    b.  Insects (insecticide)

    c.  Fungi (fungicide)

    d.  Undesired plants (herbicide)

114. Due to the fact their intended function is to kill or disrupt living organisms, most pesticides are toxic to humans in one form or another.

115. It follows that pesticides are designed to be neurotoxic.

116. Research has focused on the neurodevelopmental consequences of pesticide exposure during early life.[53]

117. Due to the risks of pesticide exposure in early life, it is exceptionally important to ensure pesticides with links to neurotoxic or developmental toxicity outcomes be restricted and avoided from products used to ensure proper prenatal health. To wit:

    a.  Indoxacarb, a WHO Class II pesticide, has been linked to disruption of nicotinic acetylcholine receptors in developing mammalian brains.[54]

---

[53] Shelton, J. F., Geraghty, E. M., Tancredi, D. J., Delwiche, L. D., Schmidt, R. J., Ritz, B., ... & Hertz-Picciotto, I., *Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study*, 122(10) Environmental health perspectives 1103-1109 (2014).

[54] Zhao, X., Nagata, K., Marszalec, W., Yeh, J. Z., & Narahashi, T., *Effects of the oxadiazine insecticide indoxacarb, DPX-MP062, on neuronal nicotinic acetylcholine receptors in mammalian neurons,* 20(4) Neurotoxicology 561-570 (1999).

118. Thus, by their very nature, the presence of pesticides in prenatal vitamins are antithetical to a mission to support brain health, as the presence of these pesticides in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[55]

**Factual Allegations**

119. Pharmavite is aware that there are health risks with pregnancy.

120. Pharmavite is aware of the importance of folic acid during pregnancy to the development of the fetus.

121. Pharmavite is aware of the dangers of heavy metal toxins and other contaminants during pregnancy.

122. Pharmavite is aware there is a market for pregnancy supplements to support healthy pregnancy for mother and fetus.

123. To capture this market, Pharmavite manufactures, produces, and distributes vitamins for the purpose of supporting a healthy pregnancy, to include the supplementation of folic acid.

124. Given the above, it follows that, Pharmavite is aware that consumers are concerned with the contents of their supplements.

125. Pharmavite is also aware that consumers seek supplements for specific health reasons.

126. Further, Pharmavite is aware that the consumers who seek out prenatal vitamins are a vulnerable group of consumers to whom such products' contents are of a heightened importance.

127. Pharmavite's Products are under-formulated as to folic acid; thus, consumers who take the

---

[55] D.C. Code §48-301 *et. seq.*

24

Products for specific advertised health purposes, are not getting the proper or promised dosage: the results of this under-formulation could be fatal or life threatening.

128. Pharmavite's Products are also adulterated and contain quantifiable amounts of heavy metals and pesticides, all of which are harmful if exposed to both mothers and babies during the prenatal process.

129. Pharmavite's marketing practices are false and misleading and violate D.C. Code §28-3904, as they extoll the brain-supporting features of the product while exposing fetuses to concerning levels of known neurotoxins for which there is no established safe-harbor.

130. Pharmavite's Products are adulterated under DC Code §48-103 et seq., as the presence of these contaminants renders them unsafe for their intended population, directly contradicts the intended brain-support benefit of the Products, and renders the Products "injurious to health."[56]

**Pharmavite's Marketing of Nature Made is Unconscionably Misleading and Omits Material Facts**

131. As noted previously, to capture the market for prenatal vitamins and supplements, Pharmavite markets its Nature Made Products as containing folic acid and supporting fetal brain growth (see figures above). Nature Made causes specific attention to be drawn to the claims of folic acid, as they are highlighted in yellow and circled.

132. Nature Made claims that "every one" of their products have been "proven safe and nutritionally beneficial."

---

[56] D.C. Code §48-103 *et seq.*



**Figure 7**

133. Pharmavite has publicly admitted to levels of the toxic heavy metals lead and cadmium in their Nature Made Product – contaminants that:

    a.   Have no safe level recognized by public health authorities for developing children.

    b.   Their competitors are able to avoid or achieve significantly lower levels.

134. As a result, and as discussed further below,  is in violation of D.C. Code §28-3904 et seq. as it has represented the Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

135. It is apparent that Pharmavite is aware of the intent of their marketing, as they take steps to educate consumers on the purpose for which their prenatal vitamins should be used.

26

# What are prenatal and postnatal multivitamins?

Having a baby is absolutely incredible. It also requires an incredible amount from your body. Prenatal and postnatal vitamins are designed to provide the essential nutrients that you and your baby need.

**Figure 8**

# What are prenatal and postnatal multivitamins good for?

These vitamins deliver essential nutrients that you and your baby need, including folic acid, iron, zinc and vitamin D. Our softgel formulas also contain omega-3 fatty acid DHA, which may help support fetal brain and eye development.†

**Figure 9**

## Who should take prenatal and postnatal multivitamins?

If you're pregnant or trying to become pregnant, then prenatal vitamins are for you. If you're a nursing mom, postnatal vitamins can help your body get the nutrients it needs. At Nature Made, we know that even the nurturer needs to be nurtured.

**Figure 10**

136. Pharmavite holds itself out as providing high quality nutrition to consumers, claiming that "nutrition is in our DNA."

## Nutrition is in our DNA

It all started with the idea that nature is the backbone of nutrition. Every day, our scientists, nutritionists and health experts totally geek out on what the incredible human body needs to stay, well, incredible. And we do it so we can provide you with the knowledge and high-quality supplemental nutrition you need to keep on doing all the things you do best.

**Figure 11**

137. Interestingly, on the Amazon.com page selling one of the Products, Nature Made omits the disclaimer on their website that their claim to be "specially formulated to support the development of baby's brain, nervous system, bones and eyes" has not been evaluated by the FDA.



**Figure 12**

138. As a result of omitting this disclaimer, Defendant is implicitly vouching for the veracity of those claims to the consumer and are making an unevaluated drug claim without properly warning consumers.

139. In addition to the assurances on the package, the website also explains what a supplement is and why it is important, highlighting the key nutrients and quality of Nature Made Products.

## What this Supplement is

Creating new life creates new nutritional needs too. And Nature Made® Multi Prenatal tablets are specially formulated to provide the nutritional support you need while you're trying to become pregnant and throughout your pregnancy. Our prenatal vitamin formula provides key nutrients such as folic acid and iron. And it also contains other important nutrients including zinc and vitamins A, C, D3 and E. Nature Made Multi Prenatal tablet is USP verified, so you can feel confident that you are choosing a high quality prenatal vitamin supplement.

**Figure 13**

140. In Figure 12 above, Nature Made not only informs what a supplement is, it represents that its Products are "a high quality prenatal vitamin supplement."

141. Indeed, Nature Made extolls the virtues of their quality systems, claiming to screen their products for purity and potency. As a result, they claim to provide "quality you can trust."

## Quality you can trust

If you care this much about what goes in your body then we believe it should be the best quality. We go the extra step to ensure our vitamins and supplements are USP certified when possible. Meaning they've been tested for purity and potency by the U.S. Pharmacopeia so you know you're getting the good stuff.

 

Largest amount of USP certified products

#1 Pharmacist Recommended brand

**Figure 14**

142. **In addition to marketing claims on their packaging and website, Pharmavite emphasizes product purity and quality through its digital media presence, to include their YouTube channel.**

143. **In one video titled "Nature Made: Quality You Can Trust," posted to their channel on**

June 3, 2020, they emphasize that their purity and potency are USP verified.[57] See Figure 15 below.



Figure 15

144. **In this same video, Pharmavite states they are the "#1 Pharmacist Recommended Vitamin & Supplement Brand,"[58] See Figure 16 below.**

---

[57] Youtube, *Nature Made: Quality You Can Trust,* https://www.youtube.com/watch?v=aV2KF0DaCfc
[58] *Id.*



**Figure 16**

145. **Pharmavite has previously been criticized by the National Advertising Division (NAD) specifically for the placement of this claim in commercials, and for failing to make the disclosure about the source of this claim "clear and conspicuous."[59]**

146. **Upon information and belief, this video, or a video similar to it, was broadcast on television and across streaming services.**

147. **Upon information and belief, the use of this claim in this video, or a video similar to it, did not contain a disclosure about the source of this claim that was "clear and conspicuous."**

148. It follows that Pharmavite has violated D.C. Code §28-3904 *et seq.*, as it has represented

---

[59] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.

the Nature Made Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

149. Defendant's repeated claims to perform purity testing are strange given their behavior. During pre-suit discussions, Plaintiff's² counsel shared testing results with the Defendant in the spirit of resolving the matter without litigation. Defendant repeatedly refused to share their own testing results – instead opting to obfuscate and delay.

150. Even more direct, their website promises, "We're here for your health!"



~~Figure 15~~
**Figure 17**

151. Pharmavite fails to state the "material fact" that the Products contain contaminants which serve the exact opposite purpose of healthful supplements, and, in fact, are injurious to health.

152. Pharmavite is aware many women do not receive enough folic acid, marketing their product as a solution to this very issue:



~~Figure 16~~
**Figure 18**

153. Pharmavite has violated D.C. Code §3904 *et seq.,* as their product misrepresents the folic acid content of the Products, as the Products are severely under-formulated.

154. Pharmavite also publishes their commitment to good health at the core of every product. They promise products are "backed by decades of scientific research and high- quality ingredients."

### Our Commitment

Our commitment to your good health lies at the core of every product we make—backed by decades of scientific research and high-quality ingredients. At Nature Made, we create thoughtfully designed products to fit your lifestyle needs at every stage.

~~Figure 16~~
**Figure 19**

155. Again, in Figure ~~16~~ **19** above, Nature Made has misrepresented the Product's quality, as the analytical testing below has shown, the Products contain detectable levels of heavy metal toxins **(See lab reports attached at Exhibit 1).**

156. Moreover, Pharmavite misrepresents the Product's quality, as they are under-formulated, denying consumers the very crux of a prenatal vitamin.

157.  To set itself apart from competitors, in Figure 17 below, Nature Made touts the benefits of its

supplements, to include folic acid. It again guarantees the high quality of its standards, ingredients, and manufacturing process.

**Benefits**

- Scientifically formulated with vitamins and minerals that are essential during pregnancy
- Folic Acid: Adequate folic acid in healthy diets may reduce a woman's risk of having a child with a neural tube defect
- Iron vital for red blood cell formation and to deliver oxygen to cells throughout the body
- Calcium and Vitamin D help build and support strong bones
- Vitamin A helps support healthy eye function
- Vitamins A, C and D and Zinc help support the immune system
- Vitamins C and E provide antioxidant support
- B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12), support cellular energy production
- Nature Made® Multi Prenatal Tablets are guaranteed to meet our high quality standards. They're made from carefully selected ingredients under strict manufacturing operations

~~Figure 17~~
**Figure 20**

158. Pharmavite not only makes promises about what *is not* in its Nature Made Products, it also makes multiple promises about what *is* contained in the Products, namely folic acid.

**Supplement Facts**
Serving Size: 1 Tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 1547 IU | 32% |
| Vitamin C (as Ascorbic Acid) | 16 mg | 143% |
| Vitamin D3 (as Cholecalciferol) | 4000 IU | 266% |
| Vitamin E (as d-Alpha Tocopheryl Acetate) | 53 IU | 110% |
| Vitamin K (as Phytonadione) | 90 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 78% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 76% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 65% |
| Biotin | 35 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 86% |
| Calcium (as Calcium Carbonate) | 250 mg | 17% |
| Iron (as Ferrous Fumarate) | 27 mg | 100% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

~~Figure 18~~
**Figure 21**

159. Pharmavite's promises of folic acid on its packaging, website, and marketing give a false expectation that the Products possess a properly formulated serving of folic acid.

35

160. The Products are under-formulated as to folic acid, well below the promises made on the packaging and website and well below the medically recommended dosage of 400mcg of folate daily

161. Pharmavite's promises of folic acid on its packaging violate D.C. Code §28-3904, as the website, packaging and marketing gives consumers a false expectation that the Products will contain 800mcg/serving of folic acid.

162. The Products in fact contain 368 mcg/serving of folic acid, well below the promise of 800mcg, and well below the quality promised by Pharmavite.

163. In addition to the under formulation of the Products, the Products also contain quantifiable amounts of heavy metals.

164. These heavy metal toxins are not listed, labeled, or advertised and have extreme negative health effects on both mother and fetus:

    a.   Lead

    b.   Cadmium

165. Further yet, the Products also contain detectable amounts of World Health Organization ("WHO") Classified pesticides, denoted as "moderately hazardous to human health."

166. Consumers who seek out and purchase the Products do not expect them to be under formulated or even worse, contain toxic heavy metals and pesticides in any quantifiable amount.

167. Moreover, consumers would not purchase products made solely for the supplementation of healthy prenatal process if they knew they contained ingredients that could in fact encourage the exact opposite.

168. Thus, Pharmavite has violated D.C. Code §28-3904, as the Products are well below the quality and grade promised by Nature Made.

169. Further, Pharmavite has also violated D.C. Code §48-103, as the contaminants in the Products render them "injurious to health."

### The Under Formulation of the Products

170. CLP caused the purchase the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

171. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

172. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained exclusively by CLP to protect independence and confidentiality.

173. As a result of the Quantitative testing, the sample of Defendant's Products yielded a folic acid content of:

    a.   Nature Made Prenatal Multi + DHA (110 ct):

          i.   Claimed Amount 800 mcg/serving

          ii.   Testing results 368 mcg/serving, 46% of label claim

    b.   Nature Made Prenatal Multi + DHA (115 ct):

          i.   Claimed Amount 800 mcg/serving

ii.   Testing results 546 mcg/serving, 67% of label claim

**The Presence of Quantifiable Amounts of Heavy Metals in the Products**

174. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

175. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

176. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

177. The results are in parts-per-billion (ppb):

   a.   Nature Made Prenatal Multi (90ct):

      i.   As a result of the quantitative testing, the sample of Defendant's Product yielded a lead content of 201.13ppb, which is on a per-serving basis higher than 64% of other prenatal vitamins tested.

      ii.  As a result of the quantitative testing, the sample of Defendant's Product yielded a cadmium content of 157.29ppb, which is on a per-serving basis higher than 63.5% of other prenatal vitamins tested.

   b.   Nature Made Prenatal Multi (250 ct):

      i.    As a result of quantitative testing, the sample of Defendant's Product yielded a lead content of 162 ppb, which on a per-serving basis is higher than 55.6% of other prenatal vitamins tested.

     ii.    As a result of quantitative testing, the sample of Defendant's Product yielded a cadmium content of 176 ppb, which on a per-serving basis is higher than 69.9% of other prenatal vitamins tested.

c.    Nature Made Prenatal Multi + DHA (110 ct):

      i.    As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 239 ppb, which on a per serving basis is higher than 90.1% of other prenatal vitamins tested.

d.    Nature Made Prenatal Multi + DHA (115 ct):

      i.    As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 189 ppb, which on a per serving basis is higher than 85.2% of other prenatal vitamins tested.

e.    **Nature Made Prenatal Multi + DHA (60 ct):**

      i.    **As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 143 ppb, which on a per serving basis is higher than 79.3% of other prenatal vitamins tested.**

f.    **Nature Made Prenatal Multi + DHA (150 ct):**

      i.    **As a result of quantitative testing, the sample of Defendant's Products yielded a cadmium content of 142 ppb, which on a per serving basis is higher than 79% of other prenatal vitamins tested.**

### The Presence of Pesticides in the Products

178. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

179. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

180. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

181. Analytical testing identified detectable amounts of pesticides in the following products:

    a.   Nature Made Prenatal Multi + DHA (110 ct):

        i.   Fenpyroximate, a class II hazardous pesticide (moderately hazardous to human health).

        ii.   Indoxacarb, a class II hazardous pesticide (moderately hazardous to human health).

        iii.   Proquinazid, a class II hazardous pesticide (moderately hazardous to human health).

        iv.   Tebuconazole, a class II hazardous pesticide (moderately hazardous to human health).

**Pharmavite Knew or Should Have Known its Representations Were False**

182. Pharmavite holds itself out to the public as a trusted source of prenatal supplements and vitamins.

183. Pharmavite knew, or should have known, what representations it made on the labels (as noted in the figures above) of the Products. Pharmavite also knew or should have known how its Products were sourced, processed, and marketed.

184. Pharmavite knew, or should have known, the facts demonstrating that the Products were mislabeled, falsely advertised, and adulterated.

185. **Pharmavite was previously investigated by the New York Attorney General in 2015 for failing to comply with label claims around active ingredients in its supplement products. The New York Attorney General demanded detailed ingredient and quality control information on every herbal supplement Pharmavite sold in New York State, after a study they conducted demonstrated that four in five products contained none of the herbs listed on the labels.[60]**

186. **As a result of that investigation, Pharmavite knew, or should have known, that improvements to their quality control processes were required to ensure accurate labeling of ingredients and the nutrition facts panel.[61]**

187. **Pharmavite has previously had their label claims challenged by the Federal Trade Commission (FTC) surrounding their use of false and misleading claims surrounding a cholesterol product in which the FTC indicated there was "little clinical evidence" to**

---

[60] Drug Discovery Trends.com, *NY Attorney General Expands Herbal Supplement Investigation,*
https://www.drugdiscoverytrends.com/ny-attorney-general-expands-herbal-supplement-investigation/.
[61] *Id.*

substantiate claims made by Pharmavite. In response, Pharmavite removed the misleading claims from advertising, website, and packaging.[62]

188. **As a result of the FTC investigation, Pharmavite knew, or should have known, about the importance of verifying numerical label claims and functional health claims.**

189. **Pharmavite has previously had its label claims challenged by the National Advertising Division (NAD) of the Better Business Bureau for failing to properly identify the source of a particular claim, and for failing to provide substantiation of two other claims.[63]**

190. **In 2014, in response to this challenge Pharmavite permanently discontinued commercials being run at the time that NAD challenged them.[64]**

191. D.C. consumers rely on label representations and marketing information in making purchase decisions.

192. Pharmavite made false, misleading, and deceptive representations and omissions, intending for D.C. consumers to rely upon those representations and omissions in purchasing the Products.

193. Pharmavite knows that D.C. consumers seek out prenatal supplements that consumers believe to be properly formulated and not adulterated.

194. Upon information and belief, Pharmavite has failed to remedy the problem with the Products, causing ongoing harm to D.C. consumers.

---

[62] Federal Trade Comission. *Closing Letter, Matter No. 0723233* https://www.ftc.gov/sites/default/files/documents/closing_letters/pharmavite-llc/090416cholestoffclosingletter.pdf
[63] Better Business Bureau, *Pharmavite Discontinues Certain Claims for Nature Made Products, Action NAD Found Necessary,* https://bbbprograms.org/archive/pharmavite-discontinues-certain-claims-for-naturemade-products-action-nad-found-necessary.
[64] *Id.*

195. D.C. consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with misleading and/or deceptive representations or omissions.

196. Reasonable consumers do not expect Defendant's Products, represented and advertised as prenatal vitamins containing 800 mcg/serving of folic acid, to in fact contain far less than labeled.

197. Reasonable consumers do not expect Defendant's Products, represented and advertised as a prenatal vitamin, to be adulterated and to contain toxic heavy metal and pesticides that are dangerous and adverse to the prenatal process and undermine the very purpose of the Products.

## Cause of Action: Violation of the District of Columbia Consumer Protection Procedures Act

198. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), the Plaintiffs bring this claim on behalf of themselves and the general public of the District of Columbia for Pharmavite's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

199. Plaintiffs incorporates by reference all allegations in the preceding paragraphs of this Complaint.

200. Pharmavite labeled and advertised the Nature Made Products as containing 800mcg/serving of folic acid when in fact it is under-formulated and contains only 368 mcg/serving of folic acid which is under-formulated by forty-six percent (46%).

201. Pharmavite adulterated the Products as the presence of heavy metals and pesticides impairs the neurological development of the fetus, which is the purpose of the prenatal vitamin.

202. Pharmavite's advertising of the Products misrepresents, tends to mislead regarding material facts, and omits facts regarding: the source, characteristics, standard, qualities, or grades that

43

Pharmavite states and implies.

203. The Products lack the characteristics, ingredients, benefits, standard, qualities, or grades that Pharmavite states and implies.

204. Pharmavite's misstatements, innuendo, and omissions of fact are material and have the tendency to mislead.

205. Pharmavite knowingly did not sell the Products as advertised.

206. The facts as alleged above demonstrate that Pharmavite has violated the CPPA, D.C. Code §28-3901 *et seq.*

207. Pharmavite's conduct is unlawful trade practice "whether or not any consumer is in fact mislead, deceived or damaged thereby." D.C. Code §28-3904.

208. CLP ~~and Toxin Free USA have~~ **has** a sufficient nexus to D.C. consumers of the Products to adequately represent their interests.

209. Given that Pharmavite misrepresents the characteristics, ingredients, and benefits of the Products; misrepresents the standard, quality, and grade of the Products; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead reasonable consumers with regard to material facts about the Products; and advertise the Products without the intent to sell the Products as advertised, and has adulterated the Products, Pharmavite marketing of the Products violates D.C. Code §28-3901 *et seq.*

210. Specifically, Pharmavite has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

    a.   represent that goods or services have a source, sponsorship, approval, certification,

accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;…

d.  represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another.

e.  misrepresent as to a material fact which has a tendency to mislead; …

f.  fail to state a material fact if such failure tends to mislead

f-1. [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead;

… [or]

h. advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

211. Additionally, Pharmavite has violated D.C. Code §28-3904 *et seq,* pursuant to the definition of "Adulterated," as defined in D.C. Code §48-103, as the presence of these contaminants render the Products "injurious to health."

212. Pharmavite is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant under D.C. Code §29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-3901(a)(7).

213. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action seeking relief from the use of a trade practice in violation of a law of the District of Columbia, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or

45

family purposes."

214.  CLP is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that purchased the Products in order to test or evaluate their qualities.

215. ~~Toxin Free USA is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C), with volunteers physically located in the District of Columbia.~~

216. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

217. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

218. As set forth in this Complaint, Plaintiff~~s were~~ **was** founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiff~~'s' shared~~ mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiff~~s have~~ **has** previously represented District consumers in similar actions under the CPPA.

219. Plaintiff~~s are~~ **is a** public-interest organization~~s~~ pursuant to D.C. Code §28-3905(k)(1)(D) and bring this action on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(1)(A).

46

220. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

221. Plaintiff~~s are~~ **is** a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiff~~s~~ pray**s** for judgment against Defendant, including the remedies available under

D.C. Code §28-3905(k)(2)(A-F):

A.  A Declaration that Defendant's conduct is in violation of the CPPA.

B.  An Order enjoining Defendant's conduct found to be in violation of the CPPA.

C.  An Order requiring Defendant to provide corrective advertising to the residents of the District of Columbia that restores consumers.

D.  ~~An Order requiring Defendant to pay statutory civil penalties in an amount to be determined at trial, pursuant to D.C. Code §28-3909(b), for each and every violation of the CPPA.~~

E.  An Order granting Plaintiff's~~'~~ costs and disbursements, including reasonable attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

F.  ~~Punitive damages and any such further relief as this Court may deem just and proper.~~

## **Jury Trial Demanded**

Plaintiff~~s Toxin Free USA and~~ Clean Label Project hereby demand**s** a trial by jury.

Dated: ~~9/4/2020~~ 11/3/2020

Respectfully submitted,

Attorneys for Clean Label Project (CLP)

/s/ Travis Pittman

Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD  21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com

Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

ATTACHMENT C

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION     *

                            *

           Plaintiff,           *         Case No. <u>2020 CA 003912 B</u>

             v.                 *         FILED WITH COMPLAINT

                            *

PHARMAVITE, LLC                   *

           Defendant.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>VERIFICATION</u>

I, Jaclyn Bowen, verify under penalty of perjury according to the laws of the District of Columbia that I serve as Executive Director at Clean Label Project Foundation; that I have read the foregoing Complaint and know its contents; and that the facts stated therein are true to the best of my knowledge, information, and belief.

<u>    11/3/20    </u>
Date

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION
_____
                                        Plaintiff

vs.                                                              Case Number    2020 CA 003912 B

PHARMAVITE, LLC
_____
                                        Defendant

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J. Travis Pittman
_____
Name of Plaintiff's Attorney                                  *Clerk of the Court*

P.O. Box 380, Chester, MD  21619
_____        By _____
Address                                                                        Deputy Clerk

(202) 329-3558
_____        Date _____
Telephone

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화하여 주십시오.          የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION
                                    Demandante

contra

PHARMAVITE, LLC                                Número de Caso:   2020 CA 003912 B
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o el Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

J. Travis Pittman                                    *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

P.O. Box 380, Chester, MD 21619              Por: _____
Dirección                                                      Subsecretario

_____

(202) 329-3558                                     Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

한국어로된번역을 원하시면 (202)879-4828 로 전화하세요      የአማርኛ ትርጉም ከፈለጉ በ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

# EXHIBIT 1

# LAB REPORTS



**eurofins**

| Nutrition Analysis Center

<div align="right">

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel:+1 515 265 1461
Fax:+1 515 266 5453

</div>

---

**Eurofins Sample Code: 464-2019-01140564**
**Sample Description:** Vitamin
**Client Sample Code:** 16938
**PO Number:** PO/VA/VB
**Client Code:** QD0008236

<div align="right">

**Entry Date:** 01/14/2019
**Reporting Date:** 01/18/2019

</div>

Ellipse Analytics
attn:  Sean Callan
7000 Broadway Suite 307
Denver, CO 80221

<div align="right">

Ellipse Analytics
Attn:  Sean Callan
7000 Broadway Suite 307
Denver, CO 80221

</div>

# CERTIFICATE OF ANALYSIS

## AR-19-QD-009519-01

---

| Test | Result |
| --- | --- |
| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Completed: 01/18/2019 |

AOAC 992.05 mod.

| | |
| --- | --- |
| Total Folate as Folic Acid | 15.8 mg/100 g |

Respectfully Submitted,
Eurofins Scientific Inc.

*Desiree N Childs*

Desiree Childs

Evening Manager
Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.

Chemical Testing
Cert:2927:01

*All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);*
*full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf*
Page 1 of 1

Certificate of Analysis: AR-19-QD-009519-01



## Certificate of Analysis

Customer Name: Ellipse Analytics
City, State: Denver, CO
Customer Contact: Brianna Raynes
Email: braynes@ellipseanalytics.com

Brand: Nature Made
Sample Description: Prenatal Multi (90 ct)
Lot #: 2324793
Sampling Method: EA_S303
Lab ID: 30787
Order #: 44
Report Date: 10/14/2020

### Metals

| Analyte | Results | LOQ | Date Completed |
|---------|---------|-----|----------------|
| Arsenic | 813.3 ppb | 8.0 ppb | 10/14/2020 |
| Cadmium | 157.3 ppb | 8.0 ppb | |
| Mercury | <LOQ | 8.0 ppb | |
| Lead | 291.1 ppb | 8.0 ppb | |

Reported by: _____
Amy Kuhn
Quality Manager

[1] This test is accredited under the laboratory's ISO/IEC 17025 accreditation issued by the ANSI-ASQ National Accreditation Board. Refer to certificate and scope of accreditation L2441

Ellipse Analytics' services, including this report are provided to all provisions of Ellipse Analytics Standard Terms and Conditions. Samples were analyzed as received unless otherwise noted. These results apply only to the sample(s) analyzed and are not indicative of similar samples.

Ellipse Analytics does not report any statements of conformity to specifications. Since no statement of conformity is reported, measurement uncertainty is not applied to the reported values.

CND - Could Not Determine      CNQ - Could Not Quantify      ND - Not Detected      LOQ - Limit of Quantitation

§   Report contains deviation(s) pertaining to results. Reference deviation # _____

Ellipse Analytics 7000 Broadway Suite 307, Denver, CO, 80249
www.EllipseAnalytics.com info@ellipseanalytics.com



## Certificate of Analysis

**Methods and References:**

| Assay | Analytical Method | Method Reference |
|-------|-------------------|------------------|
| Metals | Metals by ICP-MS | EPA 6020A Modified |

[1] This test is accredited under the laboratory's ISO/IEC 17025 accreditation issued by the ANSI-ASQ National Accreditation Board. Refer to certificate and scope of accreditation L2441.

Ellipse Analytics' services, including this report are provided to all provisions of Ellipse Analytics Standard Terms and Conditions. Samples were analyzed as received unless otherwise noted. These results apply only to the sample(s) analyzed and are not indicative of similar samples.

Ellipse Analytics does not report any statements of conformity to specifications. Since no statement of conformity is reported, measurement uncertainty is not applied to the reported values.

CND - Could Not Determine     CNQ - Could Not Quantify     ND - Not Detected     LOQ - Limit of Quantitation

☒   Report contains deviation(s) pertaining to results. Reference deviation # _____

Ellipse Analytics 7000 Broadway Suite 307, Denver, CO, 80249
www.EllipseAnalytics.com info@ellipseanalytics.com

Page 2 of 2

Revision 20200930
Sample Lab ID: 30787
Original Report Date: 10/14/2020



# eurofins | **Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**Client Code:** EI0000077

## ANALYTICAL REPORT

AR-20-EI-005864-01

**Received On:** 04Sep2020
**Reported On:** 01Oct2020

| | | | | |
|---|---|---|---|---|
| **Eurofins Sample Code:** | 397-2020-09040051 | **Sample Registration Date:** | 04Sep2020 | |
| **Client Sample Code:** | 30833 | **Condition Upon Receipt:** | acceptable, 23.3°C | |
| **Sample Description:** | Prenatal | **Sample Reference:** | | |

| **FS0BT - Cadmium** | **Reference** | **Completed** | **Sub** |
|---|---|---|---|
| | AOAC 2011.19,  AOAC 993.14, JAOAC Int'l 94(4): 124 | 01Oct2020 | 1 |

| **Parameter** | **Result** |
|---|---|
| Cadmium | 189 ppb |

**Report Comment:**
Fill material only was tested.

Subcontracting partners:
1 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation . | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.



**Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-005100-01

**Client Code:** EI0000077

**Received On:** 17Aug2020
**Reported On:** 27Aug2020



| Eurofins Sample Code: | 397-2020-08170017 | Sample Registration Date: | 17Aug2020 |
| Client Sample Code: | 30833-1 | Condition Upon Receipt: | acceptable, 25.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Reference AOAC 992.05 mod. | Accreditation ISO/IEC 17025:2017 A2LA 2927.01 | Completed 22Aug2020 | Sub 1 |

| Parameter | Result |
| --- | --- |
| Total Folate as Folic Acid | 20.4 mg/100 g |

8/27/20  5:00 pm

Ellipse Analytics

**Client Code:** EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

## ANALYTICAL REPORT

AR-20-EI-005100-01

**Received On:** 17Aug2020
**Reported On:** 27Aug2020



Client Sample Code:

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA

Respectfully Submitted,

Kelly Addington
Microbiologist

Results shown in this report relate solely to the item submitted for analysis. ¦ Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. ¦ All results are reported on an "As Received" basis unless otherwise stated. ¦ Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. ¦ All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf ¦ √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

8/27/20  5:00 pm



# eurofins | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-005550-02
Report Supersedes AR-20-EI-005550-01

**Client Code:** EI0000077

**Received On:** 03Sep2020
**Reported On:** 29Sep2020



**Client Sample Code:**

| | |
|---|---|
| Eurofins Sample Code: | 397-2020-09030069 | Sample Registration Date: 03Sep2020 |
| Client Sample Code: | 30866 | Condition Upon Receipt: acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: |

| **FS0BT - Cadmium** | **Reference** AOAC 2011.19, AOAC 993.14, JAOAC Int'l 94(4): 124 | **Completed** 29Sep2020 | **Sub** 2 |
|---|---|---|---|
| **Parameter** | **Result** | | |
| Cadmium | 239 ppb | | |

| **QQ060 - Folic Acid (USP)** | **Reference** USP | **Completed** 17Sep2020 | **Sub** 1 |
|---|---|---|---|
| **Parameter** | **Result** | | |
| Folic Acid - USP | 43.4 mg/100 g | | |

| | |
|---|---|
| **Eurofins Sample Code:** | 397-2020-09030070 | **Sample Registration Date:** 03Sep2020 |
| **Client Sample Code:** | 30815 | **Condition Upon Receipt:** acceptable, 23.3°C |
| **Sample Description:** | Prenatal | **Sample Reference:** |

9/29/20  10:43 am

Ellipse Analytics

**Client Code:** EI0000077

# ANALYTICAL REPORT

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

AR-20-EI-005550-02
Report Supersedes AR-20-EI-005550-01

**Received On:** 03Sep2020
**Reported On:** 29Sep2020

| | | | |
|---|---|---|---|
| **Eurofins Sample Code:** | 397-2020-09030070 | **Sample Registration Date:** | 03Sep2020 |
| **Client Sample Code:** | 30815 | **Condition Upon Receipt:** | acceptable, 23.3°C |
| **Sample Description:** | Prenatal | **Sample Reference:** | |

| FS001 - Heavy Metals (As, Cd, Hg, and Pb) | Reference | Accreditation | Completed | Sub |
|---|---|---|---|---|
| | Official Methods of Analysis, Method 2011.19 and 9 | ISO/IEC 17025:2005 A2LA 2918.01 | 11Sep2020 | 2 |

| Parameter | Result |
|---|---|
| Arsenic | 334 ppb |
| Cadmium | 176 ppb |
| Lead | 162 ppb |
| Mercury | <25.0 ppb |

**Report Comment:**
New version of analytical report includes additional Cadmium testing that was added at client's request / lower LOQ required.

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*C. Espinosa*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale: www.eurofinsus.com/terms_and_conditions.pdf | √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

9/29/20  10:43 am



**Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**Client Code:** EI0000077

## ANALYTICAL REPORT

AR-20-EI-005864-01

**Received On:** 04Sep2020
**Reported On:** 01Oct2020

| Eurofins Sample Code: | 397-2020-09040051 | Sample Registration Date: | 04Sep2020 |
|---|---|---|---|
| Client Sample Code: | 30833 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

| FS0BT - Cadmium | | Reference | | Completed | Sub |
|---|---|---|---|---|---|
| | | AOAC 2011.19,  AOAC 993.14, JAOAC Int'l 94(4): 124 | | 01Oct2020 | 1 |

| Parameter | Result |
|---|---|
| Cadmium | 189 ppb |

**Report Comment:**
Fill material only was tested.

Subcontracting partners:
1 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*C. Espinar*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation . | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.



# eurofins | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-004467-01

**Client Code:** EI0000077

**Received On:** 10Jul2020
**Reported On:** 03Aug2020



Ellipse Analytics

Client Code: EI0000077

**ANALYTICAL REPORT**

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

AR-20-EI-004467-01

Received On: 10Jul2020
Reported On: 03Aug2020

Client Sample Code:



| Eurofins Sample Code: | 397-2020-07100075 | Sample Registration Date: | 10Jul2020 |
| Client Sample Code: | 30787 | Condition Upon Receipt: | acceptable, 22.1°C |
| Sample Description: | Prenatal | Sample Reference: | |

| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Reference AOAC 992.05 mod. | Accreditation ISO/IEC 17025:2017 A2LA 2927.01 | Completed 17Jul2020 | Sub 1 |

| Parameter | Result |
| Total Folate as Folic Acid | 84.5 mg/100 g |

Client Sample Code:

Client Sample Code:

8/3/20  9:59 am

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-004467-01

Client Code: EI0000077

**Received On:** 10Jul2020
**Reported On:** 03Aug2020



8/3/20  9:59 am

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**ANALYTICAL REPORT**

AR-20-EI-004467-01

Client Code: EI0000077

Received On: 10Jul2020
Reported On: 03Aug2020



8/3/20  9:59 am

Ellipse Analytics

Client Code: EI0000077

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

# ANALYTICAL REPORT

AR-20-EI-004467-01

Received On: 10Jul2020
Reported On: 03Aug2020



8/3/20  9:59 am

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**Client Code:** EI0000077

## ANALYTICAL REPORT

AR-20-EI-004467-01

**Received On:** 10Jul2020
**Reported On:** 03Aug2020



Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA

Respectfully Submitted,

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

8/3/20  9:59 am



**eurofins** | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

Ellipse Analytics

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

**Client Code:** EI0000077

# ANALYTICAL REPORT

AR-20-EI-005550-02
Report Supersedes  AR-20-EI-005550-01

**Received On:** 03Sep2020
**Reported On:** 29Sep2020



Client Sample Code:

| Eurofins Sample Code: | 397-2020-09030069 | Sample Registration Date: | 03Sep2020 |
| Client Sample Code: | 30866 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

**FS0BT - Cadmium**

Reference
AOAC 2011.19, AOAC 993.14, JAOAC
Int'l 94(4): 124

**Completed** 29Sep2020   **Sub** 2

| Parameter | Result |
|---|---|
| Cadmium | 239 ppb |

| Eurofins Sample Code: | 397-2020-09030070 | Sample Registration Date: | 03Sep2020 |
| Client Sample Code: | 30815 | Condition Upon Receipt: | acceptable, 23.3°C |
| Sample Description: | Prenatal | Sample Reference: | |

9/29/20  10:43 am

Ellipse Analytics

**Client Code:** EI0000077

# ANALYTICAL REPORT

Kyle Wallace
7000 Broadway Suite 307
Denver, CO 80221

AR-20-EI-005550-02
Report Supersedes  AR-20-EI-005550-01

**Received On:** 03Sep2020
**Reported On:** 29Sep2020

| | | | |
|---|---|---|---|
| **Eurofins Sample Code:** | 397-2020-09030070 | **Sample Registration Date:** | 03Sep2020 |
| **Client Sample Code:** | 30815 | **Condition Upon Receipt:** | acceptable, 23.3°C |
| **Sample Description:** | Prenatal | **Sample Reference:** | |

| FS001 - Heavy Metals (As, Cd, Hg, and Pb) | Reference | Accreditation | Completed | Sub |
|---|---|---|---|---|
| | Official Methods of Analysis, Method 2011.19 and 9 | ISO/IEC 17025:2005 A2LA 2918.01 | 11Sep2020 | 2 |

| Parameter | Result |
|---|---|
| Arsenic | 334 ppb |
| Cadmium | 176 ppb |
| Lead | 162 ppb |
| Mercury | <25.0 ppb |

**Report Comment:**
New version of analytical report includes additional Cadmium testing that was added at client's request / lower LOQ required.

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*C. Espinosa*

Christian Espinosa
Laboratory Supervisor

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale: www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

9/29/20  10:43 am



**eurofins** | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

Client Code: EI0000183

ANALYTICAL REPORT

AR-20-EI-006212-01

Received On: 12Oct2020
Reported On: 16Oct2020

| | | | |
|---|---|---|---|
| Eurofins Sample Code: | 397-2020-10120012 | Sample Registration Date: | 12Oct2020 |
| Client Sample Code: | 35919 | Condition Upon Receipt: | acceptable, 21.4°C |
| Sample Description: | Prenatal Vitamin | Sample Reference: | |

|  | | | Completed | Sub |
|---|---|---|---|---|
|  | | | 16Oct2020 | 1 |

| | | | Completed | Sub |
|---|---|---|---|---|
| FS001 - Heavy Metals (As, Cd, Hg, and | Reference<br>AOAC 2011.19 and 993.14 (modified) | Accreditation<br>ISO/IEC 17025:2005<br>A2LA 2916.01 | 15Oct2020 | 2 |

| | |
|---|---|
| Cadmium | 143 ppb |

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*Kelly Addington*

Kelly Addington
Microbiologist

DLDM Law

Kyle Wallace
12754 E  Ohio Ave
Aurora, CO 80012

**ANALYTICAL REPORT**

AR-20-EI-006212-01

Client Code: EI0000183

Received On: 12Oct2020
Reported On: 16Oct2020

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

16/16/20  9:08 pm



**eurofins** | Eurofins Microbiology Laboratory (Colorado)

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

### ANALYTICAL REPORT
AP-20-EI-006214-01

Client Code: EI0000183

Received On: 12Oct2020
Reported On: 16Oct2020

| | | | | | |
|---|---|---|---|---|---|
| Eurofins Sample Code: | 397-2020-10120015 | Sample Registration Date: | 12Oct2020 | | |
| Client Sample Code: | 35922 | Condition Upon Receipt: | acceptable, 21.4°C | | |
| Sample Description: | Prenatal Vitamin | Sample Reference: | | | |

| | | Completed | Sub |
|---|---|---|---|
| | | 16Oct2020 | 1 |

| | | | | Completed | Sub |
|---|---|---|---|---|---|
| **FS001 - Heavy Metals (As, Cd, Hg, and Pb)** | Reference<br>AOAC 2011.19 and 993.14 (modified) | Accreditation<br>ISO/IEC 17025:2005<br>A2LA 2918.01 | | 15Oct2020 | 2 |

| | |
|---|---|
| Cadmium | 142 ppb |

Subcontracting partners

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,



Kelly Addington
Microbiologist

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

**ANALYTICAL REPORT**

AR-20-EI-006214-01

Client Code: EI0000183

Received On: 12Oct2020
Reported On: 16Oct2020

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ indicates a subcontract test to a different lab, Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/16/20  8:08 pm

 **eurofins** | **Eurofins Microbiology Laboratory (Colorado)**

Eurofins Microbiology Laboratory (Colorado)

1371 Horizon Avenue
Lafayette, CO 80026
+1 720-758-6010
Micro-Colorado@eurofinsUS.com

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

**Client Code:** EI0000183

# ANALYTICAL REPORT

AR-20-EI-006329-01

**Received On:** 12Oct2020
**Reported On:** 21Oct2020

| Eurofins Sample Code: | 397-2020-10120014 | Sample Registration Date: | 12Oct2020 |
|---|---|---|---|
| Client Sample Code: | 35921 | Condition Upon Receipt: | acceptable, 21.4°C |
| Sample Description: | Prenatal Vitamin | Sample Reference: | |

| FS001 - Heavy Metals (As, Cd, Hg, and Pb) | Reference<br>AOAC 2011.19 and 993.14 (modified) | Accreditation<br>ISO/IEC 17025:2005<br>A2LA 2918.01 | Completed<br>15Oct2020 | Sub<br>2 |
|---|---|---|---|---|

| Parameter | Result |
|---|---|
| Arsenic | 18.3 ppb |
| Cadmium | <5.00 ppb |
| Lead | <5.00 ppb |
| Mercury | <5.00 ppb |

| QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g) | Reference<br>AOAC 992.05 mod. | Accreditation<br>ISO/IEC 17025:2017<br>A2LA 2927.01 | Completed<br>21Oct2020 | Sub<br>1 |
|---|---|---|---|---|

| Parameter | Result |
|---|---|
| Total Folate as Folic Acid | 6.32 mg/100 g |

Subcontracting partners:

1 - Eurofins Scientific Inc. (Des Moines), IA
2 - Eurofins Food Chemistry Testing US Madison, WI

Respectfully Submitted,

*Kelly Addington*

Kelly Addington
Microbiologist

10/21/20  9:47 am

DLDM Law

Kyle Wallace
12754 E. Ohio Ave
Aurora, CO 80012

**Client Code:** EI0000183

## ANALYTICAL REPORT

AR-20-EI-006329-01

**Received On:** 12Oct2020
**Reported On:** 21Oct2020

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation . | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab . Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.

10/21/20   9:47 am

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

CLEAN LABEL PROJECT FOUNDATION        *

and                                                          *

GMO FREE USA d.b.a. TOXIN FREE USA        *

                        Plaintiffs,            *            Case No.: <u>2020 CA 003912 B</u>

                v.                                            *

PHARMAVITE, LLC                                    *
                        Defendant.            *

*        *        *        *        *        *        *        *        *        *        *        *        *

## [PROPOSED] ORDER

Having read and considered Plaintiffs' motion to dismiss co-Plaintiff Toxin Free, it is

hereby

**GRANTED** this _____ day of _____, 2020 that Toxin Free shall be dropped as

co-Plaintiff and removed from the case caption in this case; it is also hereby

**GRANTED** that the Clerk shall issue the new summons for service; It is also hereby

**GRANTED** that Plaintiff's First Amended Complaint shall be filed in this case.

_____
Judge Yvonne Williams

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

CLEAN LABEL PROJECT FOUNDATION    *
A 501(c)(3)
280 E. 1ˢᵗ Ave., #873    *
Broomfield, Colorado 80038    Case No. __2020 CA 003912 B__
   *
and
   *    COMPLAINT
GMO FREE USA d.b.a. TOXIN FREE USA
P.O. Box 458    *    DEMAND FOR JURY TRIAL
Unionville CT, 06085
   *
          Plaintiffs,
   *
       v.
   *
PHARMAVITE, LLC
   *
Serve on:
Corporation Service Company    *
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505    *

          Defendant.    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>COMPLAINT</u>

On behalf of themselves and the general public, Plaintiffs, Clean Label Project Foundation

("Clean Label Project" or "CLP") and GMO Free USA d.b.a. Toxin Free USA ("Toxin Free USA"),

hereinafter "Plaintiffs," by and through their counsel, bring this action against Pharmavite, LLC

("Pharmavite") hereinafter Defendant,  regarding the deceptive labeling, marketing, and sale of Nature

Made Prenatal Multi (90 ct), Nature Made Prenatal Multi (250 ct), Nature Made Prenatal Multi +

DHA (110 ct), and Nature Made Prenatal Multi +DHA  (115ct), ("Products")[1] that are under-

---

[1] Discovery may demonstrate that additional Pharmavite Products are within the scope of this Complaint. Plaintiffs reserve the right to amend this complaint to include additional prenatal items identified through the course of discovery.

formulated with respect to folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals and detectable amounts of pesticides. Contrary to Defendant's promises and assurances, CLP facilitated independent testing and discovered that the amount of folic acid stated on the labels in the Products is unconscionably under-formulated, well below industry and medical standards. Further, the adulterated Products are exposing mothers and their babies to contaminants, to include lead, cadmium, and pesticides – compounds and contaminants known to cause reproductive harm in fetuses and infants.  Plaintiffs allege the following based upon information, belief, and the investigation of its counsel:

**Introduction**

1. Pregnancy can be a high-risk time, with as few as sixty-two percent (62%) of pregnancies ending in a live birth.[2]

2. Gestation, the period of development comprising embryonic and fetal development, is a "critical period" in human life.

3. This critical period is often referred to as "prenatal" development.

4. "Critical periods" are so named because disruption of development during those phases is often irreversible, placing incredible importance on ensuring developing brains and bodies are left unobstructed during these periods.

5. In the case of fetal neurodevelopment, a number of highly important processes occur during even the first month of pregnancy.

6. During the critical periods, essential neurodevelopment occurs, including aspects of

---

[2] Center for Disease Control and Prevention, *US Pregnancy Rate Lowest in Two Decades* (Dec. 15, 1999), https://www.cdc.gov/nchs/pressroom/99facts/pregrate.htm.

neurogenesis – the formation of neurons ("brain cells") and the formation of the complex

interconnection of neurons that give rise to the human experience (synaptogenesis).[3]

7. Although the brain continues to develop and change after birth and into adulthood, the prenatal

period can have a lasting effect on the adequacy of neurodevelopment and quality of life.

8. How thoroughly a brain develops depends on many factors in addition to genes, such as:[4]

    a.   Proper nutrition starting in pregnancy.

    b.   Exposure to toxins or infections during these critical periods.

    c.   The child's experiences with other people and world after birth.

9. For these reasons, it is critically important to ensure that prenatal development proceeds as

smoothly as possible.

10. Thus, it is the duty of brands assisting in this critical prenatal development period to:

    a.   Provide consumers with nutrients needed to ensure proper development.

    b.   Ensure that the brand's products do not provide deleterious chemicals that may detract

        from healthy development.

11. Many of these critical processes require specific essential nutrients, such as vitamins, to occur

correctly, and the failure of these processes is often irreversible.

12. One such critical process is the folding of the neural crest into the neural tube: when a flat layer

of specialized cells in the embryo "folds" and seals shut, eventually creating a cylinder of cells

---

[3] Huttenlocher, P. R., & Dabholkar, A. S, *Regional differences in synaptogenesis in human cerebral cortex*, 287(2) Journal of comparative Neurology 167-178 (1997).
[4] Gibbs, B. G., & Forste, R, *Socioeconomic status, infant feeding practices and early childhood obesity,* 9(2) Pediatric obesity 135-146 (2014).

that will grow to become the central nervous system (the brain and spine).[5]

13. If this sealing process or one of its immediate consequences, which occurs during the third week of pregnancy, is unsuccessful, the child will develop one of a host of complications cumulatively referred to as Neural Tube Defects ("NTDs").

14. These NTDs take many forms, but all involve some form of disruption of central nervous system functioning – ranging from lower limb paralysis (*spina bifida)* to the child being born without a brain (*anencephaly)*. Many NTDs are fatal, often resulting in nonviable pregnancy or still birth.[6]

15. While many factors play a role in the development of NTDs, proper nutrition is critical in reducing risk.

16. Specifically, ensuring adequate maternal intake of vitamin B9 (folate/folic acid) is essential in reducing the risk of NTDs.

17. Unfortunately, in many cases it is difficult or impossible for women to attain sufficient folate/folic acid in their diets to minimize their fetuses' risk of an NTD.[7]

18. As a consequence, medical experts recommend women who are or may become pregnant supplement their diet with a prenatal vitamin which, among other nutrients, contains folate/folic acid.[8]

19. Given the above, it follows that supplements designed to ensure prenatal health have become increasingly important to consumers, to include D.C. consumers.

---

[5] Blom, H. J., Shaw, G. M., den Heijer, M., & Finnell, R. H, *Neural tube defects and folate: case far from closed*, 7(9) Nature Reviews Neuroscience 724-731 (2006).
[6] *Id*.
[7] Healthy Children.org, *Where We Stand: Folic Acid* (Nov. 2019), https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[8] *Id.*

20. Consumers seek out and choose prenatal vitamins based on the concerns regarding supplements such as folic acid.

21. This consumer interest has given rise to a highly competitive $445M market.[9] In a recent survey, one-hundred percent (100%) of women living in the District of Columbia or its surrounding states indicated that they took a prenatal vitamin during pregnancy.[10]

22. In order to gain a share in this market, prenatal vitamin brands market their product as working to ensure proper prenatal development.

23. Pharmavite's Nature Made is one such brand, marketing a line of prenatal vitamins suggesting that Nature Made "supports the development of brain, eyes and the nervous system."

24. Packaging for Nature Made prenatal vitamins makes numerous claims referencing brain health:

   a. Nature Made packages its Products as "[s]upport[ing] the development of baby's brain, eyes, & nervous system."

   b. Nature Made also boasts, "Complete Prenatal Multivitamins with Folic Acid Plus DHA" on the front middle of the Product box, directly below the previous statement.

   c. Nature Made assures that its Product "Provides 100% Daily Value of Folic Acid."

   d. Nature Made also addresses folic acid on the front of the Product by stating, "Contains folic acid and 17 other nutrients for baby's development & mom."

   e. Both phrases are encircled in purple and orange respectively, drawing extra attention to

---

[9] Grand View Research, *Prenatal Vitamin Supplement Market Size, Share & Trends Analysis Report By Product Form (Capsules, Powder, Gummy), By Distribution Channel, By Region, And Segment Forecasts, 2019 – 2025* (Aug. 2019), https://www.grandviewresearch.com/industry-analysis/prenatal-vitamin-supplement-market.

[10] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

the information.



**Figure 1**

25. Nature Made draws extra emphasis to the promise of complete folic acid by displaying the

Supplement Facts on the back of the Product:

**Supplement Facts**
Serving Size: 1 Tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 2667 IU | 33% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as d-Alpha Tocopheryl Acetate) | 30 IU | 100% |
| Vitamin K (as Phytonadione) | 80 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 76% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 78% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 65% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 90% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

**Figure 2**

26. One component feature of Nature Made's "brain development" platform is their use of

Docosahexaenoic acid (DHA), a fatty acid which plays a role in neurogenesis.[11]

---

[11] Bradbury, J. (2011). *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*. Nutrients, *3*(5), 529-554

**Nature Made® Prenatal Multi + DHA Softgels**

Formulated to support the development of baby's brain, nervous system, bones and eyes. And they have clinically proven absorption of iron and folic acid. Think of it as nutritional support for you and your bump!

**Figure 3**

27. Pharmavite is aware of the importance of supplements during the delicate prenatal process, as it is the sole reason for the creation of the market for the Products.

28. Pharmavite is aware that proper folic acid fortification "may reduce a woman's risk of having a child with a neural tube defect."

**Benefits**

* Scientifically formulated with essential vitamins and minerals that are essential during pregnancy and 200 mg DHA
* DHA: may help support fetal brain and eye development'
* Folic Acid: Adequate folic acid in healthful diets may reduce a woman's risk of having a child with a neural tube defect
* Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body'
* Calcium and Vitamin D3: help build and support strong bones'
* Vitamin A: helps support healthy eye function'
* Vitamins A, C, and D and Zinc: help support the immune system'
* Vitamins C and E: provide antioxidant support'
* B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12): support cellular energy production'
* Magnesium: helps support nerve, muscle and heart function'

**Figure 4**

7

## Nature Made® Prenatal Multi Tablets

Provides daily nutritional support before and during pregnancy.* Specially formulated to support the development of your baby's brain, nervous system, bones and eyes, it's big support for your little one.*

**Figure 5**

29. Pharmavite is aware of the formulation standards for vitamins.

30. Pharmavite is aware of how it packages their Products.

31. Given the risks of disrupted prenatal development, it is critically important to ensure that Pharmavite's "brain development" claims are true.

32. The Products in question are:

   a.  Nature Made Prenatal Multi (90ct)

   b.  Nature Made Prenatal Multi (250ct)

   c.  Nature Made Prenatal Multi + DHA (110ct)

   d.  Nature Made Prenatal Multi + DHA (115ct)

33. Plaintiffs caused the Products to be purchased for the purpose of evaluation by an ISO 17025 accredited third-party analytical chemistry laboratory. The results were reviewed and assessed by a third-party toxicologist.

34. At least one Nature Made Product was significantly under-formulated for folate/folic acid. Nature Made Products contained concerning levels of the neurotoxins lead and cadmium, as well as pesticides, all of which are linked to developmental toxicity.

35. This testing suggests that the above-mentioned contaminants are present in the Products, or at a minimum, that Pharmavite makes no efforts to confirm that they are not present. As a result, D.C. consumers who are led to believe that the Products support a fetus's healthy growth and promote brain, eye, and nervous system development for their unborn child in fact bear the risk of purchasing products that contain quantities of pesticides and toxic heavy metals – compounds known to deleteriously impact brain development.

36. The Environmental Protection Agency ("EPA"), Food and Drug Administration, the World Health Organization, the Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated there is no safe level of lead for children.

    a. The EPA has stated, "The Maximum Contaminant Level Goal for lead is zero. EPA has set this level based on the best available science, which shows there is no safe level of exposure to lead."[12]

    b. The Food and Drug Administration has stated that "[t]here is no known identified safe blood lead level."[13]

    c. The World Health Organization has likewise stated, "The neurological and behavioral effects of lead are believed to be irreversible. There is no known 'safe' blood lead concentration…"[14]

---

[12] EPA, *Basic Information about Lead in Drinking Water* (Aug. 13, 2020), https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#:~:text=EPA%20has%20set%20the%20maximum,in%20the%20body%20over%20time..

[13] Welch, Teresa, *Lead Found in 20% of Baby Food, Report Says* (June 19, 2017), https://www.charlotteobserver.com/news/nation-world/national/article157063044.html..

[14] The World Health Organization, *Lead Poisoning and Health* (Aug. 23, 2019), https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health#:~:text=The%20neurological%20and%20behavioural%20effects,behavioral%20difficulties%20and%20learning%20problems..

9

    d.   The Centers for Disease Control have found "[n]o safe blood level of lead has been identified."[15]

    e.   The American Medical Association has stated, "We know that there is no safe level of lead."[16]

    f.   The American Academy of Pediatrics has stated, "There is no safe level of lead exposure in children, with lasting decreases in cognition documented in children with blood levels as low as five micrograms per deciliter of lead in blood."[17]

37.  Cadmium is a toxic heavy metal, known to have severe short- and long-term neurotoxic effects.[18]

38. The European Union has declared cadmium a "Substance of Very High Concern"[19] and is one of only six hazardous substances banned from use in Europe in electrical and electronic equipment due to the hazard posed to human health.[20]

39. Some states, such as Maryland, have banned cadmium in children's products.[21]

---

[15] CDC, *National Biomonitoring Program, Factsheet* (July 12, 2013), https://www.cdc.gov/biomonitoring/Lead_factsheet.html#:~:text=No%20safe%20blood%20lead%20level,half%20a%20cup%20of%20liquid.).

[16] AMA, *AMA Adopts New Policies to Prevent Future Lead Poisoning* (June 14, 2016), https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policies-prevent-future-lead-poisoning.

[17] American Academy of Pediatrics, *Lead Exposure in Children*, https://www.aap.org/Pages/ErrorPage.aspx?requestUrl=https://www.aap.org/en-us/advocacy-and-%20policy/aap-health-initiatives/lead-exposure/Pages/Lead-Exposure-in-Children.aspx.

[18] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural regeneration research 1879 (2018).

[19] European Chemicals Agency, *Candidate List of Substances for Very High Concern for Authorisation* (Aug. 26, 2020), https://echa.europa.eu/candidate-list-table/-/dislist/details/0b0236e1807dd024.

[20] Laser Focus World [online], *European Commission to Prohibit from TV's and Displays by October 2019* (Aug. 22, 2017), https://www.laserfocusworld.com/lasers-sources/article/16569155/european-commission-to-prohibit-cadmium-from-tvs-and-displays-by-october-2019#:~:text=European%20Commission%20to%20prohibit%20cadmium%20from%20TVs%20and%20displays%20by%20October%202019,-Nanoco%2C%20which%20makes&text=Cadmium%20is%20one%20of%20six,protect%20human%20and%20environmental%20health.

[21] Safer States, *Maryland* (Aug. 26, 2020), https://www.saferstates.com/states-in-the-lead/maryland/.

40. One of the pesticides detected in Pharmavite Products is a World Health Organization ("WHO") Class II pesticide, which are "moderately hazardous to human health."

41. In a census-balanced survey commissioned by CLP of 630 mothers who took prenatal vitamins during pregnancy, eighty-three percent (83%) felt that they would not have purchased the products if they had discovered it was under-formulated and eighty-four percent (84%) of moms would want their money back.[22]

42. As noted above, these neurotoxins have no known safe level for prenatal exposure; thus, they represent a serious and present risk to the neurological health of these developing children.

43. Likewise, under-formulating prenatal vitamins for folate/folic acid represents a risk to developing fetuses and infants, as it may cause a failure to receive the adequate amount of folic acid necessary for developmental needs.

44. The presence of these contaminants is neither "normal" nor "unavoidable," as a comprehensive category test of over 200 prenatal vitamins commissioned by CLP has revealed that the levels of these contaminants are unusually high relative to competitive prenatal vitamin brands. Likewise, the majority of prenatal vitamins were not under-formulated for folate/folic acid.

45. This means that consumers selecting a prenatal vitamin to ensure proper prenatal health during this critical period of neurodevelopment would expose the fetuses and/or infants to *less* of the neurotoxins cadmium and lead (and would provide them with more folate/folic acid) than by picking nearly any brand other than Nature Made.

46. Given the ubiquity of the public health and public policy positions above, Pharmavite knew or should have known of the risk of these toxins in the Products and should have taken steps to avoid these contaminants as their competitors clearly have done.

---

[22] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

47. Thus, the Products are adulterated under DC Code §48-103 *et seq.* as the presence of these contaminants poses a risk to the neurological health of the developing fetuses and/or infants and the avoidable presence of these contaminants directly contradict the "brain development" functions touted by Pharmavite.

48. As a result of Pharmavite's claims and marketing, D.C. consumers, who are led to believe that the Products are safe and effective and free of concerning levels of contaminants, in fact bear the risk of purchasing products that are under-formulated and not free of concerning quantities of heavy metals and pesticides.

49. A reasonable D.C. consumer would not expect Products claiming to support "brain health" to contain high levels of lead or cadmium.[23]

50. A reasonable D.C consumer would not expect products claiming to provide the recommended daily value of folic acid to be under-formulated for folic acid.[24]

51. In sum, Pharmavite is deceiving D.C consumers into believing that the Products support "brain development" when they contain avoidable levels of multiple deleterious neurotoxins with no known safe level in Products intended for use during a critical period of neurodevelopment. Simultaneously, Pharmavite Products are under-formulated for the principle active ingredient of folate/folic acid.

52. Pharmavite's false and misleading representations and omissions, including any tendency to mislead or omit, violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

53. Pharmavite's labeling and advertising of the Products tend to mislead and are materially deceptive about the true nature, quality, and ingredients of the Products. Plaintiffs bring this

---

[23] As noted above, a large percentage of Nature Made's competitors do not have these significant issues.
[24] *Id.*

12

deceptive advertising and adulteration cause on behalf of themselves and the general public, and seek relief, including but not limited to: an injunction to halt Pharmavite's false and misleading marketing and sale of Nature Made Products.

## Jurisdiction and Venue

54. This Court has personal jurisdiction over the parties in this case. Plaintiffs, by filing this Complaint, consent to this Court having personal jurisdiction over them and this matter.

55. This Court has personal jurisdiction over Defendant pursuant to D.C. Code §13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them given that, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avail themselves of the laws of the District of Columbia through their marketing and sales of the Products in the District of Columbia.

56. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §28-3905(k)(1)(B), (k)(1)(C) and (k)(2).[6]

## Parties

57. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

58. CLP performs its work throughout the United States, including in the District of Columbia.

59. CLP uses state-of-the-art accredited laboratory testing to identify the best and worst labeled products and publishes top and bottom performers on its website free of charge.

60. CLP was formed in 2016 with the goal of reducing contamination across all consumer-

packaged goods products.

61. CLP has an interest in food label truth and transparency, and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, allowing consumers to make data-based decisions.

62. In 2018, CLP caused the purchasing of the Nature Made Products, as well as over 200 other prenatal vitamin products in order to evaluate their levels of folic acid.

63. Toxin Free USA is a 501(c)(3) non-profit, public-interest organization whose mission is to harness independent science and agroecology concepts to advocate for clean and healthy food and ecological systems. Toxin Free USA educates consumers about the potential hazards of toxic heavy metals, synthetic ingredients, pesticides and biocides, and genetically engineered organisms.

64. Toxin Free USA performs its work throughout the United States, including in the District of Columbia. Toxin Free USA volunteer staff reside in or near the District of Columbia.

65. Toxin Free USA was formed in 2012 with the intent of organizing national boycotts of food companies that use genetically modified ingredients and related synthetic herbicides and pesticides in their products, and pressuring companies to remove those ingredients.

66. Consequently, Toxin Free USA firmly believes in food transparency. The organization diligently works to promote food and ecological systems that are clean, accessible, and free of contamination. To that end, Toxin Free USA educates consumers, increasing their awareness and knowledge of toxins used in agricultural production and their effect on health and the environment.

67. Additionally, Toxin Free USA's website, publications, public education, research, network

building, and mobilization activities provide an important service to consumers and community activists every month.

68. At all times herein Pharmavite was a California limited liability company with its principal place of business in West Hills, California.

69. Defendant markets and distributes the Products online and in retail stores in the District of Columbia and throughout the United States.

70. Upon information and belief, Defendant has caused harm to the general public of the District of Columbia.

71. Plaintiffs are acting on behalf of the general public as private attorneys pursuant to D.C Code §28- 3905(k)(1)(C)-(D).

72. Plaintiffs are non-profit organizations pursuant to D.C. Code §28-3901(a)(14) and the public-interest organizations pursuant to D.C. 28-3901(a)(15). Plaintiffs are longstanding advocates of the rights of consumers, including but not limited to D.C. consumers, for truthful labeling and marketing.

## The Importance of Folic Acid

73. Vitamin B9 (Folate) is an essential vitamin that plays a critical role in the development of DNA.

74. The synthetic form of folate most commonly used in supplements is folic acid.[25]

75. Fortification with folic acid has been linked to reductions in the incidence of several NTDs.[26]

76. The consequences of improper folic acid fortification can be severe and can include loss of life

---

[25] Center for Disease Control, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[26] Centers for Disease Control and Prevention (CDC), *Spina bifida and anencephaly before and after folic acid mandate--United States, 1995-1996 and 1999-2000*, MMWR, 53(17) Morbidity and Mortality Weekly Report 362 (2004).

for the child so impacted.

77. Newborns with anencephaly, an NTD in which some or all of the brain fails to form, usually do not live long, and those with spina bifida may be permanently disabled.

78. NTDs can be avoided with proper folate/folic acid intake during pregnancy.

79. NTDs linked to folate/folic acid-insufficiency have been referred to as an "unnecessary epidemic."[27]

80. For this reason, supplementing with folate/folic acid is an important step in prenatal neurodevelopment.

81. The CDC recommends women start taking folic acid every day for at least a month before becoming pregnant, and every day while pregnant.[28]

82. The recommended dose for all women of childbearing age is 400 mcg of folate/folic acid each day.[29]

83. However, the CDC recommends women who have already had an NTD-affected pregnancy consume 400 mcg of folic acid each day, even when not planning to become pregnant. When planning to become pregnant, the CDC recommends that these women consume 4,000 mcg of folic acid each day, one month before becoming pregnant, and through the first three months of pregnancy.[30]

84. Studies have confirmed that getting an adequate amount of folic acid will protect the fetus/infant

---

[27] Brent, R. L., Oakley, G. P., & Mattison, D. R., *The unnecessary epidemic of folic acid-preventable spina bifida and anencephaly*, 106(4) Pediatrics 825-827 (2000).

[28] WebMD, *Folic Acid and Pregnancy*, https://www.webmd.com/baby/folic-acid-and-pregnancy#1.

[29] CDC, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.

[30] Center for Disease Control and Prevention, *Effectiveness in Disease and Injury Prevention Use of Folic Acid for Prevention of Spina Bifida and Other Neural Tube Defects -- 1983-1991* (Aug. 2, 1991), https://www.cdc.gov/mmwr/preview/mmwrhtml/00014915.htm.

from NTDs by at least fifty percent (50%).[31]

85. According to the CDC, for women who have already had a baby with an NTD, getting enough folic acid may reduce the risk of having another child with an NTD by as much as seventy percent (70%).[32]

86. The American Academy of Pediatrics ("AAP") has stated that "all women capable of becoming pregnant consume 400 micrograms per day of folic acid." Furthermore, "[a]lthough some foods are fortified with folic acid, it is not possible for women to meet the 400 mcg goal through a typical diet."

87. The AAP policy statement recommends a daily multivitamin tablet that contains folic acid in the recommended dose. Studies show that if all women of childbearing age met these dietary requirements, fifty percent (50%) or more of NTDs could be prevented.[33]

88. Thus, ensuring adequate folate/folic acid intake is one of the principle purposes of a prenatal vitamin. Therefore, under-formulation for folic acid renders a prenatal vitamin adulterated under D.C. Code §48-103 *et seq*.

**The Dangers of Heavy Metals: Lead & Cadmium**

**Dangers of Lead**

---

[31] CDC, *Preventing Neural Tube Defects: A prevention Model Resource Guide* (July 17, 2020), https://www.cdc.gov/ncbddd/orders/PDFs/09_202063A_Nash_Neural%20Tube%20BD%20Guide%20FINAL508.pdf%20(wed).
[32] Healthy Children.org, *Where We Stand: Folic Acid,* https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[33] *Id*.

89.  Lead is a heavy metal and a known carcinogen and neurotoxin. Lead resembles other metals that the human body needs to properly function, and as such, it is readily absorbed into body tissue.[34]

90.  Lead readily crosses the placenta, impacting embryonic and fetal development.[35]

91.  Lead can damage and/or destroy cells once in the body: it also remains in the body for an extended period of time, causing even greater extent to the damage.[36]

92.  Specifically, lead damages the myelin sheaths of neurons (protective insulation essential for proper neuronal functioning)[37] and interferes with neurotransmission (the communication between neurons)[38] both of which are potentially disastrous for human cognition & development.

93.  Lead also interferes with the levels of Brain Derived Neurotrophic Factor ("BDNF") an important neuroprotective molecule that plays a principle role in neurodevelopment, specifically neurogenesis.[39]

94.  One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[40]

---

[34] Wani, A.L., Ara, A., & Usmani, J.A., *Lead toxicity: a review*, 8(2) Interdisciplinary Toxicology 55-64 (2015), https://www.ncbi.nlm.nih.gov/PLC/articles/PMC4961898.

[35] Foltinova, J., Foltin, V., & Neu, E., *Occurrence of lead in placenta–important information for prenatal and postnatal development of child*, 28(4) Neuroendocrinology Letters 335-340 (2007).

[36] *Id*.

[37] Dabrowska-Bouta, B., Sulkowski, G., Bartosz, G., Walski, M., & Rafalowska, U., *Chronic lead intoxication affects the myelin membrane status in the central nervous system of adult rats*, 13(1-2) Journal of Molecular Neuroscience 127-139 (1999).

[38] Neal, A. P., & Guilarte, T. R., *Molecular neurobiology of lead (Pb 2+): effects on synaptic function*, 42(3) Molecular neurobiology 151-160 (2010).

[39] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).

[40] *Id*.

95. Thus, prenatal lead exposure has known adverse effects on maternal health and infant outcomes across a wide range of maternal blood lead levels.

96. A principle risk of prenatal exposure to lead is a reduction in intelligence, with experts demonstrating a direct relationship between childhood blood-lead levels and intelligence quotient (IQ).[41]

97. The consequences of even low-level (part-per-billion) exposure can be severe.



**Figure 6**

98. In Flint, Michigan, following city-wide exposure to part-per-billion levels of lead in drinking water, the portion of Flint's third graders who tested as proficient in reading at grade level fell from 41.8% to 10.7%.[42]

---

[41] COUNCIL ON ENVIRONMENTAL HEALTH, 138:e20161493 Pediatrics (2016).
[42] Grossman, Slusky, *The Effect of an Increase in Lead in the Water System on Fertility and Birth Outcomes: The Case of Flint, Michigan,* http://www2.ku.edu/~kuwpaper/2017Papers/201703.pdf.

99. As discussed above, the Environmental Protection Agency, Food and Drug Administration, the World Health Organization, Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated that there is no safe level of lead for children.

100. Thus, by its very nature, the presence of lead in prenatal vitamins is antithetical to a mission to support brain health, as the presence of lead in prenatal vitamins is a "deleterious substance which may render it injurious to health…" under DC Code §48-103 *et seq.*

### Dangers of Cadmium

101. Cadmium is also a heavy metal and a known neurotoxin and an International Agency for Research on Cancer ("IARC") class 1 carcinogen, known for having both short-term and long-term deleterious effects on human health.

102. Cadmium readily crosses the placenta, accumulating in fetal or embryonic tissue.[43]

103. Once absorbed, cadmium has a long half-life in the body, especially in the kidneys. Chronic cadmium exposure has been shown to adversely affect kidney and bone and to increase the risk of cancer. Cadmium also functions as an endocrine disruptor and may thus affect reproduction and child neurodevelopment.[44]

104. Specifically, cadmium impairs brain health through multiple pathways, including the interruption of DNA repair, the generation of reactive oxygen species, and, most critically, the

---

[43] Gundacker C, Hengstschläger M., *The role of the placenta in fetal exposure to heavy metals*, 162(9-10):201-206. doi:10.1007/s10354-012-0074-3 Wien Med Wochenschr (2012).
[44] Kippler, M., Tofail, F., Gardner, R., Rahman, A., Hamadani, J. D., Bottai, M., & Vahter, M., *Maternal cadmium exposure during pregnancy and size at birth: a prospective cohort study*, 120(2) Environmental Health Perspectives 284–289 (2012), https://doi.org/10.1289/ehp.1103711.

disruption of neuronal proliferation and differentiation – two steps in the neurogenesis process occurring during the infancy critical period.[45]

105. Therefore, early life exposure to cadmium is associated with poor cognitive outcomes in children.[46]

106. Cadmium also interferes with the levels of Brain Derived Neurotrophic Factor (BDNF),[47] an important neuroprotective molecule that plays a principle role in neurodevelopment.[48]

107. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[49] Thus, the presence of cadmium detracts from a principle function of DHA – a basis Nature Made's "brain development" claims.

108. This cadmium-mediated disruption of neuro-development renders Pharmavite's Nature Made Products adulterated under D.C. Code §48-103 *et seq* as brain development is a marketed benefit of Nature Made Products.

109. In general, women are more susceptible to cadmium toxicity, mainly because of increased intestinal uptake of cadmium given low iron stores, which are more prevalent in women than in men.[50]

---

[45] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural Regeneration Research 1879 (2018).

[46] Sanders, A. P., Henn, B. C., & Wright, R. O., *Perinatal and childhood exposure to cadmium, manganese, and metal mixtures and effects on cognition and behavior: a review of recent literature*, 2(3) Current environmental health reports 284-94 (2015).

[47] Wang, Y., Chen, L., Gao, Y., Zhang, Y., Wang, C., Zhou, Y., ... & Tian, Y, *Effects of prenatal exposure to cadmium on neurodevelopment of infants in Shandong, China*. 211 Environmental pollution 67-73 (2016).

[48] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).

[49] *Id.*

[50] *Id.*

110. Worse, cadmium has been shown to accumulate in in placental tissues, where it interrupts micronutrients (such as zinc) diffusion through the placenta.[51]

111. Thus, scientific evidence demonstrates that cadmium directly interferes with Pharmavite Products as the presence of cadmium in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[52]

**The Dangers of Pesticides**

112. Pesticides are a large class of compounds designed to kill or eliminate multiple types of organic matter:

    a.   Rodents (rodenticide)

    b.   Insects (insecticide)

    c.   Fungi (fungicide)

    d.   Undesired plants (herbicide)

113. Due to the fact their intended function is to kill or disrupt living organisms, most pesticides are toxic to humans in one form or another.

114. It follows that pesticides are designed to be neurotoxic.

115. Research has focused on the neurodevelopmental consequences of pesticide exposure during early life.[53]

---

[51] Kippler, M., Hoque, A. W., Raqib, R., Öhrvik, H., Ekström, E. C., & Vahter, M., *Accumulation of cadmium in human placenta interacts with the transport of micronutrients to the fetus*, 192(2) Toxicology letters 162-168 (2010).
[52] DC Code §48-103 *et seq*.
[53] Shelton, J. F., Geraghty, E. M., Tancredi, D. J., Delwiche, L. D., Schmidt, R. J., Ritz, B., ... & Hertz-Picciotto, I., *Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study*, 122(10) Environmental health perspectives 1103-1109 (2014).

116. Due to the risks of pesticide exposure in early life, it is exceptionally important to ensure pesticides with links to neurotoxic or developmental toxicity outcomes be restricted and avoided from products used to ensure proper prenatal health. To wit:

    a. Indoxacarb, a WHO Class II pesticide, has been linked to disruption of nicotinic acetylcholine receptors in developing mammalian brains.[54]

117. Thus, by their very nature, the presence of pesticides in prenatal vitamins are antithetical to a mission to support brain health, as the presence of these pesticides in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[55]

### Factual Allegations

118. Pharmavite is aware that there are health risks with pregnancy.

119. Pharmavite is aware of the importance of folic acid during pregnancy to the development of the fetus.

120. Pharmavite is aware of the dangers of heavy metal toxins and other contaminants during pregnancy.

121. Pharmavite is aware there is a market for pregnancy supplements to support healthy pregnancy for mother and fetus.

122. To capture this market, Pharmavite manufactures, produces, and distributes vitamins for the purpose of supporting a healthy pregnancy, to include the supplementation of folic acid.

123. Given the above, it follows that, Pharmavite is aware that consumers are concerned with the

---

[54] Zhao, X., Nagata, K., Marszalec, W., Yeh, J. Z., & Narahashi, T., *Effects of the oxadiazine insecticide indoxacarb, DPX-MP062, on neuronal nicotinic acetylcholine receptors in mammalian neurons,* 20(4) Neurotoxicology 561-570 (1999).
[55] D.C. Code §48-301 *et. seq.*

contents of their supplements.

124. Pharmavite is also aware that consumers seek supplements for specific health reasons.

125. Further, Pharmavite is aware that the consumers who seek out prenatal vitamins are a vulnerable group of consumers to whom such products' contents are of a heightened importance.

126. Pharmavite's Products are under-formulated as to folic acid; thus, consumers who take the Products for specific advertised health purposes, are not getting the proper or promised dosage: the results of this under-formulation could be fatal or life threatening.

127. Pharmavite's Products are also adulterated and contain quantifiable amounts of heavy metals and pesticides, all of which are harmful if exposed to both mothers and babies during the prenatal process.

128. Pharmavite's marketing practices are false and misleading and violate D.C. Code §28-3904, as they extoll the brain-supporting features of the product while exposing fetuses to concerning levels of known neurotoxins for which there is no established safe-harbor.

129. Pharmavite's Products are adulterated under DC Code §48-103 et seq., as the presence of these contaminants renders them unsafe for their intended population, directly contradicts the intended brain-support benefit of the Products, and renders the Products "injurious to health."[56]

## Pharmavite's Marketing of Nature Made is Unconscionably Misleading and Omits Material Facts

130. As noted previously, to capture the market for prenatal vitamins and supplements, Pharmavite markets its Nature Made Products as containing folic acid and supporting fetal brain growth (see figures above). Nature Made causes specific attention to be drawn to the claims of folic

---

[56] D.C. Code §48-103 et seq.

acid, as they are highlighted in yellow and circled.

131. Nature Made claims that "every one" of their products have been "proven safe and
nutritionally beneficial."



**Figure 7**

132. Pharmavite has publicly admitted to levels of the toxic heavy metals lead and cadmium in
their Nature Made Product – contaminants that:

    a.   Have no safe level recognized by public health authorities for developing children.

    b.   Their competitors are able to avoid or achieve significantly lower levels.

133. As a result, and as discussed further below,  is in violation of D.C. Code §28-3904 et seq. as it
has represented the Products as "… a particular standard, quality, grade, style, or model," when
in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic
acid and even worse, contain detectable levels of toxins and contaminants that should not be
present in any level in a " high quality" product.

134. It is apparent that Pharmavite is aware of the intent of their marketing, as they take steps to
educate consumers on the purpose for which their prenatal vitamins should be used.

# What are prenatal and postnatal multivitamins?

Having a baby is absolutely incredible. It also requires an incredible amount from your body. Prenatal and postnatal vitamins are designed to provide the essential nutrients that you and your baby need.

**Figure 7**

# What are prenatal and postnatal multivitamins good for?

These vitamins deliver essential nutrients that you and your baby need, including folic acid, iron, zinc and vitamin D. Our softgel formulas also contain omega-3 fatty acid DHA, which may help support fetal brain and eye development.†

**Figure 8**

# Who should take prenatal and postnatal multivitamins?

If you're pregnant or trying to become pregnant, then prenatal vitamins are for you. If you're a nursing mom, postnatal vitamins can help your body get the nutrients it needs. At Nature Made, we know that even the nurturer needs to be nurtured.

**Figure 9**

135. Pharmavite holds itself out as providing high quality nutrition to consumers, claiming that "nutrition is in our DNA."

# Nutrition is in our DNA

It all started with the idea that nature is the backbone of nutrition. Every day, our scientists, nutritionists and health experts totally geek out on what the incredible human body needs to stay, well, incredible. And we do it so we can provide you with the knowledge and high-quality supplemental nutrition you need to keep on doing all the things you do best.

**Figure 10**

136. Interestingly, on the Amazon.com page selling one of the Products, Nature Made omits the disclaimer on their website that their claim to be "specially formulated to support the development of baby's brain, nervous system, bones and eyes" has not been evaluated by the FDA.



**Figure 11**

137. As a result of omitting this disclaimer, Defendant is implicitly vouching for the veracity of those claims to the consumer and are making an unevaluated drug claim without properly warning consumers.

138. In addition to the assurances on the package, the website also explains what a supplement is and why it is important, highlighting the key nutrients and quality of Nature Made Products.

## What this Supplement is

Creating new life creates new nutritional needs too. And Nature Made® Multi Prenatal tablets are specially formulated to provide the nutritional support you need while you're trying to become pregnant and throughout your pregnancy. Our prenatal vitamin formula provides key nutrients such as folic acid and iron. And it also contains other important nutrients including zinc and vitamins A, C, D3 and E. Nature Made Multi Prenatal tablet is USP verified, so you can feel confident that you are choosing a high quality prenatal vitamin supplement.

**Figure 12**

139. In Figure 12 above, Nature Made not only informs what a supplement is, it represents that its Products are "a high quality prenatal vitamin supplement."

140. Indeed, Nature Made extolls the virtues of their quality systems, claiming to screen their products for purity and potency. As a result, they claim to provide "quality you can trust."

## Quality you can trust

If you care this much about what goes in your body then we believe it should be the best quality. We go the extra step to ensure our vitamins and supplements are USP certified when possible. Meaning they've been tested for purity and potency by the U.S. Pharmacopeia so you know you're getting the good stuff.

 Largest amount of USP certified products

 #1 Pharmacist Recommended brand

**Figure 13**

141. It follows that Pharmavite has violated D.C. Code §28-3904 *et seq.*, as it has represented the Nature Made Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

29

142. Defendant's repeated claims to perform purity testing are strange given their behavior. During pre-suit discussions, Plaintiffs' counsel shared testing results with the Defendant in the spirit of resolving the matter without litigation. Defendant repeatedly refused to share their own testing results – instead opting to obfuscate and delay.

143. Even more direct, their website promises, "We're here for your health!"



**Figure 14**

144. Pharmavite fails to state the "material fact" that the Products contain contaminants which serve the exact opposite purpose of healthful supplements, and, in fact, are injurious to health.

145. Pharmavite is aware many women do not receive enough folic acid, marketing their product as a solution to this very issue:



**Figure 15**

146. Pharmavite has violated D.C. Code §3904 *et seq.,* as their product misrepresents the folic acid content of the Products, as the Products are severely under-formulated.

147. Pharmavite also publishes their commitment to good health at the core of every product. They promise products are "backed by decades of scientific research and high- quality ingredients."

**Our Commitment**

Our commitment to your good health lies at the core of every product we make—backed by decades of scientific research and high-quality ingredients. At Nature Made, we create thoughtfully designed products to fit your lifestyle needs at every stage.

**Figure 16**

148. Again, in Figure 16 above, Nature Made has misrepresented the Product's quality, as the analytical testing below has shown, the Products contain detectable levels of heavy metal toxins

149. Moreover, Pharmavite misrepresents the Product's quality, as they are under-formulated, denying consumers the very crux of a prenatal vitamin.

150.  To set itself apart from competitors, in Figure 17 below, Nature Made touts the benefits of its supplements, to include folic acid. It again guarantees the high quality of its standards,

ingredients, and manufacturing process.



**Figure 17**

151. Pharmavite not only makes promises about what *is not* in its Nature Made Products, it also

makes multiple promises about what *is* contained in the Products, namely folic acid.



**Figure 18**

152. Pharmavite's promises of folic acid on its packaging, website, and marketing give a false

expectation that the Products possess a properly formulated serving of folic acid.

153. The Products are under-formulated as to folic acid, well below the promises made on the

packaging and website and well below the medically recommended dosage of 400mcg of folate daily

154. Pharmavite's promises of folic acid on its packaging violate D.C. Code §28-3904, as the website, packaging and marketing gives consumers a false expectation that the Products will contain 800mcg/serving of folic acid.

155. The Products in fact contain 368 mcg/serving of folic acid, well below the promise of 800mcg, and well below the quality promised by Pharmavite.

156. In addition to the under formulation of the Products, the Products also contain quantifiable amounts of heavy metals.

157. These heavy metal toxins are not listed, labeled, or advertised and have extreme negative health effects on both mother and fetus:

    a.   Lead

    b.   Cadmium

158. Further yet, the Products also contain detectable amounts of World Health Organization ("WHO") Classified pesticides, denoted as "moderately hazardous to human health."

159. Consumers who seek out and purchase the Products do not expect them to be under formulated or even worse, contain toxic heavy metals and pesticides in any quantifiable amount.

160. Moreover, consumers would not purchase products made solely for the supplementation of healthy prenatal process if they knew they contained ingredients that could in fact encourage the exact opposite.

161. Thus, Pharmavite has violated D.C. Code §28-3904, as the Products are well below the

quality and grade promised by Nature Made.

162. Further, Pharmavite has also violated D.C. Code §48-103, as the contaminants in the Products render them "injurious to health."

<u>**The Under Formulation of the Products**</u>

163. CLP caused the purchase the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

164. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

165. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained exclusively by CLP to protect independence and confidentiality.

166. As a result of the Quantitative testing, the sample of Defendant's Products yielded a folic acid content of:

    a.  Nature Made Prenatal Multi + DHA (110 ct):

        i.  Claimed Amount 800 mcg/serving

        ii.  Testing results 368 mcg/serving, 46% of label claim

    b.  Nature Made Prenatal Multi + DHA (115 ct):

        i.  Claimed Amount 800 mcg/serving

        ii.  Testing results 546 mcg/serving, 67% of label claim

**The Presence of Quantifiable Amounts of Heavy Metals in the Products**

167. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

168. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

169. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

170. The results are in parts-per-billion (ppb):

    a.   Nature Made Prenatal Multi (90ct):

          i.   As a result of the Quantitative testing, the sample of Defendant's Product yielded a lead content of 201.13ppb, which is on a per-serving basis higher than 64% of other prenatal vitamins tested.

          ii.   As a result of the Quantitative testing, the sample of Defendant's Product yielded a cadmium content of 157.29ppb, which is on a per-serving basis higher than 63.5% of other prenatal vitamins tested.

    b.   Nature Made Prenatal Multi (250 ct):

          i.   As a result of Quantitative testing, the sample of Defendant's Product yielded

a lead content of 145.4ppb, which on a per-serving basis is higher than 51.7% of other prenatal vitamins tested.

ii. As a result of Quantitative testing, the sample of Defendant's Product yielded a cadmium content of 177.1ppb, which on a per-serving basis is higher than 70.9% of other prenatal vitamins tested.

c. Nature Made Prenatal Multi + DHA (110 ct):

i. As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 92.04ppb, which is higher than 53.2% of other prenatal vitamins tested.

d. Nature Made Prenatal Multi + DHA (115 ct):

i. As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 146.2ppb, which is higher than 79.8% of other prenatal vitamins tested.

**The Presence of Pesticides in the Products**

171. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

172. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

173. The testing was conducted via a blinded methodology to fully protect impartiality. All

36

prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

174. Analytical testing identified detectable amounts of pesticides in the following products:

    a.   Nature Made Prenatal Multi + DHA (110 ct):

        i.  Fenpyroximate, a class II hazardous pesticide (moderately hazardous to human health).

       ii.  Indoxacarb, a class II hazardous pesticide (moderately hazardous to human health).

     iii.  Proquinazid, a class II hazardous pesticide (moderately hazardous to human health).

     iv.  Tebuconazole, a class II hazardous pesticide (moderately hazardous to human health).

**Pharmavite Knew or Should Have Known its Representations Were False**

175. Pharmavite holds itself out to the public as a trusted source of prenatal supplements and vitamins.

176. Pharmavite knew, or should have known, what representations it made on the labels (as noted in the figures above) of the Products. Pharmavite also knew or should have known how its Products were sourced, processed, and marketed.

177. Pharmavite knew, or should have known, the facts demonstrating that the Products were mislabeled, falsely advertised, and adulterated.

178. D.C. consumers rely on label representations and marketing information in making purchase decisions.

179. Pharmavite made false, misleading, and deceptive representations and omissions, intending for D.C. consumers to rely upon those representations and omissions in purchasing the Products.

180. Pharmavite knows that D.C. consumers seek out prenatal supplements that consumers believe to be properly formulated and not adulterated.

181. Upon information and belief, Pharmavite has failed to remedy the problem with the Products, causing ongoing harm to D.C. consumers.

182. D.C. consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with misleading and/or deceptive representations or omissions.

183. Reasonable consumers do not expect Defendant's Products, represented and advertised as prenatal vitamins containing 800 mcg/serving of folic acid, to in fact contain far less than labeled.

184. Reasonable consumers do not expect Defendant's Products, represented and advertised as a prenatal vitamin, to be adulterated and to contain toxic heavy metal and pesticides that are dangerous and adverse to the prenatal process and undermine the very purpose of the Products.

**Cause of Action: Violation of the District of Columbia Consumer Protection Procedures Act**

185. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), the Plaintiffs bring this claim on behalf of themselves and the general public of the District of Columbia for Pharmavite's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

38

186. Plaintiffs incorporate by reference all allegations in the preceding paragraphs of this
Complaint.

187. Pharmavite labeled and advertised the Nature Made Products as containing 800mcg/serving of
folic acid when in fact it is under-formulated and contains only 368 mcg/serving of folic acid
which is under-formulated by forty-six percent (46%).

188. Pharmavite adulterated the Products as the presence of heavy metals and pesticides impairs
the neurological development of the fetus, which is the purpose of the prenatal vitamin.

189. Pharmavite's advertising of the Products misrepresents, tends to mislead regarding material
facts, and omits facts regarding: the source, characteristics, standard, qualities, or grades that
Pharmavite states and implies.

190. The Products lack the characteristics, ingredients, benefits, standard, qualities, or grades that
Pharmavite states and implies.

191. Pharmavite's misstatements, innuendo, and omissions of fact are material and have the
tendency to mislead.

192. Pharmavite knowingly did not sell the Products as advertised.

193. The facts as alleged above demonstrate that Pharmavite has violated the CPPA, D.C. Code
§28-3901 *et seq.*

194. Pharmavite's conduct is unlawful trade practice "whether or not any consumer is in fact
mislead, deceived or damaged thereby." D.C. Code §28-3904.

195. CLP and Toxin Free USA have a sufficient nexus to D.C. consumers of the Products to
adequately represent their interests.

196. Given that Pharmavite misrepresents the characteristics, ingredients, and benefits of the Products; misrepresents the standard, quality, and grade of the Products; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead reasonable consumers with regard to material facts about the Products; and advertise the Products without the intent to sell the Products as advertised, and has adulterated the Products, Pharmavite marketing of the Products violates D.C. Code §28-3901 *et seq.*

197. Specifically, Pharmavite has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

   a. represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;…

   d. represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another.

   e. misrepresent as to a material fact which has a tendency to mislead; …

   f. fail to state a material fact if such failure tends to mislead

      f-1. [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead;

      … [or]

   h. advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

198. Additionally, Pharmavite has violated D.C. Code §28-3904 *et seq,* pursuant to the definition of "Adulterated," as defined in D.C. Code §48-103, as the presence of these contaminants

render the Products "injurious to health."

199. Pharmavite is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant under D.C. Code §29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-3901(a)(7).

200. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action seeking relief from the use of a trade practice in violation of a law of the District of Columbia, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or family purposes."

201.  CLP is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that purchased the Products in order to test or evaluate their qualities.

202. Toxin Free USA is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C), with volunteers physically located in the District of Columbia.

203. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

204. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

205. As set forth in this Complaint, Plaintiffs were founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiffs' shared mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiffs have previously represented District consumers in similar actions under the CPPA.

206. Plaintiffs are public-interest organizations pursuant to D.C. Code §28-3905(k)(1)(D) and bring this action on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(1)(A).

207. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

208. Plaintiffs are a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiffs pray for judgment against Defendant, including the remedies available under

D.C. Code §28-3905(k)(2)(A-F):

A.  A Declaration that Defendant's conduct is in violation of the CPPA.

B.  An Order enjoining Defendant's conduct found to be in violation of the CPPA.

C.  An Order requiring Defendant to provide corrective advertising to the residents of the District of Columbia that restores consumers.

D.  An Order requiring Defendant to pay statutory civil penalties in an amount to be determined at trial, pursuant to D.C. Code §28-3909(b), for each and every violation of the CPPA.

E.  An Order granting Plaintiffs' costs and disbursements, including reasonable attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

F.  Punitive damages and any such further relief as this Court may deem just and proper.

## Jury Trial Demanded

Plaintiffs Toxin Free USA and Clean Label Project hereby demand a trial by jury.

Dated: 9/4/2020

Respectfully submitted,

Attorneys for Clean Label Project (CLP)

/s/ Travis Pittman

Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD 21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com

Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

CLEAN LABEL PROJECT FOUNDATION   Case Number: __2020 CA 003912 B__

and GMO FREE USA d.b.a. TOXIN FREE USA

vs                                    Date: 9/4/2020

PHARMAVITE, LLC                      ☐ One of the defendants is being sued
                                        in their official capacity.

| Name: *(Please Print)* J. Travis Pittman | Relationship to Lawsuit |
|---|---|
| Firm Name: Holmes Pittman & Haraguchi, LLP | ☒ Attorney for Plaintiff |
| Telephone No.:              Six digit Unified Bar No.: (202) 329-3558              1016894 | ☐ Self (Pro Se)   ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury      ☐ 6 Person Jury      ☒ 12 Person Jury

Demand: $_____                    Other: __Declaratory Judgment__

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: __N/A_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar#:_____

---

**NATURE OF SUIT:**      *(Check One Box Only)*

**A. CONTRACTS**                          **COLLECTION CASES**

☐ 01 Breach of Contract          ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty          ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property              Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
☐ 13 Employment Discrimination   ☐ 07 Insurance/Subrogation                ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees         Under $25,000 Pltf. Grants Consent          Under $25,000 Consent Denied
                                 ☐ 28 Motion to Confirm Arbitration
                                    Award (Collection Cases Only)

---

**B. PROPERTY TORTS**

☐ 01 Automobile                  ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                  ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 10 Invasion of Privacy            ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection     ☐ 11 Libel and Slander                  Not Malpractice)
☐ 03 Assault and Battery         ☐ 12 Malicious Interference         ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution          ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)  ☐ 14 Malpractice Legal              ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 21 Asbestos
☐ 07 False Arrest                ☐ 16 Negligence- (Not Automobile,   ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                          Not Malpractice)                 ☐ 23 Tobacco
                                                                     ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10  Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☒ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_/s/ Travis Pittman_            _9/4/2020_

Attorney's Signature          Date

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

CLEAN LABEL PROJECT FOUNDATION      *

and                                 *

GMO FREE USA d.b.a. TOXIN FREE USA

                    Plaintiffs,      *

                                     *

        v.                           *        FILED WITH COMPLAINT

                                     *

    PHARMAVITE, LLC                  *

                    Defendant.

*     *     *     *     *     *     *     *     *     *     *     *     *

## <u>VERIFICATION</u>

I, Jaclyn Bowen, verify under penalty of perjury according to the laws of the District of
Columbia that I serve as Executive Director at Clean Label Project Foundation; that I have read
the foregoing Complaint and know its contents; and that the facts stated therein are true to the best
of my knowledge, information, and belief.



_____        _____
      9/4/20
      Date

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION                          *

and                                                                    *

GMO FREE USA d.b.a. TOXIN FREE USA                     *
                                                                       *
                    Plaintiffs,                                        *
                                                                       *
          v.                                        FILED WITH COMPLAINT
                                                                       *
    PHARMAVITE, LLC                                                    *
                                                                       *
                    Defendant.                                        *
*        *        *        *        *        *        *        *        *        *        *
                                                                       *
                                                                       *

## VERIFICATION

I, Diana Reeves, verify under penalty of perjury according to the laws of the District of
Columbia that I serve as Executive Director at GMO Free USA d.b.a. Toxin Free USA; that I
have read the foregoing Complaint and know its contents; and that the facts stated therein are
true to the best of my knowledge, information, and belief.

_____9/4/20_____
Date

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION and

GMO FREE USA d.b.a. TOXIN FREE USA   Plaintiff

vs.

PHARMAVITE, LLC

Case Number   2020 CA 003912 B

Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J. Travis Pittman

Name of Plaintiff's Attorney

P.O. Box 380, Chester, MD  21619

Address

(202) 329-3558

Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date   09/08/2020

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화해주십시오.          የአማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                          Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION and
**GMO FREE USA d.b.a. TOXIN FREE USA** Demandante
contra

Número de Caso: _____

PHARMAVITE, LLC
_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o el Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

J. Travis Pittman
_____
Nombre del abogado del Demandante

*SECRETARIO DEL TRIBUNAL*

P.O. Box 380, Chester, MD 21619
_____
Dirección

Por: _____
Subsecretario

_____

(202) 329-3558
_____
Teléfono

Fecha _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828 로 전화주십시오       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION et al
    Vs.                                          C.A. No.       2020 CA 003912 B
PHARMAVITE, LLC

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                         Chief Judge Robert E. Morin

Case Assigned to: Judge YVONNE WILLIAMS
Date:  September 8, 2020
Initial Conference: 9:30 am, Friday, December 11, 2020
Location:   Courtroom 518
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.  D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION et al
   Vs.                             C.A. No.      2020 CA 003912 B
PHARMAVITE, LLC

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge YVONNE WILLIAMS
Date:  September 8, 2020
Initial Conference: 9:30 am, Friday, December 11, 2020
Location:   Courtroom 518
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

CAIO-60

Filed
D.C. Superior Court
09/04/2020 14:00PM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| CLEAN LABEL PROJECT FOUNDATION | * | |
| A 501(c)(3) | | |
| 280 E. 1st Ave., #873 | * | Case No._____ |
| Broomfield, Colorado 80038 | | |
| | * | |
| | | COMPLAINT |
| and | * | |
| | | DEMAND FOR JURY TRIAL |
| GMO FREE USA d.b.a. TOXIN FREE USA | * | |
| P.O. Box 458 | | |
| Unionville CT, 06085 | * | |
| | | |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | | |
| | * | |
| PHARMAVITE, LLC | | |
| | * | |
| Serve on: | | |
| Corporation Service Company | * | |
| 2710 Gateway Oaks Drive, Suite 150N | | |
| Sacramento, CA 95833-3505 | * | |
| | | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>COMPLAINT</u>

On behalf of themselves and the general public, Plaintiffs, Clean Label Project Foundation

("Clean Label Project" or "CLP") and GMO Free USA d.b.a. Toxin Free USA ("Toxin Free USA"),

hereinafter "Plaintiffs," by and through their counsel, bring this action against Pharmavite, LLC

("Pharmavite") hereinafter Defendant, regarding the deceptive labeling, marketing, and sale of Nature

Made Prenatal Multi (90 ct), Nature Made Prenatal Multi (250 ct), Nature Made Prenatal Multi +

DHA (110 ct), and Nature Made Prenatal Multi +DHA (115ct), ("Products")[1] that are under-

---

[1] Discovery may demonstrate that additional Pharmavite Products are within the scope of this Complaint.
Plaintiffs reserve the right to amend this complaint to include additional prenatal items identified through the
course of discovery.

formulated with respect to folate/folic acid and adulterated with respect to quantifiable amounts of heavy metals and detectable amounts of pesticides. Contrary to Defendant's promises and assurances, CLP facilitated independent testing and discovered that the amount of folic acid stated on the labels in the Products is unconscionably under-formulated, well below industry and medical standards. Further, the adulterated Products are exposing mothers and their babies to contaminants, to include lead, cadmium, and pesticides – compounds and contaminants known to cause reproductive harm in fetuses and infants.  Plaintiffs allege the following based upon information, belief, and the investigation of its counsel:

### Introduction

1. Pregnancy can be a high-risk time, with as few as sixty-two percent (62%) of pregnancies ending in a live birth.[2]

2. Gestation, the period of development comprising embryonic and fetal development, is a "critical period" in human life.

3. This critical period is often referred to as "prenatal" development.

4. "Critical periods" are so named because disruption of development during those phases is often irreversible, placing incredible importance on ensuring developing brains and bodies are left unobstructed during these periods.

5. In the case of fetal neurodevelopment, a number of highly important processes occur during even the first month of pregnancy.

6. During the critical periods, essential neurodevelopment occurs, including aspects of

---

[2] Center for Disease Control and Prevention, *US Pregnancy Rate Lowest in Two Decades* (Dec. 15, 1999), https://www.cdc.gov/nchs/pressroom/99facts/pregrate.htm.

neurogenesis – the formation of neurons ("brain cells") and the formation of the complex

interconnection of neurons that give rise to the human experience (synaptogenesis).[3]

7. Although the brain continues to develop and change after birth and into adulthood, the prenatal

period can have a lasting effect on the adequacy of neurodevelopment and quality of life.

8. How thoroughly a brain develops depends on many factors in addition to genes, such as:[4]

    a. Proper nutrition starting in pregnancy.

    b. Exposure to toxins or infections during these critical periods.

    c. The child's experiences with other people and world after birth.

9. For these reasons, it is critically important to ensure that prenatal development proceeds as

smoothly as possible.

10. Thus, it is the duty of brands assisting in this critical prenatal development period to:

    a. Provide consumers with nutrients needed to ensure proper development.

    b. Ensure that the brand's products do not provide deleterious chemicals that may detract

       from healthy development.

11. Many of these critical processes require specific essential nutrients, such as vitamins, to occur

correctly, and the failure of these processes is often irreversible.

12. One such critical process is the folding of the neural crest into the neural tube: when a flat layer

of specialized cells in the embryo "folds" and seals shut, eventually creating a cylinder of cells

---

[3] Huttenlocher, P. R., & Dabholkar, A. S, *Regional differences in synaptogenesis in human cerebral cortex*, 287(2) Journal of comparative Neurology 167-178 (1997).
[4] Gibbs, B. G., & Forste, R, *Socioeconomic status, infant feeding practices and early childhood obesity,* 9(2) Pediatric obesity 135-146 (2014).

that will grow to become the central nervous system (the brain and spine).[5]

13. If this sealing process or one of its immediate consequences, which occurs during the third week of pregnancy, is unsuccessful, the child will develop one of a host of complications cumulatively referred to as Neural Tube Defects ("NTDs").

14. These NTDs take many forms, but all involve some form of disruption of central nervous system functioning – ranging from lower limb paralysis (*spina bifida)* to the child being born without a brain (*anencephaly)*. Many NTDs are fatal, often resulting in nonviable pregnancy or still birth.[6]

15. While many factors play a role in the development of NTDs, proper nutrition is critical in reducing risk.

16. Specifically, ensuring adequate maternal intake of vitamin B9 (folate/folic acid) is essential in reducing the risk of NTDs.

17. Unfortunately, in many cases it is difficult or impossible for women to attain sufficient folate/folic acid in their diets to minimize their fetuses' risk of an NTD.[7]

18. As a consequence, medical experts recommend women who are or may become pregnant supplement their diet with a prenatal vitamin which, among other nutrients, contains folate/folic acid.[8]

19. Given the above, it follows that supplements designed to ensure prenatal health have become increasingly important to consumers, to include D.C. consumers.

---

[5] Blom, H. J., Shaw, G. M., den Heijer, M., & Finnell, R. H, *Neural tube defects and folate: case far from closed*, 7(9) Nature Reviews Neuroscience 724-731 (2006).
[6] *Id*.
[7] Healthy Children.org, *Where We Stand: Folic Acid* (Nov. 2019), https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.
[8] *Id*.

20. Consumers seek out and choose prenatal vitamins based on the concerns regarding supplements such as folic acid.

21. This consumer interest has given rise to a highly competitive $445M market.[9] In a recent survey, one-hundred percent (100%) of women living in the District of Columbia or its surrounding states indicated that they took a prenatal vitamin during pregnancy.[10]

22. In order to gain a share in this market, prenatal vitamin brands market their product as working to ensure proper prenatal development.

23. Pharmavite's Nature Made is one such brand, marketing a line of prenatal vitamins suggesting that Nature Made "supports the development of brain, eyes and the nervous system."

24. Packaging for Nature Made prenatal vitamins makes numerous claims referencing brain health:

   a.  Nature Made packages its Products as "[s]upport[ing] the development of baby's brain, eyes, & nervous system."

   b.  Nature Made also boasts, "Complete Prenatal Multivitamins with Folic Acid Plus DHA" on the front middle of the Product box, directly below the previous statement.

   c.  Nature Made assures that its Product "Provides 100% Daily Value of Folic Acid."

   d.  Nature Made also addresses folic acid on the front of the Product by stating, "Contains folic acid and 17 other nutrients for baby's development & mom."

   e.  Both phrases are encircled in purple and orange respectively, drawing extra attention to

---

[9] Grand View Research, *Prenatal Vitamin Supplement Market Size, Share & Trends Analysis Report By Product Form (Capsules, Powder, Gummy), By Distribution Channel, By Region, And Segment Forecasts, 2019 – 2025* (Aug. 2019), https://www.grandviewresearch.com/industry-analysis/prenatal-vitamin-supplement-market.

[10] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

the information.



**Figure 1**

25. Nature Made draws extra emphasis to the promise of complete folic acid by displaying the Supplement Facts on the back of the Product:

| Supplement Facts |
| --- |

Serving Size: 1 Tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
| --- | --- | --- |
| Vitamin A (as Beta Carotene) | 2667 IU | 33% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as d-Alpha Tocopheryl Acetate) | 30 IU | 100% |
| Vitamin K (as Phytonadione) | 80 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 76% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 79% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 46% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 6 mg | 60% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 150 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

**Figure 2**

26. One component feature of Nature Made's "brain development" platform is their use of Docosahexaenoic acid (DHA), a fatty acid which plays a role in neurogenesis.[11]

---

[11] Bradbury, J. (2011). *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain.* Nutrients, *3*(5), 529-554

**Nature Made® Prenatal Multi + DHA Softgels**

Formulated to support the development of baby's brain, nervous system, bones and eyes. And they have clinically proven absorption of iron and folic acid. Think of it as nutritional support for you and your bump!

**Figure 3**

27. Pharmavite is aware of the importance of supplements during the delicate prenatal process, as it is the sole reason for the creation of the market for the Products.

28. Pharmavite is aware that proper folic acid fortification "may reduce a woman's risk of having a child with a neural tube defect."

**Benefits**

* Scientifically formulated with essential vitamins and minerals that are essential during pregnancy and 200 mg DHA
* DHA: may help support fetal brain and eye development'
* Folic Acid: Adequate folic acid in healthful diets may reduce a woman's risk of having a child with a neural tube defect
* Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body'
* Calcium and Vitamin D3: help build and support strong bones'
* Vitamin A: helps support healthy eye function'
* Vitamins A, C, and D and Zinc: help support the immune system'
* Vitamins C and E: provide antioxidant support'
* B vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12): support cellular energy production'
* Magnesium: helps support nerve, muscle and heart function'

**Figure 4**

**Nature Made® Prenatal Multi Tablets**

Provides daily nutritional support before and during pregnancy.* Specially formulated to support the development of your baby's brain, nervous system, bones and eyes, it's big support for your little one.*

**Figure 5**

29. Pharmavite is aware of the formulation standards for vitamins.

30. Pharmavite is aware of how it packages their Products.

31. Given the risks of disrupted prenatal development, it is critically important to ensure that Pharmavite's "brain development" claims are true.

32. The Products in question are:

    a.  Nature Made Prenatal Multi (90ct)

    b.  Nature Made Prenatal Multi (250ct)

    c.  Nature Made Prenatal Multi + DHA (110ct)

    d.  Nature Made Prenatal Multi + DHA (115ct)

33. Plaintiffs caused the Products to be purchased for the purpose of evaluation by an ISO 17025 accredited third-party analytical chemistry laboratory. The results were reviewed and assessed by a third-party toxicologist.

34. At least one Nature Made Product was significantly under-formulated for folate/folic acid. Nature Made Products contained concerning levels of the neurotoxins lead and cadmium, as well as pesticides, all of which are linked to developmental toxicity.

8

35. This testing suggests that the above-mentioned contaminants are present in the Products, or at a minimum, that Pharmavite makes no efforts to confirm that they are not present. As a result, D.C. consumers who are led to believe that the Products support a fetus's healthy growth and promote brain, eye, and nervous system development for their unborn child in fact bear the risk of purchasing products that contain quantities of pesticides and toxic heavy metals – compounds known to deleteriously impact brain development.

36. The Environmental Protection Agency ("EPA"), Food and Drug Administration, the World Health Organization, the Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated there is no safe level of lead for children.

    a. The EPA has stated, "The Maximum Contaminant Level Goal for lead is zero. EPA has set this level based on the best available science, which shows there is no safe level of exposure to lead."[12]

    b. The Food and Drug Administration has stated that "[t]here is no known identified safe blood lead level."[13]

    c. The World Health Organization has likewise stated, "The neurological and behavioral effects of lead are believed to be irreversible. There is no known 'safe' blood lead concentration…"[14]

---

[12] EPA, *Basic Information about Lead in Drinking Water* (Aug. 13, 2020), https://www.epa.gov/ground-water-and-drinking-water/basic-information-about-lead-drinking-water#:~:text=EPA%20has%20set%20the%20maximum,in%20the%20body%20over%20time.,

[13] Welch, Teresa, *Lead Found in 20% of Baby Food, Report Says* (June 19, 2017), https://www.charlotteobserver.com/news/nation-world/national/article157063044.html.,

[14] The World Health Organization, *Lead Poisoning and Health* (Aug. 23, 2019), https://www.who.int/news-room/fact-sheets/detail/lead-poisoning-and-health#:~:text=The%20neurological%20and%20behavioural%20effects,behavioral%20difficulties%20and%20learning%20problems.,

9

    d.   The Centers for Disease Control have found "[n]o safe blood level of lead has been identified."[15]

    e.   The American Medical Association has stated, "We know that there is no safe level of lead."[16]

    f.   The American Academy of Pediatrics has stated, "There is no safe level of lead exposure in children, with lasting decreases in cognition documented in children with blood levels as low as five micrograms per deciliter of lead in blood."[17]

37.  Cadmium is a toxic heavy metal, known to have severe short- and long-term neurotoxic effects.[18]

38.  The European Union has declared cadmium a "Substance of Very High Concern"[19] and is one of only six hazardous substances banned from use in Europe in electrical and electronic equipment due to the hazard posed to human health.[20]

39.  Some states, such as Maryland, have banned cadmium in children's products.[21]

---

[15] CDC, *National Biomonitoring Program, Factsheet* (July 12, 2013), https://www.cdc.gov/biomonitoring/Lead_factsheet.html#:~:text=No%20safe%20blood%20lead%20level,half%20a%20cup%20of%20liquid.).

[16] AMA, *AMA Adopts New Policies to Prevent Future Lead Poisoning* (June 14, 2016), https://www.ama-assn.org/press-center/press-releases/ama-adopts-new-policies-prevent-future-lead-poisoning.

[17] American Academy of Pediatrics, *Lead Exposure in Children,* https://www.aap.org/Pages/ErrorPage.aspx?requestUrl=https://www.aap.org/en-us/advocacy-and-%20policy/aap-health-initiatives/lead-exposure/Pages/Lead-Exposure-in-Children.aspx.

[18] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural regeneration research 1879 (2018).

[19] European Chemicals Agency, *Candidate List of Substances for Very High Concern for Authorisation* (Aug. 26, 2020), https://echa.europa.eu/candidate-list-table/-/dislist/details/0b0236e1807dd024.

[20] Laser Focus World [online], *European Commission to Prohibit from TV's and Displays by October 2019* (Aug. 22, 2017), https://www.laserfocusworld.com/lasers-sources/article/16569155/european-commission-to-prohibit-cadmium-from-tvs-and-displays-by-october-2019#:~:text=European%20Commission%20to%20prohibit%20cadmium%20from%20TVs%20and%20displays%20by%20October%202019,-Nanoco%2C%20which%20makes&text=Cadmium%20is%20one%20of%20six,protect%20human%20and%20environmental%20health.

[21] Safer States, *Maryland* (Aug. 26, 2020), https://www.saferstates.com/states-in-the-lead/maryland/.

40. One of the pesticides detected in Pharmavite Products is a World Health Organization ("WHO") Class II pesticide, which are "moderately hazardous to human health."

41. In a census-balanced survey commissioned by CLP of 630 mothers who took prenatal vitamins during pregnancy, eighty-three percent (83%) felt that they would not have purchased the products if they had discovered it was under-formulated and eighty-four percent (84%) of moms would want their money back.[22]

42. As noted above, these neurotoxins have no known safe level for prenatal exposure; thus, they represent a serious and present risk to the neurological health of these developing children.

43. Likewise, under-formulating prenatal vitamins for folate/folic acid represents a risk to developing fetuses and infants, as it may cause a failure to receive the adequate amount of folic acid necessary for developmental needs.

44. The presence of these contaminants is neither "normal" nor "unavoidable," as a comprehensive category test of over 200 prenatal vitamins commissioned by CLP has revealed that the levels of these contaminants are unusually high relative to competitive prenatal vitamin brands. Likewise, the majority of prenatal vitamins were not under-formulated for folate/folic acid.

45. This means that consumers selecting a prenatal vitamin to ensure proper prenatal health during this critical period of neurodevelopment would expose the fetuses and/or infants to *less* of the neurotoxins cadmium and lead (and would provide them with more folate/folic acid) than by picking nearly any brand other than Nature Made.

46. Given the ubiquity of the public health and public policy positions above, Pharmavite knew or should have known of the risk of these toxins in the Products and should have taken steps to avoid these contaminants as their competitors clearly have done.

---

[22] Clean Label Project, Independent Study of Prenatal Vitamin Consumer Insights (Jun. 25, 2020) (unpublished study) (on file with Clean Label Project).

47. Thus, the Products are adulterated under DC Code §48-103 *et seq.* as the presence of these contaminants poses a risk to the neurological health of the developing fetuses and/or infants and the avoidable presence of these contaminants directly contradict the "brain development" functions touted by Pharmavite.

48. As a result of Pharmavite's claims and marketing, D.C. consumers, who are led to believe that the Products are safe and effective and free of concerning levels of contaminants, in fact bear the risk of purchasing products that are under-formulated and not free of concerning quantities of heavy metals and pesticides.

49. A reasonable D.C. consumer would not expect Products claiming to support "brain health" to contain high levels of lead or cadmium.[23]

50. A reasonable D.C consumer would not expect products claiming to provide the recommended daily value of folic acid to be under-formulated for folic acid.[24]

51. In sum, Pharmavite is deceiving D.C consumers into believing that the Products support "brain development" when they contain avoidable levels of multiple deleterious neurotoxins with no known safe level in Products intended for use during a critical period of neurodevelopment. Simultaneously, Pharmavite Products are under-formulated for the principle active ingredient of folate/folic acid.

52. Pharmavite's false and misleading representations and omissions, including any tendency to mislead or omit, violate the District of Columbia Consumer Protection Procedures Act ("DC CPPA"), DC Code §28-3901, *et seq.*

53. Pharmavite's labeling and advertising of the Products tend to mislead and are materially deceptive about the true nature, quality, and ingredients of the Products. Plaintiffs bring this

---

[23] As noted above, a large percentage of Nature Made's competitors do not have these significant issues.
[24] *Id.*

12

deceptive advertising and adulteration cause on behalf of themselves and the general public, and seek relief, including but not limited to: an injunction to halt Pharmavite's false and misleading marketing and sale of Nature Made Products.

## Jurisdiction and Venue

54. This Court has personal jurisdiction over the parties in this case. Plaintiffs, by filing this Complaint, consent to this Court having personal jurisdiction over them and this matter.

55. This Court has personal jurisdiction over Defendant pursuant to D.C. Code §13-423. Defendant has sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them given that, *inter alia,* Defendant is engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in, the District of Columbia, or otherwise purposefully avail themselves of the laws of the District of Columbia through their marketing and sales of the Products in the District of Columbia.

56. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §28-3905(k)(1)(B), (k)(1)(C) and (k)(2).[6]

## Parties

57. Clean Label Project ("CLP") is a section 501(c)(3) non-profit public interest organization whose mission is to educate the public and enable consumers to make informed shopping choices.

58. CLP performs its work throughout the United States, including in the District of Columbia.

59. CLP uses state-of-the-art accredited laboratory testing to identify the best and worst labeled products and publishes top and bottom performers on its website free of charge.

60. CLP was formed in 2016 with the goal of reducing contamination across all consumer-

packaged goods products.

61. CLP has an interest in food label truth and transparency, and consumers' right to know what is in the products they purchase. To that end, CLP educates consumers by presenting unbiased science in a straightforward and useful medium to the public, allowing consumers to make data-based decisions.

62. In 2018, CLP caused the purchasing of the Nature Made Products, as well as over 200 other prenatal vitamin products in order to evaluate their levels of folic acid.

63. Toxin Free USA is a 501(c)(3) non-profit, public-interest organization whose mission is to harness independent science and agroecology concepts to advocate for clean and healthy food and ecological systems. Toxin Free USA educates consumers about the potential hazards of toxic heavy metals, synthetic ingredients, pesticides and biocides, and genetically engineered organisms.

64. Toxin Free USA performs its work throughout the United States, including in the District of Columbia. Toxin Free USA volunteer staff reside in or near the District of Columbia.

65. Toxin Free USA was formed in 2012 with the intent of organizing national boycotts of food companies that use genetically modified ingredients and related synthetic herbicides and pesticides in their products, and pressuring companies to remove those ingredients.

66. Consequently, Toxin Free USA firmly believes in food transparency. The organization diligently works to promote food and ecological systems that are clean, accessible, and free of contamination. To that end, Toxin Free USA educates consumers, increasing their awareness and knowledge of toxins used in agricultural production and their effect on health and the environment.

67. Additionally, Toxin Free USA's website, publications, public education, research, network

building, and mobilization activities provide an important service to consumers and community activists every month.

68. At all times herein Pharmavite was a California limited liability company with its principal place of business in West Hills, California.

69. Defendant markets and distributes the Products online and in retail stores in the District of Columbia and throughout the United States.

70. Upon information and belief, Defendant has caused harm to the general public of the District of Columbia.

71. Plaintiffs are acting on behalf of the general public as private attorneys pursuant to D.C Code §28- 3905(k)(1)(C)-(D).

72. Plaintiffs are non-profit organizations pursuant to D.C. Code §28-3901(a)(14) and the public-interest organizations pursuant to D.C. 28-3901(a)(15). Plaintiffs are longstanding advocates of the rights of consumers, including but not limited to D.C. consumers, for truthful labeling and marketing.

## The Importance of Folic Acid

73. Vitamin B9 (Folate) is an essential vitamin that plays a critical role in the development of DNA.

74. The synthetic form of folate most commonly used in supplements is folic acid.[25]

75. Fortification with folic acid has been linked to reductions in the incidence of several NTDs.[26]

76. The consequences of improper folic acid fortification can be severe and can include loss of life

---

[25] Center for Disease Control, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[26] Centers for Disease Control and Prevention (CDC), *Spina bifida and anencephaly before and after folic acid mandate--United States, 1995-1996 and 1999-2000*, MMWR, 53(17) Morbidity and Mortality Weekly Report 362 (2004).

for the child so impacted.

77. Newborns with anencephaly, an NTD in which some or all of the brain fails to form, usually do not live long, and those with spina bifida may be permanently disabled.

78. NTDs can be avoided with proper folate/folic acid intake during pregnancy.

79. NTDs linked to folate/folic acid-insufficiency have been referred to as an "unnecessary epidemic."[27]

80. For this reason, supplementing with folate/folic acid is an important step in prenatal neurodevelopment.

81. The CDC recommends women start taking folic acid every day for at least a month before becoming pregnant, and every day while pregnant.[28]

82. The recommended dose for all women of childbearing age is 400 mcg of folate/folic acid each day.[29]

83. However, the CDC recommends women who have already had an NTD-affected pregnancy consume 400 mcg of folic acid each day, even when not planning to become pregnant. When planning to become pregnant, the CDC recommends that these women consume 4,000 mcg of folic acid each day, one month before becoming pregnant, and through the first three months of pregnancy.[30]

84. Studies have confirmed that getting an adequate amount of folic acid will protect the fetus/infant

---

[27] Brent, R. L., Oakley, G. P., & Mattison, D. R., *The unnecessary epidemic of folic acid-preventable spina bifida and anencephaly*, 106(4) Pediatrics 825-827 (2000).
[28] WebMD, *Folic Acid and Pregnancy*, https://www.webmd.com/baby/folic-acid-and-pregnancy#1.
[29] CDC, *Folic Acid* (April 11, 2018), https://www.cdc.gov/ncbddd/folicacid/about.html.
[30] Center for Disease Control and Prevention, *Effectiveness in Disease and Injury Prevention Use of Folic Acid for Prevention of Spina Bifida and Other Neural Tube Defects -- 1983-1991* (Aug. 2, 1991), https://www.cdc.gov/mmwr/preview/mmwrhtml/00014915.htm.

from NTDs by at least fifty percent (50%).[31]

85. According to the CDC, for women who have already had a baby with an NTD, getting enough folic acid may reduce the risk of having another child with an NTD by as much as seventy percent (70%).[32]

86. The American Academy of Pediatrics ("AAP") has stated that "all women capable of becoming pregnant consume 400 micrograms per day of folic acid." Furthermore, "[a]lthough some foods are fortified with folic acid, it is not possible for women to meet the 400 mcg goal through a typical diet."

87. The AAP policy statement recommends a daily multivitamin tablet that contains folic acid in the recommended dose. Studies show that if all women of childbearing age met these dietary requirements, fifty percent (50%) or more of NTDs could be prevented.[33]

88. Thus, ensuring adequate folate/folic acid intake is one of the principle purposes of a prenatal vitamin. Therefore, under-formulation for folic acid renders a prenatal vitamin adulterated under D.C. Code §48-103 *et seq.*

**The Dangers of Heavy Metals: Lead & Cadmium**

**Dangers of Lead**

---

[31] CDC, *Preventing Neural Tube Defects: A prevention Model Resource Guide* (July 17, 2020), https://www.cdc.gov/ncbddd/orders/PDFs/09_202063A_Nash_Neural%20Tube%20BD%20Guide%20FINAL508.pdf%20(wed).

[32] Healthy Children.org, *Where We Stand: Folic Acid,* https://www.healthychildren.org/English/ages-stages/prenatal/Pages/Where-We-Stand-Folic-Acid.aspx.

[33] *Id.*

89.  Lead is a heavy metal and a known carcinogen and neurotoxin. Lead resembles other metals that the human body needs to properly function, and as such, it is readily absorbed into body tissue.[34]

90.  Lead readily crosses the placenta, impacting embryonic and fetal development.[35]

91.  Lead can damage and/or destroy cells once in the body: it also remains in the body for an extended period of time, causing even greater extent to the damage.[36]

92.  Specifically, lead damages the myelin sheaths of neurons (protective insulation essential for proper neuronal functioning)[37] and interferes with neurotransmission (the communication between neurons)[38] both of which are potentially disastrous for human cognition & development.

93.  Lead also interferes with the levels of Brain Derived Neurotrophic Factor ("BDNF") an important neuroprotective molecule that plays a principle role in neurodevelopment, specifically neurogenesis.[39]

94.  One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[40]

---

[34] Wani, A.L., Ara, A., & Usmani, J.A., *Lead toxicity: a review*, 8(2) Interdisciplinary Toxicology 55-64 (2015), https://www.ncbi.nlm.nih.gov/PLC/articles/PMC4961898.
[35] Foltinova, J., Foltin, V., & Neu, E., *Occurrence of lead in placenta–important information for prenatal and postnatal development of child*, 28(4) Neuroendocrinology Letters 335-340 (2007).
[36] *Id.*
[37] Dabrowska-Bouta, B., Sulkowski, G., Bartosz, G., Walski, M., & Rafalowska, U., *Chronic lead intoxication affects the myelin membrane status in the central nervous system of adult rats*, 13(1-2) Journal of Molecular Neuroscience 127-139 (1999).
[38] Neal, A. P., & Guilarte, T. R., *Molecular neurobiology of lead (Pb 2+): effects on synaptic function*, 42(3) Molecular neurobiology 151-160 (2010).
[39] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).
[40] *Id.*

95. Thus, prenatal lead exposure has known adverse effects on maternal health and infant outcomes across a wide range of maternal blood lead levels.

96. A principle risk of prenatal exposure to lead is a reduction in intelligence, with experts demonstrating a direct relationship between childhood blood-lead levels and intelligence quotient (IQ).[41]

97. The consequences of even low-level (part-per-billion) exposure can be severe.



**Figure 6**

98. In Flint, Michigan, following city-wide exposure to part-per-billion levels of lead in drinking water, the portion of Flint's third graders who tested as proficient in reading at grade level fell from 41.8% to 10.7%.[42]

---

[41] COUNCIL ON ENVIRONMENTAL HEALTH, 138:e20161493 Pediatrics (2016).
[42] Grossman, Slusky, *The Effect of an Increase in Lead in the Water System on Fertility and Birth Outcomes: The Case of Flint, Michigan,* http://www2.ku.edu/~kuwpaper/2017Papers/201703.pdf.

99. As discussed above, the Environmental Protection Agency, Food and Drug Administration, the World Health Organization, Centers for Disease Control and Prevention, the American Medical Association, and the American Academy of Pediatrics have all independently stated that there is no safe level of lead for children.

100. Thus, by its very nature, the presence of lead in prenatal vitamins is antithetical to a mission to support brain health, as the presence of lead in prenatal vitamins is a "deleterious substance which may render it injurious to health…" under DC Code §48-103 *et seq.*

**Dangers of Cadmium**

101. Cadmium is also a heavy metal and a known neurotoxin and an International Agency for Research on Cancer ("IARC") class 1 carcinogen, known for having both short-term and long-term deleterious effects on human health.

102. Cadmium readily crosses the placenta, accumulating in fetal or embryonic tissue.[43]

103. Once absorbed, cadmium has a long half-life in the body, especially in the kidneys. Chronic cadmium exposure has been shown to adversely affect kidney and bone and to increase the risk of cancer.  Cadmium also functions as an endocrine disruptor and may thus affect reproduction and child neurodevelopment.[44]

104. Specifically, cadmium impairs brain health through multiple pathways, including the interruption of DNA repair, the generation of reactive oxygen species, and, most critically, the

---

[43] Gundacker C, Hengstschläger M., *The role of the placenta in fetal exposure to heavy metals*, 162(9-10):201-206. doi:10.1007/s10354-012-0074-3 Wien Med Wochenschr (2012).
[44] Kippler, M., Tofail, F., Gardner, R., Rahman, A., Hamadani, J. D., Bottai, M., & Vahter, M., *Maternal cadmium exposure during pregnancy and size at birth: a prospective cohort study*, 120(2) Environmental Health Perspectives 284–289 (2012), https://doi.org/10.1289/ehp.1103711.

disruption of neuronal proliferation and differentiation – two steps in the neurogenesis process occurring during the infancy critical period.[45]

105. Therefore, early life exposure to cadmium is associated with poor cognitive outcomes in children.[46]

106. Cadmium also interferes with the levels of Brain Derived Neurotrophic Factor (BDNF),[47] an important neuroprotective molecule that plays a principle role in neurodevelopment.[48]

107. One mechanism behind the benefits of DHA supplementation (discussed above) is upregulation of BDNF in the brain.[49] Thus, the presence of cadmium detracts from a principle function of DHA – a basis Nature Made's "brain development" claims.

108. This cadmium-mediated disruption of neuro-development renders Pharmavite's Nature Made Products adulterated under D.C. Code §48-103 *et seq* as brain development is a marketed benefit of Nature Made Products.

109. In general, women are more susceptible to cadmium toxicity, mainly because of increased intestinal uptake of cadmium given low iron stores, which are more prevalent in women than in men.[50]

---

[45] Branca, J. J. V., Morucci, G., & Pacini, A., *Cadmium-induced neurotoxicity: still much ado*, 13(11) Neural Regeneration Research 1879 (2018).

[46] Sanders, A. P., Henn, B. C., & Wright, R. O., *Perinatal and childhood exposure to cadmium, manganese, and metal mixtures and effects on cognition and behavior: a review of recent literature*, 2(3) Current environmental health reports 284-94 (2015).

[47] Wang, Y., Chen, L., Gao, Y., Zhang, Y., Wang, C., Zhou, Y., ... & Tian, Y, *Effects of prenatal exposure to cadmium on neurodevelopment of infants in Shandong, China*. 211 Environmental pollution 67-73 (2016).

[48] Bradbury, J., *Docosahexaenoic acid (DHA): an ancient nutrient for the modern human brain*, 3(5) Nutrients 529-554 (2011).

[49] *Id.*

[50] *Id.*

110. Worse, cadmium has been shown to accumulate in in placental tissues, where it interrupts micronutrients (such as zinc) diffusion through the placenta.[51]

111. Thus, scientific evidence demonstrates that cadmium directly interferes with Pharmavite Products as the presence of cadmium in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[52]


**The Dangers of Pesticides**

112. Pesticides are a large class of compounds designed to kill or eliminate multiple types of organic matter:

   a.  Rodents (rodenticide)

   b.  Insects (insecticide)

   c.  Fungi (fungicide)

   d.  Undesired plants (herbicide)

113. Due to the fact their intended function is to kill or disrupt living organisms, most pesticides are toxic to humans in one form or another.

114. It follows that pesticides are designed to be neurotoxic.

115. Research has focused on the neurodevelopmental consequences of pesticide exposure during early life.[53]

---

[51] Kippler, M., Hoque, A. W., Raqib, R., Öhrvik, H., Ekström, E. C., & Vahter, M., *Accumulation of cadmium in human placenta interacts with the transport of micronutrients to the fetus*, 192(2) Toxicology letters 162-168 (2010).

[52] DC Code §48-103 *et seq.*

[53] Shelton, J. F., Geraghty, E. M., Tancredi, D. J., Delwiche, L. D., Schmidt, R. J., Ritz, B., ... & Hertz-Picciotto, I., *Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study*, 122(10) Environmental health perspectives 1103-1109 (2014).

116. Due to the risks of pesticide exposure in early life, it is exceptionally important to ensure pesticides with links to neurotoxic or developmental toxicity outcomes be restricted and avoided from products used to ensure proper prenatal health. To wit:

   a.   Indoxacarb, a WHO Class II pesticide, has been linked to disruption of nicotinic acetylcholine receptors in developing mammalian brains.[54]

117. Thus, by their very nature, the presence of pesticides in prenatal vitamins are antithetical to a mission to support brain health, as the presence of these pesticides in prenatal vitamins is a "deleterious substance which may render it injurious to health…"[55]

**Factual Allegations**

118. Pharmavite is aware that there are health risks with pregnancy.

119. Pharmavite is aware of the importance of folic acid during pregnancy to the development of the fetus.

120. Pharmavite is aware of the dangers of heavy metal toxins and other contaminants during pregnancy.

121. Pharmavite is aware there is a market for pregnancy supplements to support healthy pregnancy for mother and fetus.

122. To capture this market, Pharmavite manufactures, produces, and distributes vitamins for the purpose of supporting a healthy pregnancy, to include the supplementation of folic acid.

123. Given the above, it follows that, Pharmavite is aware that consumers are concerned with the

---

[54] Zhao, X., Nagata, K., Marszalec, W., Yeh, J. Z., & Narahashi, T., *Effects of the oxadiazine insecticide indoxacarb, DPX-MP062, on neuronal nicotinic acetylcholine receptors in mammalian neurons,* 20(4) Neurotoxicology 561-570 (1999).
[55] D.C. Code §48-301 *et. seq.*

contents of their supplements.

124. Pharmavite is also aware that consumers seek supplements for specific health reasons.

125. Further, Pharmavite is aware that the consumers who seek out prenatal vitamins are a vulnerable group of consumers to whom such products' contents are of a heightened importance.

126. Pharmavite's Products are under-formulated as to folic acid; thus, consumers who take the Products for specific advertised health purposes, are not getting the proper or promised dosage: the results of this under-formulation could be fatal or life threatening.

127. Pharmavite's Products are also adulterated and contain quantifiable amounts of heavy metals and pesticides, all of which are harmful if exposed to both mothers and babies during the prenatal process.

128. Pharmavite's marketing practices are false and misleading and violate D.C. Code §28-3904, as they extoll the brain-supporting features of the product while exposing fetuses to concerning levels of known neurotoxins for which there is no established safe-harbor.

129. Pharmavite's Products are adulterated under DC Code §48-103 et seq., as the presence of these contaminants renders them unsafe for their intended population, directly contradicts the intended brain-support benefit of the Products, and renders the Products "injurious to health."[56]

## Pharmavite's Marketing of Nature Made is Unconscionably Misleading and Omits Material Facts

130. As noted previously, to capture the market for prenatal vitamins and supplements, Pharmavite markets its Nature Made Products as containing folic acid and supporting fetal brain growth (see figures above). Nature Made causes specific attention to be drawn to the claims of folic

---

[56] D.C. Code §48-103 et seq.

acid, as they are highlighted in yellow and circled.

131. Nature Made claims that "every one" of their products have been "proven safe and

nutritionally beneficial."



**Figure 7**

132. Pharmavite has publicly admitted to levels of the toxic heavy metals lead and cadmium in

their Nature Made Product – contaminants that:

    a.   Have no safe level recognized by public health authorities for developing children.

    b.   Their competitors are able to avoid or achieve significantly lower levels.

133. As a result, and as discussed further below,  is in violation of D.C. Code §28-3904 et seq. as it

has represented the Products as "… a particular standard, quality, grade, style, or model," when

in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic

acid and even worse, contain detectable levels of toxins and contaminants that should not be

present in any level in a " high quality" product.

134. It is apparent that Pharmavite is aware of the intent of their marketing, as they take steps to

educate consumers on the purpose for which their prenatal vitamins should be used.

# What are prenatal and postnatal multivitamins?

Having a baby is absolutely incredible. It also requires an incredible amount from your body. Prenatal and postnatal vitamins are designed to provide the essential nutrients that you and your baby need.

**Figure 7**

# What are prenatal and postnatal multivitamins good for?

These vitamins deliver essential nutrients that you and your baby need, including folic acid, iron, zinc and vitamin D. Our softgel formulas also contain omega-3 fatty acid DHA, which may help support fetal brain and eye development.†

**Figure 8**

# Who should take prenatal and postnatal multivitamins?

If you're pregnant or trying to become pregnant, then prenatal vitamins are for you. If you're a nursing mom, postnatal vitamins can help your body get the nutrients it needs. At Nature Made, we know that even the nurturer needs to be nurtured.

**Figure 9**

135. Pharmavite holds itself out as providing high quality nutrition to consumers, claiming that "nutrition is in our DNA."

# Nutrition is in our DNA

It all started with the idea that nature is the backbone of nutrition. Every day, our scientists, nutritionists and health experts totally geek out on what the incredible human body needs to stay, well, incredible. And we do it so we can provide you with the knowledge and high-quality supplemental nutrition you need to keep on doing all the things you do best.

**Figure 10**

136. Interestingly, on the Amazon.com page selling one of the Products, Nature Made omits the disclaimer on their website that their claim to be "specially formulated to support the development of baby's brain, nervous system, bones and eyes" has not been evaluated by the FDA.



**Figure 11**

137. As a result of omitting this disclaimer, Defendant is implicitly vouching for the veracity of those claims to the consumer and are making an unevaluated drug claim without properly warning consumers.

138. In addition to the assurances on the package, the website also explains what a supplement is and why it is important, highlighting the key nutrients and quality of Nature Made Products.

## What this Supplement is

Creating new life creates new nutritional needs too. And Nature Made® Multi Prenatal tablets are specially formulated to provide the nutritional support you need while you're trying to become pregnant and throughout your pregnancy. Our prenatal vitamin formula provides key nutrients such as folic acid and iron. And it also contains other important nutrients including zinc and vitamins A, C, D3 and E. Nature Made Multi Prenatal tablet is USP verified, so you can feel confident that you are choosing a high quality prenatal vitamin supplement.

**Figure 12**

139. In Figure 12 above, Nature Made not only informs what a supplement is, it represents that its Products are "a high quality prenatal vitamin supplement."

140. Indeed, Nature Made extolls the virtues of their quality systems, claiming to screen their products for purity and potency. As a result, they claim to provide "quality you can trust."

## Quality you can trust

If you care this much about what goes in your body then we believe it should be the best quality. We go the extra step to ensure our vitamins and supplements are USP certified when possible. Meaning they've been tested for purity and potency by the U.S. Pharmacopeia so you know you're getting the good stuff.

 Largest amount of USP certified products

 #1 Pharmacist Recommended brand

**Figure 13**

141. It follows that Pharmavite has violated D.C. Code §28-3904 *et seq.*, as it has represented the Nature Made Products as "… a particular standard, quality, grade, style, or model," when in fact they are not a "high quality prenatal vitamin" as they are under-formulated as to folic acid and even worse, contain detectable levels of toxins and contaminants that should not be present in any level in a " high quality" product.

142. Defendant's repeated claims to perform purity testing are strange given their behavior. During pre-suit discussions, Plaintiffs' counsel shared testing results with the Defendant in the spirit of resolving the matter without litigation. Defendant repeatedly refused to share their own testing results – instead opting to obfuscate and delay.

143. Even more direct, their website promises, "We're here for your health!"



**Figure 14**

144. Pharmavite fails to state the "material fact" that the Products contain contaminants which serve the exact opposite purpose of healthful supplements, and, in fact, are injurious to health.

145. Pharmavite is aware many women do not receive enough folic acid, marketing their product as a solution to this very issue:



**Figure 15**

146. Pharmavite has violated D.C. Code §3904 *et seq.,* as their product misrepresents the folic acid content of the Products, as the Products are severely under-formulated.

147. Pharmavite also publishes their commitment to good health at the core of every product. They promise products are "backed by decades of scientific research and high- quality ingredients."

### Our Commitment

Our commitment to your good health lies at the core of every product we make—backed by decades of scientific research and high-quality ingredients. At Nature Made, we create thoughtfully designed products to fit your lifestyle needs at every stage.

**Figure 16**

148. Again, in Figure 16 above, Nature Made has misrepresented the Product's quality, as the analytical testing below has shown, the Products contain detectable levels of heavy metal toxins

149. Moreover, Pharmavite misrepresents the Product's quality, as they are under-formulated, denying consumers the very crux of a prenatal vitamin.

150.  To set itself apart from competitors, in Figure 17 below, Nature Made touts the benefits of its supplements, to include folic acid. It again guarantees the high quality of its standards,

ingredients, and manufacturing process.

**Benefits**

- Scientifically formulated with vitamins and minerals that are essential during pregnancy
- Folic Acid: Adequate folic acid in healthy diet may reduce a woman's risk of having a child with a neural tube defect
- Iron: vital for red blood cell formation and to deliver oxygen to cells throughout the body
- Calcium and Vitamin D help build and support strong bones
- Vitamin A helps support healthy eye function
- Vitamins A, C, and D and Zinc help support the immune system
- Vitamins C and E provide antioxidant support
- 8 vitamins (thiamin, riboflavin, niacin, vitamin B6, folic acid, vitamin B12) support cellular energy production
- Nature Made® Multi Prenatal Tablets are guaranteed to meet our high quality standards. They're made from carefully selected ingredients under strict manufacturing processes.

**Figure 17**

151. Pharmavite not only makes promises about what *is not* in its Nature Made Products, it also

makes multiple promises about what *is* contained in the Products, namely folic acid.

**Supplement Facts**
Serving Size: 1 Tablet
Servings per Container: 90

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene) | 7547 IU | 92% |
| Vitamin C (as Ascorbic Acid) | 85 mg | 142% |
| Vitamin D3 (as Cholecalciferol) | 1000 IU | 250% |
| Vitamin E (as dl-alpha Tocopheryl Acetate) | 33 IU | 110% |
| Vitamin K (as Phytonadione) | 90 mcg | * |
| Thiamin (as Thiamin Mononitrate) | 1.4 mg | 82% |
| Riboflavin | 1.4 mg | 76% |
| Niacin (as Niacinamide) | 18 mg | 90% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 1.9 mg | 76% |
| Folic Acid | 800 mcg | 100% |
| Vitamin B12 (as Cyanocobalamin) | 5.2 mcg | 65% |
| Biotin | 30 mcg | * |
| Pantothenic Acid (as d-Calcium Pantothenate) | 9 mg | 90% |
| Calcium (as Calcium Carbonate) | 250 mg | 19% |
| Iron (as Ferrous Fumarate) | 27 mg | 150% |
| Iodine (as Potassium Iodide) | 154 mcg | 100% |
| Magnesium (as Magnesium Oxide) | 45 mg | 10% |
| Zinc (as Zinc Oxide) | 11 mg | 73% |

*Daily Value not established*

**Figure 18**

152. Pharmavite's promises of folic acid on its packaging, website, and marketing give a false

expectation that the Products possess a properly formulated serving of folic acid.

153. The Products are under-formulated as to folic acid, well below the promises made on the

packaging and website and well below the medically recommended dosage of 400mcg of folate daily

154. Pharmavite's promises of folic acid on its packaging violate D.C. Code §28-3904, as the website, packaging and marketing gives consumers a false expectation that the Products will contain 800mcg/serving of folic acid.

155. The Products in fact contain 368 mcg/serving of folic acid, well below the promise of 800mcg, and well below the quality promised by Pharmavite.

156. In addition to the under formulation of the Products, the Products also contain quantifiable amounts of heavy metals.

157. These heavy metal toxins are not listed, labeled, or advertised and have extreme negative health effects on both mother and fetus:

    a.   Lead

    b.   Cadmium

158. Further yet, the Products also contain detectable amounts of World Health Organization ("WHO") Classified pesticides, denoted as "moderately hazardous to human health."

159. Consumers who seek out and purchase the Products do not expect them to be under formulated or even worse, contain toxic heavy metals and pesticides in any quantifiable amount.

160. Moreover, consumers would not purchase products made solely for the supplementation of healthy prenatal process if they knew they contained ingredients that could in fact encourage the exact opposite.

161. Thus, Pharmavite has violated D.C. Code §28-3904, as the Products are well below the

quality and grade promised by Nature Made.

162. Further, Pharmavite has also violated D.C. Code §48-103, as the contaminants in the Products render them "injurious to health."

## **The Under Formulation of the Products**

163. CLP caused the purchase the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

164. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

165. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained exclusively by CLP to protect independence and confidentiality.

166. As a result of the Quantitative testing, the sample of Defendant's Products yielded a folic acid content of:

    a.  Nature Made Prenatal Multi + DHA (110 ct):

        i.  Claimed Amount 800 mcg/serving

        ii.  Testing results 368 mcg/serving, 46% of label claim

    b.  Nature Made Prenatal Multi + DHA (115 ct):

        i.  Claimed Amount 800 mcg/serving

        ii.  Testing results 546 mcg/serving, 67% of label claim

**The Presence of Quantifiable Amounts of Heavy Metals in the Products**

167. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

168. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

169. The testing was conducted via a blinded methodology to fully protect impartiality. All prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

170. The results are in parts-per-billion (ppb):

    a.   Nature Made Prenatal Multi (90ct):

            i.   As a result of the Quantitative testing, the sample of Defendant's Product yielded a lead content of 201.13ppb, which is on a per-serving basis higher than 64% of other prenatal vitamins tested.

            ii.   As a result of the Quantitative testing, the sample of Defendant's Product yielded a cadmium content of 157.29ppb, which is on a per-serving basis higher than 63.5% of other prenatal vitamins tested.

    b.   Nature Made Prenatal Multi (250 ct):

            i.   As a result of Quantitative testing, the sample of Defendant's Product yielded

a lead content of 145.4ppb, which on a per-serving basis is higher than 51.7% of other prenatal vitamins tested.

ii.   As a result of Quantitative testing, the sample of Defendant's Product yielded a cadmium content of 177.1ppb, which on a per-serving basis is higher than 70.9% of other prenatal vitamins tested.

c.   Nature Made Prenatal Multi + DHA (110 ct):

i.   As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 92.04ppb, which is higher than 53.2% of other prenatal vitamins tested.

d.   Nature Made Prenatal Multi + DHA (115 ct):

i.   As a result of Quantitative testing, the sample of Defendant's Products yielded a cadmium content of 146.2ppb, which is higher than 79.8% of other prenatal vitamins tested.

**The Presence of Pesticides in the Products**

171. CLP caused the purchase of the Products for the purposes of testing in the fall of 2018 and shipped the Products to the laboratory in the fall of 2018.

172. Between 2018 and 2020, quantitative testing was performed by multiple independent ISO-17025 accredited analytical chemistry laboratories on samples of the Products caused to be purchased by Plaintiff CLP, as well as over 200 other samples of prenatal vitamins. The Products were within their listed best-by or expiration date at the time of testing.

173. The testing was conducted via a blinded methodology to fully protect impartiality. All

36

prenatal vitamins, to include Defendant's Products, were sampled out into conical tubes and numbered. The Products' names and corresponding numbers were maintained by CLP to protect independence and confidentiality.

174. Analytical testing identified detectable amounts of pesticides in the following products:

    a.   Nature Made Prenatal Multi + DHA (110 ct):

        i.   Fenpyroximate, a class II hazardous pesticide (moderately hazardous to human health).

        ii.   Indoxacarb, a class II hazardous pesticide (moderately hazardous to human health).

        iii.   Proquinazid, a class II hazardous pesticide (moderately hazardous to human health).

        iv.   Tebuconazole, a class II hazardous pesticide (moderately hazardous to human health).

## **Pharmavite Knew or Should Have Known its Representations Were False**

175. Pharmavite holds itself out to the public as a trusted source of prenatal supplements and vitamins.

176. Pharmavite knew, or should have known, what representations it made on the labels (as noted in the figures above) of the Products. Pharmavite also knew or should have known how its Products were sourced, processed, and marketed.

177. Pharmavite knew, or should have known, the facts demonstrating that the Products were mislabeled, falsely advertised, and adulterated.

178. D.C. consumers rely on label representations and marketing information in making purchase decisions.

179. Pharmavite made false, misleading, and deceptive representations and omissions, intending for D.C. consumers to rely upon those representations and omissions in purchasing the Products.

180. Pharmavite knows that D.C. consumers seek out prenatal supplements that consumers believe to be properly formulated and not adulterated.

181. Upon information and belief, Pharmavite has failed to remedy the problem with the Products, causing ongoing harm to D.C. consumers.

182. D.C. consumers are at risk of real, immediate, and continuing harm if the Products continue to be sold with misleading and/or deceptive representations or omissions.

183. Reasonable consumers do not expect Defendant's Products, represented and advertised as prenatal vitamins containing 800 mcg/serving of folic acid, to in fact contain far less than labeled.

184. Reasonable consumers do not expect Defendant's Products, represented and advertised as a prenatal vitamin, to be adulterated and to contain toxic heavy metal and pesticides that are dangerous and adverse to the prenatal process and undermine the very purpose of the Products.

**Cause of Action: Violation of the District of Columbia Consumer Protection Procedures Act**

185. Pursuant to D.C. Code §28-3905(k)(1) and 28-39905(k)(2), the Plaintiffs bring this claim on behalf of themselves and the general public of the District of Columbia for Pharmavite's violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code §28-3901 *et seq.*

38

186. Plaintiffs incorporate by reference all allegations in the preceding paragraphs of this Complaint.

187. Pharmavite labeled and advertised the Nature Made Products as containing 800mcg/serving of folic acid when in fact it is under-formulated and contains only 368 mcg/serving of folic acid which is under-formulated by forty-six percent (46%).

188. Pharmavite adulterated the Products as the presence of heavy metals and pesticides impairs the neurological development of the fetus, which is the purpose of the prenatal vitamin.

189. Pharmavite's advertising of the Products misrepresents, tends to mislead regarding material facts, and omits facts regarding: the source, characteristics, standard, qualities, or grades that Pharmavite states and implies.

190. The Products lack the characteristics, ingredients, benefits, standard, qualities, or grades that Pharmavite states and implies.

191. Pharmavite's misstatements, innuendo, and omissions of fact are material and have the tendency to mislead.

192. Pharmavite knowingly did not sell the Products as advertised.

193. The facts as alleged above demonstrate that Pharmavite has violated the CPPA, D.C. Code §28-3901 *et seq.*

194. Pharmavite's conduct is unlawful trade practice "whether or not any consumer is in fact mislead, deceived or damaged thereby." D.C. Code §28-3904.

195. CLP and Toxin Free USA have a sufficient nexus to D.C. consumers of the Products to adequately represent their interests.

196. Given that Pharmavite misrepresents the characteristics, ingredients, and benefits of the Products; misrepresents the standard, quality, and grade of the Products; misrepresents, fails to state, and uses innuendo and ambiguity in ways which tend to mislead reasonable consumers with regard to material facts about the Products; and advertise the Products without the intent to sell the Products as advertised, and has adulterated the Products, Pharmavite marketing of the Products violates D.C. Code §28-3901 *et seq.*

197. Specifically, Pharmavite has violated D.C. Code §28-3904, which makes it an unlawful trade practice to:

    a.   represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;…

    d.   represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another.

    e.   misrepresent as to a material fact which has a tendency to mislead; …

    f.   fail to state a material fact if such failure tends to mislead

         f-1. [u]se innuendo or ambiguity as to a material fact, which has a tendency to mislead;

         … [or]

    h. advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

198. Additionally, Pharmavite has violated D.C. Code §28-3904 *et seq,* pursuant to the definition of "Adulterated," as defined in D.C. Code §48-103, as the presence of these contaminants

render the Products "injurious to health."

199. Pharmavite is a "person" within the meaning of D.C. Code §28-3901(a)(1), and is a merchant under D.C. Code §29-3901(a)(3) and provides "goods" within the meaning of D.C. Code §28-3901(a)(7).

200. Pursuant to D.C. Code §28-3905(1)(C), "[a] nonprofit organization may, on behalf of itself or any of its members, or on any such behalf and on behalf of the general public, bring an action seeking relief from the use of a trade practice in violation of a law of the District of Columbia, including a violation involving consumer goods or services that the organization purchased or received in order to test or evaluate qualities pertaining to use for personal, household, or family purposes."

201. CLP is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C) that purchased the Products in order to test or evaluate their qualities.

202. Toxin Free USA is a nonprofit organization pursuant to D.C. Code §28-3905(k)(1)(C), with volunteers physically located in the District of Columbia.

203. Pursuant to D.C. Code §28-3905(k)(1)(D)(i), "public interest organizations may, on behalf of the interests of a consumer or class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person or such trade practice."

204. The only limitation on this power of a public interest organization to act on behalf of consumers is that the public interest organization must have "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." D.C. Code §28-3905(k)(1)(D)(ii).

205. As set forth in this Complaint, Plaintiffs were founded with the purpose of advocating for and educating consumers, including consumers in the District of Columbia, in the arena of clean and healthy food and ecological systems. Plaintiffs' shared mission is to bring truth and transparency to food and consumer Products labeling. In addition, Plaintiff has retained the undersigned competent counsel, to pursue this action, and Plaintiffs have previously represented District consumers in similar actions under the CPPA.

206. Plaintiffs are public-interest organizations pursuant to D.C. Code §28-3905(k)(1)(D) and bring this action on behalf of members of the general public who could bring the action under D.C. Code §28-3905(k)(1)(A).

207. Section §28-3905(k)(1)(D)(i) of the CPPA allows for non-profit organizational standing and public interest organizational standing to the fullest extent recognized by D.C. Court of Appeals in its past and future decisions addressing the limits of constitutional standing under Article III.

208. Plaintiffs are a "person" within the meaning of D.C. Code §28-3901(a)(1), a "non-profit organization" within the meaning of D.C. Code §28-3901(a)(14), and a "public interest organization" within the meaning of D.C. Code §28-3901(a)(15).

## **Prayer for Relief**

**WHEREFORE,** Plaintiffs pray for judgment against Defendant, including the remedies available under

D.C. Code §28-3905(k)(2)(A-F):

A. A Declaration that Defendant's conduct is in violation of the CPPA.

B. An Order enjoining Defendant's conduct found to be in violation of the CPPA.

C. An Order requiring Defendant to provide corrective advertising to the residents of the District of Columbia that restores consumers.

D. An Order requiring Defendant to pay statutory civil penalties in an amount to be determined at trial, pursuant to D.C. Code §28-3909(b), for each and every violation of the CPPA.

E. An Order granting Plaintiffs' costs and disbursements, including reasonable attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

F. Punitive damages and any such further relief as this Court may deem just and proper.


## Jury Trial Demanded

Plaintiffs Toxin Free USA and Clean Label Project hereby demand a trial by jury.


Dated: 9/4/2020

Respectfully submitted,

Attorneys for Clean Label Project (CLP)


/s/ Travis Pittman
Travis Pittman (D.C. Bar No. 1016894)
Local Counsel for Plaintiff
Holmes Pittman & Haraguchi, LLP
P.O. Box 380
Chester, MD 21619
Phone: (410) 482-9505
Fax: (443) 782-0362
jtpittman@hphattorneys.com


Kristen M. Ross, Esq.
(MD Bar No. 0712120212)
Davitt, Lalley, Dey & McHale, PC
1971 Beltline Ave., Suite 106
Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

CLEAN LABEL PROJECT FOUNDATION    Case Number: _____

and GMO FREE USA d.b.a. TOXIN FREE USA

vs                                Date: 9/4/2020

PHARMAVITE, LLC

☐ One of the defendants is being sued
  in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| J. Travis Pittman | ☒ Attorney for Plaintiff |
| Firm Name: Holmes Pittman & Haraguchi, LLP | ☐ Self (Pro Se) |
| Telephone No.:          Six digit Unified Bar No.: (202) 329-3558            1016894 | ☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury        ☐ 6 Person Jury        ☒ 12 Person Jury

Demand: $_____        Other: __Declaratory Judgment_____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:___N/A_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar#:_____

---

**NATURE OF SUIT:** *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

| | |
|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation    ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property | Over $25,000 Pltf. Grants Consent    Over $25,000 Consent Denied |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation    ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees | Under $25,000 Pltf. Grants Consent    Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only) |

**B. PROPERTY TORTS**

☐ 01 Automobile        ☐ 03 Destruction of Private Property        ☐ 05 Trespass
☐ 02 Conversion        ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, Not Malpractice) | ☐ 23 Tobacco |
| ☐ 08 Fraud | | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE        IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 09 Special Writ/Warrants
   (DC Code § 11-941)
☐ 10  Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☒ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
   (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
   Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
   Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
   Judgment [ D.C. Code §
   2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
   42-3301, et seq.)

☐ 21 Petition for Subpoena
   [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
   (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

  /s/ Travis Pittman                          9/4/2020
Attorney's Signature                              Date

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION | * |
| and | |
| | * |
| GMO FREE USA d.b.a. TOXIN FREE USA | |
| | * |
| Plaintiffs, | |
| | * |
| v. | FILED WITH COMPLAINT |
| | * |
| PHARMAVITE, LLC | |
| | * |
| Defendant. | |

\*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*

**<u>VERIFICATION</u>**

I, Jaclyn Bowen, verify under penalty of perjury according to the laws of the District of Columbia that I serve as Executive Director at Clean Label Project Foundation; that I have read the foregoing Complaint and know its contents; and that the facts stated therein are true to the best of my knowledge, information, and belief.



<u>    9/4/20    </u>
Date

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

CLEAN LABEL PROJECT FOUNDATION          *

and

GMO FREE USA d.b.a. TOXIN FREE USA                              *

               Plaintiffs,                                  *

            v.                                   *        FILED WITH COMPLAINT

  PHARMAVITE, LLC                                      *

              Defendant.                                *

*        *        *        *        *        *        *        *        *        *        *
                                                        *        *

## VERIFICATION

I, Diana Reeves, verify under penalty of perjury according to the laws of the District of Columbia that I serve as Executive Director at GMO Free USA d.b.a. Toxin Free USA; that I have read the foregoing Complaint and know its contents; and that the facts stated therein are true to the best of my knowledge, information, and belief.


   9/4/20
   Date

Superior Court of the District of Columbia
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION and
GMO FREE USA d.b.a. TOXIN FREE USA    Plaintiff
vs.

PHARMAVITE, LLC                                           Case Number _____

Defendant

## SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J. Travis Pittman
Name of Plaintiff's Attorney

P.O. Box 380, Chester, MD  21619
Address

(202) 329-3558
Telephone

*Clerk of the Court*

By _____
                Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화해주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

CLEAN LABEL PROJECT FOUNDATION and
**GMO FREE USA d.b.a. TOXIN FREE USA** Demandante
contra

Número de Caso: _____

PHARMAVITE, LLC _____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

J. Travis Pittman _____
Nombre del abogado del Demandante

P.O. Box 380, Chester, MD  21619 _____
Dirección

_____

(202) 329−3558 _____
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: _____
Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

만약 번역이 필요하시면 (202)879-4828 로 전화주시기 바랍니다       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original